NIV V. DAVIDOVICH, ESQ. (State Bar No. 247328)
CHARLIE Z. STEIN, ESQ. (State Bar No. 265361)
ELAN N. STONE, ESQ. (State Bar No. 243394)
STEPHANIE F. DRELL, ESQ. (State Bar No. 302586)
**Davidovich Stein Law Group LLP**
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
Telephone:  (818) 661-2420
Facsimile:   (818) 301-5131
E-Mail(s):   Niv@DavidovichLaw.com
             Charlie@DavidovichLaw.com
             Elan@DavidovichLaw.com
             Stephanie@DavidovichLaw.com

Attorneys for Plaintiffs
YAKUB MULAYEV and
DIANA SKAZOVSKI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| YAKUB MULAYEV and DIANA SKAZOVSKI, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>MATRIX WARRANTY SOLUTIONS, INC.; SING FOR SERVICE, LLC dba MEPCO; VEHICLE ACTIVATION CENTER dba THE ELEMENT; and PLATEAU CASUALTY INSURANCE COMPANY,<br><br>   Defendants. | CASE NO.:<br><br>**CLASS ACTION COMPLAINT:**<br><br>**1. VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT (47 U.S.C. § 227 (b))**<br>**2. VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT (47 U.S.C. § 227 AND 46 C.F.R. § 64.1200(c))**<br><br>**JURY TRIAL DEMANDED** |

/ / /

/ / /

/ / /

-1-

Plaintiffs YAKUB MULAYEV and DIANA SKAZOVSKI (hereinafter collectively referred to as "Plaintiffs"), bring this Class Action Complaint under Rule 23 of the Federal Rules of Civil Procedure against Defendants MATRIX WARRANTY SOLUTIONS, INC.; SING FOR SERVICE, LLC dba MEPCO; VEHICLE ACTIVATION CENTER dba THE ELEMENT; and PLATEAU CASUALTY INSURANCE COMPANY (hereinafter collectively referred to as "Defendants"), for their violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, and the regulations promulgated thereunder.   In support, Plaintiffs allege as follows.

## **PRELIMINARY STATEMENT**

1.     Plaintiffs bring this Class Action Complaint for damages, injunctive relief, and any other available legal or equitable remedies, resulting from the illegal actions of Defendants in negligently or willfully contacting Plaintiffs on Plaintiffs' cellular telephones, in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), thereby invading Plaintiffs' privacy. Plaintiffs allege as follows upon personal knowledge as to themselves and their own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by their attorneys.

2.     "Month after month, unwanted robocalls and texts, both telemarketing and informational, top the list of consumer complaints received by the [FCC]."[1] The TCPA is designed to protect consumer privacy by, among other things, prohibiting the making of autodialed or prerecorded-voice calls to cell phone numbers and failing to institute appropriate do-not-call procedures. 47 U.S.C. § 227(b)(1)(A)(iii); 47 C.F.R. § 64.1200(d).

/ / /

---

[1] *In re Rules & Regs. Implementing the TCPA*, 30 FCC Rcd. 7961, ¶ 1 (2015).

**CLASS ACTION COMPLAINT**

3. The TCPA was designed to prevent calls like the ones described within this complaint, and to protect the privacy of citizens like Plaintiffs. "Voluminous consumer complaints about abuses of telephone technology – for example, computerized calls dispatched to private homes – prompted Congress to pass the TCPA." *Mims v. Arrow Fin. Servs.,* LLC, 132 S. Ct. 740, 744 (2012).

4. Additionally, the FCC has explicitly stated that the TCPA's prohibition on automatic telephone dialing systems "encompasses both voice calls and text calls to wireless numbers including, for example, short message service (SMS) calls." U.S.C.A. Const. Amend. 5; Telephone Consumer Protection Act of 1991, § 3(a), 47 U.S.C. § 227(b)(1)(A)(iii). *Kramer v. Autobytel, Inc.*, 759 F. Supp. 2d 1165 (N.D. Cal. 2010).

5. In enacting the TCPA, Congress intended to give consumers a choice as to how creditors and telemarketers may call them and made specific findings that "[t]echnologies that might allow consumers to avoid receiving such calls are not universally available, are costly, are unlikely to be enforced, or place an inordinate burden on the consumer." TCPA, Pub.L. No. 102–243, § 11. Toward this end, Congress found that:

> [b]anning such automated or prerecorded telephone calls to the home, except when the receiving party consents to receiving the call or when such calls are necessary in an emergency situation affecting the health and safety of the consumer, is the only effective means of protecting telephone consumers from this nuisance and privacy invasion.

*Id*. at § 12; see also *Martin v. Leading Edge Recovery Solutions, LLC*, 2012 WL 3292838, at *4 (N.D. Ill. Aug. 10, 2012) (citing Congressional findings on TCPA's purpose).

6. In an action under the TCPA, a plaintiff must only show that the defendant "called a number assigned to a cellular telephone service using an automatic dialing system or prerecorded voice." *Breslow v. Wells Fargo Bank, N.A.*, 857 F. Supp. 2d 1316, 1319 (S.D. Fla. 2012), *aff'd*, 755 F.3d 1265 (11th Cir. 2014).

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

## JURISDICTION AND VENUE

7.     The Court has federal question subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227.

8.     Venue in this judicial district is proper under 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to the claims in this case occurred in this District, including Defendants' transmission of the unlawful and unwanted calls to Plaintiff.

9.     The Court has personal jurisdiction over Defendants because they conduct business in the State of California, market their services within this state, and have availed themselves to the jurisdiction of this state by placing calls to Plaintiffs and Class Members in and from this state.

## PARTIES

10.     Plaintiff YAKUB MULAYEV ("Mr. Mulayev") is a natural person who resides in Van Nuys, California, and this District, and is a "person" as defined by 47 U.S.C. § 153(39).

11.     Plaintiff DIANA SKAZOVSKI ("Ms. Skazovski") is a natural person who resides in Tarzana, California, and this District, and is a "person" as defined by 47 U.S.C. § 153(39).

12.     Defendant MATRIX WARRANTY SOLUTIONS, INC. ("Matrix") is a Nevada corporation, with its principal place of business believed to be located at: 3100 McKinnon Street, Suite 420, Dallas, Texas 75201.  Matrix is a "person" as defined by 47 U.S.C. § 153(39).

13.     Defendant SING FOR SERVICE, LLC dba MEPCO ("Mepco") is a Delaware limited liability company, with its principal place of business believed to be located at: 10 South Lasalle Street, Suite 2310, Chicago, Illinois 60603.  Mepco is a "person" as defined by 47 U.S.C. § 153(39).

/ / /

/ / /

14.     Defendant VEHICLE ACTIVATION CENTER dba THE ELEMENT ("Vehicle Activation Center") is a business entity of unknown form, located at: 4199 Campus Drive, Suite 550, Irvine, California 92612 and/or 3100 McKinnon Street, Suite 420, Dallas, Texas 75201-1044.  Vehicle Activation Center is a "person" as defined by 47 U.S.C. § 153(39).

15.     Defendant PLATEAU CASUALTY INSURANCE COMPANY ("Plateau") is a Tennessee corporation, with its principal place of business believed to be located at: 2701 North Main Street, Crossville, Tennessee 38555.  Plateau is registered with the California Secretary of State to do business in California, with its agent for service for service of process in California being listed as follows: Vivian Imperial, 818 West Seventh Street, Suite 930, Los Angeles, California 90017.

16.     At all times relevant, Defendants conducted business in the State of California, in the County of Los Angeles, within this judicial district.

17.     Defendants promote and market their services by calling wireless telephone users in violation of the TCPA.

18.     Defendants directly or through other persons, entities or agents acting on its behalf, conspired to, agreed to, contributed to, authorized, assisted with, and/or otherwise caused all of the wrongful acts and omissions, including the dissemination of the unsolicited calls that are the subject matter of this Complaint.

## FACTUAL ALLEGATIONS

19.     Matrix and Mepco are administrators of after-market extended car warranty policies sold by Vehicle Activation Center.

20.     Vehicle Activations Center is the so-called "seller" of the extended car warranty policies and engages in telemarketing in order to solicit the sales of extended car warranty plans.

21.     Matrix, Mepco, and Vehicle Activations Center are not licensed in California by the California Department of Insurance to sell such policies.

/ / /

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

22.     Plateau ensures Matrix's performance under the Vehicle Services Contract entered into by Ms. Skazovski.  Allegations against Plateau are limited to Ms. Skazovski, only.

23.     Defendants utilize prerecorded telemarketing calls (i.e., calls using an artificial or prerecorded voice) to market and advertise Defendants' business and services, including at least two calls to Mr. Mulayev and at least one call to Ms. Skazovski.

24.     These calls are being placed to consumers, like Plaintiffs, who 1) registered their telephone numbers with the National Do Not Call Registry ("DNC"); and 2) do not have an existing business relationship with the Defendants; and 3) did not provide prior express written consent to be called.

25.     The Matrix Better Business Bureau ("BBB") page is inundated with complaints from consumers about unsolicited calls from Matrix, including complaints from people who have registered their phone numbers with the DNC.  A true and correct copy of Matrix's BBB page and said complaints is attached hereto as Exhibit 1.

26.     The Mepco BBB page is inundated with complaints from consumers about unsolicited calls from Mepco, including complaints from people who have registered their phone numbers with the DNC.  A true and correct copy of Mepco's BBB page and said complaints is attached hereto as Exhibit 2.

27.     According to the BBB, and as evidenced in Exhibit 3 attached hereto, Element Protection Plans is an "alternate business name" for Matrix, and thus share in Matrix's copious BBB complaints.

28.     Defendants contacted Plaintiffs on Plaintifs' cellular telephones regarding an unsolicited service via an "automatic telephone dialing system" ("ATDS"), as defined by 47 U.S.C. § 227(a)(1) and prohibited by 47 U.S.C. § 227(b)(1)(A).

/ / /

**CLASS ACTION COMPLAINT**

29.     Upon information and belief, this ATDS has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator.

30.     Upon information and belief, this ATDS has the capacity to store numbers and to dial numbers without human intervention.

31.     Upon information and belief, Defendants used a combination of hardware and software systems which have the capacity to generate or store random or sequential numbers or to dial sequentially or randomly in an automated fashion without human intervention.

32.     Because Plaintiffs were called by Defendants using a prerecorded artificial voice, and then connected to a live person after a delayed pause, it demonstrates that Defendants used an ATDS to send the subject calls.

33.     The impersonal and generic nature of the prerecorded and artificial voice that Defendants sent to Plaintiffs further demonstrates that Defendants used an ATDS to send the subject calls.

34.     Plaintiffs know the calls were robotic because of the distinctive nature of the sound, pauses, and the wording of the recordings.

35.     Mr. Mulayev registered his phone number, ending in 5114, with the DNC on or about December 28, 2015.

36.     Mr. Mulayev uses his phone number for personal use only.  It is not associated with a business.

37.     On October 22, 2020, Mr. Mulayev received two unsolicited calls from Defendants, from phone number (815) 876-3227.

38.     Mr. Mulayev rejected the first call.

39.     Mr. Mulayev answered the second call from Defendants.  Upon answering the call, Mr. Mulayev heard a "click" sound before a live employee came on the line.

/ / /

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

-7-

CLASS ACTION COMPLAINT

40.     The live employee, believed to be named Tyriek Jones ("Jones"), marketed an extended car warranty plan to Mr. Mulayev.

41.     In order to determine the identity of the company repeatedly telemarketing him, Mr. Mulayev agreed to purchase the extended car warranty plan.

42.     Shortly after purchasing the car warranty plan, Mr. Mulayev received a copy of the Payment Plan Agreement, which confirmed Mr. Mulayev's purchase of the car warranty plan at the cost of $3,195.00.  A true and correct copy of the Purchase Plan Agreement is attached hereto as Exhibit 4.

43.     The Purchase Plan Agreement confirms that the seller of the car warranty plan marketed to and purchased by Mr. Mulayev was Vehicle Activations Center.

44.     The Purchase Plan Agreement also confirms that the administrator of the car warranty plan marketed to and purchased by Mr. Mulayev was Matrix.

45.     The Purchase Plan Agreement further confirms that billing and payment processing of the car warranty plan marketed to and purchased by Mr. Mulayev was Mepco.

46.     Subsequent to purchasing the car warranty plan, Mr. Mulayev received a "Welcome Letter" by mail from "Matrix Payment Solutions Powered by Mepco." A true and correct copy of this letter is attached hereto as Exhibit 5.

47.     Subsequent to purchasing the car warranty plan, Mr. Mulayev received another letter by mail from "Matrix Payment Solutions Powered by Mepco," entitled "Confirmation of Preauthorized ACH/CC."  A true and correct copy of this letter is attached hereto as Exhibit 6.

48.     Subsequent to purchasing the car warranty plan, Mr. Mulayev received a letter by mail from Vehicle Activation Center regarding the plan Mr. Mulayev purchased.  A true and correct copy of this letter is attached hereto as Exhibit 7.

49.     Mr. Mulayev never consented to receiving solicitation calls from Vehicle Activation Center or any of the Defendants.  As such, the unsolicited calls

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

**CLASS ACTION COMPLAINT**

violated 47 U.S.C. § 227(b)(1).

50.    Mr. Mulayev never provided his telephone number to Defendants.

51.    Mr. Mulayev was not looking for an extended car warranty.

52.    Ms. Skazovski registered her phone number, ending in 0733, with the DNC on or about May 14, 2010.

53.    Ms. Skazovski uses her phone number for personal use only.  It is not associated with a business.

54.    On January 8, 2020, at approximately 7:40 a.m., Ms. Skazovski received an unsolicited call from Defendants, from phone number (707) 420-0955.

55.    Upon answering the call, Ms. Skazovski heard a "click" sound before a live employee came on the line.

56.    The live employee marketed an extended car warranty plan to Ms. Skazovski.

57.    In order to determine the identity of the company inappropriately telemarketing her, Ms. Skazovski agreed to purchase the extended car warranty plan.

58.    Shortly after purchasing the car warranty plan, Ms. Skazovski received confirmation via email on February 2, 2021, which confirmed her purchase of the car warranty plan at the cost of $5,173.00.  A true and correct copy of said email is attached hereto as Exhibit 8.

59.    Ms. Skazovski subsequently received a copy of the Vehicle Services Contract on or about February 7, 2021.  A true and correct copy of the Vehicle Services Contract is attached hereto as Exhibit 9.

60.    The Vehicle Services Contract confirms that the seller of the car warranty plan marketed to and purchased by Ms. Skazovski was Vehicle Activations Center.

61.    The Vehicle Services Contract also confirms that the administrator of the car warranty plan marketed to and purchased by Ms. Skazovski was Matrix.

/ / /

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

CLASS ACTION COMPLAINT

62. The Vehicle Services Contract further confirms that billing and payment processing of the car warranty plan marketed to and purchased by Ms. Skazovski was Mepco.

63. The Vehicle Services Contract confirms that Matrix's performance under the Vehicle Services Contract ". . . is insured by an insurance policy issued by Plateau Casualty Insurance Company."

64. Despite cancelling the Vehicle Services Contract on or about February 7, 2021, Ms. Skazovski, was still charged by Defendants onto her credit card multiple times thereafter for months. The charge on Ms. Skazovsk's credit card statement was billed from "MEPCO." These charges were not authorized by Ms. Skazovski. Ms. Skazovski was only able to recoup the baseless charges by contacting her credit card company to dispute the fraudulent charges. Ms. Skazovski also continued to receive billing statements from Defendants claiming she owed them money despite her cancellation of the contract. A true and correct copy of one such billing statement, dated April 25, 2021, is attached hereto as Exhibit 10.

65. Ms. Skazovski never consented to receiving solicitation calls from Vehicle Activation Center or any of the Defendants. As such, the unsolicited calls violated 47 U.S.C. § 227(b)(1).

66. Ms. Skazovski never provided her telephone number to Defendants.

67. Ms. Skazovski was not looking for an extended car warranty.

68. The content of the calls made to Plaintiffs and the Class Members show that they were for the purpose of marketing, advertising, and promoting Defendants' business and services to Plaintiffs as part of an overall telemarketing strategy.

69. These calls were not for emergency purposes as defined by 47 U.S.C. § 227(b)(1)(A)(i).

70. Defendants are and were aware that they are placing unsolicited robocalls to Plaintiffs and other consumers without their prior express consent.

/ / /

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

CLASS ACTION COMPLAINT

71.    The unauthorized telephone calls made by Defendants, as alleged herein, have harmed Plaintiffs in the form of annoyance, nuisance, and invasion of privacy, and disturbed the use of quiet enjoyment of their phones, in addition to the wear and tear on their phones.

72.    Seeking redress for these injuries, Plaintiffs, on behalf of themselves and a Class of similarly situated individuals, bring suit under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*., which prohibits unsolicited telemarketing calls to phone numbers that are registered with the DNC.

## CLASS ACTION ALLEGATIONS

73.    Plaintiffs bring this class action under Rule 23(a),(b)(2), and(b)(3) of the Federal Rules of Civil Procedure on behalf of themselves and of a similarly situated "Class" or "Class Members" defined in two subclasses, as follows:

No Consent Class: All persons within the United States who, within the four years prior to the filing of this Complaint, were called by Defendants or anyone on Defendants' behalf, to said person's cellular telephone number, advertising Defendants' services, without the recipient's prior express consent, using the same equipment used to call Plaintiffs' cellular telephones, in violation of the TCPA.

Do Not Call Registry Class: All persons in the United States who from four years prior to the filing of this action (1) were called by or on behalf of Defendants; (2) more than one time within any 12-month period; (3) where the person's telephone number had been listed on the National Do Not Call Registry for at least thirty days; (4) for the purpose of selling Defendants' products and/or services; and (5) for whom Defendants claim (a) it did not obtain prior express written consent, or (b) it obtained prior express written consent in the same manner as Defendants claims they supposedly obtained prior express written consent to call the Plaintiffs.

74.    Excluded from the Class are Defendants, and any subsidiary or affiliate of Defendants, and the directors, officers and employees of Defendants or their subsidiaries or affiliates, and members of the federal judiciary.

/ / /

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

**CLASS ACTION COMPLAINT**

75.     This action has been brought and may properly be maintained as a class action against Defendants pursuant to Rule 23 of the Federal Rules of Civil Procedure because there is a well-defined community of interest in the litigation and the proposed Class is easily ascertainable. Plaintiffs reserve the right to amend the Class definition if discovery and further investigation reveal that any Class should be expanded or otherwise modified.

76.     **Numerosity:** At this time, Plaintiffs do not know the exact number of Class Members, but among other things, given the nature of the claims and that Defendants' conduct consisted of standardized SPAM campaign calls placed to cellular telephone numbers, Plaintiffs believe, at a minimum, there are greater than forty Class Members.  Plaintiffs believe that the Class is so numerous that joinder of all members of the Class is impracticable and the disposition of their claims in a class action rather than incremental individual actions will benefit the Parties and the Court by eliminating the possibility of inconsistent or varying adjudications of individual actions.

77.     Upon information and belief, a more precise Class size and the identities of the individual members thereof are ascertainable through Defendants' records, including, but not limited to Defendants; calls and marketing records.

78.     Members of the Class may additionally or alternatively be notified of the pendency of this action by techniques and forms commonly used in class actions, such as by published notice, e-mail notice, website notice, fax notice, first class mail, or combinations thereof, or by other methods suitable to this class and deemed necessary and/or appropriate by the Court.

79.     **Existence and Predominance of Common Questions of Fact and Law:** There is a well-defined community of common questions of fact and law affecting the Plaintiffs and members of the Class. Common questions of law and/or fact exist as to all members of the Class and predominate over the questions affecting individual Class members. These common legal and/or factual questions include, but

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

**CLASS ACTION COMPLAINT**

are not limited to, the following:

a. Whether, within the four years prior to the filing of this Complaint, Defendants or their agents called (other than a message made for emergency purposes or made with the prior express consent of the called party) to a Class member using any automatic dialing to any telephone number assigned to a cellular phone service;

b. How Defendants obtained the numbers of Plaintiffs and Class members;

c. Whether Defendants called Plaintiffs and Class Members using a prerecorded message or artificial voice;

d. Whether the dialing system used to call is an Automatic Telephone Dialing System;

e. Whether Defendants engaged in telemarketing when it called which are the subject of this lawsuit;

f. Whether the calls made to Plaintiffs and Class Members violate the TCPA and its regulations;

g. Whether Defendants willfully or knowingly violated the TCPA or the rules prescribed under it;

h. Whether the calls made to Plaintiffs and Class Members violate the Do Not Class Registry rules and regulations;

i. Whether Plaintiffs and the members of the Class are entitled to statutory damages, treble damages, and attorney fees and costs for Defendants' acts and conduct;

j. Whether Plaintiffs and members of the Class are entitled to a permanent injunction enjoining Defendants from continuing to engage in their unlawful conduct; and

k. Whether Plaintiffs and the Class are entitled to any other relief.

80. One or more questions or issues of law and/or fact regarding

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

**CLASS ACTION COMPLAINT**

Defendants' liability are common to all Class Members and predominate over any individual issues that may exist and may serve as a basis for class certification under Rule 23(c)(4).

81.     **Typicality:** Plaintiffs' claims are typical of the claims of the members of the Class. The claims of the Plaintiffs and members of the Class are based on the same legal theories and arise from the same course of conduct that violates the TCPA.

82.     Plaintiffs and members of the Class each received at least one telephone call, advertising the Defendants' products or services, which Defendants placed or caused to be placed to Plaintiffs and the members of the Class.

83.     **Adequacy of Representation:** Plaintiffs are adequate representative of the Class because Plaintiffs' interests do not conflict with the interests of the members of the Class. Plaintiffs will fairly, adequately, and vigorously represent and protect the interests of the members of the Class and has no interests antagonistic to the members of the Class. Plaintiffs have retained counsel competent and experienced in litigation in the federal courts, TCPA litigation, and class action litigation.

84.     **Superiority:** A class action is superior to other available means for the fair and efficient adjudication of the claims of the Class. While the aggregate damages which may be awarded to the members of the Class are likely to be substantial, the damages suffered by individual members of the Class are relatively small. As a result, the expense and burden of individual litigation makes it economically infeasible and procedurally impracticable for each member of the Class to individually seek redress for the wrongs done to them. Plaintiffs do not know of any other litigation concerning this controversy already commenced against Defendants by any member of the Class. The likelihood of the individual members of the Class prosecuting separate claims is remote. Individualized litigation would also present the potential for varying, inconsistent, or contradictory judgments, and would increase the delay and expense to all parties and the court system resulting

**CLASS ACTION COMPLAINT**

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

from multiple trials of the same factual issues. In contrast, the conduct of this matter as a class action presents fewer management difficulties, conserves the resources of the parties and the court system, and would protect the rights of each member of the Class. Plaintiffs know of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action.

85.     **Class-Wide Injunctive Relief and Rule 23(b)(2):** Moreover, as an alternative to or in addition to certification of the Class under Rule 23(b)(3), class certification is warranted under Rule 23(b)(2) because Defendants have acted on grounds generally applicable to Plaintiffs and members of Class, thereby making appropriate final injunctive relief with respect to Plaintiffs and Class Members as a whole. Plaintiffs seek injunctive relief on behalf of Class Members on grounds generally applicable to the entire Class in order to enjoin and prevent Defendants' ongoing violations of the TCPA, and to order Defendants to provide notice to them of their rights under the TCPA to statutory damages and to be free from unwanted calls.

## FIRST CAUSE OF ACTION

### Violations of the Telephone Consumer Protection Act

### 47 U.S.C. § 227(b)

### (On Behalf of Plaintiffs and the No Consent Class)

86.     Plaintiffs incorporate by reference all of the allegations contained in all of the above paragraphs 1 through 67 of this Complaint as though fully stated herein.

87.     It is a violation of the TCPA to make "any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system . . . to any telephone number assigned to a . . . cellular telephone service . . ." 47 U.S.C. § 227(b)(1)(A)(iii).

88.     Automatic telephone dialing system refers to "equipment which has the capacity---(A) to store or produce telephone numbers to be called, using a random or sequential number generator; and (B) to dial such numbers." 47 U.S.C. § 227(a)(1).

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

89.     Defendants—or third parties directed by Defendants—used equipment having the capacity to randomly or sequentially generate telephone numbers and to dial such numbers without human intervention to make non-emergency telephone calls to the cellular telephones of Plaintiffs and the other members of the Class defined above.

90.     These calls were made without regard to whether or not Defendants had first obtained express permission from the called party to make such calls. In fact, Defendants did not have prior express consent to call the cellular phones of Plaintiffs and the other members of the putative Class when the calls were made.

91.     Defendants have, therefore, violated Section 227(b)(1)(A)(iii) of the TCPA by using an automatic telephone dialing system to make non-emergency telephone calls to the cellular phones of Plaintiffs and the other members of the putative Class without their prior express written consent.

92.     Furthermore, it is a violation of the TCPA "to initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior consent of the called party, unless the call is initiated for emergency purposes. . . ." 47 U.S.C. 227(b)(1)(B).

93.     Defendants—or third parties directed by Defendants—used an artificial or prerecorded voice to deliver messages to Plaintiffs and other Class Members without prior consent.

94.     These calls were made without regard to whether or not Defendants had first obtained express permission from the called party to make such calls. In fact, Defendants did not have prior express consent to call any of these cellular phones.

95.     Defendants have, therefore, violated Section 227(b)(2) of the TCPA by initiating telephone class while using an artificial or prerecorded voice to deliver non-emergency telephone calls to the cellular phones of Plaintiffs and the other members of the putative Class without their prior express written consent.

/ / /

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

**CLASS ACTION COMPLAINT**

96.    The foregoing acts and omissions of Defendants constitute numerous and multiple violations of the TCPA, including but not limited to each and every one of the above-cited provisions of 47 U.S.C. § 227.

97.    As a result of Defendants' negligent violations of 47 U.S.C. § 227, Plaintiffs and the Class are entitled to an award of $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B).

98.    At all relevant times, Defendants knew or should have known that their conduct as alleged herein violated the TCPA.

99.    Defendants knew that they did not have prior express consent to make these calls and knew or should have known that their conduct violated the TCPA.

100.   Because Defendants knew or should have known that Plaintiffs and Class Members did not give prior express consent to receive autodialed calls, the Court should treble the amount of statutory damages available to Plaintiffs and members of the Putative Class pursuant to Section 227(b)(3)(C).

101.   Likewise, since Defendants knew or should have known that Plaintiffs and Class Members did not give prior express consent to receive calls using artificial or prerecorded voice, the Court should treble the amount of statutory damages available to Plaintiffs and members of the Putative Class pursuant to Section 227(b)(3).

102.   As a result of Defendants knowing and/or willful violations of 47 U.S.C. § 227(b), Plaintiffs and the Class are entitled to an award of $1,500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(C).

103.   Plaintiffs and the Class are also entitled to and seek injunctive relief prohibiting such conduct in the future.

/ / /

/ / /

/ / /

CLASS ACTION COMPLAINT

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

## SECOND CAUSE OF ACTION

### Violations of the Telephone Consumer Protection Act

### 47 U.S.C. § 227 and 47 C.F.R. § 64.1200(c)

### (On Behalf of Plaintiffs and the Do Not Call Registry Class)

104. Plaintiffs incorporate by reference all of the allegations contained in all of the above paragraphs 1 through 84 of this Complaint as though fully stated herein.

105. The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

106. 47 C.F.R. § 64.1200(e), provides that Sections 64.1200(c) and (d) "are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers."[2]

107. 47 C.F.R. § 64.1200(d) further provides that "[n]o person or entity shall initiate any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity."

108. Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47

---

[2] *Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, CG Docket No. 02-278, Report and Order, 18 FCC Rcd 14014 (2003) Available at https://apps.fcc.gov/edocs_public/attachmatch/FCC-03-153A1.pdf.

U.S.C. § 227(c).

109.   Defendants violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to telephone subscribers such as Plaintiffs and the Do Not Call Registry Class members who registered their respective telephone numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

110.   Defendants violated 47 U.S.C. § 227(c)(5) because Plaintiffs and the Do Not Call Registry Class received more than one telephone call in a 12-month period made by or on behalf of Defendants in violation of 47 C.F.R. § 64.1200, as described above. As a result of Defendants' conduct as alleged herein, Plaintiffs and the Do Not Call Registry Class suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled, inter alia, to receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200.

111.   To the extent Defendants' misconduct is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages recoverable by the members of the Do Not Call Registry Class.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, individually and on behalf of the Class, requests that the Court enter judgment against Defendants as follows:

a.   An order certifying this case as a class action, certifying Plaintiffs as representative of the Class, and designating Plaintiffs' counsel as Class counsel;

b.   Statutory damages of $500 per call in violation of the TCPA;

c.   Willful damages at $1,500 per call in violation of the TCPA;

d.   Statutory damages of $500 per call in violation of the Do Not Call Registry;

e.   Willful damages of $1,500 per call in violation of the Do Not Call Registry;

f. A declaration that Defendants' practices described herein violate the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(1)(A)(iii);

g. An injunction prohibiting Defendants' from using an automatic telephone dialing system to call numbers assigned to cellular telephones without the prior express written consent of the called party;

h. Reasonable attorney's fees and costs; and

i. Such further and other relief as this Court deems reasonable and just.

## **DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury.

DATED: November 16, 2021   **DAVIDOVICH STEIN LAW GROUP LLP**

By: _____
   NIV V. DAVIDOVICH
   CHARLIE Z. STEIN
   ELAN N. STONE
   STEPHANIE F. DRELL
   Attorneys for Plaintiffs
   YAKUB MULAYEV; DIANA SKAZOVSKI;
   and the putative class

DAVIDOVICH STEIN LAW GROUP LLP
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
(818) 661-2420

CLASS ACTION COMPLAINT

# EXHIBIT 1

Matrix Warranty Solutions, Inc | Better Business Bureau® Profile 11/16/21, 12:25 PM

 **BBB.** Better Business Bureau®

Home > Texas > Dallas > Auto Warranty Plans > Matrix Warranty Solutions, Inc

 Share    Pri

Business Profile
# Matrix Warranty Solutions, Inc

📍 3100 McKinnon St STE 420
Dallas, TX 75201-1044

🌐 http://www.MatrixWarrantySolutions.com

✉️ Email this Business

📞 (214) 396-3496

## Contact Information

📍 3100 McKinnon St STE 420
Dallas, TX 75201-1044

➡️ Get Directions

🌐 http://www.MatrixWarrantySolutions.com

✉️ Email this BBB

📞 (214) 396-3496

Want a quote from this business?

**Get a Quote**

## Customer Reviews

⭐☆☆☆☆ **1.15**/5

Average of 62 Customer Reviews

**Read Reviews**     Start a Review

## Customer Complaints

**91** complaints closed in last 3 years
**30** complaints closed in last 12 months

**Read Complaints**     File a Complaint

## BBB Rating & Accreditation

 **ACCREDITED BUSINESS**   A+

**Accredited Since:** 4/2/2018
**Years in Business:** 15

**Customer Reviews are not used in the calculation of BBB Rating**

Overview of BBB Rating

## Business Details

**Location of This Business**
3100 McKinnon St STE 420, Dallas, TX 75201-1044

✉️  Email this Business

| | |
|---|---|
| **BBB File Opened:** | 3/13/2018 |
| **Years in Business:** | 15 |
| **Business Started:** | 2/9/2006 |
| **Business Started Locally:** | 6/16/2010 |
| **Business Incorporated:** | 2/9/2006 in NV, USA |
| **Accredited Since:** | 4/2/2018 |
| **Type of Entity:** | Corporation |

**Alternate Business Name**
Element Protection Plans

**Business Management**

Mr. Brandon San Antonio, Owner/Director
Mr. Joel San Antonio, CEO/Director

**Additional Contact Information**
Phone Number

Matrix Warranty Solutions Inc | Better Business Bureau® Profile                                    11/16/21, 12:25 PM

Phone Numbers

(833) 228-1900    Other Phone

Email Addresses

 **Email this Business**    Primary

## Customer Complaints

91 Customer Complaints

## Customer Reviews

62 Customer Reviews

## Business Categories

Auto Warranty Plans    Warranty Plans

## Local BBB

BBB Serving North Central Texas

More Info on Local BBB

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

## BBB Reports On

BBB reports on known marketplace practices.

See What BBB Reports On

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

Case 2:21-cv-08984-JAK-AFM   Document 1   Filed 11/16/21   Page 24 of 215   Page ID #:24

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

 **Better Business Bureau**®

Home > Texas > Dallas > Auto Warranty Plans > Matrix Warranty Solutions, Inc > Complaints

**Complaints**

Complaints

# Matrix Warranty Solutions, Inc

📍 3100 McKinnon St STE 420
Dallas, TX 75201-1044

🌐 http://www.MatrixWarrantySolutions.com

✉️ Email this Business

📞 (214) 396-3496

**ADDITIONAL COMPLAINT INFORMATION**

**Customer Complaint:** Due to the volume of complaints filed against this business, BBB only publishes the details for 50% of the total complaints filed.

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service, or business.

**Complaint Type:** Problems with Product/Service     **Status:** Answered

08/26/2021

This is just one of the amazing companies that are calling me non stop about my cars extended warranty. You cannot block the number because the somehow change it. I get at minimum 8 calls a week and sometimes even more. It just so happens to be that I waisted enough of this particular gentleman's time and led him to believe I was actually interested and he gave me the name of the company he was working for. This needs to stop!

**Desired Outcome**
No further contact by the business

Case 2:21-cv-08984-JAK-AFM   Document 1   Filed 11/16/21   Page 26 of 215   Page ID #:26

J

**Matrix Warranty Solutions, Inc Response**                                                    08/26/2021

Matrix does not make outbound marketing calls. A lot of the time, companies will falsely state they are Matrix and then sell them products that we don't even administrate. It is important to press these marketers for the name of THEIR company so we can address with them directly and get them to stop. Regardless, we will circulate your number to our internal DNC database with marketers we do independently contract with.

---

**Complaint Type:** Problems with Product/Service        **Status:** Answered

08/24/2021

On July 17, 2021, I purchased an auto warranty over the phone and was expecting to receive the policy by July 22. On July 23, I contacted the 800 number I was given from the original call to report I had not received the policy. I was put on hold by a representative and then disconnected one half hour later. I then called to cancel the policy since the lack of customer service was very telling on what I might be able to expect in the future. Once again, I was disconnected. I filed a dispute with my credit card company that day. After receiving a cancellation notice from the dealer company with respect to the monthly payment on August 16, I realized that the initial payment of $295 was not included in the cancellation, Finally reaching a customer service rep on August 23, I was informed I would not be refunded unless I submitted a cancellation (of a policy I to date have not received), AND that it was too late to receive a full refund as my 30-day refund period had expired.

**Desired Outcome**
Refund

M

**Matrix Warranty Solutions, Inc Response**                                                    08/26/2021

Matrix has reached out to the seller of this plan. They stated the only call they received from the customer was on 8/23. They offered to resend the policy but the customer wanted to cancel. No monthly payments have been made and Matrix does not collect any upfront payments so the customer would need to speak to the seller or dispute the charge to get refunded.

**Customer Response**                                                    08/27/2021

(The consumer indicated he/she DID NOT accept the response from the business.) I originally reached out to the seller on July 23 to inquire when I might expect to receive the contract. When I contacted the seller in August, they indicated they had no record of the call, however, July 23 is the same date I filed on on-line dispute with my credit card company after spending over an hour on the phone, all but 30 seconds of which was on hold. I was summarily disconnected disconnected after that brief encounter. I tried again to speak to someone to cancel the plan as such poor customer service did not bode well for a future relationship. This was yet another unsuccessful call. "Transferring" me to someone resulted in another disconnect. As it is the business' duty to put the contract in my hands, and they did not, how can I be expected to comply with what I have no knowledge of? I will attempt to speak to the seller again, though it is they who directed me to Matrix.

M

**Matrix Warranty Solutions, Inc Response**                                    08/30/2021

We apologize for your experience trying to get your contract. Matrix will also follow up with the seller and make sure they know you will be calling. If you disputed the charge already, there may not be anything to discuss with the seller at this point.

---

**Complaint Type:** Problems with Product/Service       **Status:** Answered

07/29/2021

Predatory tactics - Ask the rep to see the coverages - they sday they dont have it and only release it after i make a purchase. Annoying and Unwanted calls - coming from spoofed phone numbers that when you call back - they're disconnected. Calls at all times of day. The last phone call i received was from 813-544-5440 and then was transferred to "Element" at 866-234-3173

**Desired Outcome**
Contact by the business; If you do not stop calling me, I will release the owner's home addresses and contact information on social media.

K

**Matrix Warranty Solutions, Inc Response**                                    08/02/2021

Matrix does not make outbound calls. We will, however, circulate your number and add it to all the third party marketer's DNC lists.

**Customer Response**                                                          08/03/2021

(The consumer indicated he/she DID NOT accept the response from the business.) Matrix does not make outbound calls?!? If you pay a third party to make calls and provide leads, you, by proxy, make outbound calls.

K

**Matrix Warranty Solutions, Inc Response**                                    08/03/2021

Matrix does not pay any third-parties to make calls for us. We don't sell or make sales. We simply administrate claims for Element programs. Matrix does not control, direct, oversee, or manage how these call centers operate their businesses and conduct their calls, other than a specific clause in the contract that requires them to comply with all state and federal law when selling Matrix policies. See Jones v. Royal Administration Services, Inc., 887 F.3d 443 (9th Cir. 2018) (court held that the Administrator was not liable because the telemarketer was its own independent business that sold VSCs for multiple companies without direct supervision of seller, telemarketer provided its own equipment, set own hours, and only received payment if one of its employees made a sale, and although seller had some control over telemarketer, it did not specifically control the calls at issue).

---

**Complaint Type:** Problems with Product/Service       **Status:** Resolved

06/17/2021

Matrix Warranty has failed to issue me a refund after over two months. The representatives have told me it was in the process of being sent - still nothing. I want this fraudulent company to refund my money. Now.

**Desired Outcome**
Refund

H

**Matrix Warranty Solutions, Inc Response**                                        06/17/2021

A refund has been issued on 6/14/21 to credit card ending in 2513 for $295.

**Customer Response**                                                              06/18/2021

(The consumer indicated he/she DID NOT accept the response from the business.) My bank has no record of this refund. Please provide written proof of the refund.

H

**Matrix Warranty Solutions, Inc Response**                                        06/22/2021

Please see attached confirmation that the money has been refunded.

**Customer Response**                                                              06/23/2021

(The consumer indicated he/she ACCEPTED the response from the business.)

---

**Complaint Type:** Problems with Product/Service      **Status:** Answered

05/03/2021

RE: 2010 Mercedes (Policy # ELESTXXXXXXX / VIN XXXXXX), Mercedes Dealership Service- WDDHF5GB8AAXXXXXX Chris w/Claims Services /Compliant Division, As the customer, we are very frustrated by this entire process of getting our car repaired. The earlier part of March we brought our car in to Bloomington-Normal Mercedes Services department to be repaired and shared that we had a warranty by Matrix Warranty that covered our 2010 Mercedes. Matrix is refusing to repair our car because it says the part that the service department says is worn, they are saying it's not. They actually had the service department to tell us it needed to be torn down ($3,000) before they could authorize repairs. But now is saying they never said this.. Now they are refusing to deny or approve the work because they are claiming the part is not worn. Mercedes service dept (Karli) says their tech folks says it is. This has been going on for a month. We are requesting repairs or refund of our warranty.

**Desired Outcome**
Repair

W

**Matrix Warranty Solutions, Inc Response**                                                                              05/07/2021

Matrix is thoroughly reviewing the claim because no failures could be verified other than a printout for timing correlation codes. Since we could not obtain the referenced TSB we requested additional diag to eliminate any other faults with the express condition not to perform any extraordinary teardown, only enough to demonstrate failure. Shop tore down front end of vehicle and provided pictures of their findings even though the bulletin that the shop provided states NOT to teardown but to explore with a borescope. At this point, the claim is neither approved nor denied because the pictures that the shop sent for the gear in question looks like new and does not compare to the sample pictures in the bulletin from Mercedes. In order to bring this claim to a conclusion, Mercedes is going to order a new part and compare side by side with the old gear, and if there is noticeable wear found, than we can proceed with the claim. We apologize that this claim has taken longer than is typical to verify.

**Customer Response**                                                                                                    05/13/2021

Chris w/Claims Services /Compliant Division, Below and the attachments are the response by the Mercedes Dealership Service to your response on the Better Business Bureau to my complaint. Before I respond to the Better Business Bureau, I am requesting your response if you are going to cover the repair as noted below and all the pictures attached which shows the worn balance shaft, etc... I have also copied Better Business Bureau on this note and will await a response in 5 working days. It is noted this claim has been filed since the early part of March 2021. It is more than reasonable to get a response, either yes you will cover the claim with the added information provided by Randy, the manager at the shop. He has tried to reach you several times, but no response. Please advise ******* & ****** ****** Halbert XXX-XXX-XXXX

---

**Complaint Type:** Problems with Product/Service      **Status:** Answered

04/28/2021

See Attached

R

**Matrix Warranty Solutions, Inc Response**                                                                              04/29/2021

Matrix cannot find this consumer in their system with the information provided. Please provide us with the contract number so we can proceed.

---

**Complaint Type:** Guarantee/Warranty Issues      **Status:** Answered

03/08/2021

Purchased an extended warranty from VVA - Matrix . In Oct truck needed work that should have been covered under the warranty, they denied the claim due to a modification (oversize tire on the truck) 1. The tire size had nothing to do with the issue 2. After daily phone calls, someone finally told me that: 1. we should have been asked about any modifications prior to issuing a warranty (the tires were literally put on the day after the truck was bought) 2. someone should have inspected the vehicle to make sure there were no modifications. In essence, they sold us a warranty that was null and void from Day One. I have spoken with them weekly, sometimes daily since November 5th requesting a refund since it never should have been sold to us in the first place. I was told on January 4th that a refund was approved. March 6th - still no refund and no one will return a call or email.

**Desired Outcome**
Refund

B

**Matrix Warranty Solutions, Inc Response**                                                              03/15/2021

Matrix has reached out to the seller and confirmed that your refund check will go out today 3/15. Thank you for bringing this to our attention.

**Customer Response**                                                                                      03/19/2021

(The consumer indicated he/she DID NOT accept the response from the business.) Still no refund received.

B

**Matrix Warranty Solutions, Inc Response**                                                              03/23/2021

Mail has been slow lately. Please give it until Friday 3/26. If you still have not received it by then, let us know.

---

**Complaint Type:** Problems with Product/Service        **Status:** Answered

02/18/2021

see Attached document Click here to Get the File - use the Password: EXXXXXE0 https://bluecomplaints.bbb.org/attachment/?c=XXXXXXXX

**Desired Outcome**
Other (requires explanation) see Attached document

G

**Matrix Warranty Solutions, Inc Response**                                                              02/19/2021

Matrix is waiting on the customer to provide the invoice/receipt so we can reimburse the customer per our contract. Matrix has requested several times and has not received anything as of yet. Please send the invoice/receipt to *********@matrixprotection.com.

---

**Complaint Type:** Problems with Product/Service        **Status:** Answered

01/28/2021

Matrix will not issue deposit refund after cancelation. I was sold a roadside service/coupon warranty. I was told that once I received the contract in the mail that I could cancel and get a refund in the first 30 days. Ashley ******** XXX-XXX-XXXX sold this to me. I found out what it was and canceled on December 31st 2020. I thought they were selling me a full coverage warranty. But this is a $2000 a year copay for 5 years. It's not what I was wanting. I called back on 1/5/21 to check on my refund because it was not received. I was told that it would take 10-12 days. I called back on 1/27/21 and the operator said it has been a while and I should have received my refund by now. She said that her accounting department was at lunch and they would call me back that same day. I have not received a refund or a call back after 3 attempts. I have to keep calling back. I do not like their business dealings or refund practice. Attached is the contract number and contact info.

**Desired Outcome**
I would like for you to warn others of this companies business dealings and help me get my refund.

T

**Matrix Warranty Solutions, Inc Response**                                           02/01/2021

This was refunded on 1/28/21 back to a MC ending in **** for $295.

---

**Complaint Type:** Billing/Collection Issues          **Status:** Answered

12/12/2020

Trying to cancel and get a refund for this contract I didn't want or agree to. When I called to cancel this contract the GM of customer care Brian ****** told me I have to write a notarized letter with the make, model, year, VIN of my car to their company certified mail to cancel because it was passed the 30 days. He asked why I didn't cancel when they sent the email. I never got an email from them. He said they mailed a booklet. I never received a booklet. I only received a welcome letter from a company called Matrix payment solutions passed the 30 days. He identified the company as Drive Smart. The charge also on my credit card is Drive Smart. He also repeated the email they sent it to, It was not my email address, this is why I never received any email so I could cancel within the 30 days. This was a very emotional conversation and at the end he stated that he needed my mileage on my car. I responded no you don't. He hung up the phone. I just want a refund for the charges and cancellation of this contract. They never gave me the opportunity to cancel within the 30 days because they never sent me an email and Brian ****** confirmed that when he told me this is the email we sent it to and it wasn't my email.

**Desired Outcome**
A refund of 163.35 and cancellation of service contract

B

**Matrix Warranty Solutions, Inc Response**                                           12/14/2020

Thank you for bringing this to our attention. Matrix has spoken to DriveSmart and they will be issuing a full refund to the customer.

---

**Complaint Type:** Advertising/Sales Issues          **Status:** Answered

Matrix Warranty Solutions Inc V Complaints | Better Business Bureau® Profile 11/18/21, 12:27 PM

12/08/2020

relentless with countless telemarketing calls which they pressure you to sign up for this warranty and tell you this is your only chance to get it. Received several calls about signing up for this warranty . call made to Nissan service center where they told me I could use the vouchers and the service center had never even heard of them. They in fact told me that there are a lot of scams out there involving older auto warranty services. They try to pressure you into purchasing the plan by saying they don't do call backs which is a lie. They have called me weekly. They claim it will cover almost anything that will go wrong with your car. All you will have to pay is 100 dollar deductible even if your transmission needs to be replaced. There is no local office to visit and you can't have anything in writing of what the offer is until after you pay the money.

**Desired Outcome**
take me off of their robocalls list.

D

**Matrix Warranty Solutions, Inc Response**                     12/09/2020

It would be helpful if Matrix has the name of the marketer so we can reach out directly and address these issues with them. Please send along if you do. In the meantime, Matrix is adding the consumer's number to all applicable DNC lists so they are no longer contacted.

---

**Complaint Type:** Guarantee/Warranty Issues      **Status:** Answered

12/01/2020

We have Service Contract since 8/29/19. The car was at Bob Howard Niissan in OKC for 2 weeks called Matrix to get fixed. They never reached anyone. I have talked to several different people and all I get is a run around.When the Nissan dealership called the claims number XXX XXX XXXX,they said the only thing they had for us was for a 2015 Versa.I told them I did not take out a contract for a 2015 Versa. They claimed that is all they had. I called back and spoke to a Arshia.He told me the same thing. I told him that I have a copy of my contract in my hand. He asked me to email him a copy. I did. Then I was sent from one person to another. I called the BBB in Santa Ana, Ca. about Clear Path Auto 1920 Dyer Rd They had the contract. The lady told me to call the BBB in Dallas,TX. Before I did that, I called XXX XXX XXXX and spoke to Gabriel. He was rude. I asked to speak to his supervisor. He told me he was busy. I told him that I would hold. He had me on hold for one hour. Then he came back on the line and said what do you want. I said I need someone to talk to the service department in OKC and speak to Mr. Bryan Atkinson. He said give me the number. He called and spoke to Mr. Atkinson. He told Mr. Atkinson that the things he mentioned were not covered .I called Mr. Atkinson and read what was covered. He said they should honor it and fix it. According to what I read to him, it is covered

**Desired Outcome**
I would like my car repaired or refund me all the money I have paid since 4/29/19. Then I will get the car repaired.

C

**Matrix Warranty Solutions, Inc Response**                     12/02/2020

Matrix has investigated the claim. The contract was reported to us with the incorrect VIN. Due to the discrepancy, Matrix could not facilitate service until this was resolved. Matrix Customer service reached out to the marketer of the contract on behalf of the customer and apprised them of the situation. They were able to get the correct VIN for the vehicle and proceed with the claim. The repair facility reported that there was CVT transmission and exhaust manifold failure which is not covered in the customer's contract therefore the claim was properly denied.

**Customer Response**                                                        12/08/2020

(The consumer indicated he/she DID NOT accept the response from the business.) First of all. I did not give them the wrong vin number. They had a wrong car. I had to email my contract and my insurance to them because they kept saying I had a 2015 Versa.That took about three or four phone calls before that was straighten out. Secondly why do I have to send them a contract that they provided to me. When I read what was covered by the contract to the service department. They said it was covered no question about it. In fact, the service person said who would take out a policy if nothing was being covered. I have been paying on this contract since 08/29/19 . I have 133.46 tken out of my check every month, If They had the wrong vin number, they did not have the wrong checking account. They did not miss a payment.I have made 21 payments at133.46. That is 2,802.03,but nothing covered. The service department at Bob Moore Nissan said the car need a transmission,axel sills,and a cracked manifold. According to the contract,this is what is covered. Transmission case ( only if damaged by internally lubricated parts) and all internalLubricatedParts of the transfer casDrive Axle components: Drive Axle Housing ( only if damaaged by internally lubricated parts ) and all internalLubricated Parts of the Drive AxleShafts. Universal jointsconsstant velocityjoints: LockingHubs. Enhanced Powertrain coverage: Covered components are categorized br related vehichle systems.If a covered componentfalls during the term of the contract and in accordance with the coverage options and surchargesit will be covered. I dont want this to happen to anybody else. We have paid enough to pay for things ourselves. I dont speak mechanic,but the service department at a reputabble dealership. I have kept copious notes on each conversation .

C

**Matrix Warranty Solutions, Inc Response**                                  12/15/2020

Firstly, there was a VIN mismatch. The customer may have provided the correct VIN but it did not match the car also reported to Matrix. Secondly, Matrix has nothing to do with the customer's payments. The finance company would be the company that is pulling any payments from the customer. And lastly, about coverage, as far as the claim goes, her argument is that the transmission is listed for coverage which is correct. However, this is a Nissan CVT which is listed as excluded in the exclusions section. The axle seal and exhaust manifold are not listed for coverage on EP stated VSC.

---

**Complaint Type:** Problems with Product/Service        **Status:** Answered

                                                                            12/01/2020

They take advantage of the elderly, don't respond to requests, then lie about it to keep money that was promised to be refunded. Very dishonest scam. My father was talked into a contract by a pushy salesman over the phone. He decided after a week to cancel (he had 30 days). He called multiple times and was told they would get back to him. They never got back to him after several weeks, so he asked me for help. When I called, I got the run around from several people, including being given a bogus email address to send a letter of cancelation to. I was finally promised he would receive a refund of the down payment and first payment within 5-7 business days, which never arrived. The next month, another payment was taken out. When I called again to inquire on the refund, the manager (Scott) was a rude, pompous, a**hole, who "lectured" me on how my dad, who is mostly blind) shouldn't be purchasing things if he can't read. He said the recent payment would be refunded, but not the down payment or first payment, as it was past the 30 days, even though my dad called multiple times the first 30 days, but was put off until after the 30 days was up. It appears this was intentional, so they could scam him out of his money. This company has no integrity, and horrible customer service, and seems to prey on elderly victims with pushy salesmen. Stay clear of them.

**Desired Outcome**
They should refund the whole $528.34, including the down payment and first month's payment of 361.67 and the December payment of $166.67.

B

**Matrix Warranty Solutions, Inc Response**                                              12/02/2020

Matrix shows that the contract has been canceled by the seller. The customer will receive a full refund.

---

**Complaint Type:** Billing/Collection Issues      **Status:** Answered

11/23/2020

Mr.******* **** rudeness ******* asked info about my monthly expenses after I told him this info he kept saying you just got paid 2 days ago &I can afford to pay $97 a month for the next 4 yrs on vehicle warranty which he also said I should borrow money from someone in order to make this 1st payment he also kept saying you just got paid 2 days ago..what did you do with your money? I asked if better business bureau knew about their business he said yes..he insisted I borrow money to make this payment..i was frustrated so I hung up on him

**Desired Outcome**
no further from this ******* **** ..I really do not care for rude people that can'ttake no for an answer

B

**Matrix Warranty Solutions, Inc Response**                                              11/30/2020

Matrix is investigating the consumer's claim. There is nobody with that name that is employed by Matrix. We will add the consumer's telephone number to all applicable DNC lists so they are not contacted again.

---

**Complaint Type:** Problems with Product/Service      **Status:** Answered

10/16/2020

I purchased a warranty on 9/11/20 in the amount of $2745 from Clear Path Auto requested to cancel warranty on 9/29/20 was not given full refund. On 9/29/30 requested to cancel warranty cancelation processed but a $75 cancelation fee. According to the contract if canceled within 30 days of effective date which was 9/11/20 a full refund would be issued which I paid $2745 on my Visa. I purchased the warranty from ******* ********* at XXX-XXX-XXXX@ Clear Path Auto in Santa Ana Ca

**Desired Outcome**
Per contract a full refund would be process if within 30 days. If there is a cancelation fee it should be stated in the contract

P

**Matrix Warranty Solutions, Inc Response**                                              10/08/2020

Thank you for bringing that matter forward - Unfortunately, Road America does not process cancellation for the clients extended warranty. Instead, we are a 3rd party company that provides roadside assistance. I reached out to Ms. ****'s extended warranty (MATRIX/Clear Path Auto) - they advised me the following on regards to Ms. ****'s cancellation- This client was refunded indeed, minus a $75 cancellation fee which in California I am entitled to charge We pulled her recording and she agreed to the cancel fee with out any questions. It seems that she was contacted and her warranty was cancelled and she was refunded Please let me know if anything further is needed - thank you

11/18/21, 12:27 PM

**Customer Response**                                              10/09/2020

(The consumer indicated he/she DID NOT accept the response from the business.) I disagree with Road America Motor Club decision but Clear Path Auto is a seller & agent for RAMC as stated on one of the pages I forwarded to your attention. I believe RAMC & Clear Path should honor there written statement if canceled in 30 days of effective date a full refund would be processed no mention of a cancelation fee. When I did call ******* @Clear Path to process cancelation on 9/29/20 thy didn't mention a cancelation fee until the every end . I called back right away & no answer so I left a voice message regarding the fee did not return call until10/2/20. Clear should put an insert stating their cancelation fee.

P

**Matrix Warranty Solutions, Inc Response**                       10/09/2020

Hello - as I explained earlier, Road America does not handle nor refund any warranty policies, we are a motor club who does roadside assistance for various companies - Unfortunately, Ms. **** would need to reach out to Matrix Warranty (Clear Path) directly to dispute this - I do not have any authorization or permission to speak on their behalf. here is their contact information: Matrix Warranty Solutions Inc. **** ******* Street, Suite *** Dallas, TX XXXXX (XXX) XXX-XXXX

**Customer Response**                                              10/09/2020

(The consumer indicated he/she DID NOT accept the response from the business.) Can you forward this information to Matrix Warranty in Texas. Thank you ******* ****

P

**Matrix Warranty Solutions, Inc Response**                       12/28/2020

The consumer's complaint has been forwarded to our compliance department. Matrix will be following up directly shortly.

---

**Complaint Type:** Advertising/Sales Issues      **Status:** Answered

10/13/2020

This company uses autodial robocalling in order to solicit business from calls on the do not call registry I was called on 10/8/2020 at 2:56PM. My phone number is registered on the national do not call register and I was asked to press 1 to speak to a person. This indicates usage of an autodialer. I spoke with an operator named Jamie who referred me to Elements website and asked if I was interested in the Ultimate care package. This shows that they were soliciting me for business and not an authorized violation of the do not call registry.

**Desired Outcome**
Business contact to rectify this.

11/18/21, 12:27 PM

R

**Matrix Warranty Solutions, Inc Response**                                    10/15/2020

Matrix does not make outbound calls. Matrix is investigating and will reach out to the consumer directly if we are able to determine where the call originated from. In the meantime, we have circulated the consumer's number to all applicable DNC lists.

---

**Complaint Type:** Advertising/Sales Issues          **Status:** Resolved

09/30/2020

Continuing Harassment On numerous occasions for the last 18 months I have asked to be taken off there mailing and phone list and I continue to get calls from there contracted people to make calls for them. The last number to call me was XXX-XXX-XXXX. If I call the number back the recording says the number is disconnected, There contracted people continue to call me to get me to buy there extended car warranty, Maybe you can get them to stop calling me? Thank you

**Desired Outcome**
Have my number removed from there mailing list,

N

**Matrix Warranty Solutions, Inc Response**                                    10/01/2020

Matrix has added your number to all the applicable Do Not Call lists. If you do get another call, please find out the name of the company calling so Matrix can address them directly.

**Customer Response**                                                          10/05/2020

(The consumer indicated he/she ACCEPTED the response from the business.) They are taking my name and number off Finally after 18 Months

---

**Complaint Type:** Advertising/Sales Issues          **Status:** Answered

09/08/2020

Company is affiliated with Fulfillment Centers generating leads from spoofed RoboCalls. I have been contacted several times per day almost every day. Several requests have been made to remove me from the call list. Rude People calling me. I have been cursed, threatened, and told to **** Off when I complain about the numerous calls. The company agent I spoke with told me these calls were coming from Fulfillment centers and not from them. I went along with one of the sales pitches, they told me that my powertrain warranty had expired and I needed an extended warranty. This was on a 2019 Dodge Durango with 40,000 miles. The factory warranty goes to 60,000 miles on this vehicle. This company or their affiliates are misleading people and selling them a very expensive product based on a lie. I am not that stupid, but I am very annoyed about the A+ rating. It makes your organization appear as untrustworthy as Matrix. Please take another look at this and all of the other complaints these people receive.

**Desired Outcome**
I want you to be aware of this company's business practices, and I wish to have no other contact with them. I want the calls to stop!! I don't care who or what business called me, but I followed through with the sales pitch and it led me to Matrix. I know several people who get the same calls so I know this is a widespread problem with these people.

B

**Matrix Warranty Solutions, Inc Response**                                    09/15/2020

Matrix has reached out all independent marketers to investigate this claim. Matrix received zero hits meaning nobody Matrix does business with made the calls to this number. It is possible the calls were being made by an unaffiliated source. In good faith, we have circulated the number to be put on all applicable DNC lists.

**Customer Response**                                                          09/17/2020

(The consumer indicated he/she DID NOT accept the response from the business.) "Matrix has reached out all independent marketers to investigate this claim." -Matrix did not provide proof of this statement to me. "Matrix received zero hits meaning nobody Matrix does business with made the calls to this number." -This is a misleading statement. Nobody matrix does business with? Who/What is an "unaffiliated source"? "It is possible the calls were being made by an unaffiliated source." -Wouldn't this be considered someone you do business with? In good faith, we have circulated the number to be put on all applicable DNC lists. -I have received 3 more calls since I made this complaint. If I receive another one I am going to follow through with the sales lead and If it ends up at your doorstep I will file another complaint.

B

**Matrix Warranty Solutions, Inc Response**                                    09/18/2020

Matrix encourages the consumer to get as much information about the marketer as possible. If Matrix actually has the name of the marketer, we can determine whether they are illegally using our name to solicit business. No marketer should represent themselves as an agent, employee, or otherwise for Matrix.

---

**Complaint Type:** Problems with Product/Service          **Status:** Answered

08/12/2020

This company refuses to stop taking money out of my account! I have canceled my contract and even spoke to them on several occasions! STOP The company offered to lower my monthly payments but refused to acknowledge, no mean no! Purchasing this and believing that I could cancel and get my money back, was a big mistake!! They make it so difficult to get your contact canceled and then continue to charge!!!

**Desired Outcome**

I would like my 300.00 plus dollars back. I would also like them to stop taking money out of my account! I want this resolved!

L

**Matrix Warranty Solutions, Inc Response**                                    08/13/2020

Matrix has reviewed the customer's complaint. Matrix is showing the customer as cancelled in their system. Matrix has also checked with the finance company who is responsible for taking the payments and the customer is showing as cancelled in the finance system as well. The customer should not be getting charged moving forward. For a full refund they would need to reach out to the selling dealer on their contract.

**Customer Response**                                                        08/17/2020

(The consumer indicated he/she DID NOT accept the response from the business.) They took money out of my account just this past week!! If i'm canceled in the system you should contact them! I have and it doesn't matter! They confirmed its canceled but keep trying to rob me! I should have just canceled my card the second time these people told me this was settled! Please provide me with the name of the seller dealer on my contact because I discarded all that information, as i awash told my contract was canceled! I truly don't believe I'll get any refund let alone a full one. I have talked to the seller dealer before and it doesn't make a difference! Provide me the name of the person who will give all my money back!

L

**Matrix Warranty Solutions, Inc Response**                                  08/18/2020

Matrix received confirmation on 8/13 that the money was refunded to the card ending in ***** If the contract is showing as canceled from the finance company, there is no way any future charges will occur.

---

**Complaint Type:** Advertising/Sales Issues     **Status:** Answered

                                                                            06/28/2020

The sales call centers representing this company continue to call my personal cell phone every week despite my asking them to remove my number. I receive one to two phone calls per week on my cell phone from the sales call centers associated with this company. I have asked numerous times to have my phone removed from their call list yet they continue to call. Each time they call it is from a DIFFERENT phone number that uses the same area code as my phone number so it is very difficult to screen these calls. I have spoken directly with the call centers on several occasions. They claim to represent Matrix Warranty Solutions Inc and when I ask to remove my phone number they tell me they will do so and then hang up on me. I have even stayed on the phone long enough to be connected to the "Activation Department" and asked to have my phone number removed with the same results (they tell me they will remove it and then hang up on me). Finally, I called Matrix Warranty Solutions directly and asked to be removed from their call list and was told they would remove my number from all call centers. However I am still getting phone calls weeks later.

**Desired Outcome**
I want to stop receiving phone calls from their sales associates.

C

**Matrix Warranty Solutions, Inc Response**                                  07/01/2020

Matrix has spoken to the consumer and has added their number to all applicable DNC lists and has also reached out to any independent affiliates and made sure the consumer's number is on their internal lists as well. The consumer should not be contacted anymore.

**Customer Response**                                                        07/03/2020

(The consumer indicated he/she DID NOT accept the response from the business.) I have received two additional calls from the "Warranty Services" affiliate program de making this complaint. One at 10:44 on Wednesday July 2, 2020 and one at 12:35 on June 29, 2020.

C

**Matrix Warranty Solutions, Inc Response**                                         07/07/2020

Matrix is not familiar with any "Warranty Services" company. It is possible that they are being
contacted by an unrelated party that is illegally using our name with the intent to sell them
another product. Matrix asks for more information on the actual company calling the customer so
we can investigate further and demand they stop.

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

06/25/2020

Frequent calls offering "warranty" service on my car. Frequent "spoofed" calls from
numbers in the same area code as my cell phone. Since I've moved from that area, I don't
get calls from there and usually ignore and block the number (14 blocked numbers to
date). However, the call frequency has increased so I waited for someone to take the call
and then asked them to place on the Do Not Call list. However, the calls keep coming.
Subsequently, I have now taken the call provided minimal information necessary to get to
the next level of sales pitch. At that point, I have asked to be placed on the Do Not Call
list. I was promptly hung up on and apparently not placed on the list since I've been called
repeatedly since then. Today, I followed through with listening to the same sales pitch
and finally asked who the "warranty" was through. "James" told me it was "Matrix
Warranty Solutions" and told me to check it out online and noted that they have been in
business for 17 years and have a great BBB rating. I then asked him to stop calling me and
he disconnected without even saying good-bye (and we were having such an interesting
conversation). I've viewed the other BBB complaints of a similar nature and it seems
Matrix frequently states that they don't do outbound calls and take every step possible to
absolve themselves of responsibility for this harassment and waste of time. My phone
number has been on the national DNC registry since I obtained this line and I update it
yearly. I should have never received a call in the first place. Perhaps Matrix should not
engage with unscrupulous vendors who are willing to violate the TCPA and/or other
applicable privacy regulations. Simply stating that you don't make the calls is truthful, but
ignores that Matrix remunerates the caller in some fashion and complacency is
tantamount to permission. Based on the prior BBB complaints listed here - Matrix has
knowledge these calls are happening and has turned a blind eye.

**Desired Outcome**

Matrix Warranty Solutions needs to investigate the origin of the calls and ensure vendors
representing them are following appropriate TCPA guidelines.

J

**Matrix Warranty Solutions, Inc Response**                                         07/01/2020

Matrix does not condone violations of the TCPA laws and is actively going to all independent
affiliates and making sure they comply and diligently check the DNC lists prior to conducting their
business. Matrix has also made it a point to address any marketer that they not identify
themselves as a Matrix employee which is a misrepresentation and factually not true. Matrix
hopes this will prevent more claims like this from happening.

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

06/18/2020

I am on the do not call registry and they continue calling using spoofed phone numbers to
sell their car warranties I am on the do not call registry and they continue calling using
spoofed phone numbers to sell their car warranties. I will also be filing a complaint with
the do not call registry.

**Desired Outcome**

I do not want any more spam calls from them!

Matrix Warranty Solutions, Inc | Complaints | Better Business Bureau® Profile                                    7/13/21, 12:27 PM

K

**Matrix Warranty Solutions, Inc Response**                                                             06/23/2020

Matrix has investigated the issue and has determined that the calls are not coming from Matrix or
any independent affiliate that Matrix has a relationship with. That being said, Matrix has added
this number to all the appropriate DNC lists so this customer should not be receiving any more
calls.

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

06/16/2020

Illegal unsolicited calls. I have received robo calls over and over from this company. My
phone# is on the DNC, is a cell phone, and belongs to a business. That is 3 violations per
call on the TCPA. I have asked to be removed from the list multiple times, and they
continue to call. This is the final attempt to resolve this issue before I take legal action.

**Desired Outcome**
Stop calling me.

P

**Matrix Warranty Solutions, Inc Response**                                                             06/23/2020

Matrix has investigated the issue and has determined that the calls are not coming from Matrix or
any independent affiliate that Matrix has a relationship with. That being said, Matrix has added
this number to all the appropriate DNC lists so this customer should not be receiving any more
calls.

---

**Complaint Type:** Guarantee/Warranty Issues        **Status:** Answered

05/21/2020

Warranty agreement on 6/18/19 with Complete Auto Care with Matrix Warranty Solutions
owning the administrative duties. On 3/19/20 denied claim On 3/19/20 Matrix refused to
pay claim submitted by Mercedes Benz of Northlake, Charlotte NC.. for command center
problem (Navi-Audio). Matrix claims Rick VP of claims states pre existing issue. Nic Collins
and Service manager (only place that has worked on vehicle) of Northlake Mercedes
Benz disagree. definition in War contract states "The repair or replacement of any motor
vehicle component that was not properly operating in accordance with manufacture's
specifications at the time this Service Contract was sold (i.e. pre-exsisting conditions)."
The dealership states the vehicle was operating correctly until submission of claim in
20/20.

**Desired Outcome**
I wish Matrix to authorize the repair of my vehicle with Mercedes Benz dealership

W

**Matrix Warranty Solutions, Inc Response**                                                             05/26/2020

Customer has had an ongoing concern with Satellite radio and audio system being inoperative
and system rebooting. This is an intermittent concern and he has taken to the shop multiple times
for diagnosis. On most of those visits the shop was unable to verify any failure. This VSC has an
amended wait period of 60 days 500 miles that started on 8/19/19 @ 28,513 miles. We acquired
and invoice dated 9/26/19 @ 28,474 miles, 39 miles left on wait period, which documents the
technician did observe the concern but was unable to diagnose due to lack of codes. The
technician did mention that PTSS cases he researched stated that replacement of the radio
command unit may address concern, no repairs were performed. The above indicates that this
concern is pre-existing to the start date/miles of the VSC.

7/13/21, 12:27 PM

**Customer Response**                                              05/28/2020

(The consumer indicated he/she DID NOT accept the response from the business.) According to the Complete Auto Care service contract, administered by Matrix Warranty Solutions, article E section 2, it defines a pre-existing condition. Per the attached file, "The repair or replacement of any motor vehicle component that was not properly operating in accordance with manufacturer's specifications at the time this service contract was sold (i.e. pre-existing conditions)" is not covered. Both the service manager and service adviser from Mercedes Benz of Northlake attest that this is not a pre-existing condition. Furthermore, they advised Matrix Warranty Solutions it was not a pre-existing condition. Therefore, based on this language and the endorsement from an authorized Mercedes Benz dealer/repair shop, the issue with my radio/audio system does not fall under a pre-existing condition. The contract started on 6/18/19. It did not start on 8/19/19. Please see the attached file that shows the 6/18/19 starting date. Therefore, I was outside the waiting period of 30 days (see attached file). In addition, the first time a claim was filed was in 2020. The 8/19/19 contract date is invalid based on the contract I've attached to this response. In September of 2019, based on the language in the contract, the radio/audio system was operating according to manufacturer's specifications per Mercedes technicians, service adviser and service manager. That is why no repairs were made.

W

**Matrix Warranty Solutions, Inc Response**                        06/03/2020

The following was copied directly from the repair order dated 9/23/19 @ XXXXX miles, 39 miles before the wait period ended, clearly showing an intermittent pre-existing condition. In addition the customer requested to add a luxury electronics package after purchasing the contract and also agree to amend the wait period 60 days and 500 miles which was confirmed with the seller: CUSTOMER STATES WHEN PHONE IS BLUE TOOTHED OR PLUGGED IN IT **** SAY AT TIMES ACQUIRING SIGNAL POSSIBLE SATELLITE RADIO CONTROL UNIT FAULTY OR POSSIBLE THAT NEW IPHONE TECHNOLOGY AND SOFTWARE DOES NOT SYNC PROPERLY WITH COMAND HEAD UNIT. CONNECTED IPHONE VIA BLUETOOTH AND TEST DROVE 3 NIGHTS WHILE LISTENING TO SATELLITE RADIO. SATELLITE RADIO CAME ON AND OPERATED PROPERLY EACH TIME VEHICLE WAS STARTED WITH GIVING ACQUIRING SIGNAL MESSAGE AND BLUETOOTH CONNECTED PROPERLY EACH TIME VEHICLE WAS STARTED- NO ISSUES. ON FINAL ATTEMPT TO RECREATE ISSUE, SATELLITE RADIO STARTED AND PLAYED PROPERLY AND BLUETOOTH CONNECTED PROPERLY, BUT WHEN A PHONE CALL WAS ATTEMPTED THROUGH BLUETOOTH, COMAND RESTARTED ITSELF 2 TIMES IN A ROW. ONCE IT CAME ON AND STAYED ON ATTEMPTED BLUETOOTH CALL AGAIN IT CONNECTED PROPERLY AND THE COMAND STAYED ON. PERFORMED SDS QUICK TEST AND HAVE NO FAULTS. CHECKED ACTUAL VALUES AND FOUND ALL OKAY. CHECKED ALL CODING AND FOUND PROPERLY CODES. CHECKED PTSS CASES FOR BOTH A CL AND A 2012 S CLASS, CASES SHOW THAT SATELLITE RADIO CONTROL MODULE HAS REPAIRED SOME OF THESE ISSUES, BUT IN OTHER CASES THE SATELLITE RADIO CONTROL UNIT WAS REPLACED WITHOUT RESOLVING THE ISSUE. SOME CASES STATE THAT THE NEWER TECHNOLOGY AND OPERATING SYSTEMS IN NEW PHONES MAY CAUSE ISSUES WITH THE BLUETOOTH. THE COMAND AND SATELLITE RADIO IN THIS VEHICLE ARE UPDATED TO THE LATEST Therefore, Matrix has handled the claim correctly and in adherence to the terms and conditions of the contract. Matrix asks that this complaint be closed out.

**Customer Response**                                              06/05/2020

(The consumer indicated he/she DID NOT accept the response from the business.) The Sept service visit that Matrix refers too misses two important points. First Sept is 3 months after contract was entered into... my contract has a date of 6/19. Second according to Mercedsbenz of Northlake nothing is wrong with vehicle.. nothing to fix. I again refer you to language taken directly from the warranty book "They repair or replacement of any motor vehicle component that was not properly operating in accordance with manufacturer's specifications at the time this service contract was sold (I.e. pre-existsing conditions)." The service advisor and manager for Mercedes Benz dealership **** attest that vehicle was working as manufacturers specifications at Sept. visit. This vehicle failed in 2020.

Case 2:21-cv-08984-JAK-AFM   Document 1   Filed 11/16/21   Page 42 of 215   Page ID #:42

**Complaint Type:** Advertising/Sales Issues          **Status:** Answered

05/12/2020

My complaint involves the warranty plan that I purchased and did not receive a receipt. 5/11/2020 1:40pm Paid with Mastercard. Rep name is Glenn ******

**Desired Outcome**

I asking a company representative contact me with their information and also provide me with a receipt.

A

**Matrix Warranty Solutions, Inc Response**                                        05/18/2020

Matrix has investigated the consumer's claim. It appears that the consumer never actually purchased a plan. There is no contract in our system. If you feel you've been charged, please send us documentation so we can investigate further and handle appropriately.

---

**Complaint Type:** Advertising/Sales Issues          **Status:** Answered

04/28/2020

Robocalls 3+ times per day about expired warranty. Have pressed 2 to opt out multiple times. For last year received robocalls incessantly. When I ask the company name the person transfers me to a Sales person who when asked company name says Matrix. When I ask more questions they hang up on me. I press "2" to no longer receive calls yet they keep calling. I have blocked 30+ phone numbers and still get their calls.

**Desired Outcome**

Stop calling. I don't want your warranty. I've explicitly said to your team SEVERAL times to stop harassing me with these unwanted calls. They hang up before you can get through the whole sentence. Have your front end overseas auto dial company take my number off your list.

J

**Matrix Warranty Solutions, Inc Response**                                        05/04/2020

Matrix has investigated this consumer's claim and has determined that no one at Matrix or any independent affiliate has contacted this consumer. At this point, it seems possible another company is fraudulently using Matrix's name without its consent. Matrix will continue to look into this matter. Matrix has also passed the consumer's number along to be place on all known DNC lists.

---

**Complaint Type:** Problems with Product/Service          **Status:** Answered

Case 2:21-cv-08984-JAK-AFM   Document 1   Filed 11/16/21   Page 43 of 215   Page ID #:43

04/22/2020

Warranty bought in Oct 2019, thur Drive Smart, pd in full on Visa. Now Matrix will not honor. In late Oct 2019, I purchased 5 yr warranty on my 2014 vw Jetta thur Drive Smart, claims to be done thur Matrix. I rec. all my contracts and id card shortly. In Feb.2002. I filed a small maintenance claim that was rejected because they said there was no contract. I have talked back and forth between Drive Smart and Matrix many times. Drive Smart shows they paid for the contract to Matrix, but Matrix denies they received it. As of 04/22/2002, It is still denied. I have my receipt for payment for $3300.00, and all the contract work from Matrix. I am contacting Visa next to see what they can do. I have all paperwork and receipts and will send you copies if you give me an address.

**Desired Outcome**
It has been 6months with no resolution, so I want a full refund so I can buy warranty witha company that is good. Drive Smart advertises to be on the BBB list., but either it or Matrix is giving me the run around and so far no returns.

D

**Matrix Warranty Solutions, Inc Response**                                04/27/2020

Matrix has investigated the claim and has reached out to DriveSmart. DriveSmart has sent out payment and Matrix received payment for the contract on 4/24. Matrix will be getting in touch with the customer shortly to handle the maintenance claim.

---

**Complaint Type:** Problems with Product/Service          **Status:** Answered

04/21/2020

On 3/2/2020 I agreed to a contract with Matrix Warranty Solutions of 195.00 to open account and 151.83 per month for the warranty with the understanding i could cancel within 30 days for full refund. The next day 3/3/2020 I called to cancel as I couldnt afford it. I was told I had to wait for the book to arrive and follow the instructions according to my state. I received the book on 3/13/2020. Followed the instruction, took the odometer reading with letter to cancel with account number in book and sent book and info back to company. Called company as instructions said and gave them my USPS tracking number of XXXX XXXX XXXX XXXX XXXX XX. I was then told I should not have sent book back and would now have to purchase another warranty to complete the cancel process. I said no and I expected a full refund to my credit card as stated in book if cancelled with in 30 days. I called my visa card and informed them to not accept any charges from this company Matrix as I have cancelled their services. Next billing another charge for 151.83 from Mepco I didn't know who this company was. Called Visa and they told me it was another name for Matrix and also for Protech Vehicle services ph# XXX-XXX-XXXX. Told Visa to cancel card out totally and that I would be filing a Fraud report with the BBB. Called Matrix again on 3/15/2020 and informed them that I mailed the cancelation and it was mailed registered mail. Also that they received it on 3/16/2020 and that J Gundry signed for it at 11:43 am. Informed them my visa account has been cancelled and I expected a full refund as was told to me and in book, as long as I canceled out before 30 days. Informed them also that I have filed a fraud report. Have not received any refund, Mailed another letter on 04/17/2020 informing them I have not received any refund and I am filing fraud report with BBB. Other phone numbers given : XXX-XXX-XXXX and XXX-XXX-XXXX. Product_Or_Service: Matrix Warranty Solutions Order_Number: XXXXXXXXXX Account_Number: XXXXXXXXXXXXXX

**Desired Outcome**
Other (requires explanation) I would appreciate a Check preferably as I have cancelled out the visa account. The total amount is $346.83. Anyway you can help I would appreciate it and also this report will hopefully prevent anyone else from getting ripped off from this fraudulent company. Thank you ******* **********

C

**Matrix Warranty Solutions, Inc Response**                                    04/22/2020

Matrix has reached out to the seller in regards to the complaint. As a point of information, Mepco is the finance company for the contract and is a completely separate company from Matrix. Protech is also completely independent from Matrix. The seller will be reaching out shortly to take care of this. The customer will receive the appropriate refund.

**Customer Response**                                                          04/24/2020

(The consumer indicated he/she DID NOT accept the response from the business.) I have not received a call to remedy this situation. Only received a call on 4/21/2020 saying my next payment is due informed them I cancelled this last month as directed via the book. Sent in letter as instructed to cancel. Have made several ph called to all ph numbers listed with no help. Only run around. I have filed a fraud report. Any further contact will be via my lawyer if necessary. Hopefully a full refund will be sent as this was cancelled within the 30 days as instructed. My Visa card company is also in contact with this company trying to resolve this issue. Visa has put the $151.83 on hold until this is resolved however I already paid the $195.00 on the visa which they're trying to resolve this also.

C

**Matrix Warranty Solutions, Inc Response**                                    04/28/2020

Matrix has spoken to Protech again. Protech assures us they will be reaching out to the customer and providing the necessary refund. Thank you for your patience.

---

**Complaint Type:** Problems with Product/Service        **Status:** Answered

04/16/2020

Contract was cancelled by mail February 3, 2020, requesting refund of unused portion. No response has been received. RE; Contract #EQDCFXXXXX, Purchased june 18, 2019, for KIA Soul VIN #KNDJP3A58HXXXXXXX. On February 3. 2020 I cancelled this contract by notarized letter sent by certified mail requesting refund for the unused portion of the contract amounting to $547.38. On February 4, 2020 I called to inform them of my request and to ask that they stop automatic charges to my credit card. I could get no response except sales talk. I asked my credit card company to accept no more charges and have had none. I purchased this contract because I was told the warranty on my car had expired. The dealer informed me that I had nearly three years left on my bumper to bumper new car warranty. I was also told by Matrix (aka DriveSmart) that all maintenance would be fully covered for one year. When I went to the dealer for regular maintenance, the dealer said the warranty would not cover it. So I cancelled the contract because it was sold under false pretenses. I have had no response from them.

**Desired Outcome**
I desire them to honor their contract and refund the amount I have paid for the unused portion of the contract ($547.38)

W

**Matrix Warranty Solutions, Inc Response**                                    04/17/2020

Matrix is showing the contract as canceled in our system. We will reach out to the seller and make sure the customer is issued the appropriate refund. The customer will hear from someone shortly.

**Customer Response**                                    04/23/2020

(The consumer indicated he/she DID NOT accept the response from the business.) I agreed
that the contract was cancelled and that I deserve a refund, They said they would reach out to
their subsidiary, DriveSmart Warranty.com and make sure I would would be issued a refund. They
said I would hear from someone shortly. I have heard nothing.

W

**Matrix Warranty Solutions, Inc Response**              04/24/2020

Matrix has been in touch with DriveSmart. They are aware of the claim. Like a lot of businesses,
DriveSmart has been impacted by the pandemic and is short staffed and backlogged. The
customer is in their queue of contracts that require action. They assured us they will be reaching
out when they can. Please remain patient.

**Customer Response**                                    05/01/2020

(The consumer indicated he/she DID NOT accept the response from the business.) I understand
that business are understaffed and things take longer than normal and I will be patient. But I
would like the fie to remain open until i get satisfaction in the way of a refund rather than another
promise of a response sometime in the future.

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

                                                                03/26/2020

Matrix Warranty Solutions (ada Element Protection Plans) uses RoboCalling telemarketers
to contact consumers and they have repeatedly called my phone RoboCalling Marketers
working for Matrix have called my phone in violation of TCPA & TSR No-Call-List laws.

**Desired Outcome**
At this point I simply want the full and correct name of the telemarketing company in
California that has repeatedly called my phone with pre-recorded messages about buying
an extended car warranty plan.

R

**Matrix Warranty Solutions, Inc Response**              04/06/2020

Matrix has investigated the consumer's claim. Matrix has tracked down where the calls are
coming from and will send the consumer information in a private follow up.

**Customer Response**                                    04/07/2020

(The consumer indicated he/she DID NOT accept the response from the business.) No one from
Matrix has responded to me in any way.

R

**Matrix Warranty Solutions, Inc Response**                                    04/09/2020

You will be receiving correspondence from Matrix this week. Thank you.

**Customer Response**                                                           04/10/2020

(The consumer indicated he/she DID NOT accept the response from the business.) Someone from Matrix did contact me but told me they had not tracked down the source of the calls. They clearly have a financial relationship with the telemarketer and share in responsibility for the illegal calls

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

                                                                     03/24/2020

This company calls my house every weekday at least once and lately twice. I have asked them to stop calling but they will not. I talked to the supervisor last week and she stated that they worked for matrix insurance co and they would stop calling but they have not. They have become more frequent.

**Desired Outcome**
I want them to stop calling.

G

**Matrix Warranty Solutions, Inc Response**                                    04/09/2020

Matrix does not make outbound calls. Matrix is also not an insurance company. Matrix will take the consumer's information and make sure they are on all the appropriate DNC lists. They should not be receiving any more calls.

---

**Complaint Type:** Guarantee/Warranty Issues        **Status:** Answered

03/23/2020

I purchased an extended vehicle warranty for my truck while I was at sea in the Merchant Marine. Matirx has failed to honor its commitments. My 2014 Chevrolet Silverado had been sitting in a Transmission shop for several days (about March 8 to March 19) waiting for Matrix (the Obligor) to authorize payment under my extended warranty for a new transmission. I purchased this policy while working at sea, after learning that my vehicle warranty was set to expire. I have paid policy in full to the tune of $3,100. The policy does not expire until 11 October 2021. The Transmission shop had been in contact numerous times with claims personnel at Matrix. I provided copies of all service records requested by Matirx, several times over the past week. Every time I provided a receipt or record Matrix, their customer service reps would go silent and then when I called them back they asked for something else. In addition, Matrix sent its own contracted inspector to view my vehicle. After inspection, the inspector told the folks at Transmission shop that my transmission would be covered by the policy. Since that time, Matrix customer service representatives have been completely dismissive, uncooperative, and unavailable. On Tuesday, March 16, after calling Matrix Financial twice, I was told the claim had been denied. The first call, I reached a customer service representative who said he was transferring me to the insurance claims department; I was then put on hold for approximately 12 minutes and then the line went to a voice mail. I immediately called back and a female customer service representative put me through a series of of holds and finally did not provide any answers, she said "write a letter" to us. I could not wait any longer. I needed my truck back. Yesterday, March 20, 2020, I told the Transmission folks to go ahead with repairs. I spent out of pocket $4,373.29 for a new Transmission. I paid for a Matrix warranty up front $3,100.00 for a policy. Matrix's policy id not worth the paper it is printed on. It's outrageous. And, I bet I am not the only one they have fleeced, I am out nearly $7,500.00.

**Desired Outcome**
I want my coverage paid in full, $4,373.29.

D

**Matrix Warranty Solutions, Inc Response**                              03/25/2020

Matrix has reviewed the customer's complaint and has investigated the issue. Matrix will issued and process a full refund in the amount of the customer's contract cost. Payment was sent out on 3/23 and should reach the customer shortly.

---

**Complaint Type:** Advertising/Sales Issues      **Status:** Answered

03/16/2020

Violation of do not call list - call center transferred me to a "Supervisor" name Marcus - STOP CALLING ME!!! Violation of do not call list - call center transferred me to a "Supervisor" name Marcus - STOP CALLING ME!!! I am sick of these robo calls - i get called at least 5-6 times daily from this company and every time I request to be removed again from the call list - they hang up on me.

**Desired Outcome**
STOP CALLING ME!!!!

C

**Matrix Warranty Solutions, Inc Response**                              03/20/2020

Matrix is investigating the consumer's complaint. Matrix does not make outbound marketing calls nor does it condone excessive calling or harrassment. Matrix will track down the marketer that is making the calls and demand that they stop immediately and adhere to the rules and regulations of the TCPA.

---

**Complaint Type:** Advertising/Sales Issues      **Status:** Answered

03/12/2020

This horrible, lying , full of **** company blows up my cell phone as many as three times a day. Almost Matrix Warranty solutions at **** ******** St **** Dallas TX has continued to blow up my phone as many as 3 times a day. I have asked them to stop calling me on several occasions. They are scummmmmm bags. Me and 1000's are having this same issue.

**Desired Outcome**
No further contact by them or their brokers.

H

**Matrix Warranty Solutions, Inc Response**                                                    03/13/2020

Matrix does not make outbound or marketing calls. Matrix has tracked down where the calls are originating from and has requested effective immediately that they refrain from calling the consumer and adhere to the rules and regulations of the TCPA.

---

**Complaint Type:** Problems with Product/Service         **Status:** Answered

03/04/2020

In no uncertain terms, I denied there contract and was signed up anyway. On 2/13/2020 I was robocalled by "Artisian Warrenty Services" a company working under Matrix Warrenty Services. I made the mistake of responding to their message, as I had confused it with a legitimate issue I had been having. They used a common phone scam of telling me that I would not be able to extend my warrenty if I hung up the phone. They told me I could cancel the plan at any point within 30 days, and so I relented and gave in. The company got as far as getting my credit card information from me, but the charges would not go through. They tried to get me to contact my bank through their line (Which would have mean they could possibly see my social security number and other bank details). They eventually let me get off the line to talk to my bank, but when I did I looked up the company and realized it was likely a scam. I did not approve the charges. When they called back, I told them I would not approve the charges. I did not want their service, I would not pay for their service, and I did not want them to attempt to charge me any further. They tried to get me to reconsider, but I hung up. Several minutes later they circumvented my bank's fraud prevention by charging me $1, and that allowed their other charges to get through. They made 3 charges to my account for $1, $45, and $149. I called the number immediately to tell them I did not want this, and to cancel me immediately. They told me they couldn't do that, and I would have to call the number available on the packet they were sending me. I asked for the number, they hung up. The next week I cancelled that card and filed a fraud complaint with my bank (I was delayed by some issues). The week after that I finally received the package with the service number. Though the line is only open 4 hours a day, and only at inconvenient times. I found time, called it, asked to cancel the plan, was transferred to cancellations, where I sat on hold for two minutes before the hold music cut out. I sat in silence for an additional 6 minutes before the line cut out. I tried again, with the exact same result. They do not provide an email option to request cancellation. They clearly do not want to allow me the ability to cancel the contract, despite the fact that I never accepted it.

**Desired Outcome**
I was given a refund by my bank's zero fraud liability guarantee, but I am requesting that my bank be refunded the money that was taken. I am also requesting they cancel the plan that I did not request, and I am requesting that the never contact me again.

K

**Matrix Warranty Solutions, Inc Response**                                                    03/10/2020

Matrix has reached out to the seller of the plan and apprised them of the situation. They have canceled the customer's plan in their system. The consumer will receive the appropriate refund. The seller said they have tried to reach out several times but have not reached the consumer as of yet. They will keep trying.

---

Matrix Warranty Solutions Inc \ Complaints \ Better Business Bureau® Profile                                                                                          7/13/21, 12:27 PM

**Complaint Type:** Problems with Product/Service          **Status:** Answered

02/12/2020

Breach of contract/Deceptive sales practices Refusing to honor Contract by being deceptive. Asking business to fulfill services for what was agreed I purchased the warranty from matrix 18 months ago.and i have currently put about 2600 dollars into it.when i purchased it my car had 145,000 miles on it they mentioned NOTHING of replacing ANYTHING on it, MANUFACTURER recommendation or anything before issuing contract. When my timing belt broke they refused to replace and said the reason was because i hadnt replace it at 100000 miles.Mind u i didnt have it when it was 100000 miles(Contract) I am seeking the services that i paid for only. Covered losses or what it would cost to fix from licenced dealerships

**Desired Outcome**

Honor contractual agreement Repair vehicle

**Customer Response**                                                                                          02/14/2020

Business Response /* (1000, 5, 2020/02/14) */ Matrix has investigated the consumer's complaint. On 2/3/20, the repair shop reported that the timing belt broke. Per the repair shop, the timing belt is due for replacement at 105,000 miles. The mileage reported at time of breakdown was 197,852 and per Carfax the customer has owned the vehicle since 11/21/2016 at 97,122 miles. The customer could not provide a service record showing he had performed the required replacement of the timing belt at the 105,000 mile interval. Consumer Response /* (3000, 7, 2020/02/17) */ (The consumer indicated he/she DID NOT accept the response from the business.) Upon purchasing the warranty,It was not a not a not a requirement to replace anything on my vehicle nor was it mentioned.This under LAW Is deceptive marketing Practices!!Once again it was not a requirement that ai change or meet any requirements for this service I purchased this contract at 146000 miles not at 96000 miles. If they continue The Uniform Deceptive Trade Practices Act (UDTPA) is an example of federal legislation that regulates deceptive trade practices.if they refuse to honor the contract i wish to exercise my right under the contract to a arbitrator AAA.Deceptive advertising, or false advertising, is any type of advertising that is false, misleading, or has the effect of deceiving0 consumers. Why Would you sell a sell a contract for a timing belt warranty at a 146000 on a car with 146000 miles if you know it should you know you not going to honor it because its past the manufacturer recommended replacement? I am going to fight this to the SUPREME COURT IF NEED BE. YOU are not taking my 2600 dollars like that. Business Response /* (4000, 9, 2020/02/19) */ First of all, Matrix did not sell you the contract. Matrix only administrates the contract. We encourage all customer's to read their contract thoroughly upon receiving it in the mail. Furthermore, it is not a prerequisite that you need to replace any part prior to purchasing our service contract, however, you are required to maintain your vehicle appropriately. If you purchased our plan at 146,000 miles and had the timing belt replaced at 105,000 miles like you were supposed to, then a breakdown at 197,000 miles would have been covered. You neglected the timing belt for over 85,000 miles which eventually lead to it's failure. Consumer Response /* (4200, 11, 2020/02/20) */ (The consumer indicated he/she DID NOT accept the response from the business.) i wish to exercise my right under the contract to a arbitrator AAA.for Deceptive advertising, or false advertising, this is any type of advertising that is false, MISLEADING!, or has the effect of deceiving the CONSUMER. the Uniform Deceptive Trade Practices Act (UDTPA) is a TEXAS primary consumer protection statute. the statute prohibits a list of deceptive trade practices.one of which is misleading marketing or selling of services. Why Would you sell a contract for a timing belt warranty at 146000 on a car, then when it breaks'say you should have changed it at 106000 MISLEADING1 #1 the contract DOES NOT state i am required to repair anything upon agreement before honoring agreement at 146000 miles Business Response /* (4000, 13, 2020/02/27) */ Matrix did not sell you the contract. If the consumer has an issue with the marketer we suggest they reach out them directly to resolve. As far as the contract is concerned, the timing belt is just one of the many covered components of the contract. Furthermore, consumers are expected to maintain their vehicle including regular maintenance checks per the manufacturer's regulations. Had the consumer gotten the required maintenance at the correct mileage (which they should have done reguarless of having a service contract) the timing belt would have been eligible for coverage. The consumer neglected the required service for over 90,000 miles resulting in a failure. This makes the consumer's claim not eligible. Consumer Response /* (4200, 15, 2020/03/03) */ (The consumer indicated he/she DID NOT accept the response from the business.) to show the hypocrisy of matrix, the honda dealership thats working on my vehicle contacted matrix on 02/29/20 and reported that the a/c compressor needed replacing and it was bad, their response was put it on the new motor and see if it works.REALLY!according to your guidlines it should be replaced if its a recommendation.why would I risk it damaging another part. i would like to excercise my option for an arbitrator

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

02/03/2020

TCPA Violation call from matrix to sell extended warranty for a car that I dont have. I am writing to you regarding your recent, unsolicited selling call to my cell phone 786-431-9603 from your company Matrix for marketing purposes. The communication was unwanted and was made without my express invitation, permission or consent. As you are or should be aware, the Telephone Consumer Protection Act ( "TCPA") makes it illegal to solicit sales to cellular devices, via call or text message

**Desired Outcome**
Please contact me ASAP to discuss this violation.

D

**Matrix Warranty Solutions, Inc Response**                                        02/07/2020

Matrix does not place outbound calls. Matrix is a claims administration company. Matrix has tracked down the marketer and requested that they stop calling the consumer and adhere to the TCPA laws and regulations.

**Customer Response**                                                              02/10/2020

(The consumer indicated he/she DID NOT accept the response from the business.) Hi, I dont accept this response as I have proof that this company (element protection plans) same as matrix contacted me to offer me an extended car warranty for a vehicle that I do not longer have. I contacted this company thru email and mail including the evidence of the call and had not received response, please be aware if company do not respond to my letter i will have to file in court. Thanks.

D

**Matrix Warranty Solutions, Inc Response**                                        02/12/2020

Matrix administrates Element Programs. Matrix does not market to consumers. As stated before, Matrix has reached out to the company responsible for the calls and has requested them to stop calling and place the consumer on the do not call list. The consumer should not be receiving any more calls.

Matrix Warranty Solutions, Inc | Complaints | Better Business Bureau® Profile                                                                11/18/21, 12:27 PM

**Customer Response**                                                                 02/13/2020

(The consumer indicated he/she DID NOT accept the response from the business.) Matrix is
directly liable for the telemarketing calls at issue because they, among other things knowingly
paid for the leads or to receive applications for their products and services resulting from such
calls. Matrix knowingly and actively accepted business that originated through the illegal
telemarketing calls at issue. Moreover, Matrix maintains control over their lead generators'
actions in telemarketing and generating leads on their behalf. At all times relevant, Matrix had
control over what sort of lead generation they would accept business from. Matrix chose to
accept and monetize marketing leads that were generated through outbound autodialed and
prerecorded message calls to cell phones. Matrix was aware of the nature of the telemarketing
campaign including that automated calls were being made without prior express consentbut they
continued to engage such services. On information and belief, the persons and entities that
placed the calls at issue did so with Matrix actual authority. Matrix knew (or reasonably should
have known) that their lead generators were violating the TCPA on their behalf, and failed to take
effective steps within its power to force the telemarketer to cease that conduct. By knowingly
retaining and paying their telemarketing lead generators for leads generated through the illegal
calling alleged herein, Matrix ratified the illegal calling at issue.

---

**Complaint Type:** Problems with Product/Service        **Status:** Answered

                                                                                01/31/2020

I've been paying on a vehicle warranty with Matrix since June 2019 yet I haven't seen my
contract. I've called them multiple times & each time they say that they sent my contract
and each time they want to charge me $10. I got a different warranty because I hadn't
received my contract & the other was cheaper. Now, 4 months later, still no contract book
& they're still debting my bank account each month because according to them, I need
the contract book to follow the instructional for cancelling my contract. To me, this is
simply unfair business practice to keep people hooked. Now, I can't use the warranty to
get my car repaired without the book, nor can I cancel the contract for the same reason
and I'm still paying them $84 every month for 24 months. Product_Or_Service:
Automobile Warranty Account_Number: Unknown

**Desired Outcome**
Other (requires explanation) Send me my contract booklet without charging $10 since I've
never gotten the 1st, 2d, or 3d. If I fail to receive one third time, I'll contact BBB again for a
full refund. I expect this to be resolved within 60 days.

S

**Matrix Warranty Solutions, Inc Response**                                           02/03/2020

Matrix has reached out to the consumer to discuss the mentioned issues. A contract has been
electronically sent for the customer's records. Matrix has also reached out to the seller of the
contract to make them aware of the situation. The consumer needs to speak to the seller directly
about any cancellations.

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

01/29/2020

Abusive and predatory marketing tactics I receive on average 3 calls a day from this company or whomever they have hired to solicit business, this has been going on for years. I am on the do not call list and have requested multiple times to be put on their do not call list. I have contacted attorney general and ftc and as part of remedying this issue that said I should write to the BBB. Rating this company as A+ is incorrect and misleading if you look on line there are hundreds of posts about warranty companies unwanted calls.

**Desired Outcome**
I want them to desist from calling me, they need to tell whomever is calling me to stop immediately. The BBB needs to investigate their rating this company is out of control.

L

**Matrix Warranty Solutions, Inc Response**                                    02/04/2020

Matrix does not make outbound calls. Matrix is actively investigating the claim made by the consumer. Matrix is trying to trace where the calls were coming from so we can speak to the company and get them to stop immediately. We will circle back to the consumer to confirm they will not be called anymore once we conclude our investigation.

---

**Complaint Type:** Guarantee/Warranty Issues          **Status:** Answered

01/17/2020

Breached an agreement, i purchased a auto warranty, was set up on auto payments. They quick taking payments, and blamed my bank, dropped my coverage I purchased a auto warranty about 12 months ago, I paid around $3300 for a 5 year warranty. The payments were automatically deducted from my account, the warranty was set up to be paid in 2 years, so I have paid for half of the bill, and for no aparant reason matrix quick taking payments, and said it was a error on my banks part. This was an absolute lie, because i called my bank and they told me that matrix didn't even attempt to collect the $135 payment. The last payment they took was in September. This is the way they get out of a service contract? This is not only wrong it should be illegal. Nevertheless I have been ripped off for a little over $1600 and have no warranty on my truck. Please help.

**Desired Outcome**
I want my warranty reinstated immediately with the original contract, I am willing to pay the balance of the contract as agreed upon. But if Matrix refuses then I want a full refund.

A

**Matrix Warranty Solutions, Inc Response**                                    01/21/2020

Matrix sent an email to the customer to address the situation. The customer is showing as active in our system. If there was a payment problem during the policy ownership, the customer should reach out to Mepco Finance who processes the payments. Matrix has also reached out to the seller of the policy. They informed us there was a payment issue but spoke with the customer and resolved the issues and caught up on back payments. This should take care of the customer's complaint.

---

**Complaint Type:** Advertising/Sales Issues          **Status:** Answered

Case 2:21-cv-08984-JAK-AFM    Document 1    Filed 11/16/21    Page 53 of 215    Page ID #:53

01/14/2020

TCPA violations after being contacted by attorney. I'm still receiving calls from Vanguard Matrix is administrator. I have recordings of unwanted calls from Vanguard Vehicle Armor who Matrix hired to tele-market for them. These are absolutely TCPA violations and I already had lawsuit against Matrix who specifically stated they would have all their vendors quit calling me this hasn't happened as I have received 6 new calls within the last 2 weeks. These calls are all recorded and Matrix can't hire someone to break the law for them. The laws don't work this way Matrix. We also have new TCPA laws in effect signed by President Trump. Stronger penalties now. I contacted Vanguard they won't comply so since you hired them I'm coming after Matrix.

**Desired Outcome**

Company to contact me ASAP and not Jay I've spoken to him in the past he's of no help blames other companies stating they are out to sabotage Matrix which is absolutely not true. So company needs to contact me immediately.

P

**Matrix Warranty Solutions, Inc Response**                                    01/20/2020

Matrix has reached out to Vanguard to inquire about the consumer's complaint. Vanguard informed us that the consumer opted in to receive calls on their vehicle. As a result, they contacted the consumer originally per her request. After the consumer expressed that they did not want to receive any further calls, Vanguard stopped. Matrix is not involved in any telemarketing practices. Matrix also does not have an on-going lawsuit with this consumer.

**Customer Response**                                    01/22/2020

(The consumer indicated he/she DID NOT accept the response from the business.) Vanguard can't produce the evidence of my opt in as I have requested 8 times from them. They have to by law produce it and after vanguard I have received 4 more recorded calls and a card in the mail from motor vehicle protection selling for Matrix all these calls are definitely recorded. Matrix is lying along with Vanguard and VPS. These companies were specifically told in my recordings to quite calling me and I asked for opt in info they absolutely can't produce because I don't opt in on someone I have to lawsuit pending on. You now have 8 new phone calls from different companies selling for you Matrix!'

P

**Matrix Warranty Solutions, Inc Response**                                    01/24/2020

Matrix is not responsible for Vanguard's opt-in. That has to be addressed with Vanguard directly. Matrix has spoken to Vanguard to make sure any calls to the consumer are stopped immediately. Vanguard has assured us no other calls have been made. Matrix asks that this complaint is closed by the BBB.

**Customer Response**                                                                  01/27/2020

(The consumer indicated he/she DID NOT accept the response from the business.) Matrix is responsible for their vendors and here is email I sent Vanguard Last time I'm asking you which by law you have to send MY OPT IN INFORMATION!! I want it today and you either comply or you will be subpoenaed to comply with the law. The reason you can't send it is because you don't have it I never ever opt in because I don't play around online. Send it today!! Regards ******** ******** Sent from my iPhone They refuse to send opt in information because I did opt in. They aren't your only vendor calling me I have sent you the recordings from your vendors and me telling them to stop calling me. You can't hire someone to break the law for you!! Matrix is absolutely responsible for all these vendors calling me including Vanguard and by the way Vanguard refused to answer BBB about opt in so BBB closed Vanguard case but BBB better not close this case as I want arbitration with BBB on this case and I've asked for arbitration since Matrix is BBB accredited. I don't know how Matrix can possibly have A+ rating with BBB with all these complaints against them but I can definitely prove different about Matrix and their deceptive practices. (US-79.m4a) that's the recording I can't get it uploaded but I definitely recorded Vanguard and all Matrix vendors trying to sell "The Element". So prove opt in Matrix there isn't one and per law Vanguard has to prove it which their counsel refused and ignored me to prove. I'm taking this to court.

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

                                                                                    01/08/2020

Multiple illegal unwanted robocalls to my cellphone. I contacted this company recently regarding multiple illegal robocalls to my cell phone made with an automated telephone system using spoofed (fake) caller IDs. My cell phone has been on the national Do Not Call list since 2006. I would like to hear from this company to determine why these unwanted calls were made to my cell phone. I would like for this company to explain why these unwanted illegal calls were made to my cell phone and I would like to receive this company's Do Not Call policy. If Matrix Warranty claims that the robocalls were made by a hired "seller/marketing agent(s)" I want Matrix to provide the company name including contact person, address, phone number and website of the "seller/marketing agent(s)".

**Desired Outcome**

I want to be contacted by this company and to receive a copy of their Do Not Call policy.

D

**Matrix Warranty Solutions, Inc Response**                                            01/14/2020

Matrix does not make telemarketing calls. Matrix does not "hire" marketing agents. As such, Matrix does not have a company Do Not Call policy outside of the laws governing all companies pertaining to the TCPA. Matrix is willing to reach out to the company actually making the calls and request that they stop dialing this customer immediately but would need more information on the company making the calls. Please provide the name and as much info as possible.

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

01/06/2020

I bought my warranty from them. I've paid for it and now that I need it they tell me they won't cover my expense. The problem with my Dodge Charger started on 12/12/19 I called my warranty company which was matrix and they referred me to road America USA. R.A stated they only covered 35% of my repairs which was false and when I contacted matrix they told me it was correct. Now they are telling me they will only cover $500 of a $10,000 bill. And I need answers because if that was the case I would have kept my money and payed their $500 portion. They completely sold a bogus warranty for my car.

**Desired Outcome**

I want my car fixed at the rate they gave me, even though it is still not what they agreed upon when I bought the warranty

A

**Matrix Warranty Solutions, Inc Response**                                      01/08/2020

Matrix contacted the seller of the policy to reach out to the customer. The customer bought a road club program not a service contract and stated that they knew the policy covered 35% of the repair but did not read the contract thoroughly enough to know that repairs were capped at $500 per claim for that type of contract. The customer will be given a full refund which has already been processed.

---

**Complaint Type:** Advertising/Sales Issues          **Status:** Answered

01/06/2020

A representative of this company, Matrix provided false information in order to try to make a sale and defraud me out of approximately $2000. A representative of this company, Matrix provided false information in order to try to make a sale a defraud me out of approximately $2000. They claimed that the warranty on my car was expired and if I wanted to keep it under warranty I would have to pay $195 right away and another $110 per month for 18 months. My 2017 Hyundai is still under warranty. It has bumper to bumper for 5 years of 60,000 miles. It has been 2 and 1/2 years and the car has approximately 42,000 miles. I gave them this information and that claimed that the warranty is expired.

**Desired Outcome**

Please file criminal fraud charges against this company. Request their records to see who thy defrauded. Demand that they refund all monies collected based on fraud.

K

**Matrix Warranty Solutions, Inc Response**                                      01/07/2020

Matrix only administrates claims for service contracts. We do not contact consumers unless they are already customers of Matrix and it is claims related. The situation this consumer is describing sounds like it came from a 3rd party marketer. Matrix requests more information on the company who made the call so Matrix can reach out and make sure they are using best practices and accurate information.

**Customer Response**                                                            01/08/2020

(The consumer indicated he/she DID NOT accept the response from the business.) The company, Matrix, claims that I was contacted by a "3rd party" That is not true. The person who contacted me specifically identified themselves as from Matrix. The BBB must not allow this company to defraud consumers with false information about their products and then hide behind a claim of "It was not us". How can Matrix have an A+ rating when I see many other complaints on the BBB website?

**Complaint Type:** Advertising/Sales Issues          **Status:** Answered

12/21/2019

I am on the Federal Do Not Call registry and have received multiple calls from them or someone they hired to violate the TCPA for them. I am on the Federal Do Not Call registry and have received multiple calls from them or someone they hired to violate the TCPA (Telephone Consumer Protection Act) for them. They need to stop calling me and have someone from the legal department contact me. I have recorded calls of them calling and taking me to their website and showing me the warranty policy they were trying to sell me.In the calls they take me to Matrix Warranty Solutions website and Element Protection Plans website. They are also spoofing the phone numbers which is another violation of Federal guidelines. It is absolutely them and my recorded calls will prove it. I need to speak with someone in the legal department or one of the owners of the company about getting my number off their list or whoever they have hired to make the calls for them. I see them denying calling anyone in all their responses and it does not matter if you hire someone to do it for you, you are still responsible for contacting people on the do not call list.

**Desired Outcome**
I need to speak to someone who is not a sales person and make sure they never contact me again. Furthermore if what they claim is true about them not calling then they need to contact whoever they have hired to make the call and have them never call me again. Whatever the case is I need to speak to someone from this company because it is their auto policy warranty attempting to be sold to people on the do not call list, myself included.

N

**Matrix Warranty Solutions, Inc Response**                                                12/23/2019

Matrix does not hire any companies to make calls on their behalf. Matrix is a claims administration company. Matrix would need more information from the consumer on the company placing the calls. If the consumer would like to send over the recordings Matrix can investigate further.

**Customer Response**                                                                           12/24/2019

(The consumer indicated he/she DID NOT accept the response from the business.) Matrix Warranty Solutions reply is patently false and an outright lie. I spoke with 2 of the owners over there on 12-20-19. Joel and Jay. Jay said they do hire "independents" to call people for them. Then he said he would try and find out which one of them it was to make sure they would not call me anymore. He also said he would call me back on 12-23-19, which he did not do. I have spoken with an attorney about this because of the multitude of similar complaints about this company violating the TCPA or hiring someone to break the law for them. They can have the phone recordings when they get them through discovery, unless they would care to settle this out of court. The attorney I spoke with said there are enough complaints to file a class action law suit. I will also be taking them to court personally and we will see if the judge dislikes illegal calls as much as I do and if he thinks hiring someone to break the law for them obsolves them of the law. They have my phone number and know how to reach me if they would care to save us both the time and cost of litigation. Sincerely, ****** *****

N

**Matrix Warranty Solutions, Inc Response**                                                12/27/2019

Matrix has been in touch with the consumer and is handling the matter expeditiously. Matrix is waiting for the consumer to return their communication.

Matrix Warranty Solutions, Inc | Complaints | Better Business Bureau® Profile                                                                                   11/18/21, 12:27 PM

**Complaint Type:** Guarantee/Warranty Issues       **Status:** Answered

12/16/2019

Company calls from different number selling extended warranty on vehicles and disconnects phone numbers after the take your money Automotive company. This company called and sold me extended warranty on my vehicle vehicle 12/2/2019 they charged my account and stated I would receive my policy in 5 days. They stated to review the policy and take it to a Mercedes Automotive to verify everything and it was not a fake policy, if I did not like the policy I could cancel before the 30 days and would get a full refund no questions asked. When I did not receive my policy I called the numbers they called me from and they were disconnected. So I called the number on my bank statement and spoke to Lucy and told her I wanted to cancel my policy for a full refund because I never received my policy and no longer wanted the services. She stated that I could not get my money back, I asked her why not if it had not even been 30 days so I wanted it cancel for my full refund. Lucy said that I had a policy number it is ERENETXXXXXXX and my policy was with Matrix so therefore I could not get a refund. Please help!! this company is a scam and are just taking money without providing any services. I want my refund and policy canceled. Numbers they called me from XXX-XXX-XXXX, XXX-XXX-XXXX, XXX-XXX-XXXX address the gave me to mail my signature to have on file they stated to protect themselves Lucy stated was P.O Box 2399 Cypress, CA XXXXX. These people need to be shut down for stealing money and lying to consumers about false services

**Desired Outcome**
I want policy canceled ASAP and my full refund.

V

**Matrix Warranty Solutions, Inc Response**                                                           12/17/2019

Matrix has located the customer's contract under a different name as pending in our system. We will reach out to the selling dealer and make sure the customer's policy is canceled and is refunded in full as her policy is under 30 days old. Thank you for bringing this to our attention.

---

**Complaint Type:** Advertising/Sales Issues       **Status:** Answered

12/12/2019

Unsolicited call from Lisa ****** for marketing purposes with a spoofed number to my cell that is on Do Not Call List. On 10/31/2019 Lisa ****** Called with a spoofed number XXXXXXXXXX my cell number XXXXXXXXXX and sold me a policy which i cancelled and terminated the business relationship. The seller is National Car Cure,Contract with Elementep and the Administrator is MATRIX. Ill attach the documents to support.

**Desired Outcome**
The business to contact me so that we can solve this issue.

H

**Matrix Warranty Solutions, Inc Response**                                                           12/13/2019

Thank you for providing all the information. Matrix will reach out to resolve the issue and return any refund as appropriate.

---

**Complaint Type:** Advertising/Sales Issues       **Status:** Answered

11/25/2019

I would like to speak with the legal department of Matrix/ Element protection plans regarding calls to my cell phone that violate the TCPA. I have received numerous Calls from Matrix/Element protection plan attempting to sell car warranties. The agents each time name Matrix and Element and give their websites as reference who they are selling for. I would like to speak with their legal department regarding theses violations of TCPA.

**Desired Outcome**
For their legal department to contact me to reach a settlement in this matter.

C

**Matrix Warranty Solutions, Inc Response**                                    12/02/2019

Matrix does not make outbound calls. Matrix would need more information on the company making the calls so we can take appropriate action. Regardless, Matrix will have someone reach out to the consumer to discuss and possibly get to the bottom of the issue with any information provided.

**Customer Response**                                                          12/08/2019

(The consumer indicated he/she DID NOT accept the response from the business.) this is their general response to theses type of responses. Again send me your attonery's infomation so we can speak. We all know you hire a 3rd party for marketing but that does not make you expect from the TCPA.

C

**Matrix Warranty Solutions, Inc Response**                                    12/11/2019

Matrix does not hire 3rd parties for marketing. As stated originally, Matrix would like to help but would need information on the company making the calls. Matrix will have someone reach out to the consumer so we can get more information to prevent this in the future.

---

**Complaint Type:** Problems with Product/Service     **Status:** Answered

11/19/2019

Submitted complaint about refund owed to AA Auto Holding . Everyone is pusing the buck . AA is telling me Matrix is responsable . Matrix owes me a refund . Annexed attached is my complete documentation and service contract listing Matrix as administrator . AA Blames matrix . Matrix Blames AA . As a concumer I should not be running around tring to get a refund . When you asked for a premiuim I paid .

**Desired Outcome**
All I want is a refund owed to me .

M

**Matrix Warranty Solutions, Inc Response**                                    12/03/2019

Matrix has been made aware of the situation and will reach out to AA Auto Holding and make sure the customer receives the appropriate refund.

**Customer Response**                                                                                      12/04/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I will accept when I receive refund . Whole process is absolutely unacceptable but at least you responded.


M

**Matrix Warranty Solutions, Inc Response**                                                              12/06/2019

Matrix is processing the refund as of 12/6/19. It may take a few days to reflect in the customer's account. Thank you.


**Customer Response**                                                                                      12/09/2019

(The consumer indicated he/she DID NOT accept the response from the business.) Please facilitate a wire transfer to : ******* ******** Routing number XXXXXXXXX Account : XXXXXXXXXX TD Bank Upon receiving I will close case and give a positive review.

---

**Complaint Type:** Advertising/Sales Issues          **Status:** Answered

11/14/2019

I'm on the do not Call list. These people continue to call me and spoof their caller ID to be a number just a few digits off my own. This company continues to call me although I'm on the do not Call list. they finally called me on a number a few digits off of mine and I knew at that point that it was a Spam call. I answered it and went along with her call and at one point I hung up. They didn't return my call from their actual phone number of their company. I request a call from their legal department so I can settle this without going to court

**Desired Outcome**
I'll settle this call for $500, or they can go to court with it


B

**Matrix Warranty Solutions, Inc Response**                                                              12/02/2019

Matrix does not make telemarketing calls. Matrix requests that the consumer provides more information on the company that made the calls so we can investigate further and get them to respect the Do Not Call list and stop calling the consumer. Matrix remains willing and able to assist the consumer if more information is provided.


**Customer Response**                                                                                      12/04/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I have read reviews of them stating the exact same thing to others. I continue to receive these calls from them even after this complaint was filed. The number is spoofed as a local number that is close to my own number. Info along with it and they transfer me to someone whom doesn't speak broken English. I lead them on a few minutes and tell them I am driving and reception is poor. I then hang up, they call me back from an 866 number that is from Matrix. I will prove my point by going all the way as to let them bill my credit card so it shows their name. I will make sure the card seclines the charge and then I will have proof of this scam.

B

**Matrix Warranty Solutions, Inc Response**                                              12/06/2019

Matrix does not have an 866 number. The consumer needs to press the caller on the name of the actual company making the calls so Matrix can get involved and get them to stop. Please provide as much information as possible on the company making the call.

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

11/13/2019

Got a call from a High Pressure Polished Salesman about me purchasing his Extended Warranty on my van. I did NOT GIVE OUT my credit card. HE HUNG UP. This happened today. The first person that I spoke with had my van information, my phone number, mailing address, and email information. She rambles, then, HE COMES ON THE LINE. The caller said, "His name was Michael ******** Supervisor, Employee **** **** His Direct Phone number is X-XXX-XXX-XXXX, regarding me purchasing or Reviewing a Warranty Policy of 5 Years or 100,000 miles, $100.00 deductible" "He could HOLD IT for a DEPOSIT TODAY as low as $50.00 and cost went from $3, 699. Down to $2,285. With the hold being PAID TODAY!!!" "Then after 30 days, if I DID NOT WANT the warranty, then, the $50.00 was FULLY REFUNDABLE because THATS THE LAW!!" He said, "that they mailed me this packet but when I DID NOT RESPOND, THEN, THEY START CALLING FOLKS!" "Otherwise, I would make monthly payments on my warranty. " HE SAID, "WE ARE IN THE 21ST CENTURY and its NOT LIKE HE WAS GONNA TAKE MY MONEY.!" I asked him, "what website can I go to and review this information?" He RELUCTANTLY said Very Fast, "Matrix Warranty " I explained that, I do not know who you are, I had NOT received no mail with this information, etc. And that, I WAS NOT GIVING ANY OF MY FINANCIAL INFORMATION TO HIM. I HAVE NOT RECEIVED ANY PACKET FROM THIS COMPANY. Then, AFTER HIS PERIODS OF, "MAKING FUN OF ME", SEVERAL TIMES!!!! I REFUSED TO GIVE HIM MY FINANCE INFORMATION, HE ABRUPTLY HUNG UP!!! I am on the DO NOT CALL REGISTER HOWEVER, I CONTINUE TO RECEIVE SCAM CALLS. This person is SCAMMING FOLKS, BELITTLING AND HIS TACTIC DID NOT WORK ON ME!! I understand trying to sale folks, BUT, THIS WAS NOT A HIGH PRESSURE SALESMAN, A SCAMMER CALL. NEEDS TO BE SHUT DOWN ASAP!! THANKS

**Desired Outcome**
I would like to know what corrective action is being taken by BBB regarding this complaint. Thank you!!!

M

**Matrix Warranty Solutions, Inc Response**                                              11/14/2019

Matrix does not make sales calls. Matrix will investigate this customer's claim and look into the number provided and make sure the company responsible for the call adheres to the TCPA regulations and will stop calling the customer in the future.

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

Matrix Warranty Solutions, Inc Complaints | Better Business Bureau® Profile                                    7/8/21, 12:27 PM

11/12/2019

I contacted company about robocalls to my cell. I'm on National Do Not Call List. Requested their Do Not Call Policy. Didn't respond/provide policy. I contacted company on 11/1/19 (certified mail #XXXX XXXX XXXX XXXX XXXX) about not less than 4 (four) robocalls to my cell phone on 9/10/19, 9/20/19, 10/3/19, and 10/11/19 made with pre-recorded messages and unsolicited telemarketing. My number is on the Do Not Call List. I requested copy of their Do Not Call Policy. They did not provide policy nor respond to any of my communication.

**Desired Outcome**
Contact by the business for response to my previous communication/letter, provide copy of their Do Not Call Policy as I previously requested.

P

**Matrix Warranty Solutions, Inc Response**                                    11/14/2019

Matrix does not participate in robocalls or outbound marketing. Matrix requests information on the company making the calls either the phone number or company name so Matrix can investigate and contact the marketer to get them to stop. Please provide more information.

**Customer Response**                                    11/15/2019

(The consumer indicated he/she DID NOT accept the response from the business.) In my 11/1/19 certified letter (#XXXX XXXX XXXX XXXX XXXX), I asked Matrix to /provide a copy of their Do Not Call List Policy to me via email or mail, they have not provided. Therefore I do not accept this response. In the attachment, I am again providing my email and mailing address where Do Not Call List Policy can be provided. Please provide this policy immediately. I am providing AGAIN in the attachment my very detailed and thorough documentation of the calls which Matrix has made to me which include the phone number making the call. I have previously provided this in my 11/1/19 certified letter (#XXXX XXXX XXXX XXXX XXXX). I am requesting that Matrix immediately inform me of the legal name, and contact information, including address, phone, and email of the marketer which they have hired to make these calls. Additionally, regardless of if contact a marketer has made these calls, Matrix is responsible for calls made on their behalf selling their services. Please respond to my requests immediately or this will be escalated.

P

**Matrix Warranty Solutions, Inc Response**                                    11/19/2019

As previously stated, Matrix does not make marketing calls. Therefore, there is no internal Do Not Call policy. We would have to adhere to the federal rules and regulations of the TCPA as would any company. Matrix does not hire marketing firms to make calls on their behalf. Matrix will review the information provided in the attachment and attempt to locate the company calling the consumer and get them to 1. stop calling the consumer 2. follow any applicable laws pertaining to the TCPA and 3. stop them from misrepresenting who they work for.

Case 2:21-cv-08984-JAK-AFM Document 1 Filed 11/16/21 Page 62 of 215 Page ID #:62

**Customer Response**                                           11/20/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I do not
accept this response because Matrix has not researched the issue as they indicated they would
do in their initial response to this complaint. In their initial response to my complaint, Matrix
indicated "Matrix requests information on the company making the calls either the phone number
or company name so Matrix can investigate and contact the marketer." I provided this
information, for the second time, within this complaint. Matrix had already been previously
provided this information on 11/1/19 in my certified letter (#XXXX XXXX XXXX XXXX XXXX).
Matrix has not completed this investigation which in their response they indicated they would
complete to resolve my issues with the company. More specifically, in their 11/19/19 response,
Matrix still responds that "Matrix will review the information provided in the attachment and
attempt to locate the company calling the consumer...." This complaint should not be closed as
resolved until such time as Matrix completes the investigation and provides the requested
information from the investigation. Based on what Matrix offered and committed to do, this
complaint is not resolved. Furthermore, my request was specifically that Matrix immediately
inform me of the legal name, and contact information, including address, phone, and email of the
marketer. Matrix has not completed this, therefore this complaint should not be closed.
Furthermore, I do not accept this response because Matrix is lying in their responses to the BBB
and making conflicting statements. In their initial 11/14/19 response, Matrix indicates "Matrix can
investigate and contact the marketer to get them to stop". However, in their 11/19/19 response,
Matrix indicates, "Matrix does not hire marketing firms to make calls on their behalf." Matrix
further goes on to indicate in their 11/19/19 response, that they will "attempt to locate the company
calling the consumer and get them to 1. Stop..." These statements are conflicting, contradictory,
and mutually exclusive. Furthermore, Matrix is lying when they indicate in their 11/14/19 response
that "Matrix does not participate in robocalls or make outbound marketing calls" and in their
11/19/19 response when they indicate "Matrix does not hire marketing firms to make calls on their
behalf." Specifically, in my thorough documentation provided to Matrix twice, the transcript of the
calls placed to my cell phone indicate the customer service representative indicating that the
warranty offered is from their company and directing me to the company's website to review the
warranty offered by their company. The calls placed to my cell phone were on behalf of Matrix.
Furthermore, I am noting for my records that on 11/19/19 Matrix has indicted "there is no internal
Do Not Call policy" and has REFUSED to provide to me a Do Not Call Policy after repeated
inquiry and request for the document.

---

**Complaint Type:** Advertising/Sales Issues      **Status:** Answered

10/30/2019

Violation of Do Not Call Registry, Using Robocalls to generate Business Contacts in
violation of state and federal laws. Spoofing on VOIP lines On October 28, 2019, I
received a call from National Dealer Services (NDS) using 2 Robocall messages from a
VOIP number, XXX-XXX-XXXX, listed to "Dee" (spoofing), no Dee there and the business
was in Texas and not South Carolina as the call indicated creating a deceptive practice,
thinking the call is local, using robocalls as well. After the initial screening with NDS, I was
transferred to an agent that when asked who his business was, he stated Matrix
Protection. When asked how I went from speaking to NDS to Matrix, he hung up. It is
evident from the complaints that while Matrix claims they do not make calls, they receive
them from businesses that utilize robocalls and transfers the call. They receive a benefit
from the call and I guess they pay a referral fee or compensate the business for the
transfer if a sale is made otherwise why would NDS want my information unless to link it
up and receive payment if a sale is made. By compensating NDS, implicitly condoning the
actions of NDS, and receiving a benefit of the transfer in a sale of insurance, Matrix is
vicariously liable for the actions of NDS and complicit with any violations of the Do Not
Call list and the robocall practices.

**Desired Outcome**

Matrix and their representatives comply with Federal and State Consumer Protection
Requirements. Self report violations to state and federal agencies. Ensure I receive no
further contact from them, since I am on the Do Not Call Registry, or anyone acting on
their behalf that forwards me to them after using a robocall. Agree to terms of liquidated
damages of $2,000.00, if ever contacted by them or anyone that forwards me to them I
can proceed against them in South Carolina to enforce the Liquidated damages.

Case 2:21-cv-08984-JAK-AFM   Document 1   Filed 11/16/21   Page 63 of 215   Page ID #:63

D

**Matrix Warranty Solutions, Inc Response**                                11/05/2019

Matrix does not make outbound or telemarketing calls. Matrix is a claim administration company.
No calls are transferred to Matrix from a telemarketing service. Matrix does not pay a referral fee
to any telemarketers or "robocallers". The description outlined by the consumer of our business
is inaccurate. Matrix asks the BBB to close this complaint out as erroneous as a result.

**Customer Response**                                                      11/07/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I do not
accept this response. There are other identical complaints indicating the same type of calls. The
company is not innocent and benefits from the forwarded call. They are just as liable as the
company using the robocall. Unless they sign an agreement to not solicit with a liquidated
damages clause they are liable and I will not agree to this canned response deflecting
responsibility.

D

**Matrix Warranty Solutions, Inc Response**                                11/11/2019

Matrix does not make outbound calls nor does it accept transfers from marketers. Matrix
administrates claims. If the consumer has a complaint on a claim, Matrix would investigate and
take responsibility for. However, if the consumer is alleging a company is non compliant with the
TCPA and is using Matrix's name, Matrix will attempt to reach out to National Dealer Services and
request that they adhere to all applicable laws and regulations as well as stop calling the
consumer in this complaint.

**Customer Response**                                                      11/12/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I was
transferred to a Matrix representative and that I knew the business name. Matrix has similar
complaints so it is not an isolated incident. Matrix is just as liable as National Dealer Services in
violating the NDC. I will not agree to this solution unless they agree to sign an agreement to no
contact me directly or through other parties with a liquidated damages clause if they do contact
me again in any media format both written or electronic.

---

**Complaint Type:** Billing/Collection Issues        **Status:** Answered

                                                                          10/21/2019

This company used my phone number to spoof calls to victims claiming they owed money
on claims. The company Matrix Warranty Solutions used my phone number, which has
been registered under the DoNotCall registry since 2005, in order to spoof the number
and convince victims into providing their credit card or other payment information. They
knew my full name as well as phone number. I do not know what other information they
had on me to impersonate me.

**Desired Outcome**
I would like Matrix Warranty Solutions to stop claiming to be me by using my phone
number.

K

**Matrix Warranty Solutions, Inc Response**                                      10/22/2019

Matrix does not use or make spoof calls. Matrix would never mask a phone number to reach out to an existing customer if something is needed on a claim. This consumer is outlining outright fraud by a 3rd party. The allegations are troublesome and will be investigated immediately. Matrix will reach out to the consumer after a thorough investigation has been conducted with any findings.

---

**Complaint Type:** Advertising/Sales Issues          **Status:** Answered

10/02/2019

Continued calls despite being on the National Do Not Call Registry I continue to get calls from a company which uses slightly different names (Vehicle Service Center, Warranty Department, etc.). Half the time they give me fake web addresses when I ask for more information. I have asked them to stop calling numerous times, but the calls persist. During the last call, I was transferred to a representative who claimed she worked for Administrator's Matrix Warranty. I confirmed it was Matrix Warranty Solutions, Inc. I then asked not to call me anymore and explained that I get a large amount of calls from this company, but she had already hung up. I have recorded some of these calls. These calls are in direct violation of the TCPA including Calls to Cellphones and Telemarketing Calls to Consumers on the Do Not Call Registry. Put me in touch with your legal and compliance department immediately so we can discuss damages for TCPA violations. I have received well over 20 calls from this company. I have requested not to be called again many times.

**Desired Outcome**
Put me in touch with your legal and compliance department immediately so we can discuss damages for TCPA violations.

P

**Matrix Warranty Solutions, Inc Response**                                      10/04/2019

Matrix does not make outbound calls. Matrix does not employee or engage in telemarketing activities. Matrix does not condone excessive calling or harassment. Matrix will investigate the claim and attempt to reach the marketer given by the customer to get them to comply with all TCPA laws and regulations.

---

**Complaint Type:** Problems with Product/Service          **Status:** Answered

09/18/2019

Veronica ********* has been in charge of my policy. I have asked her numerous times to cancel and she refuses to cancel or let me speak with a manager Veronica ********* was very pushy over the phone while trying to sell me an extended warranty on my vehicle. I told her that I was unsure and she told me that I should compare my current warranty and the warranty she sold me. I did just that and my current warranty is almost the same. She told me that after comparing all I have to do is call back and she would cancel it for me. I called on Monday, September 16, 2019 and she told me that I had to send something in writing and she would email me the instructions and she did not do so. I need my $100 back and I need this account closed NOW. The BBB Needs to step in. I was told I had 30 days from the date of purchase which was September 13, 2019 to cancel for a full refund and you guys are refusing to do so. I want this **** account closed and I want it closed now and I want my money back!

**Desired Outcome**
I need this **** account closed NOW! I also need my refund as promised

⌋

**Matrix Warranty Solutions, Inc Response**                                      09/19/2019

Matrix will contact your selling agent and let them know you wish to cancel. Since the customer is within their 30 day look period, they will receive a full refund.

---

**Complaint Type:** Billing/Collection Issues          **Status:** Resolved

08/21/2019

Company has billed me for an auto coverage policy. I never agreed to any person that I wanted this coverage. They have harassed me. This company called me one day to offer coverage for an extended warranty on my car. I said send the info to my email address. The address is: Mepco PO Box 5978 Carol Stream, IL XXXXX-XXXX They have called me at least 15 to 20 times harassing me. I call the number back they gave me to call and no one ever picks up. Now they have sent me a bill for $356.44. I will report them to the FTC also.

**Desired Outcome**
To leave me alone and quit the harassment.

⌋

**Matrix Warranty Solutions, Inc Response**                                      08/26/2019

Matrix will investigate the customer's claim. It would be unusual that Matrix would have the customer's car info/VIN, address, payment information, etc. if the customer never wanted the policy. That being said, if the customer wants to cancel their policy, Matrix of course will notify the seller and have them go through the necessary procedure to do so.

**Customer Response**                                                          08/28/2019

(The consumer indicated he/she DID NOT accept the response from the business.) The answer I received from my complaint is false. I never gave this company information about me or my car. They must have bought my personal information and VIN number from a company. The dealership where I purchased my car probably sold them the information. Everyone's info is out there for the right price. Time is precious and the fact that I had to spend time dealing with this is frustrating.

⌋

**Matrix Warranty Solutions, Inc Response**                                      08/30/2019

The seller has been contacted with the customer's cancel request. Matrix asks that the BBB close this complaint out.

**Customer Response**                                                          09/04/2019

(The consumer indicated he/she ACCEPTED the response from the business.) I want my policy cancelled and my money returned. How could I give you the VIN number? I don't know where it is.

---

**Complaint Type:** Advertising/Sales Issues          **Status:** Answered

07/25/2019

I want to talk to your legal department about multiple robocalls your company made to my cell phone from 6/5/19 to 6/17/19. The calls were made using 6/5/19 to 6/17/19

**Desired Outcome**
Contact by the legal department.

E

**Matrix Warranty Solutions, Inc Response**                              07/26/2019

Matrix does not participate in telemarketing or own any marketing centers. Matrix is a claims administrator. Matrix would be happy to investigate this further but would need more information on the actual company making the calls. Please provide as much information as possible so we can take action.

**Customer Response**                                                    07/30/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I was called by a company by the name of Vehicle Protection Services, a third-party reseller of services provided by Matrix. So Matrix is liable for the actions of any "vendors" that represent the products sold or managed by Matrix.

E

**Matrix Warranty Solutions, Inc Response**                              08/02/2019

Matrix will investigate this issue. Matrix will reach out to Vehicle Protection Services and make sure they are not calling the consumer and that they are conducting business under accordance of the law.

**Customer Response**                                                    08/06/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I agree that I want Matrix to investigate my issue with them and with Vehicle Protection Services / Vehicle Protection Specialists, but I want this claim to remain open until we have reached an equitable settlement.

**Complaint Type:** Advertising/Sales Issues          **Status:** Answered

07/22/2019

12 TCPA violations and I am considering them willful as I am on the national Do Not Call registry. Don't tell me you do not hire 3rd party affiliates! I was called and left a voicemail to call a number back which I did and it was about a car warranty plan. When I called the number back I was given on the first VM I was transferred to another rep whose name was Sterling and he was a broker for Matrix. I am on the national Do Not Vall registry and have been since 2007 so the first call was automatically $1500 but the other 11 calls has brought the total to $18,000. When transferred to Sterling he went through the usual speech about cost and payment options which I was also told that Sterling worked for Vehicle Services and they are a broker hired by Matrix. So Matrix takes care of the payments when it comes to your vehicle repairs but they sell the warranty for Matrix so yes Matrix does hire telemarketers to solicit unwanted sales calls as I have his VM to prove that also. When I hung up on him he proceeded to call me back 11 times within 5 minutes from Irvine California Vehicle Services hired by Matrix. I have his VN and phone number which all checks out as being Vehicle Services out of California who sells Matrix warranty's. with this said if you read the TCPA and FCC rules you are responsible for Vehicle Services as you directly hired them. You need to contact me as this is a huge number $18,000 and there are plenty of others if I file a class action suit in federal court and your phone records are reviewed in a court of law what all are they going to find? I imagine plenty. I need you or your legal department to contact me ASAP and you can get my info from the BBB or my demand letter as I feel we can come to some sort of agreement hopefully before I file in federal court for your TCPA violations. Contact me ASAP?

**Desired Outcome**

I want to be contacted by the business so we can discuss best resolution for all the TCPA violations they committed against me.

P

**Matrix Warranty Solutions, Inc Response**                                                              07/23/2019

Matrix has reviewed customer complaint. This complaint has been forwarded to the legal and compliance department. The consumer should expect a response and resolution within 5-7 business days. If the consumer can please provide the best contact information to be reached for response and resolution.

**Customer Response**                                                                                    07/25/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I partially accept it and Matrix has my contact number in demand letter I sent certified return receipt. I have also spoken with someone at Matrix that has my cell number and can the BBB please provide Matrix my cell number since I can't post it? I accept the part they are looking into it I don't accept the part that if I choose yes this closes the case with the BBB as I have not been contacted by Matrix legal department yet. Once contacted and we can reach an agreement this will be resolved.

P

**Matrix Warranty Solutions, Inc Response**                                                              08/02/2019

Matrix will have its compliance department reach out to the consumer directly.

Case 2:21-cv-08984-JAK-AFM   Document 1   Filed 11/16/21   Page 68 of 215   Page ID #:68

**Customer Response**                                                    08/06/2019

(The consumer indicated he/she DID NOT accept the response from the business.) The company made the calls or had another company they hired make the calls. They are responsible for the companies they hire that violate TCPA rules.

---

**Complaint Type:** Problems with Product/Service     **Status:** Answered

07/19/2019

I bought an auto warranty and when I had a claim they cancelled the contract yet would not give me a refund. I purchased the contract on 7/20/18 for $3,050 for my personal vehicle. In April, the truck broke and needed $10K in repairs. The Company sent an inspector out and because my truck had tools in it, it wasn't considered a "personal" vehicle...yet these tools were in it when they sold it to me. I requested a refund at that time and they said I have to provide notice according to the contract. I provided such written notice and mailed certified return receipt through USPS, although the addresses provided in the contract were not valid. My wife called to ask for another address and they would not give her a legitimate mailing address.

**Desired Outcome**
A full refund.

W

**Matrix Warranty Solutions, Inc Response**                              07/24/2019

Matrix sent an inspector to investigate the claim as we do for all claims of this nature. The inspection determined that the vehicle was clearly a commercial use vehicle. In addition to having "tools in it" the vehicle also has a utility work bed with an air compressor mounted on it and goose neck hitch. The inspection report provided pictures of such. Because the commercial use surcharge was not selected at time of sale, Matrix was unable to assist with this claim. Cancellations have to be submitted to the seller of the contract however this customer would not likely be entitled to a full refund given that Matrix did pay out several maintenance benefit claims prior to the inspection report.

**Customer Response**                                                    07/29/2019

(The consumer indicated he/she DID NOT accept the response from the business.) We don't live in Dallas, we live on a rural South Texas family ranch and maintaining our homestead requires being able to be self sufficient. An air compressor is standard as cactus and mesquite on the property will flatten a tire and there is limited cell service to call for help as it's a remote location. The utility bed was on the truck when the contract was issued and helps hold tools and supplies as it's a remote location. The truck was owned individually under an individual insurance policy primarily on privately owned land. At the inception of the agreement, I understood commercial vehicle to mean the legally defined term commercial vehicle and used in business to transport goods or customers, which this truck was not. Per the contract, we tried to provide notice of cancellation yet our notarized letter was returned. When we called to request a correct address the Company refused to provide an address to my wife because she didn't own the contract. They would not provide a legitimate mailing address to her. I believe they're intentionally stalling and providing false contact information. This company voided the contract without cause, I am requesting a full refund.

W

**Matrix Warranty Solutions, Inc Response**                                           07/31/2019

Matrix will contact the seller of the policy to reach out to you in regards to your cancel. As stated
before, Matrix has already paid out several maintenance benefits so a full refund is not probable.
However, we will let the seller and consumer find a mutual resolution.

**Customer Response**                                                                 08/02/2019

(The consumer indicated he/she DID NOT accept the response from the business.) The Seller
appears to be defunct as our correspondence to the contact information provided in our contract
has been returned as undeliverable and the phone numbers have been disconnected. Can you
provide legitimate contact information for the Seller? If so, why was this information not provided
earlier when we specifically asked for legitimate contact information?

---

**Complaint Type:** Billing/Collection Issues        **Status:** Answered

06/20/2019

when I called to get my deposit and the first payment refunded . Thye didn't want to give
it to me. Had to request to be transferred 2 times for help. I signed up for this warranty
with the idea of paying it all off immediately, all 3100. SO when I called and the bank
wouldn't let the payment go through I told the rep that helped me I would call back later
to pay it in full. I called my bank and spent a 30 min trying to get the to lift the fraud alert,
unsuccessfully. The next day I was scrolling my email and I see a "thank you for your
payment" email to my surprise 124 and change had been deducted. I'm pretty upset since
I never agreed to automatic payments. I call the next day to now cancel the warranty. The
first rep I speak to is yelling at me about how I agreed and, they have me on tape. She
goes on to threaten my bank for slander for the fraud block. She continued her rant how I
will get no refund due to me agreeing to it. I say to her that all I want to do is cancel my
plan and get a refund since I do not want the service. I end up requesting her manager
but before she transfers me, she says how its fine he will tell me the same thing. I say
that's fine I still want to speak to him. He gets on and is the same person I told I would call
back to make the payment. He starts arguing about how I was going to pay I but, my bank
wouldn't allow it, so what changed etc. He even looked up the BBB reviews. I tell him how
there are several people that have had these issues; and since you took payment with out
my authorization, then the hassle of the current call I'm sure I want to cancel now. He tries
to tell me my 157.00 deposit is gone, and I get a prorated payment from the 6/18 payment.
I asked for his manager at this point I'm on the phone for 30 minutes (this isn't even my
first call I was redirected from another company). I request to now speak to his manager. I
was on the phone with him for five minutes and he gave the deposit and the payment but
still said it was prorated. He tells me I must write a letter and mail it for the cancellation
and then I will receive a paper check in 3 weeks for the prorated amount. To me this
unacceptable. Be very leery of this company the person I signed up with hustled me into
it with a story about his wife. How she had the same car and this was so beneficial. The
customer service has been terrible and there was never any mention of how tedious it
would be to cancel this policy.

**Desired Outcome**
I want a full refund. I haven't used any services and feel like good customer service would
recognize that.

C

**Matrix Warranty Solutions, Inc Response**                                    06/28/2019

On May 14, 2019, Ms. ******* ******* enrolled in a vehicle protection plan with DriveSmart for her 2015 Dodge Dart. During enrollment, it was explained to the customer that she would have a 30-day review period to look over the terms in the policy handbook that should receive in the mail to thoroughly read over and determine her interest in keeping the policy before it would go into effect and the first monthly payment would be due on June 14, 2019. Within the 30-day review period if the customer were to opt-out of coverage, then a full refund would be provided back to the customer and the account would be closed. Ms. ******* agreed to these terms. We did not hear from Ms. ******* until June 17, 2019. At this point her 30-day review period ended, and the policy has been in effect since June 14, 2019. The DriveSmart billing team reached out to Ms. ******* due to her first payment being delinquent and message was left on voicemail. She called back into the DriveSmart customer service department the same day with the intention of paying the policy off in full. The customer care agent offered Ms. ******* a discount on the total cost of the policy for the payoff. Unfortunately, when processing the payment, her banking institution blocked the charge from being approved. The agent advised Ms. ******* to contact her issuing bank to have the charge approved. She agreed to do this and call back to make that payment. DriveSmart did not hear back from Ms. ******* that day. On June 18, 2019, our finance company auto billed the original amount of $124.45 for the delinquent payment that was originally due on June 14, 2019. This charge was approved. On June 19, 2019, Ms. ******* called DriveSmart customer service department with the intention of cancelling service. She stated that she was upset about the delinquent payment being drafted out of her account on June 18, 2019 as well as the issuing bank declining the payoff balance and refusing to allow that charge to be processed on June 17, 2019. The customer care agent explained that due to her account being in delinquent status at the time and not hearing back from her on June 17, 2019, the finance company attempted to collect the original agreed upon amount. Ms. ******* demanded a full refund of her deposit and monthly payment of $124.45. An agent explained to Ms. ******* that if she were to follow through with the cancellation, she would be entitled to a pro-rated refund regardless if a claim was made or not, since the account was active and the 30-day review period had lapsed on June 14, 2019. The call was transferred to the customer care manager who explained a written intent of cancellation would be required to officially discontinue service and the pro-rated refund would be shortly issued. The terms of cancellation and refunds are always explained to a consumer upon enrollment on a recorded line as well as conveniently located in the policy handbook that is shipped out to each customer one business day after enrollment. The 30-day review period is to ensure the customer has full understanding and agreement of the policy and terms before activation with the option of a risk-free full refund if it is decided to discontinue service. To date, we have not received a letter from the customer with intent to cancel. In good faith, DriveSmart is agreeing to refund Ms. ******* in full and will discontinue service waiving the required letter of cancellation. The refund and cancellation will be processed today, June 28, 2019 but may take 2-5 business days to reflect within her account. We apologize to Ms. ******* for any inconvenience or miscommunication there may have been.

---

**Complaint Type:** Advertising/Sales Issues          **Status:** Answered

                                                                        06/03/2019

Company will not stop harassing solicitation calls regarding auto warranty. Company will not cease harassing solicitation calls with blocked or invalid phone numbers.

**Desired Outcome**

Have company cease all contact with me.

C

**Matrix Warranty Solutions, Inc Response**                                    06/04/2019

Matrix does not own any telemarketing call centers. Matrix does not solicit or harass consumers. Matrix is an administrative claims company and does not directly market to consumers. Matrix does not condone telemarketing or any other forms of harassment. The consumer would need to provide more information on the company actually making the calls so we can attempt to help with the consumer's request.

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Resolved

05/24/2019

I was misled and manipulated by a salesman claiming to be with ****'s official extended warranty department. I received a call from this company 4/15/19, and they claimed to be ****'s official extended warranty program. They informed me my warranty was up, but I explained to them that I already had an extended warranty with another 3rd party company. The man told me there was no sign of an active extended warranty in the "database" and that I had been scammed by this other company. He continued to share his negative thoughts of this other company, and said he could help me get a refund from them. He had me send a letter ending my services with the other company and stated that his company *********************** would begin legal action against my current extended warranty company. They explained that they could not begin the process without having a policy with them, so I signed up, giving them a down payment of $1500. I am now struggling with both companies to cancel my policies and get my money back, but Matrix Warranty *********************** keep giving me the runaround, telling me that they can't help me with my other refund if I end my policy. They continue to bash the other company while being rude to me and speaking condescendingly.

**Desired Outcome**
I would like a full refund of my deposit of $1500 and the monthly payment of $103, as I was misled and manipulated by these companies.

K

**Matrix Warranty Solutions, Inc Response**                                06/13/2019

Matrix was not aware of an issue of this nature. We will investigate and make sure it is handled properly and quickly.

**Customer Response**                                06/18/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I am not satisfied with the company just saying they will investigate. I have not had good customer service when dealing with my ********** account about the sales tactics I'd encountered when signing up, so I am not sure how much better Matrix specifically will be. I am waiting to hear from them yet.

**Customer Response**                                06/19/2019

I have received a full refund from Drivesmart and Matrix.

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

05/03/2019

We are on the National Do Not Call list and this company uses call centers to constantly call us to try and sell auto warranties. On 5/3/2019 (and many other dates) we were called from (XXX) XXX-XXXX. The company was Matrix Admin and was trying to sell me a vehicle warranty. They said the company they sell service plans for is Element Protection Plans and even gave me their phone number. I explained we are on the DNC list and she hung up. They call probably every other day and the caller id shows a different number every time. Element Protection needs to cease and desist using these sales tactics which is clearly against the law.

**Desired Outcome**
Simply want this company to stop calling and admit they are using call centers that ignore the National Do Not Call list.

Case 2:21-cv-08984-JAK-AFM   Document 1   Filed 11/16/21   Page 72 of 215   Page ID #:72

J

**Matrix Warranty Solutions, Inc Response**                                    05/08/2019

Matrix does not own any telemarketing call centers. Matrix does not solicit or harass consumers.
Matrix is an administrative claims company and does not directly market to consumers. Matrix
does not condone telemarketing or any other forms of harassment. It is possible this consumer is
confused. There are several marketing companies in the extended warranty space. However,
Matrix is willing to assist the consumer if the consumer is able to provide the name of the call
center that is actually making the calls. Please include as much information as possible on the
marketer.

**Customer Response**                                                          05/13/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I am not a
confused consumer nor did my original complaint allege that Matrix owned a telemarketing
company. My complaint is that Matrix sells vehicle service plans to customers that they obtain
from telemarketing companies which they do not properly regulate to ensure they are in
compliance with FCC rules. I am unable to provide any information on the telemarketing
company that called me since they use caller id spoofing technology. All I know for sure is they
are trying to sell service plans for Matrix while ignoring the Do Not Call registry. Matrix should
know what telemarketing companies are selling their product and ensure those companies are
complying with all FCC rules.

J

**Matrix Warranty Solutions, Inc Response**                                    05/15/2019

Matrix does not sell vehicle service contracts. Matrix administrates claims for vehicle service
contracts. Matrix wants all parties to operate under the law and fully compliant with regulations.
Matrix is also willing to help the consumer but needs more information on the marketer. If the
consumer does not provide that info, please close this complaint out.

**Customer Response**                                                          05/21/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I understand
that Matrix states it does not sell service contracts and only administrates claims for these service
contracts. The bottom line is that Matrix is knowingly accepting business that is obtained by
telemarketing companies that do not adhere to the Do Not Call registry. This makes Matrix
themselves non-compliant with FCC regulations and is the basis of my complaint. If companies
like Matrix would stop accepting business via these non-compliant telemarketers maybe these
robo calls would stop. Again, I cannot provide any information on the telemarketer themselves as
I was only able to find out who they do business with which was Matrix. Again I request Matrix
review the companies it obtains these service plans from that they administer to ensure they are
complying with FCC rules.

---

**Complaint Type:** Advertising/Sales Issues      **Status:** Answered

Matrix Warranty Solutions, Inc V Complaints | Better Business Bureau® Profile                                                11/16/21, 12:27 PM

04/28/2019

I have received excessive phone call from the company for advertising. I don't even have time during the day to deal with this type of phone call Even if I declined to receive phone call from the company, I have received excessive phone call all the time day and night. I talked to the representatives a several times and told them I am not interested but still getting call and it's been a very annoying. I don't want to receive a phone call anymore.

**Desired Outcome**
I don't want to get a phone call for my personal phone number which is XXX XXX XXXX

M

**Matrix Warranty Solutions, Inc Response**                                                04/30/2019

Matrix does not make outbound calls. Matrix does not employ or own any call centers. Matrix is willing to reach out to the company who is responsible for the calls and get them to stop but would need more information from the consumer on who is actually calling them.

**Customer Response**                                                05/01/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I received a lots of calls and they don't give the names until you start talking about contract. Some times they hang up when you asked the company name first. I stayed on the phone for 45 minutes to get the name of the company. It wasn't seem a fraud issue. It is an advertising issue. They don't take your phone number off the list even if you decline receiving calls. I don't think that happens without company's permission. The only think that I want from the company is not giving a call to me. If I get a call again I will get their names this time.

M

**Matrix Warranty Solutions, Inc Response**                                                05/03/2019

Since Matrix does not make outbound calls, it needs more information on where the calls are originating from. Matrix does not condone excessive calling or harassment in any fashion. Matrix is willing to help and ensure the customer doesn't receive any calls but needs to know the company who is calling in order to do so. Please collect as much information as possible.

**Customer Response**                                                05/07/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I need time until I get a phone call from them again. I will provide the names and everything.

---

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

04/12/2019

They are calling me 10 times a day. I am on the Do Not Call list. This problem has occurred multiple days for over a year

**Desired Outcome**
As long as they stop calling me I will not have to pursue any further action

S

**Matrix Warranty Solutions, Inc Response** 04/15/2019

Matrix does not make outbound calls. Matrix does not employ or own any call centers. Matrix is willing to reach out to the company who is responsible for the calls and get them to stop but would need more information from the consumer on who is actually calling them.

---

**Complaint Type:** Problems with Product/Service    **Status:** Answered

04/05/2019

Received call trying to sell to me vehicle protection on my 1991 Ford Aerostar. Very pushy man that had some information about me and knew that I owned the 1991 Ford Aerostar. Pushed for the name of my bank and other information. I did not give him any information that would ID me at the bank. In a few days received a contract stating that I had made a $107.00 down payment and owed $2033.00 payable in 22 payments. Other names involved are MATRIX PAYMENT SOLUTIONS AND MEPCO. So far there has been no withdrawal of monies from my bank to this company. Product_Or_Service: Vehicle Protection Services Order_Number: MATRIX Account_Number: ******XXXXX

**Desired Outcome**
Other (requires explanation) To stop the hounding of me for money. When I call either number, XXX-XXX-XXXX or XXX-XXX-XXXX I get Debbie ****** who is more pushy than the man that called and also lies and lies. She claims I made a $107.00 down payment and that she has the checking account numbers and all this is on a recording which she will never play for me. She just talks over me when I try to tell her that I did not OK any Protect Vehicle plan and I have not made any down payment.

M

**Matrix Warranty Solutions, Inc Response** 04/09/2019

Matrix has spoken to the customer and looked into the issue. Matrix reached out to both the seller of the contract and the finance company. Since the contract was never paid for it was never activated at the finance level or Matrix. We have removed all customer information for our database and asked that the seller do the same. This issue has been resolved.

---

**Complaint Type:** Advertising/Sales Issues    **Status:** Answered

03/07/2019

Fraudulent sales and harassment practices This bunch calles my phone muliple times a day and is spoofing local government and business phone numbers to get passed my phone blocker. I've ask to be removed from their call list to no avail. I do not need nor want their vehicle extended warranty. The persons I've spoke with have told me their names were Christian ***** and a female named Vanessa. They insist I pay them $495. up front with a credit card and that my car repairs will break me if I don't. My car is brand new and still has a manufacture warranty for 4 more years. They lie and say that it has expired. The number they gave me was XXX-XXX-XXXX. I am a busy person and cannot get my daily work finished for them constantly ringing my phone from fake/spoofed numbers. I would like to this outfit investigated and shut down. They are preying on the public in a most outrageous way.

**Desired Outcome**
I want my number to be removed from their calling list. No more harassing calls from spoofed local numbers. Honor the phone blocking actions of the public. To be put out of business.

S

**Matrix Warranty Solutions, Inc Response**                                                     03/11/2019

Matrix does not make outbound calls. Matrix does not solicit or harass consumers. Matrix is an administrative claims company and does not directly market to consumers. Matrix does not condone telemarketing or any other forms of harassment. It is possible this consumer is confused. The number the customer provided is to another company called Matrix Insurance and Benefits Solutions and Matrix Wealth Management. We do not have any affiliation with either of those companies. Matrix asks the BBB to close out this complaint as erroneous.

**Customer Response**                                                                            03/13/2019

(The consumer indicated he/she DID NOT accept the response from the business.) If "Matrix does not directly market to consumers", then can you please explain this: https://www.matrixprotection.com/vehicle-plan.html This web address is for Matrix and it offers plans and car warranty services on the Home page. Along with their contact information, warranty plans, and a free price quote and to brag about how the have a BBB A+ rating... ?

S

**Matrix Warranty Solutions, Inc Response**                                                     03/22/2019

The customer never mentioned our web page in their original post. The only information we have to go on is the telephone number they provided which was to a different Matrix company altogether. Matrix doesn't make outbound calls. Matrix certainly doesn't want consumers to be harassed. Matrix is willing to reach out to the company making the calls to get them to stop but would need more information from the customer on who is actually calling them.

**Customer Response**                                                                            03/25/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I have given you the information. "I never mentioned your web page in my orig. post" - Well, you have it now. And as for the phone number not being yours, neither is our local Sheriffs Dept., Public Schools and County Hospital's but that sure didn't seem to impair you from spoofing them in order to trick me into answering the phone. The web address I've given is the one provided as verification that the caller/product warranty was legit. You stated in your first response that "Matrix is an administrative claims company and does not directly market to consumers." Yet your webpage shows that you do market directly to consumers. So now you say that you don't make "outbound calls" - is this statement too suppose to be believed? You also stated that you do "not solicit or harass consumers", well I beg to differ - your marketing department has harassed me for over two years now! I'm not accepting your generic response as others have because they alone prove that what you say and what you do does not agree... And as for your offer to reach out to another Matrix company that you say might instead be the real culprit and try to get them to stop calling - you are not fooling anyone here. It's your company and you know it is... The fake number given to me was an obvious scam by your rep. I could tell the moment he said it because he fumbled through the digits as though he was searching. Your company has far too many similar complaints from the public and the BBB does need to step in here.

**Complaint Type:** Advertising/Sales Issues        **Status:** Answered

02/27/2019

Constant phone harrassment after request to be placed on do not call list. I have requested via the automated version and by phone to be removed from the company's calling list. The automated request does not get processed. When you speak to a human, the moment you tell them you want to be removed they just hang up. You cannot talk to a supervisor. I stayed on the line and had a conversation for 7 minutes about my vehicle then politely said I was not interested in the coverage and asked to be removed from the list. Again a hang up. There is no apparent attempt by this company to remove you from their calling list. I get at least 10 phone calls a week.

**Desired Outcome**
Removal from their calling list an no further contact.

C

**Matrix Warranty Solutions, Inc Response**                                        02/28/2019

Matrix does not make telemarketing calls. Matrix does not own any telemarketing call centers. Matrix does not solicit or harass consumers. Matrix is an administrative claims company and does not directly market to consumers. Matrix does not condone telemarketing or any other forms of harassment. Without knowing the name of the company making the calls, Matrix will circulate the consumer's phone number to the independent affiliates and make sure they remove the number from any and all call lists.

---

**Complaint Type:** Problems with Product/Service      **Status:** Answered

02/04/2019

I signed a contract with Protech VSC on July 26,2018 for a Vehicle Service Contract. The car was totaled on August 28, 2018. I called Protech VSC on August 29, 2018 to report the car totaled. They demanded Total Loss paperwork. I sent the paperwork in September. I called on October 17,2018 and cancelled the automatic deductions since $124.27 was deducted from my bank account on October 9, 2018.They told me that they hadn't received my Total Loss paperwork. I sent it again in October.I thought that the matter was taken care of in October. In December I saw that other automatic payments of $124.27 were taken in November and December. I filed a Stop Payment Authorization on December 18,2018 at my bank. I also sent the Total Loss Paperwork a third time on December 20,2018, I sent it Certified Mail. I have the Postal Service postcard signed by Protech VSC on delivery.Protech VSC took $497.08 in automated payments for a Service Contract on a car that was totaled. That's payments in Sept, Oct, Nov, and Dec.I expect a refund of $248.54 since I received two chargebacks from my bank. Product_Or_Service: Vehicle Service Contract Account_Number: ELEMENTEP ENHANCED P

**Desired Outcome**
Other (requires explanation) Protevh VSC has cancelled my contract "because Mepco has not received my payment."I attempted to cancel this contract because the car was a total loss on August 28,2018 three times. i would like to have Protech change the official reason for cancellation. I also expect a refund of $248.54.

D

**Matrix Warranty Solutions, Inc Response**                                        02/05/2019

This is the first time Matrix is being alerted to this issue. Matrix is taking immediate action and will reach out to Protech VSC and have them refund the payments that were taken after your request for cancellation. We will be in touch shortly with confirmation.

**Customer Response**                                                         02/11/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I was told that I would not be getting any money back on the phone. I believe that this company received my Total Loss Paperwork but would not acknowledge it so that they could collect more money. My car was totaled on August 28,2018. I called the next day and sent the Total Loss Paperwork the first week in September. I sent it again on October 17,2018 after I had called them and they said that they had not received it. I sent Total Loss Paperwork again on December 20,2018 Certified Mail. I also had to cancel my debit card on December 18,2018 because they kept taking payments.

D

**Matrix Warranty Solutions, Inc Response**                                   02/13/2019

Matrix received this response in regards to the customer's claims. We received customer's total loss paperwork as of December 18th. This was not cancelled due to nonpayment. However, there is no refund due, as the customer charged back 3 of her payments. I cancelled the policy as of December 18th. She had the policy for 145 days. Customer is mad because there is no refund due. We had offered her the 94.83 as a refund, however, she refused because she wanted a full refund. She was given her refund through her bank when she charged back her payments. Initially, she requested a refund of everything she paid in, including the amounts she had already been credited by her bank. When we advised her that she had already received funds from her bank, then she began asking for the rest of the money she paid. Per her contract, the refund is prorated, and subject to a 75 dollar cancellation fee. She did not want to abide by the contract terms. Matrix asks BBB to close this case out due to this information.

**Customer Response**                                                         02/17/2019

(The consumer indicated he/she DID NOT accept the response from the business.) I received $248.54 from my bank, this is two charge backs. Matrix owes me $248.54, the other two payments that they took from me after I sent in my Total Loss Paperwork. They did not acknowledge receiving it until I sent it Certified Mail in December. My car was totaled on August 28, 2018. They should not have continued collecting payments from my bank account on a totaled car. Even if they take a $75 cancellation fee, they still owe me $173.54.

---

**Complaint Type:** Problems with Product/Service        **Status:** Answered

01/30/2019

On do not call list but VRU keeps calling and have asked to be removed - have asked six times and still call ****, ***, *****

**Desired Outcome**
Quit calling and BBB should down grade

N

**Matrix Warranty Solutions, Inc Response**                                   02/05/2019

Matrix does not own any telemarketing call centers. Matrix does not solicit or harass consumers. Matrix is an administrative claims company and does not directly market to consumers. Matrix does not condone telemarketing or any other forms of harassment. It is possible this consumer is confused. There are several marketing companies in the extended warranty space. Matrix does not recognize the name VRU so without more information, Matrix cannot help the consumer. Matrix asks the BBB to close out this complaint as erroneous.

Case 2:21-cv-08984-JAK-AFM   Document 1   Filed 11/16/21   Page 78 of 215   Page ID #:78

**Customer Response**                                                                02/06/2019

(The consumer indicated he/she DID NOT accept the response from the business.) They are hiring marketing companies to push their product and do not know which marketing company is doing this. They told me they can not tell me who the company is. They are paying for the marketing and are responsible for the actions of subcontractors.

N

**Matrix Warranty Solutions, Inc Response**                                          02/11/2019

Matrix does not make telemarketing calls. There are numerous marketing companies that sell many programs one of which might be Matrix. There are also marketing companies that might use the Matrix name but are unauthorized to sell our program and then sell another product. Without more information on the actual company this consumer spoke to, Matrix cannot take the necessary steps to resolve the issue. Matrix asks the consumer provide more information so we can help with his request.

---

**Complaint Type:** Problems with Product/Service     **Status:** Answered

                                                                                    12/14/2018

They continue to call my cell even after I told them many times I no longer own the vehicle. They are calling on a cell number that is on the DNC list Even though the company is out of Texas they call me from a robo # that shows my local area. I have sold the vehicle that they call me about around 3 years ago. They are calling me on a do not contact number.

**Desired Outcome**
I've asked more than once to be taken off their call list and they continue to call me. I just want to be removed from their list

D

**Matrix Warranty Solutions, Inc Response**                                          12/17/2018

Matrix does not own any telemarketing call centers. Matrix does not solicit or harass consumers. Matrix is an administrative claims company and does not directly market to consumers. Matrix does not condone telemarketing or any other forms of harassment. Without more information on the actual call center who made the calls, Matrix cannot take further action.

---

# EXHIBIT 2

Mepco | Better Business Bureau® Profile

11/16/21, 12:33 PM

 **Better Business Bureau**®

Home > Illinois > Chicago > Auto Warranty Plans > Mepco

Share | Print

## Business Profile

 **Mepco**

10 S La Salle St Ste 2310
Chicago, IL 60603-1068

🌐 http://www.mepco.com

✉ Email this Business

📞 (800) 397-6767

### Contact Information

📍 10 S La Salle St Ste 2310
Chicago, IL 60603-1068

🌐 http://www.mepco.com

✉ Email this BBB

📞 (800) 397-6767

Want a quote from this business?

**Get a Quote**

### Customer Reviews

★☆☆☆☆ **1.15**/5

Average of 146 Customer Reviews

**Read Reviews**   Start a Review

### Customer Complaints

**173** complaints closed in last 3 years
**70** complaints closed in last 12 months

**Read Complaints**   File a Complaint

### BBB Rating & Accreditation

 **A**

**Accredited Since:** 12/1/2009
**Years in Business:** 57

**Customer Reviews are not used in the calculation of BBB Rating**

Overview of BBB Rating

## Products & Services

Mepco provides billing services related to vehicle service contracts, sending bills and collecting payments. However, Mepco has no involvement in the development, marketing, sale, claims processing activities, or any other administration of vehicle service contracts, and Mepco does not engage in any form of telemarketing. If you have questions regarding the purchase of a policy, or if you wish to cancel the coverage, you will need to contact the direct marketer or dealership that the policy was purchased from.  If you have questions regarding coverage details, repair authorizations, or claim submission you will need to contact the service contract administrator. The names and telephone numbers for these companies appear on all documents sent by Mepco and they alone can address discrepancies with product representation, service reimbursement, cancellations, reinstatement's, refunds, or any other vehicle service contract related issues.

## Business Details

**Location of This Business**
10 S La Salle St Ste 2310, Chicago, IL 60603-1068

✉ Email this Business

Mepco | Better Business Bureau® Profile                                          11/16/21, 12:33 PM

Email this Business

| | |
|---|---|
| **BBB File Opened:** | 7/16/1997 |
| **Years in Business:** | 57 |
| **Business Started:** | 4/1/1964 |
| **Business Started Locally:** | 4/1/1964 |
| **Accredited Since:** | 12/1/2009 |
| **Type of Entity:** | Sole Proprietorship |

**Business Management**

Mr. Anthony Hammes, Vice President of Corporate Communication

**Contact Information**

Principal
Mr. Anthony Hammes, Vice President of Corporate Communication

Customer Contact
Mr. Anthony Hammes, Vice President of Corporate Communication

**Additional Contact Information**
Fax Numbers

(866) 656-6518   Other Fax

Email Addresses

Email this Business   Primary
Email this Business   Sales
Email this Business   Technical Support
Email this Business   Customer Service

## Customer Complaints

173 Customer Complaints

## Customer Reviews

146 Customer Reviews

## Business Categories

Auto Warranty Plans   Financial Services   Payment Processing Services   Billing Services

## Local BBB

BBB of Chicago & Northern Illinois

More Info on Local BBB

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the

Mepco | Better Business Bureau® Profile

11/16/21, 12:33 PM

information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

## BBB Reports On

BBB reports on known marketplace practices.

**See What BBB Reports On**

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

Mepco | Reviews | Better Business Bureau® Profile                                                                11/16/21, 12:36 PM

 **Better Business Bureau**®

Home > Illinois > Chicago > Auto Warranty Plans > Mepco > Customer Reviews                                     Share     Prin

# Customer Reviews

 **Mepco**

📍 10 S La Salle St Ste 2310
Chicago, IL 60603-1068

🌐 http://www.mepco.com

✉ Email this Business

📞 (800) 397-6767

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

**Teresa L**

⭐ (1 star)                                                                                  11/12/2021

When buying these policies, they couldn't be more available & helpful. BUT, try canceling & they hangup,on hold for hours, or an agent,that I can't understand, talks too fast. Then a supposed manager got on the phone & practically ordered me to keep them. He went on & on, not even listening to me. I feel bad for their reps having to bully folks into keeping the accounts.



**Mepco Response**                                                                              11/13/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our ***************************** ************** Monday Friday from 8A5P CST or by email at ***********************************

## Tonya W

⭐☆☆☆☆ (1 star)

11/12/2021

They are doing the exact same thing to me! I've cancelled my contact over 3 months ago and have had to recancel it every single month! They keep taking it out of my bank account causing me to pay for overdraft charges that I can't afford!



**Mepco Response**

11/13/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our ***************************** *************** Monday Friday from 8A5P CST or by email at **********************************

## NFN W.

⭐☆☆☆☆ (1 star)

11/09/2021

On SEPTEMBER 23,2021 CANCELED MY AAP ACCOUNT AND $100.00 WAS RETURNED TO MY BANK ACCOUNT AT ***** FARGO! MEPCO BILLING ME OVER MY GMAIL FOR 2MONTHS DAYS AFTER I HAD CANCELED WITH AAP



**Mepco Response**

11/13/2021

Thank you for submitting your concerns regarding Mepco. With the information provided, we found an account; This account is canceled. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our ***************************** *************** Monday Friday from 8A5P CST or by email at **********************************

### Steven H

 (1 star)

11/01/2021

Apparently this company is part of the same grift as ****************************. I cancelled the account with WPA the very same morning that I opened it after seeing all of the one-star BBB reviews (normally would have checked that first, but it was a chaotic morning). I never received a cancellation notice from WPA (and they hide behind an answering service rather than actually dealing with customers). I immediately reported them to the fraud department at my credit card company and had them change my account number so that I could not be charged.I'm getting a barrage of bills from MEPCO telling me that I am overdue and the monthly amount is about double what I originally agreed to when I signed. My guess is that their next move is to send me to collections when I don't pay them. Given their commitment to being unreachable, I expect to receive no returned calls and will have to take them to court.



**Mepco Response**                                              11/03/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. We need more information, please contact our ***************************** *************** Monday Friday from 8A5P CST or by email at *********************************

### Rochelle t

 (1 star)

11/01/2021

$75 they take from you for looking over the contract and canceling within 30 days yes they charge $75 and then you never get the contract so they keep debiting your bank card every month this is a scam a rip off I advise everyone to stay away from this company they have three different names and they have terrible reviews I was stupid and did not read the reviews first ******************************



**Mepco Response**                                              11/03/2021

Thank you for submitting your concerns regarding Mepco. With the information provided an account found, please note this account is canceled. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our ***************************** *************** Monday Friday from 8A5P CST or by email at ********************************

Mepco | Reviews | Better Business Bureau® Profile 11/16/21, 12:36 PM

### Delma C

 (1 star)

10/29/2021

I believe this is the worst customer service ever. It is Oct 29, 2021. I first called MEPCO In June of this year to cancel my contract. I was told at that time it was cancelled. I was on auto payment. And they took out another payment again in July. called and once again and was told cancelled. They took another payment out in August, and was again told cancelled. I wish this was the end of the story, but the also took out a payment in September. when I talked to someone , I was guaranteed this contract was cancelled retro to June and would be refunded the payments. That didnt happen either. I got billed again for October. Waiting to hear from them today so they can cancel one more time.. I gave them one star only because you cant pick a zero star.



**Mepco Response**

11/03/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. We need more information, please contact our ***************************** ************** Monday Friday from 8A5P CST or by email at *********************************

### Pam S

 (1 star)

10/28/2021

Elder abuse scam. Taking advantage of vulnerable people and charging them for the priviledge.



**Mepco Response**

11/03/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our ***************************** ************** Monday Friday from 8A5P CST or by email at *********************************

### JC M

★★★☆☆ (3 stars)

10/18/2021

Trying to find a mechanic that accepts them would be great but the ones in my area never heard of them.



**Mepco Response**

10/22/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our ***************************** ************** Monday Friday from 8A5P CST or by email at *********************************



Anthony F.

★☆☆☆☆ (1 star)

10/14/2021

I canceled my service contract with Mepco and they kept sending me bills because the only way to get a refund with my warranty company is if your are current and up to date with your payments. So even if you hated Mepco and cancelled your contract with them they will still continue to send you bills cuz if you missed a payment you are no longer eligible for a refund!!



**Mepco Response**

10/17/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our **************************** ************** Monday Friday from 8A5P CST or by email at **********************************

---



Richard L.

★☆☆☆☆ (1 star)

10/11/2021

Mepco is a front for scamming companies. Sold my 91 year old mom a car warrantee and she doesn't even have a car.



**Mepco Response**

10/12/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. We need more information; we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our **************************** ************** Monday Friday from 8A 5P CST or by email at **********************************

---



Jordan W

★☆☆☆☆ (1 star)

10/09/2021

I dont even know these people, or ever heard the name until I looked in my account! They took my money for no reason! I dont go through them for insurance or anything. They took over $153.00 from me!



**Mepco Response**

10/12/2021

Thank you for submitting your concerns regarding Mepco. With the information provided, the autopay was stopped on this account. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our **************************** ************** Monday Friday from 8A5P CST or by email at **********************************

---

Mepco | Reviews | Better Business Bureau® Profile
11/16/21, 12:36 PM

### Susan M

⭐☆☆☆☆ (1 star)

10/08/2021

MEPCO some how got my bank information and began debiting my account. Called to cancel and they would hang up. Finally got through and they were rude but eventually after threatening to report them for Elder Abuse, they say they did cancel. I'm waiting for my cancellation documents to be sent.**************



**Mepco Response**                                                        10/12/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our *************************** *************** Monday Friday from 8A5P CST or by email at **********************************

### David T

⭐☆☆☆☆ (1 star)

10/03/2021

I bought a new car and canceled my policy. But I keep getting reoccurring bills. I've called them on numerous occasions and they keep saying someone will return my calls. But this never happens. Shady at best is this warranty company. The one time I tried to use them it was denied. Never use this company if you are reading this.



**Mepco Response**                                                        10/06/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our *************************** *************** Monday Friday from 8A5P CST or by email at **********************************

Mepco | Reviews | Better Business Bureau® Profile                                                                    11/16/21, 12:36 PM

## 123456

 (1 star)

09/18/2021

F*** these scamming ********.Not MEPCO, but whoever carries out the actual policy for the warranty.Called to cancel because I traded my car in, and bought new. The Coporate D*** HEAD said " Why are you even canceling this policy" you only have ******** left on it. I told him that I don't Own the car anymore and this policy is a joke because it won't Cover anything that I need fixed because " pre existing condition" first off How the h*** do you decide what's pre existing. I didn't even know there was a pre existing issue. He basically told me to f*** off, transfered me, and I was sent in a circle to CANCLE this policy for a car I told 3 different people I don't OWN anymore!!!! Reported it to my Bank as fraud because it is.



**Mepco Response**

09/22/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Mepco is only the servicer of payment plans for providers of vehicle service contracts. We would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our ******************************* ************** Monday Friday from 8A 5P CST or by email at ********************************

## corey d

 (1 star)

09/10/2021

Mepco is a joke. We have been waiting 4 months for a return for our money. The warranty did pay for c*** Your company is a fraud



**Mepco Response**

09/14/2021

Thank you for submitting your concerns regarding Mepco. With the information provided, an account was found. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. Please contact ********************** regarding a refund. We would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our ******************************* ************** Monday Friday from 8A5P CST or by email at Requests@Mepco.cothis

### Miss T

⭐☆☆☆☆ (1 star)

08/13/2021

I had a friendly rep that helped me set up my extended warranty ; however once I filed a claim it's been a hassle and inconvenience feel so ripped off ! I would not recommend; their adjuster is 3rd party don't work with the dealer matter fact my dealer had never heard them. Wish she was explained this at time I agreed to this extended warranty now I am worried.



**Mepco Response**

08/17/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our ***************************** *************** Monday Friday from 8A 5P CST or by email at ********************************

### Jennifer M.

⭐☆☆☆☆ (1 star)

08/12/2021

Complete scam of a business. Kept sending us letters stating we owed money for a warranty in our contract with ****** after we purchased a new vehicle. We thought it was legit so called back and soon started getting charged twice a month after they stated it would be a one time fee. Said they were affiliated with ****** when we called and that we had to use the warranty for 6 months as apart of our contract from buying our new car. Called ****** and they said they are not affiliated with them and that we were scammed. Called Mepco back to get a refund for the fraudulent warranty and instead we were rudely denied, called an a****** for wanting a refund and hung up on. We called our bank for the fraudulent charges to replace our card and get a refund. This company needs to be shut down!



**Mepco Response**

08/17/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our ***************************** *************** Monday Friday from 8A 5P CST or by email at ********************************

### Brandt M

 (1 star)

08/12/2021

**DO NOT USE THIS COMPANY FOR ANY FORM OF INSURANCE/ANY OTHER SERVICE**This is a fraudulent/scamming company. Even the responses on the reviews here are broad and generic. I received several threatening letters that my newly purchased vehicle's extended warranty was expiring, and required immediate attention. They have ZERO affiliation with ******* in fact, after speaking with four members of the actual *************** team, they have never heard of and never would use a third-party company like Mepco regarding warranty services. I was taken for close to $500, but thankfully will be receiving a refund from Chase, as this company is not legitimate.I spoke with the same representative today, who amazingly enough, provided two different names and employee numbers. I was refused transfer to a supervisor/manager until 2:00pm due to the "global pandemic", which I was informed by *************/***** (whichever name the scammer chose for this particular call) that I was unaware of...despite being employed by one of the largest Healthcare Networks in the country. After requesting, yet again, to speak to a manager the representative refused, and stated his reasoning why was because (and I quote) "you are an a**hole".Please let me reiterate, they have ZERO affiliation with ******* ****** would never/has never solicited any type of extended warranty service. They include their ******Care package upon purchase/lease of any vehicle. ****** does not even offer a 100,000/mile extended warranty.This fraudulent activity needs to be shared, and this despicable company NEEDS to be held responsible for their negligent and shameful actions. With everything going on in the world, the last thing we need is heartless group of money-grabbing scammers, stealing from unsuspecting individuals.



**Mepco Response**

08/14/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our ****************************** ***************  Monday Friday from 8A 5P CST or by email at *********************************

### Ashleigh

 (1 star)

08/10/2021

Never done business nor heard of them but they have billed my credit card. Now they sent me an email with a billing statement attached giving me payment options. Thank God my credit card was reimbursed. Please do something about this company.



**Mepco Response**

08/14/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our ****************************** ***************  Monday Friday from 8A5P CST or by email at *********************************

Mepco | Reviews | Better Business Bureau® Profile

11/18/21, 12:36 PM

### Tracy J

⭐☆☆☆☆ (1 star)

08/10/2021

Zero Stars, these people are thieves. Even after being provided every document they requested they continue to deny a claim.



**Mepco Response**

08/14/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our **************************** **************** Monday Friday from 8A 5P CST or by email at ********************************

### Araceli S

⭐☆☆☆☆ (1 star)

08/06/2021

Worst company even they lie to you on what they offer the also I try on canceling they send me to one line to another Allianza U.S.,INC is the worst



**Mepco Response**

08/14/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our **************************** **************** Monday Friday from 8A5P CST or by email at ********************************

## Lathaniel N

 (1 star)

08/02/2021

This company propigates and advocates the abuse of elderly people. Today I spoke with my grandma about some repairs she has had to pay for out of pocket. I knew she had insurance on top of her regular insurance, so I asked her to gather all of the paperwork she had that didn't have anything to do with her regular full coverage insurance. She gave me paperwork and i called to cancel the extra coverage. I called and spoke to someone though Endurance, who after some time trying to keep her on the plan told me how to cancel the policy. I was about to do what they told me, which was a simple email after going through what seemed like a much more complicated process Anyway, my grandmother showed me her bank statements and I noticed that she was being charge twice for insurance through Mepco. Well, I had a statement that didn't show the whole story. In actuallity she was being charged 3 times for the same insurance policy but the statement I had didn't show all 3 policies. My grandmother is old, and was contacted by 3 different companies selling "insurance", all billed through Mepco. She bought all 3 policies which where solicited to her over the phone and processed by Mepco. Somehow none of this seemed suspicious to Mepco until I called them asking why my Grandmother had 3 policies on the same vehicle for the same coverage. I obviously called Mepco, and the 3 companies asking to cancel the policies, but the damage is done now. I wouldn't recommend this company to anyone.



**Mepco Response**

08/05/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our ***************************** ***************** Monday Friday from 8A 5P CST or by email at **********************************

## Michael E

 (1 star)

07/31/2021

PLEASE do not do business with this company. I gave them a down payment and two days later canceled after seeing all the reviews because they have an amazing sales representative s that even speak about God and how they fo things to honor Him. Wow. Should have known they Got me as i checked my bank today they took ****** out and they promised me they would not and i told them thats all i see in the reviews is you people continue to take money out and they are do slimy they took it out before the 1 st to see if i would notice. I call my bank and charges will be reversed but i am going to report them to every agency out there.



**Mepco Response**

08/04/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our ***************************** ***************** Monday Friday from 8A5P CST or by email at **********************************

### Chris G

⭐☆☆☆☆ (1 star)

07/19/2021

Chanrged me without doing business with them. Never even heard of them.



**Mepco Response**

07/23/2021

Thank you for submitting your concerns regarding Mepco. With the information provided, the autopay was stopped on this account. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our **************************** ************** Monday Friday from 8A5P CST or by email at **********************************

---

### Kyle H

⭐☆☆☆☆ (1 star)

07/15/2021

They keep taking money out of my account. I dont even know who these people are. Plz shut them down. I know they are a car warranty company but they keep taking money out of my accounts and i can even call them to ask why. Please do something about this.

**Mepco Response**

07/19/2021

Thank you for submitting your concerns regarding Mepco. With the information provided, the auto-pay was stopped on this account. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our **************************** ************** Monday Friday from 8A5P CST or by email at **********************************

---

### Danyella W

⭐⭐⭐⭐⭐ (5 stars)

07/07/2021

I spoke with a customer service representative named ****** and she was so nice and kind with a very pleasant personality. She was very helpful with my needs . She also explained clearly to me about my concerns I had . Thank You so much again ****** for your services.

**Mepco Response**

07/13/2021

Thank you for submitting your positive feedback regarding Mepco. We strive to provide exceptional customer service and appreciate the positive review. For future assistance, please contact us at our **************************** ************** Monday Friday from 8A5P CST or by email at **********************************

Mepco | Reviews | Better Business Bureau® Profile

7/16/21, 12:36 PM

### David A

 (1 star)

07/04/2021

I agreed to a warranty and when the paperwork arrived it was not even close to my agreement so I canceled the warranty and I am still waiting 12 months later for a refund. THEY WON'T EVEN *************. Stay away from this company and scam. I am looking to put a class action lawsuit together. It's not even about the refund 18 months later it's about the deception and fraud. MORE TO **** ON THE ***** ACTION SUIT."



**Mepco Response**                                                                07/12/2021

Thank you for submitting your concerns regarding *********************. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand ********************* is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our **************** department (800) 397-6767 Monday Friday from 8A 5P CST or by email at **********************************************************

### Michael S

 (1 star)

07/03/2021

**** stars. SCAM organization. I never signed up for their (or any) auto maintenance insurance and couldn't cancel (after three attempts) when I discovered a monthly payment of $146 to MEPCO being withdrawn from my bank account. Formalized a credit fraud complaint with my bank, cancelled that credit card, and got it replaced. BBB should shut MEPCO down. "



**Mepco Response**                                                                07/08/2021

Thank you for submitting your concerns regarding *********************. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand ********************* is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our **************** department (800) 397-6767 Monday Friday from 8A5P CST or by email at **********************************************************

### Curtis O

 (1 star)

07/03/2021

Im not pleased with service. After not picking up the phone or not wanting to make a cancellation on my account. I stopped payment on the account. They tried a few time to get the payment. Now as the month is over they turn around and submit another request to get the money not only for this month but lasts month also. I sent them a email stating I dont even have that car anymore. So why they keep going into my account. As I read the reviews I come to believe Im not the only one who has a problem with this company. A is a shame for a company too be in business for so many years would treat customers so wrong. Your take money out of accounts because you dont want to cancel the account. What kind of business your running.



**Mepco Response**

07/12/2021

Thank you for submitting your concerns regarding **********************. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand ********************* is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our **************** department (800) 397-6767 Monday Friday from 8A 5P CST or by email at ***********************************************

### Roy C

 (1 star)

07/02/2021

MepCo continues to engage in unprofessional and unethical billing practices. Customers beware: MepCo's customer service and billing departments do not care what you tell them. You can try all you want to cancel their billing &or informed them that the contact has been canceled but they will not cease.Businesses that what to use MepCo need to beware of how MepCo will treat your customers. If you tell them to stop billing, MepCo will loose the information and continue to **** the customer."



**Mepco Response**

07/08/2021

Thank you for submitting your concerns regarding **********************. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand ********************* is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our **************** department (800) 397-6767 Monday Friday from 8A 5P CST or by email at ***********************************************

Mepco | Reviews | Better Business Bureau® Profile                                                                                                    11/18/21, 12:36 PM

Al P

 (1 star)

06/30/2021

These bastards charged my checking account. I called my bank to ask wth is this MEPCO
PAYMENT draft on my account.. they informed me it was for car warranty.. ****!! I havent own
bought a new car in 5-6 years.. let alone be **** enough to buy car warranty!Got my money back
from my bank.. filed a police report and advised the bank that I am willing to take these idiots
who drafted my bank account without my consent.MEPCO dont reply to this with your copy and
pasted answer.. dont need to contact you when I can talk to my bank and reach out to my lawyer.



**Mepco Response**                                                                                                                    07/01/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional
customer service and appreciate the opportunity to address this issue. Please understand Mepco
is only the servicer of payment plans for providers of vehicle service contracts. However, we
would like the opportunity to speak with you to be able to address any questions or concerns.
Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P
CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                11/16/21, 12:36 PM



**Phillip E.**

★☆☆☆☆ (1 star)                                                                    06/29/2021

Hours of investigating leads me to Better Business Bureau reports for *********************************, presumably serving as the marketer for the policy administrator: ********. Numerous complaints are discovered, using wording similar if not exact to my own experience(s),and which ***-VISA too are victims of by this lying, deceitful, criminal scamming scheme of unwitting consumers At ****, we find: Frequently Asked Questions about ******** ************** How is ******** ************** rated? ******** ************** has 1.5 stars. This outfit ( **************************; MEPCO, ********) employs direct mailings and outside telemarketers, using nefarious boiler room tactics in a scheme which salespeople-account executives (****/******/*****/*****/others) apply high-pressure sales tactics to persuade consumers to purchase goods or services, such as unneeded and over-priced automobile extended warranty or service `contracts'. These unscrupulous people use the spoofed telephone number of *********((8*8*8*) 9*0*7*-0*8*7*0*), which appears to be a legitimate company(?) Further investigating leads to a discovery of many related-(spoofed) telephone numbers related to this scam organization ( **********************************-and most notably, ******** ), as reported to the ***, ****: EACH of the (spoofed) telephone numbers have been used to camouflage this cluster of companies as they severally and singularly continued and continue their deceitful practices over several-many years into the current time! I dialed each to ascertain its origin; most are dead numbers; a few are fax numbers; others are legitimate business numbers...... Subjects of the call as reported to the ***:Warranties & protection plans Last complaint date: February 23, 2021. Alternative Formatting is the same provided to me, as the number I needed to use to cancel. On more than many occasions-weekly-daily I called to attempt to cancel, speaking primarily with ****. Always I encountered heavy refusal tactics. MY attempts to cancel began within days of the commencement of the service protection (July 22, 2020), after I realized I already had an extended warranty (60,000 miles) package I purchased from my **** dealer when I bought my brand new 2017 **** Escape. I tried to explain to **** the type coverage I had bought with the SUV- **** said to me in a very loud voice, There is no such thing as a 60,000 mile warranty! (Luckily when my transmission disintigrated at 79, 300 miles, **** covered every ***** of it!) Each contact resulted in one-way conversations during which I was not able- not allowed to speak; `****' relentlessly used scare tactics and cajoling as if attempting to (re)sell to and convince me of the need for such a service. Each time, with each point or `benefit' presented, **** would express agreement with his own sales spiel in a most controlling manner- reaching his own conclusion of agreement of final persuasion to not cancel - as if I was okaying his speech, despite my now angered and yelling into my telephone ******!-******!-******! The telephone contacts usually were terminated by **** hanging up his telephone on me, saying We're through!-You do not need to call back! This *game persisted in like manner for weeks and months! Attempts to reach this telephone number as recent as during the week of June 21, 2021 were met with the indicators that my telephone number was being caller-ID'd and blocked. Part-2:1.The payee as indicated for each dispute (MEPCO) is the legitimate company which handles the billing and collection of payments for ********** well as several other better known companies. MEPCO appears-from BBB reviews- to have similar tactics as these clients (********, ********************************)- Reading BBB reviews about their business practices as regards the entire process and practices of extended automotive services and warranties, Mepco reads to be evasive and `boiler room' in nature, exactly the same as **** was to me.2. On the BBB website for MEPCO, immediately we find many consumer complaints. about MEPCO's business practices regarding ************************** Warranties.3. This is an incongruity to MEPCO's BBB rating of A+, which is believed by me to derive from being in business for 57 years. Alternatively, their own customer reviews, which the BBB has the policy of not using reviews in the calculation of BBB Rating, nonetheless we find MEPCO has a customer review rating of 1.4 out of 5 star average from 116 Customer Reviews---this rating is from their own fee-paying customers! Turning to `Customer **********, we find: 140 complaints closed in last 3 years 72 complaints closed in last 12 months We too find upon reading these complaints what can be mostly termed as extreme horror stories---- `closed' does not imply resolved to customer satisfaction nor resolution"



**Mepco Response**                                                                 07/01/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### Jean W

⭐☆☆☆☆ (1 star)                                                                06/27/2021

This company scams senior citizens! They have been charging my bank account for an extended warranty that I do not need on my brand new car. They started calling me right after I purchased my car and I thought that it was an additional expense needed my daughter has advised me differently



**Mepco Response**                                                              07/01/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Elizabeth C

⭐☆☆☆☆ (1 star)                                                                06/21/2021

First off I did *** know that this was a separate company from the car insurance company. I thought that other company did their own billing. So when I tried canceling with this company the customer service person said that I still had to pay for the one month payment or whatever which happened automatically from my account. I thought that I was done with this company! BUT I am STILL receiving billing statements in the mail from them and theyre leaving voicemails on my phone! IT is **** annoying! NO money is coming out of my financials from them anymore luckily ****** fed up with communication with this company and I want them to leave me alone!!!!!



**Mepco Response**                                                              06/23/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile

### Ruth S.

 (1 star)

06/19/2021

I think this is the shittiest insurance ever they are fraud they will steal your money they will do anything not to pay you make sure you get a magnifying glass to read their print stuff because its so small you cant even read it with a magnifying glass I feel sorry for whoever buys this insurance they are nothing but fraud they are cease



**Mepco Response**

06/23/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Natasha A

 (1 star)

06/03/2021

This is the company that owns *********. If there was a 0 rating I would give. This is 100% bait and switch. I called today and learned my recourse was to have them call the "selling company" to discuss was I was sold. See, this is classic bait and switch. I was sold coverage, paid up front for my premium, then sent a contract only after payment. I was told if my engine light came on I was covered and I did not have to break down. Took my car to ***** after an engine light came on. Well guess what. The contract is part specific. Since do not know **** about an engine I have no clue what it means. As a very reasonable person, and pretty intelligent, a reasonable person would not expect to understand the various parts of an engine unless said reasonable person is a mechanic. If you have guessed correctly, I am not. Rip off. **** away. My next stop is social media before I find an attorney who is very interested in taking down a high profile company. I will be the very last person you rip off. Trust me.



**Mepco Response**

06/05/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile
11/16/21, 12:36 PM



### Amy W

⭐☆☆☆☆ (1 star)

05/19/2021

I had my ***** and *** with them. I took my *** to the shop twice. Between the 2 my car needs $10,000 worth of repairs. Mepco paid $100I complained. They made excuses.I then said well let me take my *****. About $3,000 worth of repairs. Once again they only about $200I canceled them and went directly through Endurance. Will see how it goes.



**Mepco Response**

05/20/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Viktoria T

⭐⭐⭐⭐⭐ (5 stars)

05/11/2021

I signed a car service agreement in January. I realized pretty quickly that I could not afford the $164.04 monthly payment as I had just recently started working after being laid off due to *****. After reading some of the negative reviews, I was worried that cancelling my account would be problematic. I was pleasantly surprised to find out that my experience was very positive! I called and left a voicemail on 5/7 and received a call back from a supervisor, ***** ****** that **** DAY. I explained to her my financial situation and she understood. After paying off this month's payment, my agreement was cancelled. There was no hassle and ***** was very pleasant. I wish all supervisors were as responsive as *****. Thanks MEPCO!"



**Mepco Response**

05/13/2021

Thank you for submitting your positive feedback regarding Mepco. We strive to provide exceptional customer service and appreciate the positive review. Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, please contact us with further questions or concerns; contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                    11/16/21, 12:36 PM

### Letitia H

 (1 star)

05/03/2021

Horrific customer service!!! If there was a non-existent star I would provide that rating! I don't even know where to begin. I attempted to change my payment method. I was referred to **************, a different company, by a representative from MEPCO. ************** then referred me back to MEPCO who insisted that they couldn't change the method and decided to lead me to their website in order to reset a password that I never had because I've never paid my **** online!!! Then this representative (*****, if that's even her real name!) would not walk me through the process and as I expected the website refused to take my information and referred me back to the same 1-800 number I had been dialing for over an hour! I was forced to call ********************'s customer service AGAIN!!! The last person was just as useless as the first two individual's that I spoke with... ALL of this to change a payment method! I've never heard of a company that doesn't want to be paid. I'm currently in the process of canceling my contract. The incompetence between ************** and MEPCO was beyond disappointing and frustrating... I would never refer anyone to either company. "



**Mepco Response**

05/07/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Ja'Net C

 (1 star)

04/26/2021

AWFUL customer service. The rep was very rude and hung up on me because I chose to cancel this service.



**Mepco Response**

04/27/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile



### Eugene s

★☆☆☆☆ (1 star)

04/20/2021

Scam scam scam. Not much else to say. Went to cancel my account cuz they lied to me and said that month was covered then ended taking money out before the end of the month. They are rude when you actually talk to someone. And will try to convince you to keep it. They have horrible customer service. They are obviously not who they say they are. I would advise not going through them. I sat on the phone for 45 minutes trying to just cancel my account.



**Mepco Response**

04/23/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Ivan l

★☆☆☆☆ (1 star)

04/19/2021

This is a complete scam. They pretend to come from the official car warranty service from the maker which they aren't. DO NOT trust anything they say. They intentionally keep delaying all the documentation process including sending the document by slow mail so that they can take the first downpayment. All the words they say was not trustable; they changed their words in every situation. If you unintentionally joined their service, ignore all the words they tell you which are mostly lies, and just have them send the cancellation form. I once again emphasize: NEVER NEVER USE THIS SERVICE."



**Mepco Response**

04/24/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                                                11/16/21, 12:36 PM



Richard C

⭐☆☆☆☆ (1 star)                                                    04/08/2021

I tried canceling before the thirty days and got billed for it got tossed around from agent to agent they said they canceled it but yet I'm still getting billed I'm very upset



**Mepco Response**                                                  04/10/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com



Cassandra E

⭐☆☆☆☆ (1 star)                                                    03/29/2021

Mepco is a scam!!!! How this place is accredited is beyond me. They are rude on the phone that is if you get someone in the phone, and scam you out of money! They say there are two different contracts but you're only sent one which takes forever to come in the mail. I was charged a ridiculous amount for a down payment and then another ridiculous amount to cancel. And when I asked for proof that I agreed to cancellation fees they couldn't provide. THIS PLACE IS NOTHING BUT A SCAM!



**Mepco Response**                                                  04/06/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile

11/16/21, 12:36 PM

### Samuel G

 (1 star)

03/25/2021

Their web site will not allow you to cancel your policy. I sent them a notice to cancel through a link and form provided on the BBB site registering complaints about MEPCO. When I called MEPCO and told them to cancel, they refused to send me an email to my email address I had on file with them. They instead sent a non answerable email to me saying only "thank you for contacting us." Today is March 25, 2021 at 5:00 p.m. Tomorrow I will show my cancellation notice to MEPCO through the BBB site and proof it was sent to make sure they do not take money from my account again.



**Mepco Response**

04/05/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### Aiping Z

 (1 star)

03/19/2021

scam company, keeping sending me bill for vehicle insurance, however, I had sent paper mail /email for canceling and no agreement with the insurance. BBB please help us to stop the scamming from this company.



**Mepco Response**

04/05/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                                    11/16/21, 12:36 PM

### Sarah S

★☆☆☆☆ (1 star)

03/09/2021

This company is a scam!! Look at all the terrible reviews it has.. I called and cancelled within the 30 days on 2/5 at 9:10 in the am and spoke with Cindy. She said I would be cancelled and receive a full refund of $195 in 5-10 business days. Guess what? No refund and they started charging me and are now harassing me for payment. This is flat out fraud and harassment and will be reported to the police in Chicago. You cannot steal and harass people and stay in business. The BBB who I am reporting this to now needs to place warnings about this scam to protect people. This company needs to be investigated and put out of business. This is an outrage and I will not tolerate being harassed and discriminated against because I am a female.



**Mepco Response**

03/10/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### Michelle Martin

★☆☆☆☆ (1 star)

03/04/2021

This is the WORST company to get a so called warranty from!! My water pump locked up, that was covered however when my pump locked up it caused the car to jump timing, timing belt and tensioner not cover, no worries I paid for the parts since best to replace anyway. Well when it jumped timing it made the valves in the motor bend/break. No worries engine is covered. WRONG!!!!! They didn't pay for ANY of the repairs, including the water pump that was already approved......claim the water pump failed and motor failed cause of the timing!!! If the WATERPUMP WOULDNT HAVE LOCKED UP IT WOULD HAVE NEVER JUMPED TIME AND THEREFORE BENT THE VALVES!!! This place is A JOKE AND SCAM



**Mepco Response**

03/09/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile



### Delphine

★☆☆☆☆ (1 star)

03/02/2021

This company is a scam they were taking money from my account for a year. When I contacted them it was an automatic response to which you couldn't speak to a person, Then when asked to give account information your told account number not recognized. So called to cancel but again no answer. After numerous attempts finally spoke to a live person who has the audacity to say call back. Asked for her name she hung up so bank has been contacted to stop payment. Maybe I will get a response now. On how to refund all my money. DO NOT USE THIS COMPANY THEY ARE NOT WHO THEY SAY THEY ARE



**Mepco Response**

03/09/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### Darryl S.

★☆☆☆☆ (1 star)

03/02/2021

I signed up with MEPCO several months ago. One of the promises made was reimbursement of maintenance fees for the first year within the contract. Sent in receipts as requested, allegedly they never received them. I was extremely leery of 3rd party extended warranties, this of course substantiated my position. Here is the clincher, I just recently experienced a serious repair issue. They literally dragged their feet and had me produce service records, claimed there was an issue with the VIN amongst other things . Ultimately they declined the claim due to me not maintaining my vehicle properly. I purchased a BMW 750 at 33k miles, I now have 73 K, oil changed required every 10k, I have service records of 4 oil changes, do the math !! I have purchased 100k vehicles for 25 years plus. Treat them with kid gloves. This company is a complete rip-off !! I will subsequently do a Google review and a social media campaign to expose them for what they are !!! I suggest everyone do the same !



**Mepco Response**

03/09/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                                                                         11/16/21, 12:36 PM



## Walter S

⭐☆☆☆☆ (1 star)                                                                       02/26/2021

I had my bank block further payments after receiving the first billing notification, an EFT. It wasn't what I what I thought it would be after speaking to whoever it was on the phone In what sounded like a room full of telemarketers. But, I do wear hearing aids; another glitch. The "non-telemarketer" wouldn't slow their machinegun presentation. They made it sound good but .... Buyer Beware!



## DonP

⭐☆☆☆☆ (1 star)                                                                       02/26/2021

This is the worst company to ever deal with. They initially approved my claim; however, when the technician finished working on my truck they decided not to pay. My truck been at the dealership for 30 days. HORRIBLE HORRIBLE HORRIBLE SERVICE!!! THEN YOU WILL BE ON HOLD FOR HOURS!!!!



**Mepco Response**                                                                    03/09/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com



## Latreayl M

⭐☆☆☆☆ (1 star)                                                                       02/18/2021

I cancelled an auto renewal policy with MEPCO after a month, last Oct, 2020. I had to called three different number leaving messages with there so called overflow department. I just started receiving billing statements requesting payments. Upon speaking to someone who has poor customer service i was told I never called requesting a cancellation and my account is delinquent. This company is a SCAM!!!! They don't deserve a rating but, i couldn't submit a review without one.



**Mepco Response**                                                                    02/19/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) ******** Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                    11/16/21, 12:36 PM

### Shawn M

 (1 star)

02/09/2021

Pure scam and our government is a complete failure for not protecting its citizens from fraudulent companies like MEPCO. DO NOT, i Repeat DO NOT do ANY business with this company. They will find ANY way not to pay you, thier systems are always down, don't answer the phone. How convenient. Avoid this company at all cost.



**Mepco Response**                                                              02/19/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Edwina J.

 (1 star)

02/05/2021

I think it is very obvious that this company is nothing more than a sophisticated scam that paired itself with a prestigious firm like yours that people trust. Giving them an A+ rating implies that they are backed by your company as being reliable and trustworthy, neither of which I'm seeing. My husband's situation is very similar to all the other ones here, where he was promised one thing then told he only qualified for something he didn't want. Just because they have added their apparent response to the complaint doesn't mean they resolved it. And, I'm wondering, have you ever followed up with any of these people to see hoe many, if any of these complaints, are actually resolved? I doubt it, otherwise you hopefully wouldn't still give them such a high rating. All I want is for them to cancel this contract, credit the past due invoice since he never got anything for the money deducted and leave us alone. Otherwise, my next step is an attorney, which I'm already working on.



**Mepco Response**                                                              02/09/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

KristiS

 (1 star)

01/29/2021

I called within a week of purchasing my extended warranty to cancel which was well within the allotted cancellation time frame I was originally given by the representative I talked to. I told them I did not have the extra funds right now due to work being slow because of COVID. They told me they processed my refund and I'd receive a check in the mail. Well, there are a couple of things that are very misleading. 1. Noone EVER said anything about this company basically being the middle man and selling off warranty contracts to other companies. 2. Even AFTER I canceled, they still took a payment out! 3. The company that purchased the warranty from them was never notified I canceled so therefore, the other company tried to process my card for payment. 4. The other company tried to tell me they weren't going to refund my money because I did not sign a cancelation document with them. Business such as this should not be legal. You are not earning an honest living. You are basically stealing from people which is wrong on so many levels. You are really hurting people and their families. I'd like ALL of the money that was stolen from me. From Mepco AND the other company. Mepco should be held liable for everything taken since they are the original ones knowingly taking advantage of people and being dishonest right from the gate. Also, we the customers have already taken the proper steps and contacted the proper chanels to cancel and fight to get our money back so why do we have to contact Mepco yet again and spend time and frustration doing it yet again to get back what is rightfully our in the first place.



**Mepco Response**                                                                                          02/04/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

---

Nick

 (1 star)

01/28/2021

I was unable to cancel the scam Auto Renewal Center extended warranty after several weeks of trying. I then canceled my billing on Mepco's website, a month later I get billed still. I call Mepco and cancel the payment plan again with assurances from the person on the phone that it was canceled, the next month I get billed again, so I called and ask what is going on and they said it must have been some sort of error, so they fool me into trusting that it was canceled and once again I get a bill. I eventually had to cancel my credit card for the first time in my life. A terrible time, do not recommend.



**Mepco Response**                                                                                          02/04/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Case 2:21-cv-08984-JAK-AFM   Document 1   Filed 11/16/21   Page 111 of 215   Page ID #:111

11/16/21, 12:36 PM

Donna K

⭐☆☆☆☆ (1 star)

01/26/2021

It takes forever to get any kind of help with getting payment back for a repair. Likewise, talking to any rep is very difficult. Not worth the hassle.



**Mepco Response**

02/04/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

J. S.

⭐☆☆☆☆ (1 star)

01/26/2021

These people are like ambulance chasers. The contract has been cancelled, and I am still getting, mail and phone calls, saying I owe the monthly bill When i spoke to the phone rep. to explain I had purchase a new car , with a warranty from the dealer as I was telling her I want to cancel, she was still trying to sell the service. The good thing is they cannot charge my credit card any more,, which they did in December otherwise I would still be charged, it's like getting hate mail from a ex. The sad part is the few years I had it I never used it.



**Mepco Response**

02/04/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                    11/16/21, 12:36 PM

gerard s.

⭐☆☆☆☆ (1 star)                                                                01/22/2021

Back in Oct 0f 2020 I purchased a auto protection warranty from Mepco over the phone. I have not received any policy or said charge card promised. I contacted them by email on Nov. 5 to cancel the policy they are still taking payments out of my account. Is their any class actions against them . Their telephone line does not respond to actions they ask you to submit. I want my coverage materials or a FULL REFUND. Since I botified them in the grace period.



**Mepco Response**                                                             02/04/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Phil B

⭐☆☆☆☆ (1 star)                                                                01/08/2021

Scam. The only way to cancel is to have your bank or credit card company block their charges.



**Mepco Response**                                                             01/14/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                    11/16/21, 12:36 PM

### Deborah P.

 (1 star)

01/04/2021

I was scammed by Mepco. They said I qualified for the diamond plan on my 2015 Chrysler 200. Now that I'm needing something serious fixed, CarShield says I only qualify now for the gold shield at 79.00 per month, where I've been paying 99.00 for the diamond plan I shouldn't have gotten in the first place. Now I'm out all that money.



**Mepco Response**

01/14/2021

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Jennifer S

 (1 star)

12/14/2020

SUCH A SCAM!!! I signed up with this company, shortly after I contacted my friend who works at Audi. He claimed they offer a much better extended warranty so within that same week I called and tried to cancel the warranty and to get my $200 sign up fee back which I was told is refundable if I cancelled in time. I kid you not, I tried for SEVERAL weeks, almost 6 weeks trying to get someone to cancel the membership for me as they were withdrawing money from my account. Even after I successfully cancelled and was given a cancellation number, they still withdrew money from my account. Had to call my bank and file this dispute. I am still receiving past due amount bills and called and spoke with a gentlemen who claimed he was the manager and was incredibly rude. He was raising his voice, speaking over me and wouldn't answer ANY of my questions and hung up on me. STAY AWAY FROM THIS COMPANY.



**Mepco Response**

12/22/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                                                11/15/21, 12:36 PM

### Alexis R.

 (1 star)

12/14/2020

It all started with harassing pushy phone calls from this company, telling me that if I don't sign up today that I will lose the option too. It was right after a car accident so with everything going on, I thought it was my actual warranty company (poor on my part). I have been trying to cancel this warranty since 1 week after I purchased it. I cannot get the billing and payments portion of Mepco to answer the phone and/or call me. I FINALLY speak with someone a month ago and he tells me not to worry about the money owed or the contract, he has taken care of and terminated both. Finally relief after months of trying. But a week ago I got a bill in the mail for $400, doesn't sound resolved to me and now I still cannot get them to communicate with me. I've called the 6767 number many times and it's a run around every time. I'm a college student already struggling with that and Covid, and now I'm being harassed by bills in the mail by a company I cannot get to communicate with me.



**Mepco Response**                                                                                                12/22/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Janie

 (1 star)

12/13/2020

I received a "cold call" back in November and the person on the phone didn't seem to handle the conversation in a business like manner. I have subsequently made several other calls to the company and was transferred a number of times and never had anyone "pick up" the call. After 1 1/2 hours on the 1st attempt, I tried again the next day with the same results. I requested a refund of the cost and as of this date, no refund has appeared. What's even more confusing is that there is the Mepco # then Dealer Services and also the ***** Administration Service- contract number ************. I believe this is unacceptable and would like to get a refund of the money debited to my bank card. Thank you for your time.



**Mepco Response**                                                                                                12/22/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile 11/16/21, 12:36 PM

### Chad H.

 (1 star)

11/27/2020

13 months ago, I was harassed with multiple calls at work from the Vehicle Service Center and eventually took the call. I took easily agreed to sign up since me warranty was to expire soon and since VSS said it was a 30 day refund window if I changed my mind. Once I got home, I researched VSS and found the obvious pattern of poor business practices on the part of VSS so I called VSS back the next day, was hung up on, called back, transferred around, finally got a manager and I instructed them to cancel and he also said he would look into the poor customer service. I made another mistake in assuming they would actually cancel the agreement and not use my credit card. I've never signed anything, accessed any online accounts, or used their service...I didn't even know they continued to charge me since the CC charge is labeled as "MEPCO". I thought this was something else and only recently realized what it actually was. I called VSS to have a conversation about the past 13 months of charges and to instruct them once and for all to cease charges. They hung up on me again as soon as I said the last time I spoke to them was 13 months ago. They know exactly what they're doing and the pattern of complaints online about VSS is evidence of that fact. People are often confused thinking that MEPCO is who they purchased the service from which conveniently becomes a convenient deflection on the part of MEPCO since they just facilitate the recurring charges. If MEPCO is not actually owned by the same unscrupulous individuals, they are at the very least responsible for engaging in ongoing business with VSS whose practices are clearly unscrupulous. I've simply stopped my CC company from paying the cancelled recurring charges....shame on me for not catching it all sooner. DO NOT DO BUSINESS WITH VSS. And definitely confirm any charges you see on your CC statement labeled as MEPCO. They'll likely push it to a collections agency which will bring me back to the BBB to file a formal complaint.



**Mepco Response**

12/04/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### ROSIE M

 (1 star)

10/28/2020

MEPCO (Matrix) called our home and spoke with my husband who is 84 years old. They recorded the phone call. My husband said he would sign on for their offer. We received a charge on our credit card and didn't know what it was for. We called our credit card company and they told us that my husband did order the service because the call was recorded. We neither want nor need this coverage, but now we are stuck. I think they prey on seniors--. PLEASE THINK OF A WAY TO HELP US SENIOR CITIZENS FROM MISTAKES MADE BECAUSE OF OUR AGES. (WE GET ABOUT FOUR-SIX PHONE CALLS A DAY FROM TELEMARKETERS.)



**Mepco Response**

10/30/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) ******** Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Loreta A

 (1 star)

10/20/2020

Don't buy this scam, they will take money from you. My husband was scammed into purchasing, he called to cancel immediately when he realized that the dealer, where the car was purchased and serviced regularly, would not accept this insurance The process is so long to get authorization for the locations, I guess, that will accept that it's a total waste and scam. When he called to cancel, an office in Orange County California, said they were closed. It was a live receptionist, saying no one was available and no one is late afternoon. No one called back, our bank did cancel the charge, but then again they charged again in October. So my husband calls again, and they say, well pay 1 month and we'll cancel. But he had already called to cancel, it's a big scam,



**Mepco Response**                                          10/22/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### LadyT30

 (1 star)

10/17/2020

I am paying my monthly contract fee and when my vehicle was services in the amount of $3841.16 no one will contact me regarding what was and was not covered. I have faxed documents, attempted to call numerous time. If any one out there is considering obtaining a service contract with any vendor that Mepco is the payment vendor think twice about that and if you presently have a contract where they are the payment vendor I would suggest cancelling it as I will be doing with Car ****** because of lack of ineffective and/or non-existent communication. Money is too hard to come by in today's society for those of us that are fortunate enough to have gainful employment as a result of this Pandemic and no one is going to pay for a service that the vendors can't and/or won't communicate with the customer. These companies need to realize that effective customer service/relations is basic economics 101: Supply/Demand: If the demand (customers) stop using the service then the supply(staff/organization) will not be needed. This has become quite relevant as a result of this Pandemic where customers couldn't come into the establishments resulting in closures of the businesses. Teresa



**Mepco Response**                                          10/22/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

 Mepco | Reviews | Better Business Bureau® Profile                                          11/15/21, 12:36 PM

### Renee G.

★☆☆☆☆ (1 star)                                                                           10/09/2020

They are scam. They are the rudest people who taking your money. They were rude to auto repair shop. They told them look cheaper part pennies on internet. They argued with them. They hanged up on me numerous of time. Do not buy warranty. It is scam. It is fraud.. they don't cover any repairs. Run run far away from this Plac.. I am contacting bbb and other. They will not be getting any more penny. I will have to junk it.. they are rudest ,con company

### Lillian R

★☆☆☆☆ (1 star)                                                                           10/08/2020

I tried to cancel my account and spent a lot of time sharing all my account information only to be transfer to an account representative who wasted more of my time sharing the same account information. The account representative then went on to further waste my time by sharing additional information even though I pointed out she was wasting my time and I was only interested in cancelling my account. Even saying that did not stop her from continuing to waste my time. She went on to waste more of my time and never allowing me to actually cancel my account then she hung up on me because she did not like me interrupting her and continuing to ask to cancel my account. The Account Representative name was *****. So I still have to get my account cancelled. This company also goes by ********* powered by MEPCO and that is why they seem to be able to screw consumers by now letting them cancel their accounts. I am now going to go do a formal grievance with the better business bureau again ********* Powered by MEPCO.



**Mepco Response**                                                                        10/13/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### Sara H

★☆☆☆☆ (1 star)                                                                           10/06/2020

Mepco doesn't get a pass on this. They are COMPLICIT when they agree to CONTINUE financing SCAMS. Shame on every single company involved in this rip-off Endurance Affordable Auto Warranty Mepco Walco STATE and FEDERAL AUTHORITIES NEED TO INVESTIGATE!!!



**Mepco Response**                                                                        10/15/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                                                11/16/21, 12:36 PM

### Raj

 (1 star)

09/22/2020

They are part of a big scam, and multiple business front. ********* ********** ***: One who will sell you the Extended Car Warranty Mepco: One who will collect the monthly payment(But no way to cancel the Policy) *** *****: Who will find every possible way to deny your claim. So *** ***** Denied my claim, cause my Oil Change was delayed by 12 days in 2019(Performed At Audo Dealership), and 20 days in 2020(Due to unavailability of Car Shop appointment in Pandemic and low usage of car). So my Air Conditioning was blowing Warm Air(when set to cool), so i call the warranty, and ask who to take the car to, they suggest me to take it to a Non-Dealership Car Shop, so the costs are lower. Like a fool, i succumbed, and then started looking for a car shop who would be able diagnose the fault on on 2013 **** A6. Couldn't find a shop that would work with Extended Warranty guys, finally found one, took the car in, they were not able to figure out the issue, ask me to take the car to **** Manufacturer(Dealership). So i took the car to dealership, they diagnosed it, and found, the fault, and being thorough in their Diagnosis Process, were able to find some additional warranty related repairs. Unfortunately, *** *****, found that my Oil Changes missed the deadline of manufacturer 1 year policy, and denied the claims. Tried calling all the 3 Businesses, but none accomodating, to either pay a claim, or cancel my policy, and refund my premiums (Paid almost $3000 in 16 payments till now. Had to sell my car to cut my losses, and i still haven't been able to cancel the Policy. On top of that, since i stopped the payments from my CC, Mepco Rep calls to ask me for a payment, but when asked to cancel the policy, all he said was, call the service center, which took me to a Voicemail, whose Inbox was full. Left 10 Voicemails till now, but still not able to get any answers from them.



**Mepco Response**                                                                                                10/01/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 3******* Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### Sherry M

 (1 star)

09/16/2020

At first everything was good,of course until I had my oil changed which cost me $128.00 but found out because i reside in Calif my reimbursement will be only $55.00 I was livid that NOBODY ever informed me of any of this before sighing up. After cancelation Mepco apparently thought I'd be cool to harass me by phone and even after me saying, Not interested with their co. They decided to just steal it. Even after I specially asked them to remove my auto pay from their system. Thank God my bank did a reversal. Now my bill is up $453.32. Looks like I need to call ******* while they're are my mind....

### berton b

 (1 star)

09/14/2020

worst company ever. Bad customer service. Denied claims on covered services and the mechanic had to go through hell to attempt to get reimbursed. Don't EVERY BUY THIS COMPANY! My charges are in dispute to try and get refunded because they won't be doing it.

### Holly K

⭐☆☆☆☆ (1 star)

09/08/2020

This sucks! My parents want to stop this warranty. They are elderly and my dad renewed this by mistake. They do nothing but do everything for you to keep spending your money. We will be trying one more time tomorrow, if they don't stop it I will be contacting my attorney. SCAM artists taking advantage of the elderly



**Mepco Response**

09/16/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Arne G

⭐☆☆☆☆ (1 star)

09/02/2020

Mepco, or Endurance (who they make you deal with) are two horrible and corrupt companies. Once the get your credit card number, good luck on ever getting them to quit taking your money!!! Crooks!



**Mepco Response**

09/16/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                                         11/16/21, 12:36 PM

Chris C.

 (1 star)

09/01/2020

Sadly, I have to repeat what others here are saying. My vehicle was a total loss in July of 2020. I called them a few days later to cancel. I was still billed. I have called many times since. I also completed their cancellation form, and returned it to them via email several times. Today I received a bill in the mail for $241.66 even though I was told I did not need to do anything further. Its extremely difficult to reach anyone on the telephone. I am filing this complaint today, and I am contacting my bank as well to stop any payments they might try to collect. Because of this experience, I will not select them in the future if the need ever arises.



**Mepco Response**                                                                                   09/11/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Phoebe A

 (1 star)

09/01/2020

This company has scammed me. DO NOT LET THEM DO IT TO YOU! They will try to continue to charge you monthly, despite you having called and discontinued service, which they claim is no problem, and that there will be no further billing. That is a total LIE!!! They need to be taken down, as I am certain they have scammed many more people than myself... especially the elderly population. They do not return calls and they conveniently are never there to accept a call when I have called dozens of times. I called my CC company to stop payment and dispute charges and am going to get my attorney involved. SCAM ARTISTS!!!!!!!! BEWARE!!!!!



**Mepco Response**                                                                                   09/11/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### JR

 (1 star)

08/19/2020

COMPANY IS A COMPLETE SCAM. TRIED TO CALL MANY TIMES TO CANCEL. YOU HAVE 30 DAYS TO CANCEL IT SAYS ON CONTRACT BUT THEY PUT YOU IN A RUN AROUND SO YOU NEVER GET HELPED. I'VE SPOKE TO SOME SERVICE REP BUT THEY KEEP FORWARDING YOU TO A DIFFERENT PHONE NUMBER AND YOU DONT GET YOUR CALL ANSWERED, THIS COMPANY JUST TRIES TO GET YOUR MONEY BEFORE YOU CAN CANCEL. TRIED CALLING ONE MORE TIME AND FINALLY GOT THOUGH TO SOMEONE BUT THEY MUST HAVE TOOK MY CALL NOT KNOWING. INSTEAD THEIR PHONE SPEAKER WAS ON AND I CAN HEAR THESE LADIES CONVERSATIONS AND ALL THEIR LAUGHING. SHE NEVER AKNOWLEDGED I WAS ON THIER CALL. AFTER OVER A COUPLE MINUTES OF TRYING TO GET ATTENTION I HUNG UP AND TRIED AGIAN. THIS TIME VOICE AUTOMATION SAYS "THE CUSTOMER SERVICE IS BUSY CALL BACK" . ANYWAY, I HAD STOPPED PAYMENT ON MY BACK ACCOUNT BEFORE THEY CAN TAKE ANY MONEY. THEY STILL SEND ME A BILL BY MAIL TRYING TO GET ME TO SEND THEM MONEY. THEY HAVE TO BE INVESTIGATED ON WHAT THEY ARE DOING, SO MANY COMPLAINTS ONLINE ABOUT THEM. I HOPE BBB CAN LOOK INTO THIS HORRIBLE SCAM.



**Mepco Response**

08/26/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### LANE P.

 (1 star)

08/18/2020

I see I am not alone: I obtained this 'warranty' by phone (big miistake). MY BANK WAS DEBITED +$176.OO AS INITIAL PAYMENT, and when I finally got a copy of the plan - INCLUDED WAS conditions not given previously, ON 7/14 I CANCELLED BY PHONE AND MAIL TO BOTH MEPCO AND CARCURE TODAY I SEE MY ACCT WAS AGAIN (7/28) CHARGED +$ 176.00. I CALLED CAR CURE - AGAIN WHO CLAIMS THEY HAD NO CANCELLATION NOR RECORD OF PHONE CANCELLATION TIL 7/28. HAVE NOT REACHED MEPCO YET,. SO, MY TOUGH LUCK ??? WHAT NOW ARE MY OPTIONS??? I see I am not alone: I obtained this 'warranty' by phone (big miistake) and when I finally got a copy of the plan - which offered conditions not given previously, I CANCELLED BY PHONE AND LETTER TO BOTH COMPANIES. (MEPSO AND CAR CURE) ,ON 7/14/2O, TODAY I SEE MY ACCT WAS AGAIN CHARGED +$ 176.00. ON 7/28 I CALLED CAR CURE - WHO CLAIMS THEY HAD NO CANCELLATION NOR RECORD OF PHONE CANCELLATION TIL 7/28.. HAVE NOT REACHED MEPCO YES,. WHAT ARE MY OPTIONS?? RATING - NO STARS!!!



**Mepco Response**

08/24/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau ® Profile

11/16/21, 12:36 PM

### Douglas L.

 (1 star)

08/17/2020

Terrible, veterans beware. They told me things were covered and then declined paying for everything without a two week waiting period for there inspector to verify if something was broke. Took two days to find a person to even file the claim. Mepco Edurance are a scam



**Mepco Response**                                                                08/22/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### JAMES M

 (1 star)

08/11/2020

THEY (MEPOCO)HAVE POOR ONLINE ACCOUNT SERVICE , YOU RECEIVE A WELCOME LETTER TO VEIW YOUR ACCOUNT INFO ONLINE AFTER MAKING YOUR VERY FIRST MONTHLY PAYMENT AND EITHER THER WEB SITE IS DOWN OR THE CONTACT NUMBER IS DOWN, AND IF YOU DO GET THE CALL TO GO TO THE PROMPTS ITS ALL ABOUT PROMPTS AND AT THE VERY END OF THE PROMPTS THEY REFER YOU BACK TO CARSHEILD, THEN CARSHEILD VERIFICATION IS YESS THER SITE AND BUSSINESS CONTACT NUMBER IS DOWN AND WAS TOLD TO TRY AGAIN LATER AND THAT THE WELCOME LETTER ARE TIME SENSITIVE , LOL I SET UP MY ACCOUNT THE DAY I RECEIVED MY LETTER SO WHAT TIME FRAME DO I HAVE, LOL BUT WAIT YOU CAN FAX THEM, LOL WHO STILL HAS A FAX MACHINE. LOL WHAT A JOKE, THIS IS GIVING CARSHEILD A BAD REP. carsheild customer service was ok , other then being on hold and prompts with (MEPCO) carsheild seem to at least try to help get a passwd word link so i can reset my passwd. but 34 mins later still waiting for my link.



**Mepco Response**                                                                08/20/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com



### NGran

⭐☆☆☆☆ (1 star)

08/08/2020

My elderly grandmother that has severe memory loss/dementia was taken advantage of and scammed by a company called "Auto Assure" that uses Mepco to "collect payments" for an imaginary "vehicle warranty" service. She has written in to Auto Assure to cancel this "warranty" and Mepco is STILL charging her account monthly even after being cancelled. Not only that but they claim she owes money when there was absolutely no service done nor did they do anything. Mepco are thieves. So are Auto ******. I'm under the impression they're the same company. There's no excuse for working with scammers and even if they aren't the same company, Mepco is just as guilty. I've sent emails and gotten no responses and the two I've gotten in the past claimed to have stopped the payments which was clearly a lie because they're still preying on my poor grandmother to this day. How do you live with yourself? Greed at it's finest.



**Mepco Response**

08/20/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### Adib S.

⭐☆☆☆☆ (1 star)

08/08/2020

Fraud. I Never Signed up bUt Received a Unauthorized transactions. I Want my Money Back .



**Mepco Response**

08/20/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                    11/16/21, 12:36 PM



## Jaime A

★☆☆☆☆ (1 star)                                                              08/06/2020

Why is this company still allowed to do business? They're scamming people all the time with this auto repair warranty scam. They're charging almost $300 per month for warranty coverage and when you ask them to cancel the plan, they will not cancel and keep on billing you every month. Got my bank to stop payment to this fraudulent company. I will never do business with them again.



**Mepco Response**                                                          08/12/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

## Tonia F

★☆☆☆☆ (1 star)                                                              07/31/2020

I really wish I could have given zero stars because this company and car shield are taking advantage of hard working customers. They sell you this dream of what they can do for you if you sign with them. And have no problem taking your monies. But when its time for them to spend some money they back out of the deal. stating you did something to void the warranty. I bought 3 seperate plains for each of my cars with each plan they found a bogus reason not to fix my cars. on one they refused to fix the front trans axle in my 4x4 and gave my money back , one they refuse to fix transmission flat out after paying the contract off. Now they refuse to fix my car or issue me a refund like the sells rep said when selling this useless warranty. So if your looking for extended warranty DO NOT USE ANY COMPANY THATS WITH MEPCO THEY JUST WANT YOUR MONEY.



**Mepco Response**                                                          08/07/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

## Rick C

★☆☆☆☆ (1 star)                                                              07/30/2020

Absolute joke of a company. When they sold me the policy the sales rep said anything that allows your vehicle to run. Well they lied. I would NOT recommend this joke of a company at all your wasting your money. They cover nothing.

11/16/21 12:36 PM

### Fraud

 (1 star)

07/27/2020

This is a terrible company, they won't take no for an answer you tell you don't want their services and they will insist that you needed after I was almost force to take it their representative told me you can cancel it later, but before the thirty day you will get the money back, liers no one will answer for a long time and when they do they told me that I have to send a written letter, bla bla bla do not buy it, I had to cancel my debit card and the bank return my money I told the bank they run a fraudulent business, save your self some hassle look somewhere else. Roger



**Mepco Response**

08/07/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Deborah B

 (5 stars)

07/22/2020

I have never written a review before but this company deserves this. I signed up through Endurance Auto Warranty. This company is true to their word. I made a good decision when I decided to go with them. And they worked with me on payments while struggling financially through the COVID pandemic. I would recommend this company to anyone and I do just that when asked about my warranty. I have had to use my benefits twice and everything was exactly as it was promised and it was easy to use.



**Mepco Response**

07/28/2020

Thank you for your positive feedback regarding Mepco. We strive to provide exceptional customer service each day and appreciate your business. Contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Martha N

 (1 star)

07/14/2020

I think this company is a scam company. Every time I call I get a answering service and have to leave a message. I tried to cancel and no one ever calls back. Then I call back and speak to the same person but the person gives me a different name each time to make me think I am speaking to another representative. Who does that. So them I tell them I need to check on my payment status and guess what I get a call back and then when I say I am trying to cancel the rep is so rude and hangs up on me. I don't recommend anyone doing business with this shady company. I was sent a letter to login online and the login info given to me in the letter doesn't even work. Again just a very shady business. This company does not deserve any star ratings but i have to select one in order for my customer review to be posted.



**Mepco Response**

07/28/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### Shelley C.

 (1 star)

06/22/2020

Signed up for auto warranty with Endurance. Advised that contract was with Mepco. I have tried numerous times by email and phone to cancel policy. I signed up by phone but can't seem to cancel by phone or email. Seems that cancelling is far more difficult than it needs to be.



**Mepco Response**

06/27/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Gloria C

⭐☆☆☆☆ (1 star)

06/19/2020

Am paying for a contract that is non-existent. This company takes no responsibility for this fraud and can't stop my automatic payments. They have told me to contact Auto Protection Plus to have payments cancelled. I have been paying since April and did not know I had not contract until I took my car in for service. Do not trust this company nor Auto Protection Plus. I want Mepco to stop stealing my money.



**Mepco Response**

06/26/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### Jennifer B

⭐☆☆☆☆ (1 star)

06/15/2020

Scam!!! They tricked my elderly mother into coverage that she absolutely doesn't need. We've called to cancel 3 times, received confirmation numbers, and they still debit her account.



**Mepco Response**

06/24/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com



Ellie L

⭐☆☆☆☆ (1 star)

06/08/2020

If we could give a negative star amount we would. This company is targeting elders and calling them to sign up for car warranties before the manufactures warranty is even up. They won't let us cancel the warranty even though my grandfather is now deceased. They are going in circles to try to avoid cancelation including telling us that all managers and supervisors are "in a meeting" and apparently the system was under maintenance. How is this company still allowed to be in business??? This is elder financial abuse!!! The BBB needs to do something about this company and it's subsidiaries immediately!!!!



**Mepco Response**

06/12/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com.

Mepco | Reviews | Better Business Bureau® Profile                                                                                    11/15/21, 12:36 PM

Cynthia J

⭐☆☆☆☆ (1 star)

05/27/2020

I also been scam. Class action suite? This Business is very slick and calculating. Have you noticed same rebuttal each time? I have notified BBB, three States. Only to get transferred one to another BBB. I have notified my bank just to get my money back. Mepco takes your money then washes their hands. Mepco is very deceiving sending a billing statement, on Mepco letter head. Another business, AUTOMOTIVE PROTECTION, takes over, at that juncture. AUTOMOTIVE PROTECTION is point of customer service, also handling cancellation of contract.Once I canceled,my refund has never been issued 5 months later. Any other numbers listed don't work. No one answers. HOW LONG IS THIS GOING TO BE TOLERATED BEFORE BBB helps and stops accepting the answer from MEPCO. This company and associated business's a Is a scam. BBB, DO YOUR JOB!!!



**Mepco Response**                                                                                                                    06/03/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts, and has no involvement in the development, marketing, sale, claims processing activities, or other administration of these vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com



**Mepco Response**                                                                                                                    06/03/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts, and has no involvement in the development, marketing, sale, claims processing activities, or other administration of these vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                                                                        11/16/21, 12:36 PM



PAULA J

★☆☆☆☆ (1 star)

05/13/2020

I am the queen of fraud, but this time they got me, I'm on the phone now trying to cancel this claim, I was informed I would be getting a new warranty on my BMW, well, the company refers you to the company the policy is supposed to be with, unbeknowest, the company phone number is disconnected, now how come Mepco doesn't know that. I'm canceling all this, and it's unfortunate companies are set up to scam you. Always do a review before comitment.



**Mepco Response**

05/15/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com



Tamesha F

★☆☆☆☆ (1 star)

05/11/2020

Over priced and does not cover a lot! Once you cancel they still deduct from your account!



DB

★☆☆☆☆ (1 star)

05/09/2020

Scammers want pay out claim. We sent pictures of the repair process now the say they didn't authorize repair really.



**Mepco Response**

05/15/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                                                11/16/21, 12:36 PM

### Daryl H

 (1 star)                                                              05/07/2020

We are struggling with this company because we have never signed an agreement with them.
But they are constantly trying to rape us for money. These folks are frauds.



**Mepco Response**                                                                          05/13/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional
customer service and appreciate the opportunity to address this issue. Please understand Mepco
is only the servicer of payment plans for providers of vehicle service contracts. However, we
would like the opportunity to speak with you to be able to address any questions or concerns.
Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P
CST or by email at Requests@Mepco.com

### MRS EM

 (1 star)                                                              04/17/2020

SCAM! They tricked my 85 year old mother into a contract and keep withdrawing money under
different names out of her account. She had to get a new credit card. You cannot get through to
talk to a human. I've left messages they have not returned and mailed a letter to cancel as per
instructions. There is no email to contact them as stated. SCAM! SCAM! SCAM!



**Mepco Response**                                                                          04/22/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional
customer service and appreciate the opportunity to address this issue. Please understand Mepco
is only the servicer of payment plans for providers of vehicle service contracts. However, we
would like the opportunity to speak with you to provide you with the contact information for the
direct marketer and/or administrator of the vehicle service contract purchased. These companies
will be able to address any questions regarding discrepancies with product representation,
service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract
related issues. Please contact our Customer Service department (800) 397-6767 Monday –
Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile

11/16/21, 12:36 PM

J Llanos, MD

 (1 star)

04/05/2020

I don't remember signing a contract with this company. But they know my address and my car that I dont even use for work. The service insurance is not needed because the car is parked on my garage except on Sundays when I have to drive it around the neighborhood to maintain its engine and keep battery charged. I have to call the credit card company that ********* charged me from, explaining that this is a fraudulent charge because I NEVER authorized any consent to get the insurance offered by ********* and NEVER SIGNED a document to validate that I consented. NO owner will take another insurance when that car already has one since 2012 AND IS SITTING IN THE GARAGE because I use a new 2020 car that I drive for work EVERYDAY. The credit card company from which ********* charged me provided a new card mid February 2020 issued me a NEW CARD the following day by URGENT delivery. Much to my surprise I was again charged the same amount of 89.99 $ on my new CARD that ********* should not have known, unless they contacted Mastercard to query. This is a complaint and will be elevated-investigated again for the second time. The name Car Shield on my Feb 2020 statement had been changed to MEPCO on my March 2020. SOMETHING IS WRONG and will get into the bottom of this FRAUDULENT CHARGES



Mepco Response                                                        04/11/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Carolyne A

 (1 star)

04/03/2020

I have been requesting they cancel my policy for months. They say it has been done and continue to send me bills stating I'm behind. I never signed their contract book to begin with. I was told it had been handled multiple times. PLEASE HELP!



Mepco Response                                                        04/07/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile 11/16/21, 12:36 PM



Cynthia D.

★☆☆☆☆ (1 star)                                     04/03/2020

They told I can cancel and get a refund within 30 Days. I have tried to call them time and time again. I get put on hold for over 20 minutes. Either being hung on or the next person that picks up introduces them self with another company. One lady told me she was with Gerber. I can see the numbers I dial. It is the same correct number for MEPCO. One lady told me refunds or canceling the policy was not possible. I go online to use my login in information, that does not work. I would love to have my cancelled!! Some of my money back would be great! They don't deserve any stars! Cyndi Daniel



**Mepco Response**                                  04/07/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

LaShawn

★☆☆☆☆ (1 star)                                     03/27/2020

This company calls elderly people whom they know don' t need this type of coverage on a vehicle and swindles them to purchase it. When I called they requested that an 88 year lady submit a letter to cancel the coverage. They did not submit a letter to implement the coverage! The lady at the main number is very rude and shows no sympathy for the situation at hand. This coverage will be cancelled!



**Mepco Response**                                  03/31/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### KATHERINE W

⭐☆☆☆☆ (1 star)

03/11/2020

I bought a plan with Mepco about a year ago. My transmission went out on my vehicle. My claim was Denied. This contract was done over the phone. Not 1 time was it mentioned what was not covered. The rep only stated the things that were covered, with transmission being one of these covered things. I took my vehicle to a Certified Mechanic and sent Mepco all requested information. I have had the truck for about 2 1/2 years. It is a Silverado 1500. I have serviced the truck religiously by a mechanic and myself from the time I bought the truck. Mepco requested information showing this. I had this sent to them. Mepco claims they needed more details of the service. This was sent to them. My claim was Denied. Not only do I think this a rip off using unfair practices, but i consider this a scam. I am requesting a refund of the funds paid or my transmission repaired / replaced. I have also contacted my lawyer to try to get some help with this.



**Mepco Response**

03/31/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### Robin D

⭐☆☆☆☆ (1 star)

03/08/2020

This company took advantage of my elderly dad with dementia. He gave them his debit card and they withdrew $250 for an extended warranty policy. We called to cancel and after talking circles around my father for 25 minutes he granted permission to talk to me, his POA, but they refused to talk to anyone other than the policy holder. He received a letter stating there would be recurring payments with no amount listed. When we contacted them we were told it would be for $172.62. Again asked to cancel but they would not. We were told to refer to the policy however to date we have not received any such policy. They would not even tell us what the policy covered. I believe this company to be unscrupulous preying on the elderly. I do not know how it has an A+ rating when 90% of the reviews I read are similar to mine at 1 star or less. We are sending a notarized letter to the billing company and the company who sold the policy for cancelation. In the mean time the card has been canceled and the account closed. I have also filed a complaint with the AGO, executive office of elder affairs, office of consumer affairs, and will be filing a complaint with the consumer division department with the state Attorney's office. Might I add this policy was sold over the phone and no contract was signed nor have we received any paperwork other than billing info. It was a verbal agreement, they need to honor a verbal cancelation.



**Mepco Response**

03/31/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile 11/16/21, 12:36 PM



**Robin D**

⭐☆☆☆☆ (1 star)                                                   03/05/2020

I believe this is scandalous. My elderly dad tried to cancel this policy for an extended warranty and the guy on the line argued with him, and us, for 25 minutes. He would not allow speaker phone so I, as the POA, could help my father process the info and cancel the policy. I will work as hard as I can to discredit this company and expose it and any other company associated with it, for what it is, as I feel they are disreputable and exploit the elderly. I also plan to reach out to the state rep, seek legal representation and file with the BBB against the companies involved. We may have lost the $250.00 battle but I plan to win the war and work to protect others from falling victim. RED



**Mepco Response**                                              03/11/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatement, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                        11/16/21, 12:36 PM

## Patricia

⭐☆☆☆☆ (1 star)

02/24/2020

Elder Financial Abuse!! They took advantage of my Elderly Mom who said NO to the salesman several times. She should have hung up, but was too polite and ended up giving them her credit card. She called me in tears knowing she had been taken advantage of. We put a freeze on her credit card, but the payment went through, past the freeze, because they call it a RECURRING PAYMENT. It's their loophole!! The credit card company heard us, they issued a new card and BLOCKED MEPCO for a year. I have a feeling they might use another LLC name to once again charge her $176.06. If you don't block them the recuring payment will follow the credit card. MEPCO won't cancel the policy without a notarized letter, so we are wasting time getting a letter to them. I'm concerned they will lose the letter -This seems to be a recurring theme in other reviews. FYI-- All calls are recorded, so we asked them to listen to the call, we wanted to hear my Mom say NO. My mom said she told the salesman no several times but he kept pushing her. She finally gave in. The response from the Customer Service Agent, who has been helpful. "Customer's policy number is LUSF110239. My manager did pull the call and she advised that customer agreed to the whole process and gave payment information. The only thing I can tell you is to try and get the letter in as soon as possible so we can take care of the cancellation. Per the administrator and her contract, she is passed her 30 days and we need a written letter with all information included to cancel her policy and that goes for everyone outside their 30 days. I hope this information helped." YES, we've established she gave them her information, but MEPCO "took advantage of her weaker state of mind and wrongfully obtained her money (credit card number) through undue influence, coercion and manipulation." This is the defintion of Elder Finacial Abuse. MEPCO, when you respond to this review, do something more than your auto reply telling us to call you to work it out. I've given you the policy number, Cancel her policy, then call/email my Mom to inform her it's been cancelled. Nikki in Customer Service has her information. I also plan to push further and contact Consumer Division Department with State Attorney's office and file against AUTO SERVICES, MEPCO, AND VEHICLE SERVICE CENTER.



**Mepco Response**                                                                       03/11/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatement, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

## Donise B.

⭐⭐⭐⭐⭐ (5 stars)

02/10/2020

Thank you, Mepco for your awesome service and business. I have no complaints.



**Mepco Response**                                                                       03/11/2020

Thank you for your positive feedback! Sincerely, Mepco Customer service

#### CHER

 (1 star)

02/07/2020

BBB - please do right by the people whom have purchased from AUTO SERVICES using MEPCO as the service billing business. My (elderly) Mother purchased an auto warranty not realizing she still has a current valid warranty through dealership. The Underwriter and Administrator for warranty purposes is ******** from Leawood KS. AUTO SERVICES and MEPCO only manage the administration of billing and payment. Cancellations are directed to VEHICLE SERVICE CENTER. I have made several attempts in a matter of 5 days to reach out to, (billing department) as per the customer service, VEHICLE SERVICE CENTER at eight hundred, eight-eight one, zero eight zero four; and NEVER received a call back. I am not able to login to their website, to cancel the contract, which the USER NAME and PASSWORD provided are invalid. I called credit card company and said I would have reach out to cancel directly with MEPCO otherwise, to stop payment requires to cancel the credit card altogether. **UNSUSPECTING CITIZENS BEWARE! DO NOT SEEK THESE TYPE OF SERVICES unless initiated by your dealership or loan service vendor for your vehicle. This is not over regarding attempt to cancel as I plan to push further and contact Consumer Division Department with State Attorney's office and file against AUTO SERVICES, MEPCO, AND VEHICLE SERVICE CENTER.



**Mepco Response**

02/10/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

#### Steve

 (1 star)

02/04/2020

As rotten as they come. Zero star for sure! Promises made to cancel policies only to have bills sent. No one to speak with when you call. When I final got one of the rats on the line, they hung up on me when confronted with the facts. Run far and fast from MEPCO.



**Mepco Response**

02/07/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

**Customer Response**

02/07/2020

I understand your role Vs Artisan. I spoke with both of you on December 18, confirming contract cancelation which is allowed per the contract. I'm now still receiving bills. Furthermore, when I call, I can't get a live human. I stand firm. Your organization lacks integrity and the controls needs to avoid situations like this. I gave you ample opportunity to fix the situation and you did not. You and Artisan are cut outta the same bolt of cloth.

Mepco | Reviews | Better Business Bureau® Profile

11/16/21, 12:36 PM

### AngryAF

 (1 star)

01/28/2020

HORRIBLE! I signed up and then called to cancel service. After reading the fine print, it says they need written cancellation or they will charge a fee. So I called back and asked point blank, can I cancel with you on the phone and not get charged anything extra? lady says yes, which is when I informed her of the contract writing, which has 3 sections about cancellations. Oh yeah there will be a fee she says. Ok so can I have the address to mail this to? No I cant give you that. WHAT THE ***** You cant give me the address?!!! So I put a stop payment on the account. This business can go F themselves. If you want to hate the world, then sign on with them. Minus 5 stars! Hey BBB, why the * do they have a 5 star rating????? Make yourself useful for society here.



**Mepco Response**

01/31/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

### Elizabeth L

 (1 star)

01/24/2020

Wow not only are they thieves and scammers, they can't even respond to reviews. They just have an auto answer There are no zero star ratings allowed. They are not doing their job of canceling policies after a vehicle was totaled. You can't get through to talk to anyone and they are always at lunch or sending you to the other company.. and then you have to come back to them for billing.. It takes 2-4 hours to reach anyone on that phone line.. They should be shut down.



**Mepco Response**

01/31/2020

Hi Elizabeth - Thank you for offering your feedback, we really appreciate it. Unfortunately, when we do not receive adequate information to research your particular issue we are unable to offer much more than our contact info to speak directly with a representative here at Mepco. However, we will be following up with you via the email address provided and hope that we will be able to assist with providing a resolution. As mentioned, Mepco only offers billing services (payment plans) for providers of vehicle service contracts - so, to cancel your policy you must contact the company you purchased it from. Once we have more information from you we can help make that connection and get you in touch with the right company. Thanks again!



Amit Gandhi

★☆☆☆☆ (1 star)

01/18/2020

Worst service and full of excuses. NOT RECOMMENDED, stick to your gut. I am livid with this amount of garbage that comes out of these guys mouths, at the time of purchasing the extended warranty I was told I was being sold the best plan there was, and paying $250+ month for this Vehicle Service Contract. January 2020 was my first attempt to file a claim using my auto shop I have gone to since the inception of my car and is highly reputable and also filed the request for me, only to come back with the cringing sentence "your warranty company will not cover it...." leaving me feeling duped and scammed for thousands, this should be regulated and attacked immediately by the CFPB. So I did what anyone would do, went through my original package with my MEPCO card that was provided which is not worth the plastic its made on.... and read through my contract line by LINE over an over again then picked up the phone and called them. They took their sweet time and I kindly requested an explanation that I've paid 2-3x the cost of the amount requested on the claim filed already and still paying... but why is this not coverd?" The person at MEPCO starts throwing jargon on the phone about engine functions and other crap. its like a game who can get to the phone the quickest and get out of a claim... just put the amount to the side into savings, instead of these crackheads, it's a guaranteed LOSS of security that you falsely feel and if it's burning a hole in your pocket, spend it elsewhere... these guys are a joke... I am still in SHOCK!... The *** terms of coverage and how it's covered is left to the interpreter to honestly if I had time I would've spent even more simply based on the principles of honest business to hit them with a class action lawsuit.... all the reviews are legit below and pretty accurately told. @MEPCO, should you decide to respond, don't copy and paste what you've already told another person from the 35 other consumers which you have scammed. until you have reviewed and validated your information and a qualified, educated, from your DALLAS TX location....has responded to this. I plan to return to my original *** provider. ZERO STARS is a reasonable rating, ti bad that's not an option, To the consumers out there --- don't take their *** service they offer, They lack specificity leaving it to them with the power to define coverage "if it's not listed then it's not covered..." should be their slogan. If MEPCO list and know every mechanical part of each vehicle covered--- they are in the wrong business, and secondly their contacts wouldn't be so vague and thin... SIMPLE DONT DO IT...As a Marketing professional, if you see 1-2 stars, great. that's about right... IF FOR ANY REASON I SEE OTHERWISE, I will investigate, and dispute the feedback and reviews for investigations for gaming and misleading consumers with a Consumer Protection Agency and make it known everywhere,



**Mepco Response**

01/21/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                                                            11/16/21, 12:36 PM

Garner P.

⭐☆☆☆☆ (1 star)

01/17/2020

This account was closed by default. Then came in and took a payment so they could collect their $35.00 cancellation fee. They were fishing our account until there was money there In our account the still after the account Closed, they zapped our account. I'd advise to always put a stop payment on your account, so this doesn't happen to you as well. Very dishonest company. Stay as far away from them as possible or hang up when their marketers come calling.



**Mepco Response**

01/21/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Bit R

⭐⭐⭐⭐⭐ (5 stars)

01/09/2020

All, don't confuse Mepco with Endurance, or another warranty company. Mepco provides bill payment service for said companies. If you have issues with your warranty, Mepco isn't the company to get the issue resolved. You have to goto the company that is providing the warranty directly. I hope this clears things up for you all... On a side note, I have two Cadillac's which I insure thru Endurance. Both had to have their CUE systems replaced. Endurance collected my $100 deductible for each vehicle, and covered the rest. What more can you ask for? So, for me, the Mepco-Endurance team is working.

lib l

⭐☆☆☆☆ (1 star)

01/03/2020

How does Mepco show an A+ rating with Better Business Bureau when they have all these One Star rating. They are a complete scam! we tried to use it and apparently it was not in the coverage so we had to Py out of pocket. We have tried to cancel and they said we are in some kind of contract and keep taking our money every month. Zero Stars From Us!!!



**Mepco Response**

01/06/2020

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                                                          11/16/21, 12:36 PM

No

⭐☆☆☆☆ (1 star)                                                      12/10/2019

This place completely sucks very rude and unprofessional I paid for a plan for my 2016 vehicle back in September 2019 and told the representative I wasn't sure if I would keep it because I probably was buying a new car but will purchase just in case . Well a week later I bought a 2019 and traded the other vehicle in I called to cancel the policy and they said I would probably receive some type of refund fir the premium not the deposit and that's fine but I called mepco in late October still receiving a bill requesting payments and I'm in default. The representative was nasty stating my policy will eventually cancel for breach of contract for non payment this is bull how when I canceled the same month that I purchased. I now have another bill requesting a payment to reinstate are you kidding me I do not I repeat do not want you idiots reporting to any credit agency stating I don't pay it takes forever to clear that crap up stop sending me bills and my effective cancellation by phone was in September I have my phone records and they are recorded son please leave me the hell alone ! Only gave one star to bin leave a review you all deserve nothing from me



**Mepco Response**                                                     12/11/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Tameca J

⭐☆☆☆☆ (1 star)                                                      12/05/2019

Prey on inexperienced new car buyers. Y'all are some hoes. Toyota gives out information of new car buyers to you vultures and y'all try to dupe people into buying things they already have. Absolute scum. Y'all better refund my money and cancel my account. I wish you would to send TRY to send me a bill in the mail. It would go straight into my recycle bin.



**Mepco Response**                                                     12/09/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                          11/16/21, 12:36 PM

### lisa s

 (1 star)

12/04/2019

Highly deceitful business! We bought a new vehicle a month ago and received a warranty bill in the mail. We thought it was from buying our new Nissan and paid around $170 thinking it was associated with our car. It was not. This is an outside vendor that preys on people. Buyer beware! We've had to open a case with Nissan corporate after I tried speaking with MEPCO and the guy tried talking in circles and intimidating me. That's when I saw red flags. I contacted the car dealership and they made it clear that MEPCO is NOT affiliated with Nissan and is an outside vendor. Do NOT trust this company or give them any money. Talk to your local car dealership first!!



**Mepco Response**                                                                          12/05/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Kenneth C

 (1 star)

12/03/2019

Mepco claims they only provide financing for the warranties so how come every company that goes through them is a crooked company.So many people being ripped off by them eventually going to be shutdown if everyone that has a problem complains to their ag in their state also cfpb and if you live in missouri wherever that hole in the ground is drop by and say hello!!!!! do they have a subsidiary in ohio let me know would like to visit for the holidays.Or better yet they have my address come visit me. Ripped off by 3 of them so not happy!!!!!



**Mepco Response**                                                                          12/04/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatement's, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile                                11/16/21, 12:36 PM

### Sarah B

⭐☆☆☆☆ (1 star)

12/02/2019

If i could give them a negative i would there a scam



**Mepco Response**                                                    12/04/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### A. W.

⭐☆☆☆☆ (1 star)

11/25/2019

I very disappointed with the warranty coverage from this company. The last time I took my SUV for service at the deal they covered only $90/per for labor. The dealer charged $165 and other mechanics charge $120/hour. This is something that MEPCO did NOT disclose to me when I signed up for their service. Also, recently I took my 2015 explorer to have it service for engine light which stemmed from Catalytic converter MEPCO denied the coverage because this was NOT under their warranty plan. So much for the BUMP to BUMP warranty they promised when I signed up. I consider their coverage inadequate and not worth buying. Waste of money.



**Mepco Response**                                                    12/04/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatement's, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile

11/16/21, 12:36 PM



### Anna S.

⭐☆☆☆☆ (1 star)

11/06/2019

I tried to cancel within 3 days. I tried calling the number i was given several times, but it was never answered, and had no option to leave voicemail. Once getting paperwork in the mail a few days later, I tried calling the number there. That number had a voicemail option, but no one returned my call. I left several messages. I called my credit card company to block future charges, but the company switched merchant numbers when the charge was blocked. I cannot believe the dishonesty of how they choose to do business.



**Mepco Response**

11/14/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Beth A

⭐☆☆☆☆ (1 star)

10/31/2019

All you need to do is look at Mepco's canned responses below to know this is a joint scam between Mepco and these rip-off auto service contracts. HARD TACK INC is who scammed me and Mepco keeps billing me. When I tried to reach the HARD TACK no one ever answers the phone. Messages left are never answered. This is the number given to me by MEPCO! A web search shows "BUSINESS CLOSED" in bold red letters. How can Mepco keep billing for a business that is closed?



**Mepco Response**

11/14/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile



(1 star)

10/22/2019

1 word rip off I advise anyone looking for warranty not to go with them. I got work done on my car and even sent receipt and they where trying to say fraud so they don't have to pay to fix my vehicle so now I'm stuck with a bill that they should've paid. After I paid them over $1000 they say I can't even get a refund of my money so beware stay far away from Mepco if u don't believe then try it and lose out of your money. I will never tell anyone to go with them smh terrible service



**Mepco Response**                                                  10/24/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com

**Becky W**



(1 star)

10/15/2019

Total Scammers that prey on the elderly! My mom has been trying to cancel and they will not cancel. They tell her she needs this and will not listen to her. I called and they tried to tell me she needs this because who is going to pay the bills if her car breaks down. She drives at the most 10 miles a week and her son is a mechanic! She has no need for this at all! The person I was talking to hung up on me and would not listen! I finally had to call her bank and stop payments because they would not cancel and won't refund her money after she has been calling and canceling for the last 3 months.They told her to send in a written letter which she did and had it notarized and still would not cancel or refund her money! The worst part about this is this company played off her original warranty she had on her vehicle. They called her and told her the other warranty company closed and they were the ones taking over. Well they took over all right and have completely stolen her money and they are not part of the Ford Warranty she originally had! Worst company and people I have ever dealt with. I don't know how these people sleep at night knowing they are stealing peoples money. I would give them 0 stars!



**Mepco Response**                                                  10/16/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. In response to these specific allegations, please understand that Mepco services payment plans for providers of vehicle service contracts. Mepco has no involvement in the development, marketing, sale, claims processing activities, or other administration of these vehicle service contracts, and Mepco does not engage in any form of telemarketing. The Purchaser was contacted not by Mepco, but by a direct marketer to be provided a vehicle service contract. As well, the direct marketer would have arranged with the purchaser for making monthly payments and the terms of the contract. Mepco then receives the payment plan information and sets up an account for billing and collection based on that information. Mepco is only the servicer of the payment plan related to the vehicle service contract, sending bills and collecting payments, and is not the seller or administrator of the vehicle service contract. As a result, Mepco is unable to directly respond to the specific issues in this complaint. However, Mepco takes all customers' concerns seriously. We would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com. We appreciate your business! Sincerely,

Mepco | Reviews | Better Business Bureau® Profile

Mepco Customer Service

### Ginger M

 (1 star)

10/02/2019

SCAMERS!!!!! Cancelled over a year ago and STILL getting charges on my credit card.



**Mepco Response**

10/16/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Atron T

 (1 star)

09/18/2019

I cancel my service with www.protectmycar.com on May 10, 2019 and I notice MEPCO is still changing my credit card after 4 month which I inform protectmycar that my car was total and I didn't need the service no longer. Contractor Number is 241920 this is unacceptable and should not be happening I will like for my money to be credit back to my credit card. I could say more but please read your contract before you make your purchase let your attorney read do not let the sales person tell you what is cover in the warrantry, know for yourself what you are buying.



**Mepco Response**

09/20/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A – 5P CST or by email at Requests@Mepco.com



Mepco | Reviews | Better Business Bureau® Profile                                11/16/21, 12:36 PM

### Nancy B

⭐☆☆☆☆ (1 star)

08/27/2019

Put in claim and claims adjuster never got back to the repair shop. It has been a week trying to get a hold of them. Claims adjuster not responding. Call number and disconnects. They should be sued.



**Mepco Response**

09/06/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Hong N



⭐☆☆☆☆ (1 star)

08/09/2019

This company is partner with **** **** inc, auto insurance comp. I called **** **** to cancel the contract, the phone number of this comp. is no longer inservice. So I called Mepco and left message that I wanted to cancel the contract. Mepco did not respond, so I called and left the message again and want them to call me back. This time, Mepco called me and said that **** **** inc went out of business. I don't know how long they know about **** **** went out of business, but still collect my money. I want to report this scheme. I wish I can give them less than one star.



**Mepco Response**

09/06/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

### Amy H



⭐☆☆☆☆ (1 star)

07/18/2019

They lied about milage didn't agree to the two year never sign any and done over phone took payment out 2 days early and u got to call the admistor to approve the warranty we do have letters from this company



**Mepco Response**

09/06/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. Please understand Mepco is only the servicer of payment plans for providers of vehicle service contracts. However, we would like the opportunity to speak with you to be able to address any questions or concerns. Please contact our Customer Service department (800) 397-6767 Monday – Friday from 8A–5P CST or by email at Requests@Mepco.com

Mepco | Reviews | Better Business Bureau® Profile  11/16/21, 12:36 PM

### Mark G

⭐☆☆☆☆ (1 star)

06/27/2019

This is the worst company to get mixed up with. They prey on your fear of breaking down and getting stranded. They coerced my wife into this shceme without my knowledge. I told her to call them up the next day and cancel the policy and a man named Tod disrespected her and would not cancel the policy. According to the FTC you have a right to change your mind without an explaination. This company does not honor that. Buyer Beware. I wanted to give a ZERO star rating and that was not allowed either.



**Mepco Response**

07/02/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. In response to these specific allegations, please understand that Mepco services payment plans for providers of vehicle service contracts. Mepco has no involvement in the development, marketing, sale, claims processing activities, or other administration of these vehicle service contracts, and Mepco does not engage in any form of telemarketing. The Purchaser was contacted not by Mepco, but by a direct marketer to be provided a vehicle service contract. As well, the direct marketer would have arranged with the purchaser for making monthly payments and the terms of the contract. Mepco then receives the payment plan information and sets up an account for billing and collection based on that information. Mepco is only the servicer of the payment plan related to the vehicle service contract, sending bills and collecting payments, and is not the seller or administrator of the vehicle service contract. As a result, Mepco is unable to directly respond to the specific issues in this complaint. However, Mepco takes all customers' concerns seriously. We would like the opportunity to speak with you to provide you with the contact information for the direct marketer and/or administrator of the vehicle service contract purchased. These companies will be able to address any questions regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. Please contact our Customer Service department ***** ********* Monday – Friday from 8A–5P CST or by email at ********@Mepco.com. We appreciate your business! Sincerely, Mepco Customer Service

7/16/21, 12:36 PM

C. M.

★☆☆☆☆ (1 star)

06/12/2019

I took out a policy with this company thru ********** **** **********. I spoke with a woman named Maureen. In our conversation she explained what monthly fees, grace period of 10 days and that I could cancel at anytime if not happy with services After several months with the above company I cancelled my policy with them in March of 2019 after being harassed by e-mails, voicemail and phone calls that my payment was late or overdue. I called and spoke to Valerie who says she is manager of Mepco prior to my cancellation and I informed her that if I receive another email, text or phone calls I will cancel. Several messages where left and finally Valerie got back and told me what I needed to do. I complied and never heard back. I called in April 2019 spoke to Valerie who said they received booklet and policy cards on March 28, 2019 although I sent back registered mail on March 6, 2019. Valerie also informed me that I was entitled to a refund and that once they figure out how much I would receive a check in mail. Never received spoke again with Valerie states now I have to fill out a release form before I can get check, still not able to give amount. Never received form then I asked to speak to someone above her. First said there was no one, then said the person above her was out on maternity leave and I could leave my name and number but she couldn't tell me when or how long. Ask if I call this person directly and she replied no. I still have no release form or refund check and it is now June. If you see this company or it is recommended RUN. I would never recommend this company to anyone. They are liars and I feel that they are just stringing me along hoping that I will get tire and give. Guess what I am not backing down!!!! CM



**Mepco Response**

06/20/2019

Thank you for submitting your concerns regarding Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address this issue. In response to these specific allegations, please understand that Mepco services payment plans for providers of vehicle service contracts. Mepco has no involvement in the development, marketing, sale, claims processing activities, or other administration of these vehicle service contracts, and Mepco does not engage in any form of telemarketing. The Purchaser was contacted not by Mepco, but by a direct marketer to be provided a vehicle service contract. As well, the direct marketer would have arranged with the purchaser for making monthly payments and the terms of the contract. Mepco then receives the payment plan information and sets up an account for billing and collection based on that information. However, Mepco takes all customer concerns seriously and has therefore forwarded your complaint to the selling agent, ********** **** **********, ************ for resolution. Since Mepco only services the payment plan (collection of payments), you would need to contact their offices directly for any information regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues.

**Customer Response**

06/21/2019

Thank you for following up with my complaint. I was not aware that Mepco was the payment center for payment. When Nationwide contacted me for possible enrollment with their company at a certain rate,I informed them that it was too much money for me at that time. Then I was told that there was another company under them Mepco that the payment terms might be better and I listen and got the policy. From what you have told me I know feel that Nationwide deceived me because Mepco was never a Auto Car Warranty company. I have been in touch with Nationwide and am waiting to hear back from them

Mepco | Reviews | Better Business Bureau® Profile

11/16/21, 12:36 PM

## JS

★☆☆☆☆ (1 star)

06/03/2019

I never received a warrenty in the mail from **** **** Inc (who supposedly handles the contract) stating my coverage. When I called to request that and said that this was a scam, the woman got very hostile with me. I have asked for proof of the coverage or I will dispute the charges. The woman was even hostile with my bank when asking for proof of coverage. If I do not receive a copy of the warrenty they were charging me for I will dispute or have my attourney dispute, their choice.



**Mepco Response**

06/06/2019

Thank you for contacting Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address your concerns. In response to the specific allegations in the consumer's complaint, please understand that Mepco services payment plans for providers of vehicle service contracts. Mepco has no involvement in the development, marketing, sale, claims processing activities, or other administration of these vehicle service contracts, and Mepco does not engage in any form of telemarketing. ******** ****** was contacted not by Mepco, but by **** **** *** to be provided a vehicle service contract. As well, **** **** *** arranged with Ms. Strang for making monthly payments and the terms of the contract. Mepco received the payment plan information from **** **** *** and set up an account for billing and collection based on that information. Mepco is only the servicer of the payment plan related to the vehicle service contract, sending bills and collecting payments, and is not the seller or administrator of the vehicle service contract. As a result, Mepco is unable to directly respond to the specific issues in the customer's complaint. Since Mepco only services the payment plan (collection of payments), Ms. ****** would need to contact ****** ******* ********** *********** for any information regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract related issues. **** **** *** office closed.

## Joyce F

★☆☆☆☆ (1 star)

05/21/2019

This is the worst company for an extended warranties that I have ever dealt with. There are so many exclusions which are listed but are vague. All services we needed were denied due to a part being corroded, wear and tear on a part, etc. Trying to cancel this contract is almost impossible other than to cancel your debit card at the bank. Please be aware of these conditions before signing up.

https://www.bbb.org/us/il/chicago/profile/auto-warranty-plans/mepco-0654-87000561/customer-reviews

Mepco | Reviews | Better Business Bureau® Profile  11/16/21, 12:36 PM

### Joe P

★☆☆☆☆ (1 star)

05/10/2019

Purchased a warranty last year..and canceled after 5 weeks..every time I call them they tell me that they will send me a check or sometimes call me..but it has not happened...I put my New Vehicle on a policy with them also...Sounds like they do not pay for car repair...Do I quit them and lose my money or pay them another year?



**Mepco Response**

05/13/2019

Thank you for contacting Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address your concerns. In response to the specific allegations in the consumer's complaint, please understand that Mepco services payment plans for providers of vehicle service contracts and product warranties. Mepco has no involvement in the development, marketing, sale, claims processing activities, or other administration of these vehicle service contracts or product warranties, and Mepco does not engage in any form of telemarketing. The Purchaser was contacted not by Mepco, but by NATIONWIDE AUTO PROTECTION to be provided a vehicle service contract or product warranty. As well, NATIONWIDE AUTO PROTECTION arranged with the purchaser for making monthly payments and the terms of the contract. Mepco received the payment plan information from NATIONWIDE AUTO PROTECTION and set up an account for billing and collection based on that information. Mepco is only the servicer of the payment plan related to the vehicle service contract or product warranty, sending bills and collecting payments, and is not the seller or administrator of the vehicle service contract or product warranty. As a result, Mepco is unable to directly respond to the specific issues in the customer's complaint. Please contact NATIONWIDE AUTO PROTECTION *********** Thank you, Mepco

### Ava L

★☆☆☆☆ (1 star)

04/22/2019

I'm cancelling my Warranty... I had service on my 2014 Mercedes Benz- spark plugs that needed replaced in my engine. Although this was an electrical problem that I had to pay over $800, this warranty did not cover any of the repairs. I have been giving my money away for nothing! I'm done!!

### Audrey P

★☆☆☆☆ (1 star)

04/12/2019

**** **** over the phone sold my Aunt who has Dementia and living in a Nursing Home a warranty for a car that she cannot drive because her license was revoked. While trying to get my Aunt's money back all we get from **** ****, MEPCO, and ****** is the runaround.


Anthony P

★☆☆☆☆ (1 star)

<span style="color:gray">03/17/2019</span>

Over a month ago I have cancelled the warranty over the phone. The last bill I paid to them was an additional payment of $176.56 (I have paid over 6 months of the same amount). When taking my car to the dealership for repair, the a/c compressor needed replacement. That was covered under the warranty I had according to MEPCO but the dealership told me the warranty didn't cover that part when it was clearly in the manual. I thought that was awkward and decided to cancel my warranty because I could no longer afford those large bills for it to not even work for me when in need. During the call I had made sure to ask if I would have a cancellation fee or anything and the man I was speaking to said no. I went through with the cancellation and no longer recieved any charges on my credit card following the cancellation. Then yesterday I get two separate bills in the mail from MEPCO of a missed payment in Februrary (which I obviously didn't miss because it came out automatically from my funding source) and an additional bill for March even though my policy had been already cancelled. They can not say it wasn't cancelled because obviously they stopped the automatic payments from going through my account after I cancelled the policy. They expect me now to pay $353 to them and saying it is past due, how is that even possible if they still took out $176,56 in February? I highly suggest never falling for this scam or working with this company, and I will make sure to spread this awareness to as many people and fellow military veterans as possible. Terrible



**Mepco Response**

<span style="color:gray">03/20/2019</span>

In response to the specific allegations in the consumer's complaint, please understand that Mepco services payment plans for providers of vehicle service contracts and product warranties. Mepco has no involvement in the development, marketing, sale, claims processing activities, or other administration of these vehicle service contracts or product warranties, and Mepco does not engage in any form of telemarketing. Mr. PACCIA was contacted not by Mepco, but by AUTOMOTIVE SERVICES CENTER to be provided a vehicle service contract or product warranty. As well, AUTOMOTIVE SERVICES CENTER arranged with purchaser for making monthly payments and the terms of the contract. Mepco received the payment plan information from AUTOMOTIVE SERVICES CENTER and set up an account for billing and collection based on that information. Mepco is only the servicer of the payment plan related to the vehicle service contract or product warranty, sending bills and collecting payments, and is not the seller or administrator of the vehicle service contract or product warranty. As a result, Mepco is unable to directly respond to the specific issues in the customer's complaint. Since Mepco only services the payment plan (collection of payments), The Purchaser would need to contact their offices directly for any information regarding discrepancies with product representation, service reimbursement, cancellations, reinstatements, refunds, or any vehicle service contract and/or product warranty related issues. The contact information for these businesses is as follows: AUTOMOTIVE SERVICES CENTER :*********** -EFG COMPANIES-***********

Mepco | Reviews | Better Business Bureau® Profile                                                                                 11/15/21, 12:36 PM



KIMBERLY D

⭐☆☆☆☆ (1 star)

03/06/2019

Stay away from this company, I purchased Gold Star level coverage. A little over a year later my **** need service for normal wear and tear on the vehicle, the coverage was denied because they said my contract specifically stated it does not cover wear and tear?!?!? I asked the gentleman on the phone why he thought I would have purchased the extended warranty if not to cover wear and tear, his response was it's in the contract and he would be more than happy to direct me to the page where that is stated. This brings me to another huge concern with this company, I had never received a contract book, only a 5 page welcome letter, with no information about coverage provided. I than logged onto the website thinking I could locate the contract there, and still nothing pertaining to my coverage on the website. Now I am out over $2,300 paid towards a warranty that is no good and still owe the dealership $2,000 to cover the cost to repair my automobile. Hard lesson learned, but I would never purchase a 3rd party warranty again, if you can not get one through the dealership, start your own savings account and rather than paying a shady company $193 a month, that will not honor your requests for coverage, pay yourself so you have money available when issues arise.



**Mepco Response**                                                                                                              03/11/2019

Thank you for contacting Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address your concerns. In response to the specific allegations in the consumer's complaint, please understand that Mepco services payment plans for providers of vehicle service contracts and product warranties. Mepco has no involvement in the development, marketing, sale, claims processing activities, or other administration of these vehicle service contracts or product warranties, and Mepco does not engage in any form of telemarketing. The Purchaser was contacted not by Mepco, but by Gold star to be provided a vehicle service contract or product warranty. As well, Gold Star arranged with the you for making monthly payments and the terms of the contract. Mepco received the payment plan information and set up an account for billing and collection based on that information. Mepco is only the servicer of the payment plan related to the vehicle service contract or product warranty, sending bills and collecting payments, and is not the seller or administrator of the vehicle service contract or product warranty. As a result, Mepco is unable to directly respond to the specific issues in the customer's complaint.

Mepco | Reviews | Better Business Bureau® Profile  11/16/21, 12:36 PM

## Glen B.

★☆☆☆☆ (1 star)

01/20/2019

MEPCO provides billing services for vehicle service contracts sold by **** ***** ***. MATRIX PAYMENT SOLUTIONS, is responsible for the marketing, sale, design, administration of claims or payment of claims a payment under various vehicle service contracts. The sellers of these service contracts provide vague and misleading information to influence the sale of these service contracts. Commitments were made to me that were not delivered in the contract. As such, I have notified MEPCO stop collecting payments and notifying **** **** *** of cancellation. These companies have numerous complaints with the BBB and negative reviews on the internet. I have no direct knowledge of their complaints, but I suspect they are valid based on the sales tactics used during my conversations with **** ***** ***. I was not informed that MEPCO would be processing the payments and my agreement was based on a $0.00 deductible. They were told to not issue any contract unless my issues were satisfied................BUYER BEWARE Note that my one star on this review is more directed to **** ***** ***.. If my issue with MEPCO is handled professionally, I will leave an updated and positive review. ------------------------------------------------------------------------------------------------ My transmittal to MEPCO follows; Feel free to use it if you want. January 20, 2019, To: MEPCO Customer Service and Accounts Receivable, Please be advised that this contract has not been authorized by me. **** ***** ***, the issuer of this contract, has not met the obligations discussed in our phone conversation and **** ***** *** HAS FALSELY REPRESENTED the product offering. Note that I HAVE INSTRUCTED THE CREDIT CARD COMPANY NOT TO HONOR ANY PAYMENT REQUEST FROM MEPCO; and that MEPCO DOES NOT HAVE AUTHORIZATION TO SUBMIT ELECTRONIC PAYMENT REQUEST FROM MY ACCOUNT. MEPCO IS INSTRUCTED TO REMOVE ALL ACCOUNT INFORMATION AND CREDIT CARD INFORMATION FROM ANY AND ALL MEPCO SYSTEMS AND FILES. ALL INFORMATION DELIVERED TO MEPCO FROM **** **** *** IS TO BE DESTROYED AND THE SHARING OF SAID DATA IN ANY FORM IS STRICTLY PROHIBITED. Please reply to with the actions taken by MEPCO to resolve this matter. I am notifying **** ***** ***, of this notice to MEPCO, at ***** ********* I will be contacting the Florida ******** ********** Agency, and the Better Business Bureau to report this matter as well. Note: a copy of this transmittal will be delivered to **** **** ***, and if required, the Credit Card Company, and The Florida ******** ********** Agency. Thank you in advance for taking care of this matter,



**Mepco Response**

02/07/2019

Thank you for contacting Mepco. We strive to provide exceptional customer service and appreciate the opportunity to address your concerns. In response to the specific allegations in the consumer's complaint, please understand that Mepco services payment plans for providers of vehicle service contracts and product warranties. Mepco has no involvement in the development, marketing, sale, claims processing activities, or other administration of these vehicle service contracts or product warranties, and Mepco does not engage in any form of telemarketing. The Purchaser was contacted not by Mepco, but by **** **** *** be provided a vehicle service contract or product warranty. As well, **** **** *** arranged with the purchaser for making monthly payments and the terms of the contract. Mepco received the payment plan information from **** **** *** and set up an account for billing and collection based on that information. Mepco is only the servicer of the payment plan related to the vehicle service contract or product warranty, sending bills and collecting payments, and is not the seller or administrator of the vehicle service contract or product warranty. As a result, Mepco is unable to directly respond to the specific issues in the customer's complaint.

**Customer Response**

03/12/2019

I am pleased to report that both MEPCO and the company selling the Vehicle Service Agreement cancelled the agreement and all advance payments have been resolved. Note that I cancelled within 30 days which dictated that all advance monies paid would be refunded. I have no issue with MEPCO regarding the handling of this matter. They acted professionally and everything they said would happen did happen as they indicated.



11/16/21, 12:36 PM

### Hannah

⭐☆☆☆☆ (1 star)

01/16/2019

I was told I had coverage for my car with a $100 deductible. I now need $1000 worth of work and apparently my plan doesn't cover the specific work I need done. I spoke to a representative and he was not only unapologetic but didn't even make an effort to help in any way. As was mentioned by other reviewers, this company takes no responsibility and makes no effort to assist the customer in any way. NO NOT USE THIS COMPANY!



**Mepco Response**

02/07/2019

In response to the specific allegations in the consumer's complaint, please understand that Mepco services payment plans for providers of vehicle service contracts and product warranties. Mepco has no involvement in the development, marketing, sale, claims processing activities, or other administration of these vehicle service contracts or product warranties, and Mepco does not engage in any form of telemarketing. The Purchaser was contacted not by Mepco, but by NATIONAL AUTO PROTECTION CORP be provided a vehicle service contract or product warranty. As well, NATIONAL AUTO PROTECTION CORP arranged with the purchaser for making monthly payments and the terms of the contract. Mepco received the payment plan information from NATIONAL AUTO PROTECTION CORP and set up an account for billing and collection based on that information. Mepco is only the servicer of the payment plan related to the vehicle service contract or product warranty, sending bills and collecting payments, and is not the seller or administrator of the vehicle service contract or product warranty. As a result, Mepco is unable to directly respond to the specific issues in the customer's complaint.

### YL

⭐☆☆☆☆ (1 star)

12/26/2018

A month ago I recd a phone call to try to sell the extended warranty on my vehicle, and the gentleman did tell me I would have 30 days of cancellation. After a few weeks, I decided not to keep the policy. I called the company and tried to cancel it, but the customer service wouldn't let me do so unless I fax over the current warranty coverage I had. I wouldn't feel comfortable faxing something I didn't think it was needed so I refused. Then the guy's attitude just changed and went ugly with me, impatient, and kept saying this is company policy, and said the guy I spoke with a month ago only tried to set me up to sell me the policy. And he even laughed and said he didn't have time for me. The whole experience was just a totally nightmare. So I had to hang out to contact my credit card company to dispute the transaction. This is totally a SCAM.



**Mepco Response**

02/07/2019

In response to the specific allegations in the consumer's complaint, please understand that Mepco services payment plans for providers of vehicle service contracts and product warranties. Mepco has no involvement in the development, marketing, sale, claims processing activities, or other administration of these vehicle service contracts or product warranties, and Mepco does not engage in any form of telemarketing. The Purchaser was contacted not by Mepco, but by DRIVE SMART be provided a vehicle service contract or product warranty. As well, DRIVE SMART arranged with the purchaser for making monthly payments and the terms of the contract. Mepco received the payment plan information from DRIVE SMART and set up an account for billing and collection based on that information. Mepco is only the servicer of the payment plan related to the vehicle service contract or product warranty, sending bills and collecting payments, and is not the seller or administrator of the vehicle service contract or product warranty. As a result, Mepco is unable to directly respond to the specific issues in the customer's complaint.

Amanda P

⭐☆☆☆☆ (1 star)

12/05/2018

I have received hundreds of calls from this "company" over the last year. I've asked them every time to quit calling me and I'm also on the federal no call list. I've blocked every number they've called me from but they always call from a new phone number. I've received over 10 calls in one day. Each time I've spoken to someone from this company, I've been verbally harassed and bullied into buying their extended warranty. I've asked to speak with managers and am either hung up on or in one instance been told "I'm the CEO of this company, you can't get higher than me." This is a form of harassment and I've filed complaints with every agency possible. Luckily, I'm smart enough to not sign up for this scam. But I struggle with the idea that this company is preying on others. DO NOT DO BUSINESS WITH THIS COMPANY! What they are doing is illegal!

EXHIBIT 3

Matrix Warranty Solutions, Inc - Better Business Bureau® Profile                                11/15/21, 2:07 PM

 **BBB.** Better Business Bureau®

Home > Texas > Dallas > Auto Warranty Plans > Matrix Warranty Solutions, Inc                 Share     Pri

Business Profile
# Matrix Warranty Solutions, Inc

3100 McKinnon St STE 420
Dallas, TX 75201-1044

http://www.MatrixWarrantySolutions.com

Email this Business

(214) 396-3496



### Contact Information

3100 McKinnon St STE 420
Dallas, TX 75201-1044

Get Directions

http://www.MatrixWarrantySolutions.com

Email this BBB

(214) 396-3496

Want a quote from this
business?

**Get a Quote**



### Customer Reviews

★ ☆ ☆ ☆ ☆    **1.15**/5

Average of 62 Customer Reviews

**Read Reviews**    Start a Review

### Customer Complaints

**91** complaints closed in last 3 years
**30** complaints closed in last 12 months

**Read Complaints**    File a Complaint



### BBB Rating & Accreditation

 **A+**

**Accredited Since:** 4/2/2018
**Years in Business:** 15

**Customer Reviews are not used in the
calculation of BBB Rating**

Overview of BBB Rating

## Business Details

**Location of This Business**
3100 McKinnon St STE 420, Dallas, TX 75201-1044

 Email this Business

| | |
|---|---|
| **BBB File Opened:** | 3/13/2018 |
| **Years in Business:** | 15 |
| **Business Started:** | 2/9/2006 |
| **Business Started Locally:** | 6/16/2010 |
| **Business Incorporated:** | 2/9/2006 in NV, USA |
| **Accredited Since:** | 4/2/2018 |
| **Type of Entity:** | Corporation |

**Alternate Business Name**
Element Protection Plans

**Business Management**

Mr. Brandon San Antonio, Owner/Director
Mr. Joel San Antonio, CEO/Director

**Additional Contact Information**
Phone Number

Matrix Warranty Solutions, Inc | Better Business Bureau® Profile                                                                    11/15/21, 2:07 PM

Phone Numbers

(833) 228-1900   Other Phone

Email Addresses

 **Email this Business**   Primary

## Customer Complaints

91 Customer Complaints

## Customer Reviews

62 Customer Reviews

## Business Categories

Auto Warranty Plans   Warranty Plans

## Local BBB

BBB Serving North Central Texas

More Info on Local BBB

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

## BBB Reports On

BBB reports on known marketplace practices.

See What BBB Reports On

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

# EXHIBIT 4



# MATRIX
## WARRANTY SOLUTIONS INC

## Matrix Warranty Solutions

Customer Service:  833.228.1900

Claims:  866.250.5878

Roadside:  866.250.5878

For Inquiries please contact:



# MATRIX
## WARRANTY SOLUTIONS INC

Matrix Warranty Solutions
3100 McKinnon St., Suite 420
Dallas, TX  75201
Customer Service:  833.228.1900
Claims:  866.250.5878





# ROAD AMERICA MOTOR CLUB
## MEMBER NO. LTUSF80850

## *REPAIR ASSIST PLUS*
## 24-HOUR ROADSIDE ASSISTANCE PROGRAM

### This Is Not An Insurance Contract.    Membership Application

**MEMBER INFORMATION**

| | |
|---|---|
| Last Name **MULAYEV** | First Name **YAKUB** |
| Address **7317 SEPULVEDA BLVD APT 216** | City, State, ZIP **VAN NUYS CA 91405** |
| Phone No. / Email Address **(323) 474-5114** / |

**COVERED VEHICLE INFORMATION**

| | | |
|---|---|---|
| Year **2011** | Make **MERCEDES-BENZ** | Model **E 550** |
| Vehicle Identification Number (VIN) / Current Odometer Reading **WDDKK7CF8BF067172** / **38,000** | | |

**SELLER / MOTOR CLUB AGENT INFORMATION**

| | | |
|---|---|---|
| Company Name **VEHICLE ACTIVATIONS CENTER** | | Email Address |
| Address **4199 CAMPUS DRIVE STE 550** | City, State, ZIP **Irvine, CA, 92612** | Phone No. **888.215.2820** |

**TERM OF COVERAGE**

| | |
|---|---|
| Effective Date **11/21/2020** | Term **60 Months** |

The Member named above, understands that this Road America Motor Club Repair Assist Plus Membership ("Membership") covers the motor vehicle(s) described above. Member agrees that coverage becomes effective on the Effective Date above, subject to a 72-hour waiting period before use of the maximum per-occurance benefit for emegency roadside assistance services, and the Membership will then continue on a monthly basiss provided member pays the monthly Membership Dues when required. Member further agrees that this Membership will be issued in accordance with the information contained above and is subject to the program's Terms & Conditions, a copy of which the member has received and read.  Member understands that the Membership may be cancelled within thirty (30) days following the Effective Date and a full refund for the amount paid will be issued to me.  Member authorizes payment of the monthly Membership Dues by the automative billing to credit or debit card as described in the Terms & Conditions.

### CALL TOLL-FREE 1-866-250-5878 FOR 24-HOUR
### ROADSIDE ASSISTANCE & ALL OTHER SERVICES
### Including Repair Tech and Repair Advocate Assistance

Roadside Assistance and all other services provided and adminidtered by Brickell Financial Services-Motor Club, Inc. dba Road America Motor Club (Except in Mississippi and Wisconsin, where services are provided and administered by Brickell Financial Services Motor Club, Inc. and in California, where services are provided and administered by Road America Motor Club, Inc. dba Road America Motor Club)
7300 Corporate Center Drive, Suite 601, Miami, FL 33126 • (800) 262-7262

RA04CU2460RAP0819

**PAYMENT PLAN AGREEMENT**

Billing and Payment Processing is provided by:
SING For Service, LLC d/b/a MEPCO
10 S Lasalle St, Suite 2310
Chicago, IL 60603
Fax: 312-853-0535   Telephone: 800-397-6767

**Purchaser:**

NAME: YAKUB MULAYEV

ADDRESS: 7317 SEPULVEDA BLVD APT 216

CITY: VAN NUYS   ST: CA   ZIP: 91405

PHONE: (323) 474-5114   FAX:

E-MAIL: JACOB.CA777@GMAIL.COM

**Seller:**   CODE: _____

LEGAL NAME: VEHICLE ACTIVATIONS CENTER

DBA: _____

ADDRESS: 4199 CAMPUS DRIVE STE 550

CITY: IRVINE   ST: CA   ZIP: 92612

PHONE: 888.215.2820   FAX:

E-MAIL: CUSTOMERSERVICE@VEHICLEACTIVATIONCENTER.ORG

SALESPERSON: TYRIEK JONES

**Payment Plan Terms**
*All dollar amounts are in U.S. dollars.*

**Total Sales Price**
$ 3195 . 00

**Down Payment**
(Minimum 5% of Total Sales Price)
$ 195 . 00

**Balance of Sales Price**
$ 3000 . 00

**Number of Payments**
(unless approved otherwise –
cannot be more than 24 or less than 2)
18

**Amount of Each Payment**
(Balance of Sales Price divided by
Number of Payments)
$ 166 . 67

**Payment Date (each month)**
(First due date no more than 30
days from sale date)
11 / 21 / 2020

**Final Payment Date**
(Date of last payment)
4 / 21 / 2022

This Payment Plan Agreement ("Agreement") is between Purchaser and SING For Service, LLC d/b/a Mepco ("MEPCO"), a Seabury Asset Management Company. Purchaser has purchased a service contract ("Contract") from Seller that is issued by

MATRIX _____ ("Administrator").
This Agreement is entered into to enable Purchaser to pay for the Contract pursuant to an installment payment program.

Contract: ULT SAVER 50

Contract Number: LTUSF80850

Administrator: MATRIX

| Vehicle Information | Contract and Payment Plan Effective Date: | 10/22/2020 |
|---|---|---|
| Make: MERCEDES-BENZ | Year: 2011 | Model: E 550 |
| Odometer: 38,000 | VIN: WDDKK7CF8BF067172 | |
| Coverage Term: (in months) 60 | Coverage Mileage: (in miles) 999,999 | |

Refer to the Contract for the terms and conditions regarding the Contract.

In consideration of Purchaser being afforded the opportunity to pay for the Contract under the installment payment program, the Purchaser and MEPCO acknowledge and agree as follows:

Purchaser has paid to Seller for its account in cash the down payment disclosed under "Payment Plan Terms" towards the Total Sales Price of the Contract. The Balance of Sales Price shall be paid by Purchaser to MEPCO. Subject to the Cancellation provisions on Page 2 hereof, Purchaser promises to pay MEPCO, the Balance of Sales Price in accordance with the payment method selected by Purchaser from the options set forth below.

---

Payment Plan Agreement; Page 2

[X] **Payment Option 1: Authorization for Credit Card Payment**

The Balance of Sales Price may be paid by Purchaser through, and Purchaser hereby authorizes MEPCO to make, the applicable number of consecutive monthly charges to Purchaser's credit card account listed below, in the amounts and on the dates disclosed under the Payment Plan Terms, until such time as the Balance of Sales Price, together with the applicable charges described on page 2 hereof (the "Applicable Charges"), are fully paid, or until such time as MEPCO has received written notification of termination ("Credit Card Payment Termination Notice") from Purchaser in time to allow reasonable opportunity to act on it.

_____ .7648     5 . 2024     VISA
Credit Card Number     Expiration Date (MM/YY)     Type of Card (MC, Visa, Amex, Discover)

I authorize charges to my credit card account for payment of the Balance of Sales Price together with all Applicable Charges in accordance with this Agreement.

[ ] **Payment Option 2: Authorization for Bank Account Direct Debit**

The Balance of Sales Price may be paid by Purchaser through, and Purchaser hereby authorizes MEPCO to instruct Purchaser's financial institution described below to make, the applicable number of consecutive monthly payments in the amounts and on the dates disclosed under Payment Plan Terms, from the account listed below, by electronic automatic debit of Purchaser's checking or savings account. This authority will remain in effect until such time as the Balance of Sales Price, together with all applicable Charges, are fully paid, or until such time as MEPCO has received written notification of termination ("Bank Account Direct Debit Termination Notice") from Purchaser in time to allow reasonable opportunity to act on it.

_____     _____     _____
Name of Financial Institution     Routing Number (Must be 9 digits long)     Account Number

[ ] Checking   [ ] Savings

I authorize charges to my bank account for the payment of the Balance of Sales Price together with all Applicable Charges in accordance with this Agreement.

[ ] **Payment Option 3: Monthly Bill**

The Balance of Sales Price may be paid directly by Purchaser in accordance with the Payment Plan Terms listed above. Purchaser shall receive a monthly bill and shall make payment on or before the Payment Date of each consecutive month until the Balance of Sales Price, together with all Applicable Charges, are fully paid, or until such time as MEPCO has received written notification of termination ("Monthly Bill Termination Notice") from Purchaser. Purchaser shall send such payments to MEPCO at such address as MEPCO provides to Purchaser.

PURCHASER SHALL HAVE THE RIGHT, AT ANY TIME, TO CANCEL THE CONTRACT BY NOTICE TO MEPCO ("Termination Notice") OR BY NONPAYMENT. PURCHASER SHALL HAVE NO OBLIGATION TO MAKE ANY INSTALLMENT PAYMENTS AFTER CANCELLATION. Subject to the Cancellation provisions on Page 2 hereof, unless MEPCO shall previously have received a Bill Termination Notice, (i) a late payment fee may be imposed in the amount of the lesser of 5% of the late payment or $5.00 in respect of any payment not received by MEPCO within five days of the scheduled Payment Date therefor (the "Late Charge"), and (ii) in the event that any scheduled payment is not made on or before the scheduled Payment Date, as provided in the Payment Plan Terms above, MEPCO is authorized by Purchaser (without notice thereof to Purchaser) to direct Administrator or Seller to cancel Purchaser's Contract and this Agreement at any time for nonpayment. Purchaser hereby assigns to MEPCO all of Purchaser's right, title and interest in and to the Contract, including Purchaser's rights to cancel the Contract, receive all unearned and refund amounts under the Contract and Purchaser's right to make a direct claim for indemnity against the Insurance Company. Purchaser represents to MEPCO that Purchaser's decision to purchase the Contract from Seller under the payment program did not result in Seller charging Purchaser a different Total Sales Price for the Contract than Purchaser would have paid if Purchaser had decided instead to pay the purchase price of the Contract in full at the time this Agreement was executed. The content and format of this Agreement have been designed to provide Purchaser with important information in a clear and familiar form, and their use does not imply that any particular federal or state law relating to lending or installment sales is applicable to this Agreement or the transaction it contemplates. IF YOU FAIL TO MAKE ANY PAYMENT WHEN DUE, YOUR CONTRACT WILL BE CANCELLED.

By signing below, I agree I have had the opportunity to review, accept, and correct any errors contained in this Agreement.

[X] Purchaser understands that the personal information regarding Purchaser that is provided by Purchaser in connection with this Agreement will not be used or shared with any other party other than for the purpose of providing the services required by this Agreement and the Contract and as required or permitted by applicable law.

| PURCHASER | DATE |
|---|---|
| By: TYRIEK JONES | 10/22/2020 |
| Its _____ | |

[X] This Agreement sets forth the terms and conditions of the payment plan authorized by Purchaser by phone or other electronic means. See page 3 for instructions to cancel.

See Page 3 for additional terms and conditions.

**PROMISE TO PAY:** In consideration of the sale of the Contract to Purchaser, Purchaser promises to pay to MEPCO, on behalf of Mepco, the Balance of Sales Price and all Applicable Charges shown under Payment Terms, subject to the provisions of this Agreement. Purchaser shall not have any right to reduce any amount owed to MEPCO pursuant to this Agreement for any reason whatsoever.

**CANCELLATION:** Purchaser has the right to cancel this Agreement at any time. Purchaser may cancel this Agreement at any time by (i) electing not to make the next payment due pursuant to this Agreement or (ii) sending MEPCO a Termination Notice. In the event that (a) Purchaser elects not to make the next payment due pursuant to this Agreement, (b) MEPCO receives a Termination Notice or (c) an Event of Default occurs hereunder, MEPCO may cancel the Contract and this Agreement. After the effective date of Cancellation, Purchaser shall have no further obligation to make installment payments under this Agreement. **IMPORTANT: Cancelling this Agreement does not immediately cancel your Contract; it only cancels your payment plan. Coverage under your Contract will eventually be cancelled (in accordance with the terms of this Agreement) based on your nonpayment. However, you should contact the Seller or Administrator in order to immediately cancel your Contract.** Purchaser hereby assigns to MEPCO all of Purchaser's right, title and interest in and to the Contract, including Purchaser's rights to receive all unearned and return amounts and to assert any rights to reinstate the Contract and all proceeds thereof, and Purchaser's right to make a direct claim for indemnity against the Insurance Company. In the event that Purchaser has made total payments to MEPCO in excess of the portion of the Total Sales Price plus Applicable Charges earned through the date of cancellation, Administrator or Seller shall refund the amount of such excess to Purchaser.

**POWER OF ATTORNEY:** Following any default hereunder, and subject to the Cancellation provisions above, Purchaser hereby irrevocably appoints MEPCO as its true and lawful attorney-in-fact, only for the limited purposes related to this Agreement set forth in the following sentence until all amounts payable hereunder are paid in full. MEPCO shall have full power under this power of attorney to (i) cancel the Contract, (ii) receive, demand, collect or sue any party for any amounts relating to the Contract, (iii) endorse or execute in Purchaser's name all checks issued and all other documents or instruments relating to the Contract, and (iv) take such other actions as are reasonably necessary to further the purposes of this Agreement.

**APPLICABLE CHARGES:** If any payment due hereunder is more than five days late, and except as prohibited by applicable law, Purchaser agrees to pay MEPCO the Late Charge. Nothing herein shall be considered to waive any default hereunder or to grant any grace period with respect to any default for failure to make any payment on the Payment Date. Notwithstanding anything herein to the contrary, in the event that any scheduled payment is not made on or before the Payment Date, MEPCO may, in its sole discretion, direct Administrator or Seller to cancel the Contract and this Agreement at any time for nonpayment. Except as prohibited by applicable law, Purchaser agrees to pay to MEPCO a fee of $25 for each check or each debit that is dishonored by Purchaser's bank. Purchaser consents to the payment of all of the Applicable Charges in accordance with the Payment Option selected.

**DEFAULT PAYMENT OPTION:** If Purchaser fails to select a Payment Option, Purchaser shall be deemed to have selected a Monthly Bill.

**PREPAYMENT:** Purchaser shall have the right to prepay the entire unpaid Balance of Sales Price at any time, without penalty or discount.

**DEFAULT:** If (i) Purchaser fails to make any payment due hereunder or comply with any other provision hereof, (ii) Purchaser becomes the subject of any voluntary or involuntary bankruptcy proceedings, (iii) Purchaser has a receiver or trustee appointed for it or its property, or (iv) Purchaser makes an assignment for the benefit of its creditors or admits in writing that it is unable to pay its debts as they become due, an "Event of Default" shall be deemed to have occurred. Upon the occurrence of an Event of Default, MEPCO shall have the right to take such actions as are available to MEPCO hereunder at law or in equity. MEPCO shall be entitled to reimbursement for reasonable attorneys' fees and costs in enforcing MEPCO's rights hereunder.

**RELEASE:** Purchaser hereby releases and discharges MEPCO from any liability for damages with respect to any action taken following an Event of Default by Purchaser and shall indemnify and hold MEPCO harmless from any liabilities, claims, damages or causes of action in connection with any such action by MEPCO.

**PAYMENT AFTER CANCELLATION:** Any payment made by Purchaser after the effective date of cancellation (or after a notice of cancellation is mailed to Purchaser) will **not** result in a reinstatement of the Contract but will be applied to Purchaser's outstanding obligations, if any, under this Agreement. Neither the acceptance nor the application of any such payments shall constitute an undertaking by MEPCO to take steps to attempt to reinstate such Contract or constitute a waiver of any Event of Default hereunder.

**ACCEPTANCE, RATIFICATION, ACCURACY:** This Agreement shall be considered accepted by Purchaser and MEPCO upon the payment of the down payment and is effective as of Effective Date of Contract. Purchaser agrees that MEPCO shall have the authority to revise this Agreement to insert any provision omitted (including but not limited to the due date of the first installment) upon written notice to Purchaser. In addition, if the total payments due hereunder are increased due to underwriting considerations, MEPCO shall have the right, upon receipt of Purchaser's written authorization, to revise dollar amounts on the face of this Agreement. Any change by Purchaser (by way of deletion, modification, supplementation or otherwise), to any portion of this Agreement shall render the Agreement voidable, at MEPCO's option.

**ASSIGNMENT:** MEPCO may, with or without notice to Purchaser, assign or pledge its rights, title and interest in, to and under this Agreement and the power of attorney herein described. Upon written notice from any such assignee, Purchaser shall make all payments to such assignee without defense, offset or counterclaim.

**AGENTS OF SING For Service, LLC d/b/a MEPCO; AUTHORITY:** Pursuant to one or more powers of attorney, MEPCO will, from time to time, appoint one or more third parties as its agent to take certain actions on its behalf in connection with this Agreement. The Purchaser is entitled to rely upon actions taken and statements made by such agents on behalf of, and in the name of, MEPCO to the same extent as if MEPCO had taken such actions or made such statements in its own name.

**LIMITED RESOURCE COVENANT:** The Purchaser understands and agrees that: (i) Mepco's obligations are solely the obligations of Mepco and of no other Person, payable at any time only to the extent funds are available to Mepco, (ii) to the extent funds at any time are not available to Mepco to pay such obligations, any claims relating thereto shall not constitute a claim against Mepco but shall continue to accrue; (iii) the payment of any claim (as defined in Section 101 of Title 11 of the Bankruptcy Code) is expressly subordinated to the payment in full of all of Mepco's outstanding obligations to its lenders and the administrative agent; and (iv) prior to the date that is one year and one day after the payment in full of all of Mepco's outstanding obligations, the Purchaser will not institute against, or join with any other Person in instituting against, Mepco any bankruptcy, reorganization, insolvency or liquidation proceedings or similar proceeding under the laws of the United States or any state of the United States.

**WAIVERS, REMEDIES, ENTIRE AGREEMENT:** MEPCO's failure to require strict performance of any provision hereof or to exercise any of its rights hereunder, shall not be construed as a waiver or relinquishment of any future rights under such provision, but the provision shall continue and remain in full force and effect. The exercise of any rights or remedies by MEPCO under this Agreement is cumulative and shall not preclude MEPCO from exercising any other right or remedy it may have hereunder or at law. Each provision hereof shall be interpreted in such manner as to be effective and valid under applicable law. If any provision hereof is held to be unenforceable or invalid under applicable law, the unenforceability or invalidity of such provision shall not impair the validity or enforceability of the remaining provisions hereof. Time is of the essence in this Agreement.

**MANDATORY ARBITRATION:** MEPCO and Purchaser mutually agree that (i) any one of them has the right to elect to resolve by binding arbitration:

any claim, dispute or controversy (whether in contract, tort or otherwise, whether pre-existing, present or future, and including statutory, common law, intentional tort, and equitable claims) arising from or relating to this Agreement or the Contract; (ii) if arbitration is chosen, it will be conducted with the American Arbitration Association (the "AAA") pursuant the AAA's Commercial Arbitration Rules; (iii) THERE SHALL BE NO AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED ON A CLASS ACTION BASIS; (iv) AN ARBITRATION CAN ONLY DECIDE MEPCO'S OR PURCHASER'S CLAIM(S) AND MAY NOT CONSOLIDATE OR JOIN THE CLAIMS OF OTHER PERSONS WHO MAY HAVE SIMILAR CLAIMS; (v) ANY SUCH ARBITRATION HEARING WILL TAKE PLACE IN THE BOROUGH OF MANHATTAN, CITY OF NEW YORK, NEW YORK; (vi) Purchaser hereby waives any objection which it may now or hereafter have based on venue and/or forum non

**Payment Plan Agreement, Page 5**

convenies of any such arbitration; and (vii) this Agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act.

**GOVERNING LAW AND VENUE:** This Agreement shall be governed by and construed in accordance with the laws of the State of New York without regard to applicable conflict of law principles. Purchaser hereby unconditionally and irrevocably waives any claim to assert that the law of any other jurisdiction governs this Agreement or the Contract. Any legal suit, action or proceeding against MEPCO arising out of or relating to the Agreement or the Contract may only be instituted in Federal or State Court in the State of New York, Borough of Manhattan, City of New York, New York. Purchaser hereby waives any objection which it may now or hereafter have based on venue and/or forum non conveniens of any such suit, action or proceeding and Purchaser hereby irrevocably submits to the jurisdiction of any such court in any such suit.

**WAIVER OF CLASS ACTION:** PURCHASER HEREBY WAIVES ANY RIGHT TO BRING ANY LEGAL ACTION OR PROCEEDING WITH RESPECT TO THIS AGREEMENT, THE CONTRACT OR ANY MATTER ARISING IN CONNECTION THEREWITH ON A CLASS ACTION BASIS.

**WAIVER OF JURY DEMAND:** PURCHASER HEREBY AGREES NOT TO ELECT A TRIAL BY JURY OF ANY ISSUE TRIABLE OF RIGHT BY JURY WITH REGARD TO THIS AGREEMENT, THE CONTRACT OR ANY OTHER ACTION ARISING IN CONNECTION HEREWITH OR THEREWITH. MEPCO IS HEREBY AUTHORIZED TO FILE A COPY OF THIS PARAGRAPH IN THE EVENT OF ANY SUCH PROCEEDING.

---

# ROAD AMERICA MOTOR CLUB®
## *REPAIR ASSIST PLUS*
## MEMBERSHIP TERMS & CONDITIONS

**Please note: This motor club membership does not replace Your vehicle insurance coverage nor is it intended to comply with any financial responsibility law(s). This is not an Automobile Liability or Automobile Physical Damage insurance contract. Except in Wisconsin, this is not an insurance contract.**

These Membership Terms & Conditions describe the Membership benefits and services You will have under Your Road America Motor Club *Repair Assist Plus* Membership ("**Membership**"). In return for payment by You of the Membership dues, and subject to all the terms of these Terms & Conditions, We agree with You as follows:

1. As a member ("Member", "You" or "Your") of Road America Motor Club's Repair Assist Plus program ("Repair Assist Plus" or "Program"), You will not be required to pay any sum, in addition to the monthly Membership dues specified on Your Membership application, for all services and benefits available to You up to the per-occurrence limits indicated below. You are responsible for any non-covered expenses or any expenses over Your service or benefit limit.

2. All 24-Hour Emergency Roadside Assistance services and other motor club benefits for this Program are provided by Brickell Financial Services-Motor Club, Inc. d/b/a Road America Motor Club, administrative offices at 7300 Corporate Center Drive, Suite 601, Miami, Florida 33126. (For Mississippi and Wisconsin members, services are provided by Brickell Financial Services-Motor Club, Inc. For California members, services are provided by Road America Motor Club, Inc.). All entities are individually and collectively referred to as "Road America Motor Club", "RAMC", "We", "US" or "Our" throughout these Terms & Conditions. Services and benefits may vary to conform with the laws of Your state and restrictions may apply.

3. Your Membership begins on the Effective Date shown on Your Membership application and will continue on a month-to-month basis, subject to Your payment of the monthly Membership dues, unless cancelled ("Membership Term"). For Your convenience, Membership dues will be billed automatically at the monthly amount to Your credit or debit card account, designated at the time of Your enrollment, unless cancelled by either You or Road America Motor Club in accordance with these Terms & Conditions (e.g., You may cancel this Membership at any time by writing US, and We reserve the right to terminate or suspend Your access to any Program benefits or services by written notice for nonpayment of Membership dues - see General Provisions, Section D (Cancellation) for more information. **Please note: This Membership is not transferrable.**

4. 4. Coverage is extended to the Covered Vehicle(s) only. "Covered Vehicle(s)" is defined as the vehicle(s) shown on your Membership application and recorded with Road America Motor Club [Year, Make, Vehicle Identification Number ("VIN") and Current Odometer Reading] for this Membership. Covered Vehicle(s) must be legally registered to the Member and operated for personal, not commercial, use. Specific vehicles covered, subject to the exclusions and limitations listed in Section A(3) below, are light passenger vehicles (e.g., automobiles, light-duty pick-up trucks ( with a carrying capacity of up to 1.5 ton), mini-vans and SUVs) that are less than twenty (20) years old or out of manufacture for less than ten (10) years and are not designed or modified for commercial or heavy-duty use.

5. All of the benefits and services provided are described below and are subject to and apply only if applicable throughout the United States, Puerto Rico, the U.S. Virgin Islands, Canada and Mexico. Note: There is a seventy-two (72)-hour waiting period after you enroll in the Program before the maximum one-hundred dollar ($100) per-occurrence for emergency roadside service can be used. During this waiting period, We can provide roadside assistance service to Your Covered Vehicle(s) using our pre-negotiated commercial rates with RAMC's contracted service provider(s); however, You will be responsible for paying the service provider(s) directly in full for the service(s) received.

6. 6. After the 72-hour waiting period, in the event that emergency roadside assistance service is not obtainable through RAMC at the time of a Covered Vehicle's disablement, upon Your written request You will receive a refund of payments made for services received independently according to the coverage limited outlined herein. You must first contact Us for authorization to obtain independent services as more fully set forth below in Section A (24-Hour Emergency Roadside Assistance).

7. You have the right to submit a compliment or complaint on the program by submitting as written letter to Our Customer Care Department at 7300 Corporate Center Drive, Suite 601, Miami, Florida 33126; contacting a RAMC representative by calling 1-888-491-0862; or emailing Us at customercare@road-america.com.

## MEMBERSHIP BENEFITS AND SERVICES

**A. 24-HOUR EMERGENCY ROADSIDE ASSISTANCE (1-866-250-5878)** - Emergency Roadside Assistance is available for the Covered Vehicle(s) for Covered Emergencies as defined below, 24 hours a day, 365 days a year, throughout the United States, Puerto Rico, the U.S. Virgin Islands, Canada and Mexico. You will only have to pay for any costs in excess of the one-hundred dollar ($100.00) per occurrence limit plus any non-covered costs. Just call **TOLL-FREE 1-866-250-5878,** and a service vehicle will be dispatched to Your location. Service provided must be a Covered Service under these Terms & Conditions as described below and will be provided to any driver of the Covered Vehicle. **Note:** The Covered Vehicle's driver must be with the vehicle when the service provider arrives, unless it is unsafe to remain with the vehicle, *as the provider cannot service an unattended vehicle.* **IMPORTANT:** Covered Services are rendered as "emergency services" available only to a Covered Vehicle that is unable to proceed safely under its own power due to disablement as a result of unavoidable circumstances. Covered Services are not intended to be a substitute for regular vehicle maintenance or repair. **Note:** Assistance obtained through any source other than Road America Motor Club is not covered and is not reimbursable.** Your Membership must be active, and You must contact RAMC's 24-Hour, toll-free number to have an authorized network service provider dispatched to assist You. In the event that We are unable to provide service, You will receive an authorization number from Us to obtain service from another service provider. Upon Your written request, including the authorization number and original receipt(s), You will receive a refund of payments made according to Your Program benefit and coverage limits for services secured independently. Otherwise, services secured independently by You will not be reimbursable to You. **THIS IS NOT A ROADSIDE ASSISTANCE REIMBURSEMENT SERVICE.**

1. The following are Covered Emergencies/Covered Services, subject to the one-hundred dollar ($100.00) per occurrence limitation. You will only have to pay for any costs in excess of the per occurrence limit plus any non-covered costs. (Note: There will be a limit of one (1) disablement for the same type of Covered Service during any continuous seven (7) day period.).
   a) *Towing Assistance* - When towing is necessary, the Covered Vehicle will be towed to the nearest service facility.
   b) *Battery Service* - If a battery failure occurs, a jump-start will be applied to start the Covered Vehicle.
   c) *Flat Tire Assistance* - Service consists of the removal of the Covered Vehicle's flat tire and its replacement with the usable spare tire located with the vehicle.

d) *Fuel, Oil, Fluid and Water Delivery Service* - An emergency supply of fuel, oil, fluid and water will be delivered if the Covered Vehicle is in immediate need. You must pay for the fuel or other fluid when it is delivered.
e) *Lock-out Assistance* - If the Covered Vehicle's keys are lost or locked inside of the vehicle, We will provide assistance to the Covered Vehicle's driver in gaining entry to the vehicle.
f) *Extrication Assistance* - Provides assistance with extricating the Covered Vehicle when it is stuck in a ditch or other inaccessible area, when such location is within fifty (50) feet of a paved road or highway. This service does not cover for extrication when driving the Covered Vehicle off-road or on unpaved surfaces.
g) *Driver's Valet* - If Your Covered Vehicle is disabled due to a Covered Emergency and alternate transportation is needed, We will assist You in obtaining a rental vehicle from a premier national rental car company. You will also take advantage of Our preferred partner customer service and rental rate schedule from the rental company.

2. **IMPORTANT:** Before beginning any repair work on the Covered Vehicle, be sure to show Your Membership card to the service advisor at the repair facility and ask them to speak with an RAMC *Repair Assist* specialist at 1-866-250-5878 in order for You to receive a repair audit and be eligible for Your Membership's Auto Repair Discount benefit (see Section D/(Vehicle Maintenance) below for more information).

3. The following items are not included as part of the 24-Hour Emergency Roadside Assistance benefit: Cost of parts, replacement keys, fluids, fuel, lubricants, cost of installation of products, materials, and additional labor relating to towing. Any and all taxes, tolls or fines. Tire Repair. Motorcycles, trucks over one-and-one half (1.5) ton capacity, vehicles over 20 years old or out of manufacture for 10 years or more, taxicabs, limousines, or other commercial or delivery vehicles. Recreational vehicles (including self-motorized RVs), camping trailers, travel trailers, or any vehicles in tow. Damage or disablement due to flood, fire, or vandalism. Towing from or repair work performed at a service station, garage or repair shop. Towing or service on a Covered Vehicle that is not in a safe condition to be towed or serviced or that may result in damage to the vehicle if towed or serviced. Non-emergency towing or other non-emergency service(s) as "emergency services" are defined in Section A above (e.g., non-emergency mounting or removing of any tires, snow tires, or chains).. Shoveling snow from around the Covered Vehicle. Towing by other than a towing company, service station or garage duly licensed according to the applicable laws of Your state; Covered Vehicle storage charges; a second tow for the same disablement. Towing or service on roads not regularly maintained, such as sand beaches, open fields, forests, and areas designated as not passable due to construction, etc. Towing at the direction of a law enforcement officer relating to traffic obstruction, impoundment, abandonment, illegal parking, or other violations of law. Coverage shall not be provided in the event of emergencies resulting from the use of intoxicants or narcotics, or the use of Your Covered Vehicle(s) in the commission of a felony. Repeated service calls for a Covered Vehicle in need of routine maintenance or repair. Services received independently from RAMC without prior authorization from RAMC. Only one (1) disablement for the same type of Covered Service during any continuous seven (7) day period will be accepted. **THIS IS NOT A ROADSIDE ASSISTANCE REIMBURSEMENT PROGRAM.**

**B. $1,000 VEHICLE THEFT REWARD** - A $1,000 reward will be paid for information leading to the arrest and conviction of anyone who steals Your Covered Vehicle. A significant number of stolen autos are reclaimed through the help of an eyewitness to the crime. You, Your relatives, and law enforcement officers are not eligible to receive the reward for Your Covered Vehicle. The person or persons entitled to receive the $1,000 reward shall be determined solely by Us. This reward does not cover any loss due to vandalism or stolen contents. Please contact Our Customer Care Team at 1-866-250-5878 or customercare@road-america.com for assistance with this benefit.

**C. EMERGENCY TRAVEL EXPENSE REIMBURSEMENT** - If Your Covered Vehicle* is

disabled due to a collision 100 miles or more from Your residence, You may qualify for reimbursement of up to five-hundred dollars ($500.00) [a maximum of $167.00 per day for up to three (3) days] for emergency travel expenses. If an accident resulting from collision with another vehicle or object (reported in writing to state or local police), while Your Covered Vehicle* is being operated by You or Your spouse, and which occurs at least 100 miles from Your residence and results in an accidental disablement of Your Covered Vehicle, You may be reimbursed for one or more of the expenses below if occurred within 3 days (72 hours) following the accident. (NOTE: MECHANICAL FAILURE OF YOUR COVERED VEHICLE IS NOT COVERED BY THIS BENEFIT.)

1. Commercial transportation (by common carrier licensed to carry passengers for hire) to Your residence or destination and return to pick up Your disabled Covered Vehicle* after repair.
2. Local commercial lodging and meals, incurred in the vicinity where the collision occurred, when the Covered Vehicle's disablement causes a delay in Your trip.
3. Rental of a replacement automobile obtained from any bona-fide care rental agency of the repairing facility.

For reimbursement consideration of expenses listed in this section, You must submit a claim to Road America Motor Club at 7300 Corporation Center Drive, Suite 601, Miami, Florida 33126, within sixty (60) days** of the accidental disablement, which includes Your name, Membership number, complete mailing address, daytime telephone number, legible and original (not a photocopy) receipt(s) for services received and a bona-fide copy of the filed accident report. Your Membership must be active at the time of the accidental disablement in order for Your claim to be considered. Remember to keep copies of all documents for Your records. For assistance with this benefit, please contact Our Customer Care Team at 1-866-250-5878 or customercare@road-america.com.

PLEASE NOTE: Emergency Travel Expense Reimbursement benefits are not available by law to residents of New York.

*Kansas residents are not restricted to owned vehicles. **Utah and Wisconsin residents are not limited to filing claims within 60 days.

## D. VEHICLE MAINTENANCE (1-866-250-5878)

1. Repair Tech Assistance - Call Our Repair Assist ASE-Certified Automotive Technician Team for their unbiased advice on Your Covered Vehicle as often as You need (1-866-250-5878). Your Repair Assist specialist will assist You with all Your basic auto repair questions, whether relating to vehicle maintenance schedules, manufacturer's recall notices and technical service bulletins or just inquiries concerning what could be wrong with Your Covered Vehicle. Many members also call to discuss replacement or new parts pricing for items as varied as tires, GPS systems, CD players, etc. We will try to let Our Knowledge and experience serve You whenever and wherever You need it.

2. Repair Advocate Assistance - Should Your Covered Vehicle experience a mechanical failure, call Us for technical assistance and a diagnosis of what issues may be afflicting Your Covered Vehicle. If repairs are necessary, Your Repair Assist specialist can still help by suggesting a qualified repair facility to assist You and, regardless of which facility You choose, advocate on Your behalf. When an RAMC Repair Assist specialist performs a mechanical failure audit of Your Covered Vehicle and speaks with a service repair industry representative on Your behalf, three questions are of utmost importance: (a) Is Your Covered Vehicle being properly diagnosed? (b) Does the repair facility's estimated cost to repair Your Covered Vehicle represent a fair price? (c) Is your Covered Vehicle at the right type of facility given the nature of the repair? In order to take advantage of this valuable service, just give Your Membership card to the service advisor at the repair facility and ask them to call Us at 1-866-250-5878 before beginning any repair work. RAMC's Repair Assist specialist always approaches the repair facility representative in a positive and professional manner and, most importantly, as a colleague who knows the business as well as they do.

3. Auto Repair Discount – As a representative of Road America Motor Club, a leader in the motor club industry for over 30 years servicing millions of members nationwide, Your

cost of necessary repairs to Your Covered Vehicle. You can save up to fifty percent (50%) [up to a maximum total of two-thousand dollars ($2,000.00) during any continuous twelve (12) months period while Your Membership is active] should Your Covered Vehicle become inoperable and require repairs: (a) at least thirty (30) days after Your Membership's Effective Date, or (b) after one-thousand (1,000) miles have been added to Your Covered Vehicle's Current Odometer Reading as recorded on Your Membership application, whichever comes first, subject to the following exclusions: Repairs because of loss or damage resulting from any cause other than normal use and operation of the eligible Covered Vehicle for which the Covered Vehicle was designed per the manufacturer's guidelines; damage to or failure of a product used for commercial purposes; acts of Gob; fire, lightning, hail and wind; theft, collision, misuse, or abuse; repairs to upgrade or improve the Covered Vehicle; cleaning or preventative maintenance required to maintain normal operation of the Covered Vehicle; any charges other than parts and labor; repairs for routine maintenance such as oil changes, fluid changes, tires, tire rotation, tire balancing or alignment; repairs made outside the United States, U.S. territories or possessions, or Canada; and repairs without prior authorization from Road America Motor Club. Any RAMC discount must be applied to amounts due to repair facility in excess of any other coverage available to you for the Covered Vehicle, which would include, but not be limited to a manufacturer's warranty, extended warranty, automobile insurance, credit card benefit, etc. For assistance, please call Our Repair Assist Team toll-free at 1-866-250-5878.

4. **Road America Motor Club's** *Savings Connection* - We can also help You save money on the routine maintenance of Your Covered Vehicle. Your Repair Assist Plus Membership entitles You to access RAMC's *Savings Connection* website, a national savings and discounts program which includes discounts offered by leading automotive suppliers and service providers. Just log on to **www.road-america.com/savings** at Your convenience to familiarize Yourself with all of the savings regularly updated and available to You. The activation code for first time users is 10999. If You have any issues logging on or using a discount code, call **1-866-211-8615** and a friendly customer service agent will be happy to assist You.

## E. TRAVEL BENEFITS AND OTHER DISCOUNTS

1. Road America Motor Club's Savings Connection - We can also help You save money on the routine maintenance of Your Covered Vehicle. Your Repair Assist Plus Membership entitled You to access RAMC's Savings Connection website, a national savings and discount program which includes discounts offered by leading automotive suppliers and service providers. Just log on to https://roadamerica.enjoymydeals.com/home at Your convenience to familiarize Yourself with all of the savings regularly updated and available to You. The activation code for first time users is RA10999. If You have any issues logging on or using a discount code, call 1-866-211-8615 and a friendly customer service agent will be happy to assist You.

## GENERAL PROVISIONS

A. **BANK FEES** - We and/or Our authorized agent(s) are not responsible for any fees or charges imposed by any bank or credit/debit card issuer relating to the use of Your credit/debit card for payment of Your Membership dues including, but not limited to, credit limit fees.

B. **CHANGE OF YOUR PERSONAL INFORMATION** - If there are changes to Your personal information, including name, address, telephone number, e-mail address or Your credit/debit card account for payment of Your Membership dues, please notify Us so that We may keep Your Membership active and send You information that may affect Your Membership.

C. **PROGRAM BENEFITS AND DUES** - We may decide to offer additional benefits and services for this Program in the future. If so, We will send You, at Your address in Our membership records, at least thirty (30) days' advance written notice of any changes to benefits or dues for this Membership along with new Terms & Conditions. Any such change will take effect the calendar month following the expiration of the thirty (30) days' advance notice given

to You.

## D. CANCELLATION

1. **Cancellation by You:** As a member of the Program, You may cancel Your Membership at any time by notifying Us of such cancellation in writing. All cancellation requests must be addressed to Road America Motor Club and signed by the Member. If You cancel Your Membership within the first thirty (30) days of its Effective Date, You will receive a full refund of the Membership dues You paid. If Your Membership is cancelled after the first thirty (30) days, You will be entitled to the unused portion of the monthly dues You pre-paid for this Membership, if any, calculates on a pro-rata basis over the Membership Term, less a $75 cancellation fee. In either case, We will no longer bill Your credit/debit account for Membership dues.

2. **Suspension or Cancellation by Us for Non-Payment:** In the event RAMC or Our authorized agent are unable to bill the monthly Membership dues to Your designated credit/debit account as schedules, We may: (a) elect in Our sole discretion to keep Your Membership in effect, but suspend Your access to all of the Program's benefits and services until such time (if any) as RAMC or Our authorized agent are able to bill the monthly Membership dues to Your designated account, or (b) terminate Your Membership by providing You with ten (10) days' written notice.

3. **Cancellation by Us for other than Non-Payment:** We may also cancel this Membership at any time for any of the following reasons: (a) when required by law; or (b) upon thirty (30) days' written notice in the event of any of the following: (i) a material misrepresentation or fraud by You; (ii) a substantial change in the risk assumed reasonably unforeseen by Us; or (iii) a substantial breach of Your contractual duties, conditions or warranties. However, the foregoing notification period in (b) does not apply if Your Membership has been in effect for less than sixty (60) days when the written notice of cancellation is mailed or delivered to You. In this case, the effective date of cancellation will be at least ten (10) days after the written notice is mailed via first-class mailing or delivered to You.

4. **Our Written Notice and Effects of Termination:** Any written notice sent by Us to You will be sent to Your address in Our membership records and will indicate the reason for such action. Your Membership benefits will end on the date You are no longer a member of RAMC in accordance with the time frames above. Such termination will not affect Your right to payment for a claim arising before the date of termination. Refund of Membership dues, if any, will be subject to the provisions of Paragraph D(1) above.

Thank You for joining Our club! We look forward to serving You. Please feel free to send me Your comments at any time.

*Jair Marrugo*

**Jair Marrugo, President**
**Road America**
**August, 2019**

{Please see the following pages for RAMC locations, contact information and Your Membership cards.}

---

**HOME OFFICE:** Road America Motor Club, 3300 Corporate Center Drive, Suite 601, Miami, Florida 33126. Phone: 1-866-250-5878.

For 24-Hour Toll-Free Emergency Roadside Assistance:  Call 1-866-250-5878

Customer Care Department:  Call 1-888-491-0862/Monday - Friday,
8:30 a.m. to 5:00 p.m. Eastern Standard Time (EST)
Email: customercare@road-america.com

Repair Tech and Repair Advocate Assistance:  Call 1-866-250-5878 /
Monday-Friday, 9:00 a.m. to 8:00 p.m. /
Saturday, 11:00 a.m. to 3:00 p.m. EST

---

**Road America Motor Club**
c/o Corporation Service Company
123 East Marcy Street
Suite 101
Santa Fe, NM 87501
(800) 927-9801

**Road America Motor Club**
c/o CSC-Lawyers Incorporating Service
7 St. Paul Street
Suite 1660
Baltimore, MD 21202
(800) 927-9801

**Road America Motor Club**
c/o Corporation Service Company
26 West Sixth Avenue
P.O. Box 1691
Helena, MT 59624-1691
(800) 927-9801

**Road America Motor Club**
c/o Corporation Service Company
1821 Logan Avenue
Cheyenne, WY 82001
(800) 927-9801

**Road America Motor Club**
c/o Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159-7653
County of Oklahoma
(800) 927-9801

**Road America Motor Club**
c/o CSC Services of Nevada, Inc.
112 North Curry Street
Carson City, NV 89703
(800) 927-9801

**Road America Motor Club**
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833-3505
(800) 927-9801

**Brickell Financial Services-Motor Club, Inc.**
c/o Corporation Service Company
8040 Excelsior Drive
Suite 400
Madison, WI 53717
(800) 927-9801

**Brickell Financial Services-Motor Club, Inc.**
c/o Corporation Service Company
506 S. President Street
Madison, MS 39110
(800) 927-9801

**Road America Motor Club**
c/o Corporation Service Company
40 Technology Parkway South #300
Norcross, GA 30092
(866) 403-5272

{Your Membership cards follow on the next pages.}

RA04CU2460RAP0819

RA04CU2460RAP0819

This page intentionally left blank.

RA04CU2460RAP0819

**Membership ID Cards.**   Below are Your two (2) *Repair Assist Plus* Membership cards (front and reverse sides for each). Please complete the front of each card with the information found on your Membership application, cut the cards out, fold each card in half, and be sure to carry one with You  at all times. To receive the fastest service possible when contacting Us, please have this information ready for the RAMC Assistance Coordinator or  Repair Assist Advocate.

---

### Road America Motor Club®
#### *Repair Assist Plus*
## 1-866-250-5878
**Please give this information when you call:**
Member Name:_____

Member Number:_____

Covered Vehicle Year/Make/Model:

_____

VIN:_____

Effective Date:_____

*Membership valid until cancelled*

---

**To obtain 24-Hour Emergency Roadside Assistance, or to speak with an RAMC Repair Assist Advocate, please call**
## 1-866-250-5878
**IMPORTANT:  Please stay with Your Covered Vehicle until the service provider arrives, unless it is unsafe for You to stay, as they cannot service an unattended vehicle.**

Your Membership provides delivery in the event You are in need of emergency roadside assistance (up to $100 per occurrence) or any other listed Program service. You are responsible for any non-covered expenses and any expenses over the service limits shown in Your RAMC Terms & Conditions. There is no coverage for non-covered services.

Services are provided by ROAD AMERICA MOTOR CLUB (except in Mississippi and Wisconsin where services are provided by Brickell Financial Services-Motor Club, Inc.) located at 7300 Corporate Center Drive, Suite 601, Miami, FL 33126. (800) 262-7262

RA04CU2460RAP0819

This page intentionally left blank.

**Membership ID Cards.** Below are Your two (2) *Repair Assist Plus* Membership cards (front and reverse sides for each). Please complete the front of each card with the information found on your Membership application, cut the cards out, fold each card in half, and be sure to carry one with You at all times. To receive the fastest service possible when contacting Us, please have this information ready for the RAMC Assistance Coordinator or Repair Assist Advocate.

---

**Road America Motor Club®**
*Repair Assist Plus*
**1-866-250-5878**
**Please give this information when you call:**
Member Name:_____
Member Number:_____
Covered Vehicle Year/Make/Model:
_____
VIN:_____
Effective Date:_____
*Membership valid until cancelled*

---

**To obtain 24-Hour Emergency Roadside Assistance, or to speak with an RAMC Repair Assist Advocate, please call**
**1-866-250-5878**
**IMPORTANT:** Please stay with Your Covered Vehicle until the service provider arrives, unless it is unsafe for You to stay, as they cannot service an unattended vehicle.

Your Membership provides delivery in the event You are in need of emergency roadside assistance (up to $100 per occurrence) or any other listed Program service. You are responsible for any non-covered expenses and any expenses over the service limits shown in Your RAMC Terms & Conditions. There is no coverage for non-covered services.

Services are provided by ROAD AMERICA MOTOR CLUB (except in Mississippi and Wisconsin where services are provided by Brickell Financial Services-Motor Club, Inc.) located at 7300 Corporate Center Drive, Suite 601, Miami, FL 33126. (800) 262-7262

RA04CU2460RAP0819

RA04CU2460RAP0819

This page intentionally left blank.

LA04CU2460RAP0819

# ULTIMATE SAVER
# ADDITIONAL BENEFITS

**Members of the ULTIMATE SAVER receive these additional benefits with coverage beginning sixty (60) days after the effective date shown on the Membership ID page. This Program expires 14 months from the Membership purchase Date.**

1. OIL CHANGES: Oil changes up to 5 quarts (maximum three (3) oil changes during the term of the Agreement at $40.00 for each service); however, if synthetic oil is used, blends, or for diesels, larger V-8 type vehicles You will receive a $55.00 discount.

2. BRAKES PADS/SHOES: $100.00 or $130.00 on select vehicles as follows all trucks, SUV's, AWD's, diesels, and all models of Acura, Audi, BMW, Cadillac, Infiniti, Jaguar, Lexus, Lincoln, Mercedes, Saab, Volkswagen, and Volvo toward the replacement of brake pads/shoes (A labor charge may apply).

3. BATTERY: 1st year replacement if bad or unlimited replacement during term of the Agreement for new vehicles or $100.00 credit towards one (1) battery of your choice (installation charge may apply).

4. COOLING SYSTEM MAINTENANCE & LUBE: Drain/refill, pressure check, inspect hoses, belts, clamps, & lube chassis. WE will pay for (1) service during the term of the agreement up to $40.00.

5. HAND HELD COMPUTER ENGINE DIAGNOSTIC & ALIGNMENT CHECK: One (1) service during the term of the Agreement up to $100.00.

6. SAFETY INSPECTIONS: Includes a wiper blade replacement with one (1) inspection (Up to 20" blades).

Required Factory Maintenance Mileage Interval such as 30,000, 60,000 and 90,000 miles inspections are not covered under this program. For reimbursement for The Ultimate Saver Membership Additional Benefits, please save all receipts and mail copies of your receipts to the Administrator at 3100 McKinnon Street Suite 420 Dallas, TX 75201 or email to Benefits@MatrixProtection.com. Receipts must be legible and verifiable. Handwritten receipts will not be accepted. $100 of the prepaid maintenance benefit is not subject to cancellation after coverage begins.

RA04CU2460RAP0819

# EXHIBIT 5



## MATRIX
### PAYMENT SOLUTIONS

Powered by 

Providing Billing Services for Your Automotive Protection Plan
205 NORTH MICHIGAN AVE, SUITE 2200   CHICAGO, IL 60601

000053   53 1 MB 0.439   1   Return Service Requested

Yakub Mulayev

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**THIS IS NOT A BILL**

# WELCOME LETTER

| ACCOUNT INFORMATION | 30201065177026 |
|---|---|
| Billing Account Number: | 30201065177026 |
| Seller Contract Number: | LTUSF80850 |

Dear Valued Customer,

## Congratulations on your purchase of a vehicle service contract from  VAC

We appreciate your business! Mepco is the company that will process your monthly payments for this contract. Matrix Payment Solutions is responsible for the marketing, sale, design, administration of claims, or payment of claims under this vehicle service contract.

Please carefully review the information on the next page and confirm your monthly payment method and the terms of your vehicle service contract. If you have any questions or if the terms are different than you agreed to, please call our office immediately.

You may access your account online at **www.mepco.com** to make payments and review important account details such as remaining balance, contract details, and more.



| MEPCO.COM LOGIN INFORMATION | |
|---|---|
| User Name: | |
| Password*: | |
| *You will be prompted to change your password upon your first time logging in. | |

Thank you for your business.  We look forward to servicing your account.

Mepco

*Intentionally Left Blank-Continues On Next Page*

Rev.   06/2017

# FACTS

## WHAT DOES MEPCO

## DO WITH YOUR PERSONAL INFORMATION?

| | |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>■  Social Security number and Credit Card and/or Checking Account Information<br>■  Account Balance          and Account Transaction and Transaction History<br>■  Payment History          and Other Personally Identifiable Information<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Mepco chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Mepco share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | No | We Don't Share |
| **For joint marketing with other financial companies** | No | We Don't Share |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | No | We Don't Share |
| **For nonaffiliates to market to you** | No | We Don't Share |

| | |
|---|---|
| **Questions?** | Call 800-397-6767    or go to www.Mepco.com |

**Page 2**

## Who we are

| Who is providing this notice? | Mepco |
|---|---|

## What we do

| How does Mepco protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
|---|---|
| How does Mepco collect my personal information? | We collect your personal information, for example, when you<br><br>■ Open An Account    or Give Us Your Contract Information<br>■ Use Your Credit Card    or Debit Card<br>■ Provide Account Information to Pay us by Check or ACH<br><br>We also collect your personal information from other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br><br>■ sharing for affiliates' everyday business purposes—information about your creditworthiness<br>■ affiliates from using your information to market to you<br>■ sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. |

## Definitions

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>■ *Our affiliates include financial companies such as Seabury Capital.* |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>■ *Non-affiliates we share with can include the company that sold you your vehicle service contract and service contract administrators.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>■ *Mepco does not jointly market.* |

## Other important information

For California residents, Mepco may collect personally identifiable information via your activity on our website, www.Mepco.com. We reserve the right to not respond to "Do Not Track" requests received as the information collected is for the purpose of, and used in the course of, reasonable business processes as described above. Please contact Mepco's Customer Service | Business Support Services department at (800) 397-6767 with any questions.

EXHIBIT 6

**THIS IS NOT A BILL**

**MATRIX**
PAYMENT SOLUTIONS

Powered by  **MEPCO**

Providing Billing Services for Your Automotive Protection Plan
205 NORTH MICHIGAN AVE, SUITE 2200   CHICAGO, IL 60601

007805    7805 1 MB 0.439      31      Return Service Requested
Yakub Mulayev

||Ill||ll|l|l|l||ll||ll|l|l||ll|l|l|l||Ill|l|l||l|l|l|l

**PLEASE NOTE**

Matrix Payment Solutions is responsible for the
marketing, sale, design, administration of claims, or
payment of claims under this vehicle service contract.

# CONFIRMATION OF PREAUTHORIZED ACH/CC

**BILLING ACCOUNT NUMBER**         30201065177026

## ACCOUNT AND CONTRACT INFORMATION

**BILLING OR PAYMENT QUESTIONS**
Contact Mepco at:                                (800)397-6767
Billing Account Number:                    30201065177026
Access your account online at:         WWW.MEPCO.COM
User Name:                                         30201065177026

**QUESTIONS REGARDING THE PURCHASE OF THIS CONTRACT**
VAC                                                     (888)215-2820
Contract Number:                              LTUSF80850

**COVERAGE, CLAIMS AND REPAIR QUESTIONS**
MATRIX PAYMENT SOLUTIONS        (833)228-1900
Contract Number:                              LTUSF80850

Dear Valued Customer,

**IMPORTANT NOTICE:**
This letter is to confirm that you have arranged to make recurring payments to Mepco under your vehicle service
contract. Pursuant to your Authorization Agreement for Recurring Direct Payments, Mepco will charge/debit your
designated credit card or debit card/bank account in the amount of the monthly payments and fees you owe under your
vehicle service contact and on or after the date indicated in your debit authorization, in each case subject to additional
terms and conditions of your Authorization Agreement for Recurring Direct Payments.

Payment Method Used:   Credit Card
Truncated Account Number:   ███

**WHAT THIS MEANS:**
Each month your payment will be processed automatically by Mepco using the above account information.

**HOW TO UPDATE AUTOMATIC RECURRING PAYMENTS:**
Your recurring debit authorization will remain in effect until revoked by you in accordance with the terms below:

You may update your automatic recurring payment at any time by submitting an email to request to update
recurring payments on our website at www.mepco.com, by mailing a written statement expressly revoking this
authorization to Mepco, 205 North Michigan Ave - Suite 2200 / Chicago, Illinois 60601, or by calling Mepco's
Customer Service department at (800) 397-6767.

*** Please note, Mepco will require a reasonable time, but in no event less than 10 calendar days following the receipt of
this authorization or any change to or revocation of this authorization, to act on the authorization, change or revocation.

**If you have not requested this change to automatic recurring payments, please contact our
office immediately.**

If you have any questions regarding this notice please contact our Customer Service department at (800) 397-6767
Monday through Friday from 8:00 am to 5:00 pm CST.

Sincerely,

Mepco



# EXHIBIT 7



THE ELEMENT

VEHICLE ACTIVATIONS CENTER
4199 CAMPUS DRIVE STE 550
IRVINE, CA 92612
888.215.2820

YAKUB MULAYEV

Congratulations on making a very wise decision to purchase **Ultimate Saver 50**! With your membership in **Ultimate Saver 50**, you'll be able to take advantage of:

- <u>Guaranteed 50% savings</u> on costly repairs to your vehicle. $2000 annual limit of benefits. All $2000 may be used on one visit if necessary. $2000 benefits renew every 12 month rolling period. To take advantage of repair savings, just present your included ID card to the service advisor at the A.S.E. certified mechanic or shop of your choice. The service advisor will start claim over the phone with a claim's representative and the 50% repair savings will be paid over the phone with a credit card directly to the shop performing the repairs.

- <u>Best in class Roadside Assistance to use 24/7</u> anywhere nationwide that also includes Continuation of Journey. If your car becomes disabled for any reason, call Roadside Assistance at 1-866-250-5878. It is recommended that you program this number in your cell phone for your convenience when needed. Not only will the Roadside Assistance representative dispatch a tow truck for your vehicle, they will also ask if you're in need of transportation for you to you to your destination. If you are in need of transportation, Roadside Assistance will dispatch a complimentary Uber or Lyft to take you where you need to go. That's Continuation of Journey!

- <u>1 Year of pre-paid maintenance</u> is also included. This includes 3 oil changes, a set of brake pads, new battery, cooling system maintenance, engine diagnostic, alignment, and safety inspection. To receive reimbursement for these services just scan and email a copy of your paid receipt to benefits@matrixprotection.com or mail the receipts directly to Matrix at 3100 McKinnon St, Suite 420, Dallas, TX. 75201. Expect your reimbursement check to arrive 14-21 business days after submitting your receipts.

- <u>Emergency Travel Expense Reimbursement</u> benefits are there for you in case you break down and you're more than 100 miles from home. Reimbursement will be provided for you to cover costs of lodging, meals, and transportation needs while your vehicle is being repaired. For assistance in using this benefit, please contact our Customer Care Team at 1-866-250-5878 or customercare@road-america.com

- <u>$1000 Vehicle Theft Reward</u> will be paid for information leading to the arrest and conviction of anyone who steals your covered vehicle. For assistance in using this benefit, please contact our Customer Care Team at 1-866-250-5878 or customercare@road-america.com

- <u>Travel Benefits and other discounts</u> with Road America Motor Club's Savings Connection – Your membership entitles you to access Road America Savings Connection website https://roadamerica.enjoymydeals.com/home. The activation code for first time users is RA10999. If you have any issues logging in or using a discount code, call 1-866-211 8615 and a friendly customer service agent will be happy to help you.

**Please note this is not a Service Contract. It is a Road Club with Exclusive Benefits!**

**If you have any questions, please call your selling dealers for more details.**

# EXHIBIT 8

**From**  customerservice@vehicleactivationcenter.org
**Date**  February 2, 2021 at 12 39 51 PST
**To**  dskazovski@yahoo.com
**Subject  Vehicle Service Contract Receipt - Reference  DLR016148**

Dear DIANA/GENE SKAZOVSKI,

We would like to welcome you and your 2018 MERCEDES-BENZ GLE to the VEHICLE ACTIVATIONS CENTER family.

We look forward to protecting you against the high cost of auto repairs through 02/07/2026 or 139,000 miles on your odometer, whichever comes first.

Your complete policy will be mailed out to you in the next 7-10 business days to the following address:

239 JANE ST.

Please make sure all the information is correct on this confirmation email. Please contact us right away in the event that we have made a mistake so we can correct it immediately.

Also, a receipt is attached for your transaction today. Please keep for your records. In the event you do not receive your policy or, if you have any questions, please feel free to contact Customer Service at 888.215.2820 .

Thank You,

2091 BUSINESS CENTER DR STE 200
IRVINE, CA 92612
888.215.2820
vehicleactivationcenter.org

**Contract Summary**

| Vehicle | |
|---|---|
| Make: | 2018 MERCEDES-BENZ |
| Model: | GLE |
| Odometer: | 38,000 |
| VIN: | 4JGDA6DB6JB049637 |

| Coverage Plan | |
|---|---|
| Plan: | ELEMENTP+ PT PLUS |
| Term/Miles: | 60/100,000 |
| Deductible: | $100 |

| Plan Cost | |
|---|---|
| Monthly Payment: | $273.02 |
| Payments: | 18 |
| Down Payment: | $258.65 |
| Total of Payments: | $5,173.00 |

# EXHIBIT 9

THE ELEMENT

CONTRACT NUMBER
**TRTPP80506**

# Element Powertrain Plus Vehicle Service Contract

## PURCHASER INFORMATION

| PURCHASER NAME | AREA CODE AND TELEPHONE NUMBER |
|---|---|
| DIANA/GENE SKAZOVSKI | 0733 |
| STREET ADDRESS | CITY, STATE, AND ZIP CODE |
| | |

## VEHICLE INFORMATION

| VEHICLE IDENTIFICATION NUMBER (VIN) | VEHICLE ODOMETER READING AT TIME OF CONTRACT SALE | |
|---|---|---|
| 4JGDA6DB6JB049637 | 38 000 | |
| YEAR, MAKE, AND MODEL | | RATE CLASS |
| 2018 MERCEDES BENZ GLE | | 16 |

## SELLING COMPANY AND FINANCE COMPANY INFORMATION

| SELLING COMPANY NAME | SELLING COMPANY ADDRESS | SELLING COMPANY TELEPHONE NUMBER |
|---|---|---|
| VEH CLE ACT VAT ONS CENTER | 2091 BUS NESS CENTER DR STE 200 | (888) 215 2820 |
| FINANCE COMPANY | FINANCE COMPANY ADDRESS | |
| MEPCO | 10 S Lasa e St Ste 2310 Chicago IL 60603 | |

## OBLIGOR

**Obligor in Certain States.** The following entities will serve as the **OBLIGOR** of the Service Agreements in the following states. **MATRIX FINANCIAL SERVICES, LLC** in the following states: AL, AK, AR, CO, CT, DE, GA, HI, ID, IL, IN, IA, KS, KY, MA, ME, MD, MI, MN, MS, MT, NE, NH, NV, NJ, NM,ND, OH, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WV, WY, WI; **MATRIX FINANCIAL SERVICES, LLC d/b/a MATRIX CAPITAL SERVICES, LLC** in the following states: AZ, MO, OK; **MATRIX CAPITAL SERVICES, LLC OF DELAWARE** in the following state: LA;
**MFS OF FLORIDA INC**. in the following state: FL.
The Obligor address, for all entities listed above is 3100 McKinnon St., Suite 420, Dallas, TX 75201, 833-228-1900. The Obligor's performance under this **Contract** is insured by an insurance policy issued by Plateau Casualty Insurance Company 2701 N. Main St. Crossville, TN 38555 800-398-3632. If a **Covered Repair** is not paid within sixty (60) days after proof of loss has been filed, **You** may file a claim with Plateau Casualty Insurance Company at the address listed above.

## CONTRACT INFORMATION

| COVERAGE | DEDUCTIBLE PER VISIT | TERM MONTHS | TERM MILES | EXPIRATION DATE | EXPIRATION MILEAGE |
|---|---|---|---|---|---|
| RP | $ 100.00 | 60 | 100,000 | 2/7/2026 | 139,000 |
| VEHICLE SURCHARGES/OPTIONS | | | | CONTRACT SALE DATE | SERVICE CONTRACT PRICE |
| - | | | | 1/8/2021 | $ 5,173.00 |

## AGREEMENT PERIOD

Terms for coverage are measured from the **Contract** sale date and the **Vehicle** odometer mileage reading at the time of sale. **THIS SERVICE CONTRACT HAS A WAITING PERIOD OF ONE MONTH AND 1,000 MILES.** During this waiting period, only the benefits listed under "TOWING BENEFIT/ROADSIDE SERVICE" will apply. Any breakdown that occurs during this waiting period will not be covered. This one month and 1,000 miles will be added to the end of the term listed above. This **Contract** begins on the **Contract** sale date and expires on the mileage or expiration date listed above, whichever occurs first. This **Contract** is non-renewable.

## ADDITIONAL BENEFITS

**RENTAL CAR REIMBURSEMENT**: If **Your Vehicle** sustains a **Failure** or **Tire Failure** resulting in a **Covered Repair**, then **You** may qualify for rental car reimbursement for up to $30 per day, with a 5 day maximum, not to exceed $150 per occurrence. The VEHICLE must be retained overnight at the REPAIR FACILITY in order to qualify for rental coverage. Rental coverage is contingent on the labor time required to replace/repair **Covered Components** authorized by the **Administrator**. The **Administrator** will use factory labor times or industry recognized flat-rate manuals to determine the required repair time. However, this time excludes the downtime waiting for parts or other delays beyond the control of the **Licensed Repair Facility** or the **Administrator**. The

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR
BEFORE STARTING ANY TEARDOWN OR REPAIRS.
PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

labor time necessary for rental reimbursement is as follows: 1 to 8 hours = 1 day; 8.9 to 16 hours = 2 days; 16.1 to 24 hours = 3 days; etc. **Your** rental car benefits will not continue beyond the day the repairs are completed and **You** are notified of completion. All vehicles must be rented from a licensed auto rental facility.

**TRIP INTERRUPTION**: If **You** are more than 100 miles from **Your** home and **Your Vehicle** is in need of **Emergency Repairs**, then **You** may qualify for Trip Interruption benefits that include lodging and meal reimbursement for up to $75 per day, with a 3 day maximum, not to exceed $225 per occurrence. This benefit applies when a **Licensed Repair Facility** must keep **Your Vehicle** overnight to repair **Your Vehicle**, but it does not extend beyond the day the repairs are completed. For lodging and meal reimbursement, please save all receipts and contact the **Administrator** for instructions. Receipts must be legible and verifiable. Handwritten receipts will not be accepted. The Trip Interruption benefit is only available where allowed by law.

**TOWING BENEFIT/ROADSIDE SERVICE**: In the event Your Vehicle is disabled, Roadside Services will dispatch a service vehicle to Your location to assist You. In the event You inoperable, Roadside Services will arrange to have Your Vehicle transported, once per claim, to the nearest Licensed Repair Facility for a maximum of $100 per occurrence.

To obtain service for Towing/Roadside Assistance, You may contact 1-800-257-2205 or Matrix Warranty Solutions at 1-833-228-1900.

Coverage: You are entitled to one (1) service per claim governed by one (1) paid service within 72-hours. Services available to You for a maximum of $100 per occurrence are tow roadside assistance services for the following: a battery jumpstart; flat tire change; fuel delivery (You are responsible for the actual cost of the delivered materials); lockout (access compartment only).

Reimbursement: This is not a reimbursement service.

Service Provider Network: All roadside assistance services and benefits are administered by Brickell Financial Services-Motor Club, Inc. d/b/a Road America Motor Club, located at 7300 Corporate Center Drive, Suite 601, Miami, Florida 33126.

## OTHER IMPORTANT INFORMATION

THIS **CONTRACT** IS NOT AN INSURANCE POLICY; IT IS A **SERVICE CONTRACT** BETWEEN **YOU** AND THE **ADMINISTRATOR OBLIGOR**. ANY CHANGE TO THE PREPRINTED TERMS AND CONDITIONS OF THIS **CONTRACT** IS INVALID AND OF NO FORCE OR EFFECT. IF ANY INFORMATION ON THIS **CONTRACT** IS IN ERROR, CONTACT THE **SELLING COMPANY** OR **ADMINISTRATOR** IMMEDIATELY. PURCHASE OF THIS **CONTRACT** IS NOT REQUIRED IN ORDER TO PURCHASE A VEHICLE OR TO OBTAIN VEHICLE FINANCING.

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

Billing and Payment Processing is provided by:
**SING For Service, LLC d/b/a MEPCO**
10 S Lasalle St, Suite 2310
Chicago, IL 60603
Fax: 312-853-0535    Telephone: 800-397-6767

**PAYMENT PLAN AGREEMENT**

| Purchaser: | Seller: | CODE: |
|---|---|---|
| NAME: DIANA/GENE SKAZOVSKI | LEGAL NAME: VEH CLE ACT VAT ONS CENTER | |
| | DBA: | |
| ADDRESS: | ADDRESS: 2091 BUS NESS CENTER DR STE 200 | |
| | CITY: IRVINE    ST: CA  ZIP: 92612 | |
| CITY:    ST:    ZIP: 07740 | PHONE: (888) 215-2820  FAX: | |
| PHONE:   -0733  FAX: | E-MAIL: CUS OMERSERVICE@VEHICLEAC IVA IONCEN ER ORG | |
| E-MAIL: DSKAZOVSKI@YAHOO.COM | SALESPERSON: VEH CLE ACT VAT ONS CENTER | |

**Payment Plan Terms**
*All dollar amounts are in U.S. dollars.*

**Total Sales Price**
$ 5,173 . 00

**Down Payment**
(Minimum 5% of Total Sales Price)
$ 258 . 65

**Balance of Sales Price**
$ 4,914 . 35

**Number of Payments**
(unless approved otherwised –
cannot be more than 24 or less than 2)
18

**Amount of Each Payment**
(Balance of Sales Price divided by
Number of Payments)
$ 273 . 02

**Payment Date (each month)**
(First due date no more than 30
days from sale date)
2 / 19 / 2021

**Final Payment Date**
(Date of last payment)
7 / 19 / 2022

This Payment Plan Agreement ("Agreement") is between Purchaser and SING For Service, LLC d/b/a Mepco ("MEPCO"), a Seabury Asset Management Company. Purchaser has purchased a service contract ("Contract") from Seller that is issued by

MATRIX ("Administrator").

This Agreement is entered into to enable Purchaser to pay for the Contract pursuant to an installment payment program.

Contract: ELEMENTP+ PT PLUS

Contract Number: TRTPP80506

Administrator: MATRIX

| **Vehicle Information** | Contract and Payment Plan Effective Date: | 1/8/2021 |
|---|---|---|
| Make: MERCEDES-BENZ | Year: 2018 | Model: GLE |
| Odometer: 38,000 | VIN: 4JGDA6DB6JB049637 | |
| Coverage Term: (in months) 60 | Coverage Mileage: (in miles) 100,000 | |

Refer to the Contract for the terms and conditions regarding the Contract.

In consideration of Purchaser being afforded the opportunity to pay for the Contract under the installment payment program, the Purchaser and MEPCO acknowledge and agree as follows:

Purchaser has paid to Seller for its account in cash the down payment disclosed under "Payment Plan Terms" towards the Total Sales Price of the Contract. The Balance of Sales Price shall be paid by Purchaser to MEPCO. Subject to the Cancellation provisions on Page 2 hereof, Purchaser promises to pay MEPCO, the Balance of Sales Price in accordance with the payment method selected by Purchaser from the options set forth below.

**Payment Plan Agreement, Page 2**

---

☒ **Payment Option 1: Authorization for Credit Card Payment**

The Balance of Sales Price may be paid by Purchaser through, and Purchaser hereby authorizes MEPCO to make, the applicable number of consecutive monthly charges to Purchaser's credit card account listed below, in the amounts and on the dates disclosed under the Payment Plan Terms, until such time as the Balance of Sales Price, together with the applicable charges described on page 2 hereof (the "Applicable Charges"), are fully paid, or until such time as MEPCO has received written notification of termination ("Credit Card Payment Termination Notice") from Purchaser in time to allow reasonable opportunity to act on it.

_____-_____-_____-_____        _____ / _____        _____

Credit Card Number            Expiration Date (MM/YY)        Type of Card (MC, Visa, Amex, Discover)

I authorize charges to my credit card account for payment of the Balance of Sales Price together with all Applicable Charges in accordance with this Agreement.

---

☐ **Payment Option 2: Authorization for Bank Account Direct Debit**

The Balance of Sales Price may be paid by Purchaser through, and Purchaser hereby authorizes MEPCO to instruct Purchaser's financial institution described below to make, the applicable number of consecutive monthly payments in the amounts and on the dates disclosed under Payment Plan Terms, from the account listed below, by electronic automatic debit of Purchaser's checking or savings account. This authority will remain in effect until such time as the Balance of Sales Price, together with all applicable Charges, are fully paid, or until such time as MEPCO has received written notification of termination ("Bank Account Direct Debit Termination Notice") from Purchaser in time to allow reasonable opportunity to act on it.

_____        _____        _____

Name of Financial Institution        Routing Number (Must be 9 digits long)        Account Number

☐ Checking        ☐ Savings

I authorize charges to my bank account for the payment of the Balance of Sales Price together with all Applicable Charges in accordance with this Agreement.

---

☐ **Payment Option 3: Monthly Bill**

The Balance of Sales Price may be paid directly by Purchaser in accordance with the Payment Plan Terms listed above. Purchaser shall receive a monthly bill and shall make payment on or before the Payment Date of each consecutive month until the Balance of Sales Price, together with all Applicable Charges, are fully paid, or until such time as MEPCO has received written notification of termination ("Monthly Bill Termination Notice") from Purchaser. Purchaser shall send such payments to MEPCO at such address as MEPCO provides to Purchaser.

---

PURCHASER SHALL HAVE THE RIGHT, AT ANY TIME, TO CANCEL THE CONTRACT BY NOTICE TO MEPCO ("Termination Notice") OR BY NONPAYMENT. PURCHASER SHALL HAVE NO OBLIGATION TO MAKE ANY NSTALLMENT PAYMENTS AFTER CANCELLATION. Subject to the Cancellation provisions on Page 2 hereof, unless MEPCO shall previously have received a Bill Termination Notice, (i) a late payment fee may be imposed in the amount of the lesser of 5% of the late payment or $5.00 in respect of any payment not received by MEPCO within five days of the scheduled Payment Date therefor (the "Late Charge"), and (ii) in the event that any scheduled payment is not made on or before the scheduled Payment Date, as provided in the Payment Plan Terms above, MEPCO is authorized by Purchaser (without notice thereof to Purchaser) to direct Administrator or Seller to cancel Purchaser's Contract and this Agreement at any time for nonpayment. Purchaser hereby assigns to MEPCO all of Purchaser's right, title and interest in and to the Contract, including Purchaser's rights to cancel the Contract, receive all unearned and refund amounts under the Contract and Purchaser's right to make a direct claim for indemnity against the Insurance Company. Purchaser represents to MEPCO that Purchaser's decision to purchase the Contract from Seller under the payment program did not result in Seller charging Purchaser a different Total Sales Price for the Contract than Purchaser would have paid if Purchaser had decided instead to pay the purchase price of the Contract in full at the time this Agreement was executed. The content and format of this Agreement have been adopted to provide Purchaser with important information in a clear and familiar form, and their use does not imply that any particular federal or state law relating to lending or installment sales is applicable to this Agreement or the transaction it contemplates. IF YOU FAIL TO MAKE ANY PAYMENT WHEN DUE, YOUR CONTRACT WILL BE CANCELLED.

By signing below, I agree I have had the opportunity to review, accept, and correct any errors contained in this Agreement.

☒ Purchaser understands that the personal information regarding Purchaser that is provided by Purchaser in connection with this Agreement will not be used or shared with any other party other than for the purpose of providing the services required by this Agreement and the Contract and as required or permitted by applicable law.

**PURCHASER**                    **DATE**
By: VEHICLE ACTIVATIONS CENTER        1/8/2021

Its _____

☒ This _____
_____ to cancel.

See Page 3 for additional terms and conditions.

**PROMISE TO PAY**: In consideration of the sale of the Contract to Purchaser, Purchaser promises to pay to MEPCO, on behalf of Mepco, the Balance of Sales Price and all Applicable Charges shown under Payment Plan Terms, subject to the provisions of this Agreement. Purchaser shall not have any right to reduce any amount owed to MEPCO pursuant to this Agreement for any reason whatsoever.

**CANCELLATION**: Purchaser has the right to cancel this Agreement at any time. Purchaser may cancel this Agreement at any time by (i) electing not to make the next payment due pursuant to this Agreement or (ii) sending MEPCO a Termination Notice. In the event that (a) Purchaser elects not to make the next payment due pursuant to this Agreement, (b) MEPCO receives a Termination Notice or (c) an Event of Default occurs hereunder, MEPCO may cancel the Contract and this Agreement. After the effective date of Cancellation, Purchaser shall have no further obligation to make installment payments under this Agreement. **IMPORTANT: Cancelling this Agreement does not immediately cancel your Contract; It only cancels your payment plan. Coverage under your Contract will eventually be cancelled (in accordance with the terms of this Agreement) based on your nonpayment. However, you should contact the Seller or Administrator in order to immediately cancel your Contract.** Purchaser hereby assigns to MEPCO all of Purchaser's right, title and interest in and to the Contract, including Purchaser's rights to receive all unearned and return amounts and to assert any rights to reinstate the Contract and all proceeds thereof, and Purchaser's right to make a direct claim for indemnity against the Insurance Company. In the event that Purchaser has made total payments to MEPCO in excess of the portion of the Total Sales Price plus Applicable Changes earned through the date of cancellation, Administrator or Seller shall refund the amount of such excess to Purchaser.

**POWER OF ATTORNEY**: Following any default hereunder, and subject to the Cancellation provisions above, Purchaser hereby irrevocably appoints MEPCO as its true and lawful attorney-in-fact, only for the limited purposes related to this Agreement set forth in the following sentence until all amounts payable hereunder are paid in full. MEPCO shall have full power under this power of attorney to (i) cancel the Contract, (ii) receive, demand, collect or sue any party for any amounts relating to the Contract, (iii) endorse or execute in Purchaser's name all checks issued and all other documents or instruments relating to the Contract, and (iv) take such other actions as are reasonably necessary to further the purposes of this Agreement.

**APPLICABLE CHARGES**: If any payment due hereunder is more than five days late, and except as prohibited by applicable law, Purchaser agrees to pay MEPCO the Late Charge. Nothing herein shall be considered to waive any default hereunder or to grant any grace period with respect to any default for failure to make any payment on the Payment Date. Notwithstanding anything herein to the contrary, in the event that any scheduled payment is not made on or before the Payment Date, MEPCO may, in its sole discretion, direct Administrator or Seller to cancel the Contract and this Agreement at any time for nonpayment. Except as prohibited by applicable law, Purchaser agrees to pay to MEPCO a fee of $25 for each check or each debit that is dishonored by Purchaser's bank. Purchaser consents to the payment of all of the Applicable Charges in accordance with the Payment Option selected.

**DEFAULT PAYMENT OPTION**: If Purchaser fails to select a Payment Option, Purchaser shall be deemed to have selected a Monthly Bill.

**PREPAYMENT**: Purchaser shall have the right to prepay the entire unpaid Balance of Sales Price at any time, without penalty or discount.

**DEFAULT**: If (i) Purchaser fails to make any payment due hereunder or comply with any other provision hereof, (ii) Purchaser becomes the subject of any voluntary or involuntary bankruptcy proceedings, (iii) Purchaser has a receiver or trustee appointed for it or its property, or (iv) Purchaser makes an assignment for the benefit of its creditors or admits in writing that it is unable to pay its debts as they become due, an "Event of Default" shall be deemed to have occurred. Upon the occurrence of an Event of Default, MEPCO shall have the right to take such actions as are available to MEPCO hereunder at law or in equity. MEPCO shall be entitled to reimbursement for reasonable attorneys' fees and costs in enforcing MEPCO's rights hereunder.

**RELEASE**: Purchaser hereby releases and discharges MEPCO from any liability for damages with respect to any action taken following an Event of Default by Purchaser and shall indemnify and hold MEPCO harmless from any liabilities, claims, damages or causes of action in connection with any such action by MEPCO.

**PAYMENT AFTER CANCELLATION**: Any payment made by Purchaser after the effective date of cancellation (or after a notice of cancellation is mailed to Purchaser) will **not** result in a reinstatement of the Contract but will be applied to Purchaser's outstanding obligations, if any, under this Agreement. Neither the acceptance nor the application of any such payments shall constitute an undertaking by MEPCO to take steps to attempt to reinstate such Contract or constitute a waiver of any Event of Default hereunder.

**ACCEPTANCE, RATIFICATION, ACCURACY**: This Agreement shall be considered accepted by Purchaser and MEPCO upon the payment of the down payment and is effective as of Effective Date of Contract. Purchaser agrees that MEPCO shall have the authority to revise this Agreement to insert any provision omitted (including but not limited to the due date of the first installment) upon written notice to Purchaser. In addition, if the total payments due hereunder are increased due to underwriting considerations, MEPCO shall have the right, upon receipt of Purchaser's written authorization, to revise dollar amounts on the face of this Agreement. Any change by Purchaser (by way of deletion, modification, supplementation or otherwise), to any portion of this Agreement shall render the Agreement voidable, at MEPCO's option.

**ASSIGNMENT**: MEPCO may, with or without notice to Purchaser, assign or pledge its rights, title and interest in, to and under this Agreement and the power of attorney herein described. Upon written notice from any such assignee, Purchaser shall make all payments to such assignee without defense, offset or counterclaim.

**AGENTS OF SING For Service, LLC d/b/a MEPCO; AUTHORITY:** Pursuant to one or more powers of attorney, MEPCO will, from time to time, appoint one or more third parties as its agent to take certain actions on its behalf in connection with this Agreement. The Purchaser is entitled to rely upon actions taken and statements made by such agents on behalf of, and in the name of, MEPCO to the same extent as if MEPCO had taken such actions or made such statements in its own name.

**LIMITED RESOURCE COVENANT:** The Purchaser understands and agrees that: (i) Mepco's obligations are solely the obligations of Mepco and of no other Person, payable at any time only to the extent funds are available to Mepco, (ii) to the extent funds at any time are not available to Mepco to pay such obligations, any claims relating thereto shall not constitute a claim against Mepco but shall continue to accrue; (iii) the payment of any claim (as defined in Section 101 of Title 11 of the Bankruptcy Code) is expressly subordinated to the payment in full of all of Mepco's outstanding obligations to its lenders and the administrative agent; and (iv) prior to the date that is one year and one day after the payment in full of all of Mepco's outstanding obligations, the Purchaser will not institute against, or join with any other Person in instituting against, Mepco any bankruptcy, reorganization, insolvency or liquidation proceedings or similar proceeding under the laws of the United States or any state of the United States.

**WAIVERS, REMEDIES, ENTIRE AGREEMENT**: MEPCO's failure to require strict performance of any provision hereof or to exercise any of its rights hereunder, shall not be construed as a waiver or relinquishment of any future rights under such provision, but the provision shall continue and remain in full force and effect. The exercise of any rights or remedies by MEPCO under this Agreement is cumulative and shall not preclude MEPCO from exercising any other right or remedy it may have hereunder or at law. Each provision hereof shall be interpreted in such manner as to be effective and valid under applicable law. If any provision hereof is held to be unenforceable or invalid under applicable law, the unenforceability or invalidity of such provision shall not impair the validity or enforceability of the remaining provisions hereof. Time is of the essence in this Agreement.

**MANDATORY ARBITRATION**: MEPCO and Purchaser mutually agree that (i) any one of them has the right to elect to resolve by binding arbitration:

any claim, dispute or controversy (whether in contract, tort or otherwise, whether pre-existing, present or future, and including statutory, common law, intentional tort, and equitable claims) arising from or relating to this Agreement or the Contract; (ii) if arbitration is chosen, it will be conducted with the American Arbitration Association (the "AAA") pursuant the AAA's Commercial Arbitration Rules: (iii) THERE SHALL BE NO AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED ON A CLASS ACTION BASIS; (iv) AN ARBITRATION CAN ONLY DECIDE MEPCO'S OR PURCHASER'S CLAIM(S) AND MAY NOT CONSOLIDATE OR JOIN THE CLAIMS OF OTHER PERSONS WHO MAY HAVE SIMILAR CLAIMS; (v) ANY SUCH ARBITRATION HEARING WILL TAKE PLACE IN THE BOROUGH OF MANHATTAN, CITY OF NEW YORK, NEW YORK; (vi) Purchaser hereby waives any objection which it may now or hereafter have based on venue and/or forum non

conveniens of any such arbitration; and (vii) this Agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act.

**GOVERNING LAW AND VENUE**: This Agreement shall be governed by and construed in accordance with the laws of the State of New York without regard to applicable conflict of law principles. Purchaser hereby unconditionally and irrevocably waives any claim to assert that the law of any other jurisdiction governs this Agreement or the Contract. Any legal suit, action or proceeding against MEPCO arising out of or relating to the Agreement or the Contract may only be instituted in Federal or State Court in the State of New York, Borough of Manhattan, City of New York, New York. Purchaser hereby waives any objection which it may now or hereafter have based on venue and/or forum non conveniens of any such suit, action or proceeding and Purchaser hereby irrevocably submits to the jurisdiction of any such court in any such suit.

**WAIVER OF CLASS ACTION**: PURCHASER HEREBY WAIVES ANY RIGHT TO BRING ANY LEGAL ACTION OR PROCEEDING WITH RESPECT TO THIS AGREEMENT, THE CONTRACT OR ANY MATTER ARISING IN CONNECTION THEREWITH ON A CLASS ACTION BASIS.

**WAIVER OF JURY DEMAND**: PURCHASER HEREBY AGREES NOT TO ELECT A TRIAL BY JURY OF ANY ISSUE TRIABLE OF RIGHT BY JURY WITH REGARD TO THIS AGREEMENT, THE CONTRACT OR ANY OTHER ACTION ARISING IN CONNECTION HEREWITH OR THEREWITH. MEPCO IS HEREBY AUTHORIZED TO FILE A COPY OF THIS PARAGRAPH IN THE EVENT OF ANY SUCH PROCEEDING.

### A. MAINTENANCE AND RECORDS

To obtain the benefits provided by this **Service Contract**, **You** are required to provide maintenance to **Covered Components** at a **Licensed Repair Facility** in accordance with what is recommended by the manufacturer of **Your Vehicle**. Proper documentation and verifiable receipts, from the original purchase date of your vehicle, for all maintenance and repairs may be required in the event of a claim. Receipts must reflect proper **Vehicle** documentation (i.e. year, make, and model), complete **Vehicle** Identification Number, and the current mileage of the **Vehicle**. Handwritten receipts will not be accepted. Failure to provide proof of required maintenance may result in denial of coverage. The minimum requirement on oil and filter changes is every six (6) months or 5,000 miles, whichever comes first if the manufacturer has an indicator-based schedule, and You must follow the maintenance schedules in accordance with Your Vehicle's manufacturer recommendations. In addition, YOU must maintain all other covered components (transmission flushes, lubrication, software updates and reprogramming, timing belt/chain, filters, etc.) Severe maintenance schedule may need to be followed if conditions apply as outlined in the VEHICLE owner's manual.

### B. WHAT IS COVERED

Only those items listed under the "Powertrain Plus" and "Tire Coverage" heading in this section are covered, subject to the terms and conditions of this **Contract**, and in accordance with the coverage, options, and surcharges indicated on the first page of this **Contract**.

#### Powertrain Plus Coverage

**Covered Components** are categorized by related vehicle systems. If a **Covered Component Fails** during the term of this **Contract**, the **Administrator** will pay for the repair or replacement of the **Covered Component,** subject to the terms and conditions herein.

**ENGINE COMPONENTS**: Cylinder Block and Cylinder Heads (only if damaged by internally lubricated parts); all internal **Lubricated Parts** of the Engine; Harmonic Balancer; Timing Gear; Timing Chain; Timing Belt and Water Pump. All internally lubricated parts of the Original Equipment Manufacturer (OEM) parts of the turbo/twin turbo/supercharger. The turbo/twin turbo/supercharger case is not covered.

**TRANSMISSION COMPONENTS**: Transmission Case (only if damaged by internally lubricated parts) and all internal **Lubricated Parts** of the Transmission; Torque Converter; Flywheel/Flex Plate and Vacuum Modulator.

**TRANSFER CASE COMPONENTS**: Transfer Case (only if damaged by internally lubricated parts) and all internal **Lubricated Parts** of the Transfer Case.

**DRIVE AXLE COMPONENTS**: Drive Axle Housing (only if damaged by internally lubricated parts) and all internal **Lubricated Parts** of the Drive Axle; Drive Shafts; Universal Joints; Constant Velocity Joints; Locking Hubs.

**AC/HEATING COMPONENTS** (OEM or DEALER INSTALLED ONLY): Condenser; Compressor; Compressor Clutch; Evaporator.

**ELECTRICAL COMPONENTS**: Alternator/Generator, A/C Blower Motor, Starter Motor; Starter Solenoid; Starter Drive.

**SEALS AND GASKETS**: If you selected and paid the Seals and Gaskets surcharge as indicated on the first page of this Contract and **Your Vehicle** has less than 125,000 miles at the time this **Contract is sold,** leaking seals and gaskets on any **Covered Components** listed above will be covered, subject to the terms and conditions herein. Minor loss of fluid or seepage is considered normal and is not considered a **Mechanical Breakdown**.

**HYBRID COMPONENTS**: Hybrid Transaxle, Electronic Transmission, Inverter, Generator(s), and

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR
BEFORE STARTING ANY TEARDOWN OR REPAIRS.
PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

PP-1219

**Tire Coverage**

Coverage afforded under this **Service Contract** applies ONLY to the D.O.T. approved and manufacturer-specified tires on **Your Vehicle** at the time of delivery. In the event of a **Covered Tire Repair,** any D.O.T. approved or manufacturer-specified replacement will also be covered for the remainder of **Your** term. In the event of a **Covered Tire Repair**, the following stipulations apply:

1. **Tire Repairs**: The **Administrator** will reimburse **You** up to $20 (per tire per single visit) of the **Cost** to repair **Your** tire.

2. **Tire Replacement:** The **Administrator** will reimburse **You** up to one hundred dollars ($100.00) toward the **Cost** for each tire replacement per single visit, up to a maximum aggregate per **Contract** term of four hundred dollars ($400.00). **You** must have more than 3/32" tread depth remaining to be eligible for reimbursement.

## C. LIMITS OF LIABILITY

**Our** limit of liability for tire replacements will not exceed an aggregate amount of $400.00 for the term of this **Contract**. For all other repairs or replacements**, Our** liability per repair visit, under any circumstances, will not exceed the NADA "clean trade-in" value of the **Vehicle** immediately prior to **Breakdown**. The total of all benefits paid or payable under this **Contract** will not exceed the price paid for the **Vehicle** (excluding tax, title and license fees) by the original purchaser of this **Service Contract**. A copy of the **Vehicle** Bill of Sale may be requested for verification. **Our** liability for incidental and consequential damages including, but not limited to personal injury, physical damage, property damage, loss of **Vehicle** use, loss of time, inconvenience and commercial loss resulting from the operation, repair, maintenance, or use of this **Vehicle** is expressly excluded.

## D. WHAT IS NOT COVERED

**In accordance with the coverage indicated on the front page of this Service Contract, any part not specifically listed under the "WHAT IS COVERED" section is not covered. In addition, this Service Contract does not cover the items under the "Powertrain Plus" and "Tire" headings listed in this section**

**Powertrain Plus**

1. **Any repair that has not received prior authorization from the Administrator. This exclusion does not apply to Emergency Repairs.**
2. **The repair or replacement of any motor vehicle component that was not properly operating in accordance with manufacturer's specifications at the time this Service Contract was sold (i.e. pre-existing conditions).**
3. **Any Vehicle w th a branded title (e.g. salvage, junk, rebuilt, total loss, flood, fire, or gray market)** or has been deemed a total loss by an insurance entity**.**
4. **Any Vehicle that has been repurchased by or had ts price renegotiated with the manufacturer. Any Vehicle that has had the manufacturer's warranty revoked, voided, or cancelled; or any Vehicle that never came with a manufacturer's warranty.**
5. **The repair, modification, or replacement of any component that has not Failed, as defined by this Contract.**
6. **The repair, retrofit, or replacement of any component required for compliance by any local, state, or federal law or legislation.**
7. **The gradual reduction in component performance through normal or excessive usage. The repair or replacement of engine valves, valve guides, valve seals, and/or piston rings is not covered if the purpose of such repair(s) is simply to raise the compression of the engine, increase performance, or to reach acceptable oil consumption/burning.**
8. **If any alterations have been made to Your Vehicle or You are using or have used Your**

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS.**
**PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

PP-1219

Vehicle in a manner not recommended by the manufacturer, including but not limited to, the failure of any custom or add-on part, all frame or suspension modifications, lift/lowering kits, the use of oversized tires or any tire that is not recommended by the original manufacturer or it creates an odometer/speedometer variance of greater than 4%, trailer h tches. Also not covered are any emissions and/or exhaust systems modifications, engine modifications, transmission modifications, and/or drive axle modifications, which includes any performance modifications.

9. Any Mechanical Breakdown covered by an insurance entity or any component w th a warranty or "repairer's guarantee" through a repair facility or when the responsibility for the repair is covered by an insurance policy, manufacturer and/or dealer customer assistance program, or any warranty from the manufacturer, such as extended drive train, major component or full coverage warranties, or a repairer's guarantee/warranty (regardless of manufacturer's or repairer's ability to pay for such repairs). Further, Coverage under this Contract is similarly limited in the event of a Breakdown if the manufacturer has announced its responsibility through any means, including public recalls and factory service bulletins. Add tionally, if an insurance ent ty, the manufacturer, or Licensed Repair Facility notifies You that they will monetarily participate in a repair that has been authorized and paid by Us, then We will exercise Our right to recover the respective amount.

10. Any Vehicle with an odometer that has been tampered with, altered, disconnected, or not maintained in working order. You may be required to provide an odometer statement at the time of sale of this Service Contract.

11. Any Mechanical Breakdown or Failure caused by (a) normal or excessive wear and tear; (b) Your failure to provide the proper maintenance to the failed part or parts; (c) overheating, regardless of the cause of overheating; (d) incorrect, contaminated, or inadequate amounts of coolant, lubricants, or fluids; (e) accidental loss or damage, impact, collision or upset, falling missiles or objects, rust, corrosion, fire, theft, larceny, explosion, lightning, earthquake, wind storm, hail, water, flood, freezing, malicious mischief, vandalism, riot, or civil commotion; or (f) DRIVER NEGLIGENCE OR MISUSE, INCLUDING THE OPERATION OF AN IMPAIRED VEHICLE.

12. Cosmetic damage or cosmetic related repairs (e.g. scratches, nicks, dents, or tears).

13. Body components or repairs related to the body of the Vehicle (e.g. bumpers, lenses, glass, paint, convertible or vinyl tops, sheet metal, outside ornamentation, frame or structural body parts, air or water leaks, wind noise, weather strips, squeaks or rattles, trim, upholstery, carpet, or mats).

14. Navigational systems, unless You selected and paid for the Luxury Electronics Package option at the time this Service Contract was sold, in which case only the factory-installed navigational system on Your Vehicle will be covered.

15. The following, unless required in conjunction w th a Covered Repair: upgrades, adjustments, alignments, oil, fluids, greases, lubricants, or refrigerant.

16. Maintenance services and parts described in the manufacturer's maintenance schedule for Your Vehicle. NOTE: During the term of this Service Contract, it may become necessary to (a) replace spark/glow plugs and wires, emission control valves, timing belts, drive belts, distributor caps and rotors, and filters; (b) adjust belts, ignition, transmission bands, or clutch system; (c) clean fuel and cooling systems, or remove sludge or carbon deposits; and (d) maintain or replace items not specifically covered under this Service Contract. These aforementioned services and replacements are required because of normal wear and usage—they are Your responsibil ty. Costs for these services and parts are not covered by this Service Contract. If You purchased the Emissions Package, tems listed under the "Emissions Package" in the Optional Coverage section will be covered.

17. Any expenses associated with shop supplies, materials charges (i.e. miscellaneous items not directly associated with a Covered Repair), hazardous waste charges, diagnosis time (where a Covered Mechanical Breakdown has not occurred), freight charges, or storage charges.

### AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

18. Vehicles used for commercial towing, dump or refuse collection, hauling or towing loads weighing in excess of vehicle manufacturer's specifications, taxi, livery, shuttle, rental, construction, racing or competitive driving, emergency services, or Vehicles equipped with a snow plow.

19. Business Use Vehicles including UBER and LYFT, unless the Business Use surcharge is selected and paid at the time this Contract is sold.

20. Vehicles operated by more than one person or vehicles using multiple drivers over a period of time due to shift work.

21. The repair or replacement of the following: (a) batteries and battery cables, including batteries and battery cables for Hybrid vehicles; (b) exhaust system components and catalytic converters; (c) shock absorbers; (d) fasteners, nuts, bo ts, clips, screws; (e) fuses and bulbs; (f) safety restraint systems (including air bags); (g) brake linings, rotors, and drums; (h) sealed beams and LED or HID lamps; headlamp and tail lamp assemblies; (i) wiper blades, hoses, molded rubber, and rubber-like items; (j) clutch disc and linings, clutch pressure plate, clutch throw-out bearings, pilot bearings; (k) bent shift forks, stretched timing chains; and (l) cellular phones.

22. Any losses resulting from delays, labor strikes, loss of time, inconvenience, or other causes beyond the control of the Administrator or Licensed Repair Facility.

23. The repair or replacement of any Covered Component that has been damaged by a non-Covered Component or from an improper repair.

24. The repair or replacement of any non-Covered Component damaged as a result of the Failure of a Covered Component.

25. Vehicles registered or needing repairs or replacements outside of the contiguous United States, Alaska, or Hawaii.

26. Convertible top assemblies; television/VCR/DVD players; game centers; cumulative repair or replacement costs during the term of this Contract; audio/video equipment and audio/video accessories; all touch screen and/or voice activated accessories, including related display screens and heads up displays on windshields; electronic transmitting/receiving devices; voice recognition systems; remote control consoles; security systems; and radar detection devices. If You purchased the Luxury Electronics Package, items listed under the "Luxury Electronics Package" in the Optional Coverage section will be covered.

27. Any component or part of a component that enables a Vehicle to be propelled by any source of power other than gasoline, diesel fuel, or E85 ethanol. In addition, components belonging solely to any of the following (unless otherwise stated in this document): Hybrid Vehicles, Plug-in Hybrid Vehicles, Electric Vehicles, Extended-Range Electric Vehicles, or Hydrogen-Powered Vehicles. The Hybrid Battery is not covered in any instance.

28. All emission components.

29. All Nissan CVT Transmissions regardless of model or year of manufacture.

E. **Tire**

Stipulations noted under the "Exclusionary" heading in this section, "WHAT IS NOT COVERED," also apply to Your Vehicle's tires. In addition, the following tire- specific exclusions apply:

1. Destruction or damage to a tire due to off-road Vehicle use, construction site use, or an impact with an engineered obstruction in the highway or roadway (including, but not limited to curbs).

2. Any repair or replacement due to dry-rot, cracking, or peeling of tread.

3. Tires that prematurely fail because of overloading, improper loading, or improper inflation.

4. Used, retread, or remanufactured tires.

5. Tires that are not D.O.T. certified or that do not meet the specifications prescribed by the manufacturer of the Vehicle listed in this Service Contract.

6. Any Tire Failure occurring when any portion of the tread depth on the failed tire is 3/32 of an

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

7.   **Tires** transferred from another vehicle.

## F.   WHAT TO DO IF YOUR VEHICLE SUSTAINS A MECHANICAL BREAKDOWN OR A TIRE FAILURE

1.   Take immediate action to prevent further damage to **Your Vehicle**. Any damage resulting from continued operation of an impaired **Vehicle** will constitute failure to protect **Your Vehicle** and will not be covered under this **Service Contract**.

2.   **You** may deliver **Your Vehicle** to the **Licensed Repair Facility** of **Your** choice. However, authorization must be obtained from the **Administrator** prior to any repair.

3.   Present this **Contract** to the **Licensed Repair Facility**. The **Administrator** may also require **You** to provide the **Licensed Repair Facility** with proof of all relevant maintenance as expressed under "MAINTENANCE ANDRECORDS".

4.   Ensure that the **Licensed Repair Facility** contacts the Claims Department for instructions prior to any repairs. The Claims Department can be reached at **1-833-228-1900 from** 8:00 A.M. - 12:00 P.M. and 1:00 P.M. - 6:00 P.M. (CST) Monday - Friday. AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS.

5.   If **Emergency Repairs** are required, deliver **Your Vehicle** to a **Licensed Repair Facility** and have the necessary repairs performed at a reasonable and customary charge. On the next business day, report the repairs to the **Administrator** at **1-833-228-1900.** The **Administrator** will determine the reimbursement eligibility in accordance with the terms and conditions of this **Service Contract**.

6.   In all instances, if **Your** repair is a **Covered Repair** or **Covered Tire Repair**, then **You** are required to pay the **Licensed Repair Facility** the deductible amount reflected on the first page of this **Contract**. In addition, **You** are also required to pay for anything not authorized by the **Administrator**.

7.   The amount authorized by the **Administrator** is the maximum amount that will be paid for any repairs covered under the terms of this Contract. Any additional amount must receive prior approval from the **Administrator**. Should a claim arise before this Contract is paid in full, the balance owed will be deducted from the claim payment.

## G.   WHAT THE ADMINISTRATOR WILL DO WHEN A CLAIM IS REPORTED

The **Administrator** will determine the extent of coverage, subject to the terms and conditions of this **Contract**. To that end, the **Administrator** will verify the **Failure** or **Tire Failure** with the **Licensed Repair Facility**, verify coverage, determine the **Cost** of the **Covered Repair** or **Covered Tire Repair** subject to the terms, conditions, and limitations of this **Contract**, and authorize the claim. The claim is not approved unless authorization numbers are given to the **Licensed Repair Facility**.

**NOTE**: (1) At the sole discretion of the **Administrator**, **Failed** parts or **Failed Tires** may be replaced with new parts or tires, remanufactured parts or tires, or used parts or tires of like kind and quality**.**

(2) **We** reserve the right to inspect **Your Vehicle** to verify **Failure(s)** or **Tire Failure(s).** In addition, if a dispute arises between the **Licensed Repair Facility** and **Us**, **We** reserve the right to relocate **Your Vehicle** to a **Licensed Repair Facility** of **Our** choice. In the event the **Administrator** determines that a repair in question is not a **Covered Repair** or a **Covered Tire Repair**, then **You** are responsible for any cost incurred.

## H.   STATE SALES TAX

The payment of sales tax on **Covered Repairs** or **Covered Tire Repairs** will be made in accordance with the regulations of the Taxing Authority in the state where **Your Vehicle** has been repaired.

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

## I. DEFINITIONS

- **ADMINISTRATOR**: **Matrix Warranty Solutions, Inc.** 3100 McKinnon St., Suite 420, Dallas, TX 75201. 1-833-228-1900.

- **BUSINESS USE: Vehicles** used primarily for profit, such as repair work, route work, service work, and delivery. **Vehicles** used for farm work or oil field work are included under this definition and are eligible for coverage if their primary use is transportation and not off-road work. Other examples include, but are not limited to floral delivery, cable TV repair, plumbing, vending machine services, catering, medical supply delivery, home repairs, and realty services.

- **COST**: The customary and reasonable charges for the parts and labor necessary to repair or replace **Covered Components** or **Covered Tires**. **Cost** will not exceed the manufacturer's suggested retail (list) price for parts and labor will be verified by the standard version of the following nationally recognized labor guide: Alldata. The labor rate must be authorized by the **Vehicle** manufacturer for franchised dealers and cannot exceed the average retail rate charged by similar repair facilities in the same area. All charges are subject to the limits of liability, the terms and conditions of this **Service Contract,** and the **Administrator's** approval.

- **COVERED BREAKDOWN** or **COVERED MECHANICAL BREAKDOWN**: A **Breakdown** that is covered by this **Contract**.

- **COVERED PART(S)** and **COVERED COMPONENT(S)**: Any part of the **Vehicle** listed herein as a **Covered Part/Component** and not excluded from coverage by this **Service Contract**.

- **COVERED REPAIR**: A repair to a **Covered Part/Component** that is authorized by the **Administrator**.

- **COVERED TIRE**: A tire that that conforms to **Vehicle** manufacturer's specifications and was D.O.T. approved at the time of sale, or any equivalent replacement tire on the **Vehicle** when it was delivered.

- **COVERED TIRE REPAIR**: A repair to a **Covered Tire** that is authorized by the **Administrator** as defined under Tire Failure or Failed Tire(s).

- **EMERGENCY REPAIRS**: Repairs made outside of **Administrator's** business hours, which, if not performed, would impair the future operation of **Your Vehicle**, or render **Your Vehicle** inoperable or unsafe to drive.

- **FINANCE COMPANY**: Any financial institution providing financing for the purchase of this **Service Contract**.

- **LICENSED REPAIR FACILITY**: Any automotive repair facility that has been licensed to perform automotive repairs by the state in which it operates.

- **LUBRICATED PART**: A part that requires lubrication to function correctly.

- **MECHANICAL BREAKDOWN**, **BREAKDOWN**, **FAILURE**, **FAILS**, or **FAILED**: The inability of any **Covered Component(s)** that has received proper maintenance, as prescribed by this **Service Contract**, to function in the manner for which it was designed. This inability must be the result of defective material or faulty workmanship, not due to the gradual reduction in component performance through normal or excessive usage. In addition, a **Failed** part must be outside the allowable tolerances prescribed by the manufacturer to be deemed a **Failure**. This is distinguished from **Tire Failure**, as defined in this section.

- **ROAD HAZARD**: Potholes or debris on the surface of a road (such as nails, glass, rocks, or tree limbs) which may cause damage to your **Covered Tire.**

- **SELLING COMPANY**: The entity identified on the first page of this **Contract** from whom **You** purchased this **Service Contract.**

- **SERVICE CONTRACT** or **CONTRACT**: This document in its entirety, which explains the coverage and limitations afforded to **You**.

- **TIRE FAILURE** or **FAILED TIRE(S)**: The inability of any tire to function in the manner for which it was designed, either due to contact with a **Road Hazard**, a defect in materials, or faulty workmanship. This inability to function is not due to misuse or abuse, and specifically excludes normal and excessive wear and tear.

### AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR
### BEFORE STARTING ANY TEARDOWN OR REPAIRS.
### PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

PP-1219

- **VEHICLE**: The **Vehicle** identified on the first page of this **Contract**.
- **WE**, **US**, **OUR**: **Matrix Financial Services LLC., 3100 McKinnon St., Suite 420, Dallas, TX 75201, 1-833-228-1900.** .
- **YOU**, **YOUR**, **CONTRACT HOLDER**, **MY**, and **I**: The person(s) whose name is listed as the purchaser(s) of this **Service Contract**.

## J.   CANCELLATION AND RENEWAL

We agree to pay on behalf of the Selling Company, the unearned refund based on consideration received from the Selling Company. The Selling Company agrees to pay the unearned portion of the commission originated from the sale of this Service Contract. Neither the Selling Company's Administrator, claims service, nor the Selling Company's insurer can be held liable for return of the Selling Company's commission or any part thereof  as paid under this Service Contract. In the event the Purchase Price of Your Service Contract is being paid through a Payment Plan (or its equivalent) which is terminated for non-payment, the Term Months and Term Miles Limit of this Service Contract will be modified to reflect the portion of the Service Contract that you have paid for. The modified Term Months and Term Miles Limit of the Service Contract will be calculated on a pro-rata basis by adding the time and mileage that you have paid for to the Service Contract Sale Date and Vehicle Odometer Mileage on the Service Contract Sale Date as listed on the Declarations Page. You may contact the Administrator toll free at 833-228-1900 to obtain the modified Term Months and Term Miles Limits

**CANCELLATION BY THE FINANCE COMPANY**: **You** hereby authorize the **Finance Company** to cancel this **Contract** on **Your** behalf in the event: (1) **Your Vehicle** is repossessed, (2) **Your Vehicle** is declared a total loss, or (3) **You** default in **Your** obligations to the **Finance Company**. In addition, **You** authorize the **Finance Company** to be listed as a joint payee and to receive any refund in the event this **Contract** is cancelled.

**CANCELLATION BY THE ADMINISTRATOR**: The **Administrator** may cancel this **Contract** for material misrepresentation or substantial breaches of contractual duties, conditions, or warranties, or for non-payment of the **Service Contract** price.

**CANCELLATION BY THE CONTRACT HOLDER**: **You** may cancel this **Service Contract** at any time by notifying the **Selling Company** or **Administrator** in writing. This notification must include this **Service Contract**. A notarized statement indicating the actual mileage (odometer reading) of **Your Vehicle** on the date of the cancellation request may also be required unless the vehicle is lost, stolen or destroyed.

**CANCELLATION PROVISIONS**: If this **Contract** is cancelled within the first thirty (30) days from the **Contract** sale date and no claims have been filed, then **You** will receive a full refund. If this **Contract** is cancelled after thirty (30) days past the **Contract** sale date or after a claim has been filed, then **You** will receive a pro rata refund less any claims paid under this **Contract**. Pro rata refunds are determined by multiplying the amount **You** paid for this **Service Contract** by the lesser of the following: (a) the number of covered days remaining on the **Service Contract** divided by the original number of covered days, or (b) the miles of remaining coverage under the **Service Contract** divided by the original number of covered miles. A cancellation fee of $75 will be charged for all pro rata cancellations made by the **Contract Holder**. In all instances, if there is no **Finance Company**, the refundable amount will be paid to **You**. If there is a **Finance Company**, the refundable amount will be paid to the **Finance Company**.

**NOTE**: Transferred **Service Contracts** are not eligible for cancellation refunds. This **Contract** is non-renewable.

## K.   TRANSFER OF VEHICLE OWNERSHIP

If **You** sell **Your Vehicle** or if there is any change in the ownership of **Your Vehicle**, **You** may request
**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR**
**BEFORE STARTING ANY TEARDOWN OR REPAIRS.**
**PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

PP-1219

to transfer the remaining coverage of this **Contract** to the new owner. This request must be submitted within fifteen (15) days of the change in **Vehicle** ownership. **You** must notify the **Administrator** of the transfer of ownership in writing and must include the following: a transfer fee of $50, the name and address of the new owner, and the mileage of the **Vehicle** at the time of transfer. The **Administrator** has the discretion to approve or reject your request to transfer coverage. Copies of all maintenance records showing oil changes and manufacturer's required maintenance must be given to the new owner. The new owner must retain these records and the **Vehicle** will still be subject to the maintenance requirements as specified in this **Contract** and by the **Vehicle** manufacturer. No handwritten receipts will be accepted.

This **Contract** may not be transferred more than once, may not be assigned to another vehicle, and may not be transferred to a new or used vehicle dealer or anyone other than an individual purchasing **Your Vehicle** for personal use. If **You** sell **Your Vehicle,** or if there is any change in the ownership of **Your Vehicle** without notifying the **Administrator** as outlined in this section, this **Contract** will terminate.



**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR
BEFORE STARTING ANY TEARDOWN OR REPAIRS.
PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

PP-1219

**SPECIAL STATE REQUIREMENTS AND DISCLOSURES**

### THIS CONTRACT IS AMENDED TO COMPLY WITH THE FOLLOWING STATE REQUIREMENTS AND DISCLOSURES:

**ALABAMA**
Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation by the Administrator", "If **We** cancel this **Contract**, prior written notice of cancellation will be sent to **Your** last known address at least five (5) days prior to cancellation by **Us**. Prior notice shall state the effective cancellation date and the reason for cancellation. Prior notice is not required to be sent if the reason of cancellation is for: 1) nonpayment of the **Service Contract** price; or 2) material misrepresentation by **You** relating to the **Vehicle** or its use."

Within the "CANCELLATION AND RENEWAL" section of this Contract, the following sentence(s) is amended: "Cancellation Provisions", "If this Contract was mailed to You, You may cancel this Contract within the first twenty (20) days from the date of service and receive a full refund, including the activation fee, provided no claims have been filed. If this Contract is cancelled by You after the initial full refund period, or a claim has been filed, then You will receive a pro rata refund less an administrative fee of twenty-five dollars ($25.00) and less any claims paid. The refund due following the contract holder's cancellation during the initial free look period includes the activation fee and the monthly amount.

Within the "CANCELLATION" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "A ten percent (10%) penalty per month shall be added to the refund if it is not paid or credited within forty-five (45) days after the return of this **Contract** to **Us**."

**ALASKA**
Within the "ADMINISTRATOR OBLIGOR" section of this Contract, the following sentence(s) is amended: "If a covered service is not paid within thirty (30) days after proof of loss has been filed, **You** may file a claim with Plateau Casualty Insurance Company at the address listed above."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation by the Administrator", "The **Administrator** may cancel this **Contract** for: 1) nonpayment of the **Service Contract** price; 2) **Your** conviction of a crime which involves an act that increases a hazard covered by this **Contract**; 3) discovery of fraud or material misrepresentation by **You**, or a representative of **You**, in obtaining this **Contract** or in pursuing a claim under this **Contract**; 4) discovery of a grossly negligent act or omission by **You** that substantially increases the hazards covered by this **Contract**; 5) physical changes in the **Vehicle** that result in the **Vehicle** becoming ineligible for coverage under this **Contract**; or 6) a substantial breach of contractual duties by **You** related to the covered **Vehicle**. If this **Contract** is cancelled by **Us**, written notice will be sent to **Your** last known address with at least five (5) days' prior notice before cancellation stating the effective date and reason of cancellation. Prior notice is not required for: 1) nonpayment of the **Service Contract** price; 2) discovery of fraud or material misrepresentation by **You**, or a representative of **You**, in obtaining this **Contract** or in pursuing a claim under this **Contract**."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** is cancelled by **You** after the initial full refund period, or a claim has been filed, **You** will receive a pro rata refund less an cancellation fee of seven and a half percent (7.5%) of the **Service Contract** price and less any claims paid."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "If this **Contract** is cancelled by **Us** at any time, any claims paid under this **Contract** will be deducted from any refund due to **You**.", "If this **Contract** is cancelled, and **Your** refund is not paid or credited within forty-five (45) days after the cancellation of this **Contract** by **Us**, or within forty-five (45) days after **You** return of this **Contract** to **Us**, a ten percent (10%) penalty of the unearned **Contract Price** will be added to the refund for each month the refund remains unpaid."

**ARIZONA**
All exclusions only apply to occurrences after the Contract sale date.

### AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS.
### PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

PP-1219

Within the "WHAT IS NOT COVERED" section of this Contract, the following sentence(s) is deleted: "Any Vehicle that has been repurchased by or had its price renegotiated with the manufacturer, or that has had the manufacturer's warranty revoked or voided."; "You may be required to provide an odometer statement at the time of sale of this Service Contract."; "Misrepresentation of the odometer reading either before or during the term of this Service Contract may void component coverage."

Within the "WHAT IS NOT COVERED" section of this Contract, the following sentence(s) is amended: "Any Vehicle with a branded title (e.g. salvage, junk, rebuilt, total loss, flood, or fire)."; "Any Vehicle with an odometer that has been tampered with, altered, disconnected, or not maintained in working order by the Contract Holder during the term of this Contract."

This contract does not exclude pre-existing conditions "if such conditions were known or should reasonably have been known by the service company or the person selling the service contract on the service company's behalf"

Within the "CANCELLATION AND RENEWAL" section of this Contract, the following sentence(s) is amended: "Cancellation by the Administrator", "The Administrator may cancel this Contract for: 1) material misrepresentation by You; 2) substantial breaches of contractual duties, conditions, or warranties; or 3) for non-payment of the Service Contract price. The Administrator, insurer, or its representatives may not cancel or void this Contract for reasons which are within the knowledge and/or control of the Selling Dealer including, but not limited to: 1) pre-existing conditions; 2) prior use or the odometer has been tampered with prior to purchase; 3) misrepresentation by the Selling Dealer or its subcontractors; 4) ineligibility for the program, including gray market, high performance and GM diesel autos."

Within the "CANCELLATION AND RENEWAL" section of this Contract, the following sentence(s) is added: "Cancellation Provisions", "If this Contract is cancelled at any time, You will receive a pro rata refund less a cancellation fee of $75.00. Any administrative fee for cancellation may be no more than 10% of the gross amount paid for the service contract. Under no circumstances will the cost of claims paid or services provided be deducted from any refund."

## ARKANSAS
Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "A cancellation fee of fifty dollars ($50.00) will be charged for all pro rata cancellations made by the **Contract Holder**."

## CONNECTICUT
If applicable, arbitration and Resolution of Disputes for Connecticut Residents: If there is a dispute regarding the terms of this **Service Contract** or the coverage of any claim filed with **Us**, **We** will make a reasonable effort to resolve the dispute with **You**. If **We** are unable to resolve the dispute, **You** may file a formal written complaint with the Consumer Affairs Division of the Connecticut Insurance Department. The complaint must contain a short and plain description of the dispute, including the efforts made to resolve the dispute and the results of those efforts, the purchase price or lease price of **Your** covered **Vehicle**, the cost of any disputed repairs, and a copy of this **Service Contract** document. The complaint should be mailed to: State of Connecticut, Insurance Department, P.O. Box 816, Hartford, CT 06142-0816, Attention: Consumer Affairs. **Your** complaint will be reviewed by an examiner, who will attempt to mediate the dispute. If the mediation efforts are unsuccessful, **Your** complaint will be referred to the Arbitration Unit of the Connecticut Insurance Department for further resolution through arbitration. Unless either party objects to binding arbitration of the dispute by filing a written objection with the examiner within ten (10) days after notice that the matter has been referred to arbitration, the decision of the arbitrator will be binding on both parties. A more detailed description of the arbitration procedure is set forth in Sections 42-260-1 through 42-260-5 of the Connecticut Administrative Code.

**You** have a right to cancel this **Service Contract** if **You** return the **Vehicle** or if the **Vehicle** is sold, lost, stolen or destroyed.

This **Service Contract** does not include in-home service.

The costs of transporting the **Vehicle** will not be paid for by the **Administrator**.

Within the "AGREEMENT PERIOD" section of this **Contract**, the following sentence is added: "If this **Service**

### AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR
### BEFORE STARTING ANY TEARDOWN OR REPAIRS.
### PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

PP-1219

**Contract** is for less than one year of coverage, this **Contract** will be extended by the total number of days the **Vehicle** undergoes **Covered Repairs** at a **Licensed Repair Facility**. If this **Contract** expires while the **Vehicle** is undergoing a **Covered Repair**, this **Contract** will be extended until Covered Repairs are complete."

### FLORIDA

The rate charged for this service is not subject to regulation by the office.

The CANCELLATION BY THE CONTRACT HOLDER section is deleted and replaced with the following**: You** may cancel this **Contract** by returning it to the Selling Company or directly to **Us**. An odometer statement indicating the odometer reading at the date of the request for cancellation will be required. If this **Contract** is canceled by **You** within the first sixty (60) days, **We** will refund the entire **Contract** purchase price, less any claims paid and less a cancellation fee equal to five percent (5%) of the **Contract** purchase price or fifty dollars ($50), whichever is less. If this **Contract** is canceled after the first sixty (60) days, **We** will refund the unearned **Contract** Purchase Price to **You** calculated on a pro rata basis, less any claims paid. The refund will be equal to the lesser amount produced using either the number of days the **Contract** was in force or the number of miles the **Vehicle** was driven prior to cancellation, less a cancellation fee equal to five percent (5%) of the **Contract** Purchase Price or fifty dollars ($50), whichever is less. In the event of cancellation, the Finance Company identified on the first page of this Contract, if any, will be named on a cancellation refund check as its interest may appear.

The CANCELLATION BY THE ADMINISTRATOR section is deleted and replaced with the following: **We** may cancel this **Contract** based on one or more of the following reasons: (A) there has been a material misrepresentation or fraud at the time of sale of this **Contract; (B) You** have failed to maintain the **Vehicle** as prescribed by the manufacturer; (C) the odometer has been tampered with or disabled and **You** have failed to repair the odometer; or (D) for non-payment of the **Contract** purchase price by **You**, in which case **We** shall provide **You** with a notice of cancellation by certified mail. If this **Contract** is canceled by **Us**, **We** will refund the unearned **Contract** purchase price to **You** calculated on a pro rata basis. The refund will be equal to the lesser amount produced using either the number of days the **Contract** was in force or the number of miles the **Vehicle** was driven prior to cancellation. In the event of cancellation, the Finance Company identified on the first page of this **Contract,** if any, will be named on a cancellation refund check as its interest may appear.

The TRANSFER OF VEHICLE OWNERSHIP section, is deleted and replaced with the following:

A completed transfer application and a forty ($40) transfer fee must be submitted to the **Administrator** within thirty (30) days of a change in ownership, along with the following:

1. A notarized copy of the documentation showing change of title and odometer reading;
2. Proof of maintenance recommended by the manufacturer; and
3. If the manufacturer's warranty requires a transfer, a copy of the completed transfer form.

Note: The rate charged for this Agreement is not subject to regulation by the Florida Office of Insurance Regulation.

### GEORGIA

Within the "WHAT IS NOT COVERED" section of this **Contract**, the following sentence(s) is amended: "Any **Vehicle** with an odometer that has been tampered with, altered, disconnected or not maintained in working order by the **Contract Holder**. Misrepresentation of the odometer reading by **You** either before or during the term of this **Service Contract** may void component coverage."; "The repair or replacement of any **Vehicle** component which was not properly operating in accordance with the manufacturer's specifications known to **You** at the time this **Service Contract** was sold (i.e. pre-existing conditions)."; "Damage due to alteration, modification, or use of **Your Vehicle** in a manner not recommended by the manufacturer by **You** or with **Your** knowledge, including the use of "non-stock" or modified parts."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation by the Administrator", "If **We** cancel this **Contract**, prior written notice of cancellation will be sent to **Your** last known address at least ten (10) days prior to cancellation by **Us** for nonpayment of the **Administrator** fee. Prior written notice of cancellation will be sent to **Your** last known address at least thirty (30) days prior to

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

cancellation by **Us** for fraud or material misrepresentation. Prior notice shall state the effective cancellation date and the reason for cancellation. If **We** cancel this **Contract**, **You** will be refunded a pro-rated amount of the **Contract** price, without any deductions."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If **You** cancel this **Contract** thirty (30) days after the **Contract** sale date or if a claim has been made, **You** will receive a one hundred percent (100%) pro rata refund with a fee of seventy five dollars ($75.00) or ten percent (10%) of the pro rata amount, whichever is less. Under no circumstances will the cost of claims paid or services provided be deducted from any refund."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation by the Finance Company", "The **Finance Company** must hold a power of attorney in order to cancel this **Contract** due to **Your** default in **Your** obligations to such **Finance Company**."

### HAWAII
Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation by the Administrator", "If **We** cancel this **Contract**, prior written notice of cancellation will be sent to **Your** last known address at least five (5) days prior to cancellation by **Us**. Prior notice shall state the effective cancellation date and the reason for cancellation. Prior notice is not required to be sent if the reason of cancellation is for: (1) nonpayment of the **Administrator** fee; (2) material misrepresentation; or (3) a substantial breach of contractual duties by **You** related to the covered **Vehicle** or its use."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "A ten percent (10%) penalty per month shall be added to the refund if it is not paid or credited within forty-five (45) days after the return of this **Contract** to **Us**."

### IDAHO
Coverage afforded under this **Service Contract** is not guaranteed by the Idaho Insurance Guarantee Association.

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "A cancellation fee of fifty dollars ($50.00) will be charged for all cancellations made by the **Contract Holder**."

### ILLINOIS
Within the "WHAT IS NOT COVERED" section of this **Contract**, the following sentence(s) is added: "This **Contract** does not apply to any **Mechanical Breakdown** or **Failures** caused by normal and abnormal wear and tear."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** is cancelled by **You** within the first thirty (30) days from the **Contract** sale date and no claims have been paid, then **You** will receive a full refund less a cancellation fee of fifty dollars ($50.00) or ten percent (10%) of the **Contract** price, whichever is less. If this **Contract** is cancelled by **You** after thirty (30) days past the **Contract** sale date or a claim has been paid, then **You** will receive a pro rata refund less a cancellation fee of fifty dollars ($50.00) or ten percent (10%) of the **Contract** price, whichever is less, and less any claims paid."

### IOWA
If **You** have any questions regarding this **Contract**, **You** may contact the **Administrator** by mail or by phone. Refer to the application for the **Administrator's** address and toll-free number. Iowa residents only may also contact the Iowa Insurance Commissioner at the following address: Iowa Insurance Division, Two Ruan Center, 601 Locust Street, 4th Floor, Des Moines, Iowa 50309-3738, 515-281-5705.

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** was mailed to **You**, **You** may cancel this **Contract** within the first twenty (20) days from the date of service and receive a full refund, provided no claims have been filed. If this **Contract** is cancelled by **You** after the initial full refund period, or a claim has been filed, **You** will receive a pro rata refund less a cancellation fee of seventy five dollars ($75.00)."

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR
BEFORE STARTING ANY TEARDOWN OR REPAIRS.
PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

PP-1219

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "If this **Contract** is cancelled by **You**, **We** will mail a written notice of termination to **You** with fifteen (15) days of the date of cancellation."; "A ten percent (10%) penalty per month shall be added to the refund if it is not paid or credited within thirty (30) days after the return of this **Contract** to **Us**."

## LOUISIANA

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** is cancelled by **You** within the first thirty (30) days from the **Contract** sale date and no claims have has been filed, then **You** will receive a full refund less a cancellation fee of fifty dollars ($50.00). If this **Contract** is cancelled by **You** after thirty (30) days past the **Contract** sale date or a claim has been filed, then **You** will receive a pro rata refund less a cancellation fee of fifty dollars ($50.00). Under no circumstances will the cost of claims paid or services provided be deducted from any refund."

## MAINE

Within the "WHAT TO DO IF YOUR VEHICLE SUSTAINS A MECHANICAL BREAKDOWN OR A TIRE FAILURE" section of this Contract, the following sentence has been removed: Should a claim arise before this Contract is paid in full, the balance owed will be deducted from the claim payment.

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation by the Administrator", "If **We** cancel this **Contract**, prior written notice **\***of cancellation will be sent to **Your** last known address at least fifteen (15) days prior to cancellation by **Us**. Prior notice shall state the effective cancellation date and the reason for cancellation."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** was mailed to **You**, **You** may cancel this **Contract** within the first twenty (20) days from the date of service and receive a full refund, provided no claims have been filed. If this **Contract** is canceled by **You** after the initial full refund period, a claim has been filed, or this **Contract** is canceled by **Us** for any reason other than for nonpayment of the **Contract** price, **You** will receive a one hundred percent (100%) pro rata refund of the unearned **Contract** price, less an administrative fee of ten percent (10%) of the **Contract** price and less any claims paid."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "A ten percent (10%) penalty of the outstanding amount of the **Contract** price shall be added to the refund per month if it is not paid or credited within forty-five (45) days after the return of this **Contract** to **Us**."

## MARYLAND

Within the "AGREEMENT PERIOD" section of this **Contract**, the following sentence(s) is added: "This **Contract** will be extended by the total number of days the **Vehicle** undergoes **Covered Repairs** at a **Licensed Repair Facil ty**. If this **Contract** expires while the **Vehicl**e is undergoing a **Covered Repair**, this **Contract** will be extended until **Covered Repairs** are complete."

Within the "WHAT IS NOT COVERED" section of this **Contract**, the following sentence(s) is amended: "Any **Mechanical Breakdown** or **Failure** caused by (a) **Your** failure to provide the proper maintenance to the failed part or parts; (c) overheating, regardless of the cause of overheating; (d) incorrect, contaminated, or inadequate amounts of coolant, lubricants, or fluids; (e) accidental loss or damage, impact, collision or upset, falling missiles or objects, rust, corrosion, fire, theft, larceny, explosion, lightning, earthquake, wind storm, hail, water, flood, freezing, malicious mischief, vandalism, riot, or civil commotion; or (f) DRIVER NEGLIGENCE OR MISUSE, INCLUDING THE OPERATION OF AN IMPAIRED VEHICLE."; "Any expenses associated with shop supplies, materials charges (i.e. miscellaneous items not directly associated with a covered repair), hazardous waste charges, diagnosis time, teardown (where a **Covered Breakdown** has not occurred), freight charges, or storage charges."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** is canceled by **You** within the first twenty (20) days from the **Contract** sale date and no claims have been filed, then **You** will receive a full refund. If this **Contract** is canceled after twenty (20) days past the **Contract** sale date or after a claim has been filed, then **You** will receive a pro rata refund."

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

PP-1219

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added:
"Cancellation Provisions", "A ten percent (10%) penalty per month shall be added to the refund if it is not paid or credited within forty-five (45) days after the return of this **Contract** to **Us**."

#### MASSACHUSETTS
NOTICE TO CUSTOMER: PURCHASE OF THIS **CONTRACT** IS NOT REQUIRED IN ORDER TO REGISTER OR FINANCE **YOUR VEHICLE**. THE BENEFITS PROVIDED MAY DUPLICATE EXPRESS MANUFACTURER'S OR SELLER'S WARRANTIES THAT COME AUTOMATICALLY WITH EVERY SALE. THE SELLER OF THIS COVERAGE IS REQUIRED TO INFORM **YOU** OF ANY WARRANTIES AVAILABLE TO **YOU** WITHOUT THIS **CONTRACT**.

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added:
"Cancellation by the Administrator", "If **We** cancel this **Contract**, prior written notice of cancellation will be sent to **Your** last known address at least five (5) days prior to cancellation by **Us**. Prior notice shall state the effective cancellation date and the reason for cancellation. Prior notice is not required to be sent if the reason for cancellation is for: (1) nonpayment of the **Administrator** fee; (2) material misrepresentation; or (3) a substantial breach of contractual duties by **You** related to the covered **Vehicle** or its use."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended:
"Cancellation Provisions", "If this **Contract** was mailed to **You**, **You** may cancel this **Contract** within the first twenty (20) days from the date of service and receive a full refund, provided no claims have been filed. If this **Contract** is cancelled by **You** after the initial full refund period, or a claim has been filed, **You** will receive a pro rata refund less a cancellation fee of seventy five dollars ($75.00)."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added:
"Cancellation Provisions", "A ten percent (10%) penalty per month shall be added to the refund if it is not paid or credited within forty-five (45) days after the return of this **Contract** to **Us**."

#### MINNESOTA
Section 325F.662 of the Minnesota Statutes requires the **Selling Dealer** to provide **You** with an express warranty of a specified duration in connection with the sale of any used car. The terms of the express warranty are contained in the used car buyer's guide or limited warranty document furnished to **You** by the **Selling Dealer**. Any loss covered under the **Selling Dealer's** express warranty furnished pursuant to Section 325.F.662 is excluded from coverage under this **Contract** during the term of the express warranty unless the **Selling Dealer** becomes unable to meet its obligations, provided such loss is otherwise covered by this **Contract**. If **You** purchased a used **Vehicle**, upon request and payment of $10.00, the **Administrator** will provide a copy of the owner's manual to **You**.

Within the "WHAT IS NOT COVERED" section of this **Contract**, the following sentence(s) is amended: "Any **Vehicle** with an odometer that has been tampered with, altered, disconnected or not maintained in working order by the **Contract Holder**."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added:
"Cancellation by the Administrator", "If **We** cancel this **Contract**, prior written notice of cancellation will be sent to **Your** last known address at least fifteen (15) days prior to cancellation by **Us**. Prior notice will be sent to **Your** last known address at least five (5) days prior to cancellation by **Us** if the reason of cancellation is for: (1) nonpayment of the **Administrator** fee; (2) material misrepresentation by **You**; or (3) a substantial breach of duties by **You** related to the covered **Vehicle** or its use. Prior notice shall state the effective cancellation date and the reason for cancellation."

#### MISSOURI
Within the **"**WHAT TO DO IF YOUR VEHICLE SUSTAINS A MECHANICAL BREAKDOWN" section of this **Contract**, the following sentence(s) is amended: "If **Emergency Repairs** covered by this **Service Contract** are required outside the **Administrator's** business hours, **You** should deliver **Your Vehicle** to a **Licensed Repair Facility** and have the necessary repairs performed at a reasonable and customary charge. As soon as reasonably possible, **You** should report the repairs to the **Administrator**. Emergency repairs are only those repairs, which, if not performed, would impair the future operation of **Your Vehicle**, or render it inoperable or unsafe to drive.

### AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR
### BEFORE STARTING ANY TEARDOWN OR REPAIRS.
### PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

PP-1219

Reimbursement for such repairs will not be considered outside of the aforementioned parameter or timeframe.

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence is added: "Cancellation by the Administrator", "If **We** cancel this **Contract**, prior written notice of cancellation will be sent to **Your** last known address at least forty-five (45) days prior to cancellation by **Us**."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** is cancelled within the free look period (the first twenty (20) business days from the **Contract** sale date) and no claims have been filed, then **You** will receive a full refund. If this **Contract** is cancelled within the free look period (the first twenty (20) business days from the **Contract** sale date) and a claim has been filed, then **You** will receive a full refund less any claims paid under this **Contract**. If this **Contract** is cancelled after the free look period (the first twenty (20) business days from the **Contract** sale date), then You will receive a refund of one hundred percent (100%) of the unearned provider fee, less a cancellation fee of fifty dollars ($50) and less any claims paid under this **Contract**."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "A ten percent (10%) penalty of the outstanding amount of the **Contract** price shall be added to the refund per month if it is not paid or credited within forty-five (45) days after the return of this **Contract** to **Us**."

## NEVADA

Within the "WHAT IS NOT COVERED" section of this **Contract**, the following sentence(s) is amended: "Any **Vehicle** which has been repurchased by or had its price renegotiated with the manufacturer, or which has had the manufacturer's warranty revoked or voided. However, if the vehicle manufacturer's warranty becomes revoked or voided during the term of this **Contract**, this **Contract** will not deny all coverage. Rather, this **Contract** will exclude any coverage that would otherwise have been provided under the manufacturer's warranty. This **Contract** will continue to provide any coverage that would not otherwise have been provided under the manufacturer's warranty, unless such coverage is otherwise excluded by the terms of this **Contract**."; "Any **Mechanical Breakdown** covered by an insurance entity, the manufacturer's warranty/recall, or any component with a warranty or "repairer's guarantee" through a repair facility, until the limits of said insurance, warranty/recall or "repairer's guarantee" are reached or expired. However, any **Mechanical Breakdown** that is not covered under an insurance entity, warranty/recall or "repairer's guarantee" will be eligible for coverage, subject to the terms and conditions of this **Contract**. Additionally, if an insurance entity, the manufacturer, or repair facility notifies **You** that they will monetarily participate in a repair that has been authorized and paid by **Us**, then **We** will exercise **Our** right to recover the respective amount."

Within the "WHAT IS NOT COVERED" section of this **Contract**, the following sentence(s) is amended: This **Contract** will not cover any unauthorized or non-manufacturer-recommended modifications to the **Covered Product**, or any damages arising from such unauthorized or non-manufacturer-recommended modifications. However, if the **Covered Product** is modified or repaired in an unauthorized or non-manufacturer-recommended manner, We will not automatically suspend all coverage. Rather, this Contract will continue to provide any applicable coverage that is not related to the unauthorized or non-manufacturer-recommended modification or any damages arising there from, unless such coverage is otherwise excluded by the terms of this **Contract**.

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "Under no circumstances will the cost of claims paid or services provided be deducted from any refund."; "A ten percent (10%) penalty, based upon the **Contract** purchase price, per month shall be added to the refund if it is not paid or credited within forty-five (45) days after the return of this **Contract** to **Us**."; "In the event this **Contract** is cancelled by **Us**, a cancellation fee will not be charged."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation by the Administrator", "No **Service Contract** that has been in effect for at least seventy (70) days may be canceled by the **Administrator** before the expiration of the agreed term or one (1) year after the effective date of the **Service Contract**, whichever occurs first, except on any of the following grounds: (a) Failure by the **Contract Holder** to pay an amount when due; (b) Conviction of the **Contract Holder** of a crime which results in an increase in the service required under the **Service Contract**; (c) Discovery of fraud or material

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

PP-1219

misrepresentation by the **Contract Holder** in obtaining this **Service Contract**, or in presenting a claim for service thereunder; (d) Discovery of: (1) an act or omission by the **Contract Holder**; or (2) a violation by the **Contract Holder** of any condition of the **Service Contract** after the effective date of the **Service Contract** and which substantially and materially increases the service required under the **Service Contract**; (e) A material change in the nature or extent of the required service or repair which occurs after the effective date of the **Service Contract** and which causes the required service or repair to be substantially and materially increased beyond that contemplated at the time that the **Service Contract** was issued or sold. Cancellation of this **Service Contract** may not become effective until at least fifteen (15) days after a notice of cancellation is mailed to the **Contract Holder**."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** was mailed to **You**, **You** may cancel this **Contract** within the first twenty (20) days from the date of service and receive a full refund, provided no claims have been filed. If this **Contract** is cancelled by **You** after the initial full refund period, or a claim has been filed, then **You** will receive a pro rata refund less an cancellation fee of twenty five dollars ($25.00)."

Within the "TRANSFER OF VEHICLE OWNERSHIP" section of this **Contract**, the following sentence(s) is amended: If **You** sell **Your Vehicle** or if there is any change in the ownership of **Your Vehicle**, **You** may request to transfer the remaining coverage of this **Contract** to the new owner. This request must be submitted within fifteen (15) days of the change in **Vehicle** ownership. **You** must notify the **Administrator** of the transfer of ownership in writing and must include the following: a transfer fee of $25, the name and address of the new owner, and the mileage of the **Vehicle** at the time of transfer. The **Administrator** has the discretion to approve or reject your request to transfer coverage. Copies of all maintenance records showing oil changes and manufacturer's required maintenance must be given to the new owner. The new owner must retain these records and the **Vehicle** will still be subject to the maintenance requirements as specified in this **Contract** and by the **Vehicle** manufacturer. No handwritten receipts will be accepted.

This **Contract** shall not be voided by Us unless You have committed fraud or material misrepresentation in obtaining this **Contract** or in presenting a claim for service thereunder.

In the event **You** do not receive satisfaction under this **Contract**, **You** may contact the Nevada Division of insurance department at the following toll free number: 888-872-3234.

### NEW HAMPSHIRE
In the event **You** do not receive satisfaction under this **Contract**, **You** may contact the New Hampshire insurance department at the following address and toll free number: 21 Fruit Street, Suite 14, Concord, New Hampshire 03301; 1-800-852-3416.

### NEW JERSEY
Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation by the Administrator", "If **We** cancel this **Contract**, prior written notice of cancellation will be sent to **Your** last known address at least five (5) days prior to cancellation by **Us**. Prior notice shall state the effective cancellation date and the reason for cancellation. Prior notice is not required to be sent if the reason of cancellation is for: (1) nonpayment of the **Administrator** fee; (2) material misrepresentation or omission; or (3) a substantial breach of contractual obligations related to the covered **Vehicle** or its use."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** was mailed to **You**, **You** may cancel this **Contract** within the first twenty (20) days from the date of service and receive a full refund, provided no claims have been filed. If this **Contract** is cancelled by **You** after the initial full refund period, or a claim has been filed, **You** will receive a pro rata refund less a cancellation fee of seventy five dollars ($75.00)."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "A ten percent (10%) penalty, based upon the **Contract** purchase price, per month shall be added to the refund if it is not paid or credited within forty-five (45) days after the return of this **Contract** to **Us**."

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR
BEFORE STARTING ANY TEARDOWN OR REPAIRS.
PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

PP-1219

## NEW MEXICO

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** was mailed to **You**, **You** may cancel this **Contract** within the first twenty (20) days from the date of service and receive a full refund, provided no claims have been filed. If this **Contract** is cancelled by **You** after the initial full refund period, or a claim has been filed, **You** will receive a pro rata refund less a cancellation fee of seventy five dollars ($75.00)"

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "A ten percent (10%) penalty, based upon the **Contract** purchase price, per month shall be added to the refund if it is not paid or credited within sixty (60) days after the return of this **Contract** to **Us**."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation by the Administrator", "No **Service Contract** that has been in effect for at least seventy (70) days may be canceled by the **Administrator** before the expiration of the agreed term or one (1) year after the effective date of the **Service Contract**, whichever occurs first, except on any of the following grounds: (a) Failure by the **Contract Holder** to pay an amount when due; (b) Conviction of the **Contract Holder** of a crime which results in an increase in the service required under the **Service Contract**; (c) Discovery of fraud or material misrepresentation by the **Contract Holder** in obtaining this **Service Contract**, or in presenting a claim for service thereunder; (d) Discovery of: (1) an act or omission by the **Contract Holder**; or (2) a violation by the **Contract Holder** of any condition of the **Service Contract** after the effective date of the **Service Contract** and which substantially and materially increases the service required under the **Service Contract**; (e) A material change in the nature or extent of the required service or repair which occurs after the effective date of the **Service Contract** and which causes the required service or repair to be substantially and materially increased beyond that contemplated at the time that the **Service Contract** was issued or sold. Cancellation of this **Service Contract** may not become effective until at least fifteen (15) days after a notice of cancellation is mailed to the **Contract Holder**."

This service contract is insured by **Plateau Casualty Insurance Company**. If the service contract provider fails to pay you or otherwise provide you with the covered service within 60 days of your submission of a valid claim, you may submit your claim to **Plateau Casualty Insurance Company at - 800-398-3632 - 2701 N. Main St. Crossville, TN 38555**. If you have any concerns regarding the handling of your claim, you may contact the Office of Superintendent of Insurance at 855-427-5674.

## NEW YORK

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** was mailed to **You**, **You** may cancel this **Contract** within the first twenty (20) days from the date of service and receive a full refund, provided no claims have been filed. If this **Contract** is cancelled by **You** after the initial full refund period, or a claim has been filed, **You** will receive a pro rata refund less a cancellation fee of seventy five dollars ($75.00)"

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation by the Administrator", "If **We** cancel this **Contract**, prior written notice of cancellation will be sent to **Your** last known address at least fifteen (15) days prior to cancellation by **Us**. Prior notice shall state the effective cancellation date and the reason for cancellation. Prior notice is not required to be sent if the reason of cancellation is for: (1) nonpayment of the **Administrator** fee; (2) material misrepresentation; or (3) a substantial breach of duties related to the covered **Vehicle** or its use."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "A ten percent (10%) penalty per month shall be added to the refund if it is not paid or credited within thirty (30) days after the return of this **Contract** to **Us**."

## NORTH CAROLINA

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is replaced: "Cancellation by the Administrator", "The **Administrator** may cancel this **Contract** for nonpayment of premiums or for a direct violation of this Contract by You in which this Contract."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended:

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR
BEFORE STARTING ANY TEARDOWN OR REPAIRS.
PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

Cancellation Provisions", "If this **Contract** is canceled by **You** at any time, **You** will receive a pro rata refund, less any claims paid and a cancellation fee of ten percent (10%) of the pro rata refund." or $50.00 whichever is less.

## OHIO
This Contract is not insurance and is not subject to the insurance laws of this state.

## OKLAHOMA
Oklahoma Matrix Capital Services LLC, Oklahoma License Number: 507572166
Plateau Insurance Company, Oklahoma License Number: 861197

THIS CONTRACT IS NOT ISSUED BY THE MANUFACTURER OR WHOLESALE COMPANY MARKETING THE PRODUCT. THIS CONTRACT WILL NOT BE HONORED BY SUCH MANUFACTURER OR WHOLESALE COMPANY. Oklahoma service warranty Statutes do not apply to commercial use references in service warranty contracts. Coverage afforded under this Contract is not guaranteed by the Oklahoma Insurance Guaranty Association.

Within the "CANCELLATION AND RENEWAL" section of this Contract, "In the event the contract is canceled by the warranty holder, return of the provider fee shall be based upon ninety percent (90%) of the unearned pro rata provider fee less the actual cost of any service provided under the service warranty contract." Concerning the amount of the refund for an agreement that has been in effect for 60 days or more, you must include the percentage of the prorated premium it is based on.

Within the "TRANSFER OF VEHICLE OWNERSHIP" section of this **Contract**, the following sentence(s) is amended: "Transfer Conditions", "This request must be submitted within thirty (30) days of the change in **Vehicle** ownership."

## OREGON
All coverage and benefits provided under this **Contract** are guaranteed by the **Obligor**, **Matrix Financial Services, LLC.**

Within the "WHAT TO DO IF YOUR VEHICLE SUSTAINS A MECHANICAL BREAKDOWN" section of this **Contract**, the following sentence(s) is amended: "If emergency repairs covered by this **Service Contract** are required outside the **Administrator's** business hours, **You** should deliver **Your Vehicle** to a **Licensed Repair Facility** and have the necessary repairs performed at a reasonable and customary charge. As soon as reasonably possible, **You** should report the repairs to the **Administrator**."

Within the "WHAT THE ADMINISTRATOR WILL DO WHEN A CLAIM IS REPORTED" section of this **Contract**, the following sentence(s) is deleted: "In addition, if a dispute arises between the repair facility and **Us**, **We** reserve the right to relocate **Your Vehicle** to a repair facility of **Our** choice."

## SOUTH CAROLINA
In the event of a dispute with the **Administrator** of this contract, **You** may contact the South Carolina Department of Insurance, Capitol Center, 1201 Main Street, Ste. 1000, Columbia, South Carolina 29201 or (800) 768-3467.

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** was mailed to **You**, **You** may cancel this **Contract** within the first twenty (20) days from the date of service and receive a full refund, provided no claims have been filed. If this **Contract** is cancelled by **You** after the initial full refund period, or a claim has been filed, **You** will receive a pro rata refund less a cancellation fee of seventy five dollars ($75.00)."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation by the Administrator", "If **We** cancel this **Contract**, prior written notice of cancellation will be sent to **Your** last known address at least fifteen (15) days prior to cancellation by **Us**. Prior notice shall state the effective cancellation date and the reason for cancellation. Prior notice is not required to be sent if the reason of cancellation is for: (1) nonpayment of the **Administrator** fee; (2) material misrepresentation; or (3) a substantial breach of duties related to the covered **Vehicle** or its use."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "A ten percent (10%) penalty per month shall be added to the refund if it is not paid or credited within forty-five (45) days after the return of this **Contract** to **Us**."

## AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS.
### PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

PP-1219

**TEXAS**

Should a Complaint arise regarding this **Contract**, you may send your Complaint in writing to the **Administrator's** address listed within this **Contract**. Please identify the **Contract Holder**, Vehicle Identification Number (VIN) and **Contract** number listed at the top of this **Contract** within **Your** complaint. Complaints will be handled individually and without prejudice. All unresolved complaints concerning **Us** or questions concerning the regulation of service agreement administrators may be addressed to the Texas Department of Licensing and Regulation, P.O. Box 12157, Austin, TX 78711, Tel. (800) 803-9202.

Pursuant to Section 1304.158, **You** may request reimbursement directly from the insurer if a refund or credit is not paid before the forty-sixth (46th) day after the date on which the **Contract** is returned to the **Administrator**.

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation by the Administrator", "If **We** cancel this **Contract**, prior written notice of cancellation will be sent to **Your** last known address at least five (5) days prior to cancellation by **Us**. Prior notice shall state the effective cancellation date and the reason for cancellation. Prior notice is not required to be sent if the reason for cancellation is for: (1) nonpayment of the **Administrator** fee; (2) fraud or material misrepresentation by **You**; or (3) a substantial breach of duties by **You** related to the covered **Vehicle** or its use."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** is cancelled before the thirty-first (31st) day from the **Contract** sale date, then **You** will receive a full refund less any claims paid under this **Contract**. If this **Contract** is cancelled on or after the thirty-first (31st) day from the **Contract** sale date, then **You** will receive a pro rata refund, less any claims paid under this **Contract** and a cancellation fee of fifty dollars ($50)."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "A ten percent (10%) penalty of the outstanding amount will be added to **Your** refund for each month **Your** refund remains unpaid."

**UTAH**

This **Service Contract** is subject to limited regulation by the Utah Insurance Department. To file a complaint, contact the Utah Insurance Department. Coverage afforded under this **Contract** is not guaranteed by the Utah Property and Casualty Guaranty Association.

The **Contract** purchase price is payable, in full, at the time of purchase.

Within the "ADMINISTRATOR OBLIGOR" section of this **Contract**, the following sentence(s) is amended: "Obligations of the **Provider** under this **Service Contract** are guaranteed under a **Service Contract** reimbursement insurance policy. Should the provider fail to pay or provide service on any claim within 60 days after proof of loss has been filed, the **Contract Holder** is entitled to make a claim directly against the Insurance Company."

Within the "WHAT TO DO IF YOUR VEHICLE SUSTAINS A MECHANICAL BREAKDOWN" section of this **Contract**, the following sentence(s) is amended: "If emergency repairs covered by this **Service Contract** are required outside of the **Administrator's** business hours, **You** should deliver **Your Vehicle** to a **Licensed Repair Facility** and have the necessary repairs performed at a reasonable and customary charge. As soon as reasonably possible, **You** should report the repairs to the **Administrator**. Failure to notify the **Administrator** within the time specified herein does not invalidate **Your** claim if **You** can demonstrate that it was not reasonably possible to give the notice or file the proof of loss within the prescribed time and that notice was given or proof of loss was filed as soon as reasonably possible. If **You** cannot demonstrate that it was not reasonably possible to give notice or file the proof of loss within the prescribed time, reimbursement for repairs outside of the aforementioned parameter or timeframe will not be considered."

Within the "DEFINITIONS" section of this **Contract**, the following sentence(s) is deleted: "**EMERGENCY REPAIRS**: Repairs made outside of **Administrator's** business hours, which, if not performed, would impair the future operation of **Your Vehicle**, or render **Your Vehicle** inoperable or unsafe to drive."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added:

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR**
**BEFORE STARTING ANY TEARDOWN OR REPAIRS.**
**PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

PP-1219

Cancellation by the Administrator", The **Administrator** of this **Service Contract** may cancel this **Contract** with written notice to the **Your** last known address with at least thirty (30) days' notice of such cancellation for the following reasons: (1) material misrepresentation related to the **Vehicle**; (2) substantial change in the risk assumed, unless the **Administrator** has reasonably foreseen the change or contemplated the risk when entering into this **Service Contract**; or (3) a substantial breach of contractual duties, conditions, or warranties by **You** relating to the **Vehicle**. A ten (10) day notice will be given for non- payment cancellations."

## VERMONT
Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** is cancelled by **You** within the first twenty (20) days from the **Contract** sale date and no claims have been filed, then **You** will receive a full refund. If this **Contract** is cancelled by **You** after twenty (20) days past the **Contract** sale date or after a claim has been filed, then **You** will receive a pro rata refund."

## VIRGINIA
If any promise made in the contract has been denied or has not been honored within 60 days after your request, you may contact the Virginia Department of Agriculture and Consumer Services, Office of Charitable and Regulatory Programs at www.vdacs.virginia.gov/food-extended-service-contract-providers.shtml to file a complaint.

## WISCONSIN
**THIS CONTRACT IS SUBJECT TO LIMITED REGULATION BY THE OFFICE OF THE COMMISSIONER OF INSURANCE.**

Any reference to SUBROGATION is amended as follows: Any rights of subrogation by the **Administrator** will only apply after the **Contract Holder** has been made whole.

Within the "WHAT TO DO IF YOUR VEHICLE SUSTAINS A MECHANICAL BREAKDOWN" section of this **Contract**, the following sentence(s) is amended: "If emergency repairs are required outside the **Administrator's** business hours, **You** should deliver **Your Vehicle** to a **Licensed Repair Facility** and have the necessary repairs performed at a reasonable and customary charge. As soon as reasonably possible, **You** should report the repairs to the **Administrator**. Emergency repairs are only those repairs, which, if not performed, would impair the future operation of **Your Vehicle**, or render it inoperable or unsafe to drive. Reimbursement for such repairs will not be considered outside of the aforementioned parameter or timeframe. Failure by the **Contract Holder** to give notice or proof within the time required by the **Service Contract** does not invalidate or reduce the claim unless **We** are prejudiced by the failure to give notice."

Within the "WHAT TO DO IF YOUR VEHICLE SUSTAINS A MECHANICAL BREAKDOWN" section of this **Contract**, the following sentence(s) is added: "NOTE: In any instance, failure to obtain authorization prior to having repairs made will not invalidate or reduce a claim unless the **Administrator** is prejudiced by the **Contract Holder's** failure to obtain authorization."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation by the Administrator", The **Administrator** may cancel this **Contract** for: (1) non-payment of the provider fee; (2) material misrepresentation by **You** to **Us**; or (3) substantial breach of duties by the **You** relating to the covered **Vehicle** or its use. If **We** cancel this **Contract**, prior written notice of cancellation will be sent to **Your** last known address at least five (5) days prior to cancellation by **Us**. Prior notice shall state the effective cancellation date and the reason for cancellation."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** was mailed to **You**, **You** may cancel this **Contract** within the first twenty (20) days from the date of service and receive a full refund, provided no claims have been filed. If this **Contract** is cancelled by **You** after the initial full refund period, or a claim has been filed, **You** will receive a pro rata refund. A cancellation fee of seventy five dollars ($75.00) or ten percent (10%) of the **Contract** price, whichever is less, will apply to all pro rata cancellations made by the **Contract Holder**. Under no circumstances will the cost of claims paid or services provided be deducted from any refund."

## AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR BEFORE STARTING ANY TEARDOWN OR REPAIRS. PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.

PP-1219

Within the "CANCELLATION AND RENEWAL" section of this Contract, the following sentence(s) is added: "Cancellation Provisions", "In the event of a total loss of property covered by a service contract that is not covered by a replacement of the property pursuant to the terms of the contract, a service contract holder shall be entitled to cancel the service contract and receive a pro rata refund of any unearned provider fee, less any claims paid. In this case, the refund should be calculated as written in (18) of the law."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "If this **Contract** is cancelled by **Us**, **You** will receive a one hundred percent (100%) refund of the unearned **Contract** purchase price."; "A ten percent (10%) penalty of the outstanding amount will be added to **Your** refund if it is not paid or credited within forty-five (45) days after the return of this **Contract** to **Us**. NOTE: **You** will not receive a refund if this **Service Contract** has expired."

### WYOMING
Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation by the Finance Company", "**You** hereby authorize the **Finance Company** to cancel this **Contract** on **Your** behalf in the event: (1) **Your Vehicle** is repossessed, or (2) **Your Vehicle** is declared a total loss. In addition, **You** authorize the **Finance Company** to be listed as a joint payee and to receive any refund in the event this **Contract** is cancelled."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is added: "Cancellation by the Administrator", "If **We** cancel this **Contract**, prior written notice of cancellation will be sent to **Your** last known address at least ten (10) days prior to cancellation by **Us**. Prior notice shall state the effective cancellation date and the reason for cancellation. Prior notice is not required to be sent if the reason of cancellation is for: (1) nonpayment of the **Administrator** fee; (2) material misrepresentation by **You** to **Us**; or (3) a substantial breach of duties by **You** related to the covered **Vehicle** or its use."

Within the "CANCELLATION AND RENEWAL" section of this **Contract**, the following sentence(s) is amended: "Cancellation Provisions", "If this **Contract** was mailed to **You**, **You** may cancel this **Contract** within the first twenty (20) days from the date of service and receive a full refund, provided no claims have been filed. If this **Contract** is cancelled by **You** after the initial full refund period, or a claim has been filed, **You** will receive a pro rata refund."

Within the "CANCELLATION" section of this **Contract**, the following sentence(s) is added: "Cancellation Provisions", "A ten percent (10%) penalty per month shall be added to the refund if it is not paid or credited within forty-five (45) days after the return of this **Contract** to **Us**."

**AUTHORIZATION MUST BE OBTAINED FROM THE ADMINISTRATOR
BEFORE STARTING ANY TEARDOWN OR REPAIRS.
PLEASE CALL 1-833-228-1900 FOR AUTHORIZATION AND INSTRUCTIONS.**

PP-1219

# EXHIBIT 10



## MATRIX
PAYMENT SOLUTIONS

Powered by  **MEPCO**

Providing Billing Services for Your Automotive Protection Plan

000001         0       Return Service Requested

Diana/gene Skazovski

# BILLING STATEMENT

**BILLING ACCOUNT NUMBER**     30210167127839

### PAYMENT STATUS

| | |
|---|---|
| Billing Statement Date: | 4/25/2021 |
| Next Payment Due Date: | 5/19/2021 |
| Monthly Payment Amount: | $273.02 |
| **Total Amount Due:** | **$1,092.08** |

### PAYMENT HISTORY

| | |
|---|---|
| Information as of: | 04/25/2021 |
| Number of Payments Made: | 0 |
| Number of Payments Remaining: | 18 |

### ACCOUNT AND CONTRACT INFORMATION

**BILLING OR PAYMENT QUESTIONS**

| | |
|---|---|
| Contact Mepco at: | (800)397-6767 |
| Billing Account Number: | 30210167127839 |
| Access your account online at: | WWW.MEPCO.COM |
| User Name: | 30210167127839 |

**QUESTIONS REGARDING THE PURCHASE OF THIS CONTRACT**

| | |
|---|---|
| VAC | (888)215-2820 |
| Contract Number: | TRTPP80506 |

**COVERAGE, CLAIMS AND REPAIR QUESTIONS**

| | |
|---|---|
| MATRIX PAYMENT SOLUTIONS | (833)228-1900 |
| Contract Number: | TRTPP80506 |

### DID YOU KNOW?

• For questions regarding billing or payments contact MEPCO at (800)397-6767 or access your account online at https://www.mepco.com  Your user name is 30210167127839.

• For questions regarding the purchase of your contract contact VAC at (888)215-2820 and refer to contract number TRTPP80506

• For questions regarding coverage, claims, or repairs contact MATRIX PAYMENT SOLUTIONS at (833)228-1900 and refer to contract number TRTPP80506.

### PLEASE NOTE

Matrix Payment Solutions is responsible for the marketing, sale, design, administration of claims, or payment of claims under this vehicle service contract.

·········································· DETACH ALONG THIS LINE AND INCLUDE LOWER PORTION WITH YOUR PAYMENT ··········································



## MATRIX
PAYMENT SOLUTIONS

Powered by **MEPCO**

Please clearly write your Billing Account Number on your check or money order. Please do not send cash.

Amount due if your
payment is received
after 5/29/2021
$1097.08

DIANA/GENE SKAZOVSKI

| | |
|---|---|
| Billing Account Number: | 30210167127839 |
| Due Date: | 5/19/2021 |
| **Total Amount Due:** | **$1,092.08** |
| **Payment Enclosed:** | |

Make checks payable to:

MEPCO
PO BOX 5978
CAROL STREAM  IL  60197-5978

30210167127839000109208000109708 3

**Please:**

- Enclose a check or money order with this coupon – **NO CASH PLEASE.**
- Include your account number on the front of your check.
- Be sure to sign your check.
- **DO NOT STAPLE** your check to this coupon.
- Please allow 7-10 days for your payment to be delivered and processed.
- There can be significant processing delays if you send your payment to any address other than that listed on the coupon.

**Por favor:**

- Localise la direcciòn que aparece en el cupòn atraves de la ventanilla.
- Incluya su cheque o giro monetario - NO EFFECTIVO.
- Incluya el numero de cuenta en su cheque.
- No se olvide de firmar su cheque.
- No sujete el cheque al cupòn.
- Permita 7 - 10 dias para que su pago sea recivido y procesado
- Pueden aver retrasos significantes si envia su pago a otra direccion aparte de la que aparece en el cupòn.