NIV V. DAVIDOVICH, ESQ. (State Bar No. 247328)
CHARLIE Z. STEIN, ESQ. (State Bar No. 265361)
ELAN N. STONE, ESQ. (State Bar No. 243394)
STEPHANIE F. DRELL, ESQ. (State Bar No. 302586)
**DAVIDOVICH STEIN LAW GROUP LLP**
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
Telephone:   (818) 661-2420
Facsimile:   (818) 301-5131
E-Mail(s):   Niv@DavidovichLaw.com
             Charlie@DavidovichLaw.com
             Elan@DavidovichLaw.com
             Stephanie@DavidovichLaw.com

Attorneys for Plaintiffs
YAKUB MULAYEV and
DIANA SKAZOVSKI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| YAKUB MULAYEV and DIANA SKAZOVSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATRIX WARRANTY SOLUTIONS, INC.; SING FOR SERVICE, LLC dba MEPCO; VEHICLE ACTIVATION CENTER dba THE ELEMENT; and PLATEAU CASUALTY INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 2:21−cv-08984-JAK-AFM<br>*Hon. John A. Kronstadt*<br>*Courtroom 10B*<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:   November 16, 2021<br>Trial Date:     Not set |

/ / /

/ / /

/ / /

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiffs and Defendants have a reached a settlement resolving the above-captioned case in its entirety. A formal settlement agreement will be circulated between the parties for review, approval, and execution. Once all of the appropriate signatures have been obtained, Plaintiffs will immediately file a Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a).

DATED: December 20, 2021     **DAVIDOVICH STEIN LAW GROUP LLP**

By: /s/ Elan N. Stone
NIV V. DAVIDOVICH
CHARLIE Z. STEIN
ELAN N. STONE
STEPHANIE F. DRELL
Attorneys for Plaintiffs
YAKUB MULAYEV; DIANA SKAZOVSKI;
and the putative class